FILED

OCT 31 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NORMAN L. MORGENSTEIN )<br>    Plaintiff,              )<br>                              )<br>v.                           )<br>MORGAN STANLEY DW Inc.  )<br>    1775 Eye Street, NW, Suite 200<br>    Washington, DC 20006<br>Serve:                       )<br>CT Corporation System  )<br>1015 15th Street, NW Ste 1000 )<br>Washington, DC 20005   )<br>                              ) | Civil Action No. _____<br><br>CASE NUMBER  1:05CV02123<br><br>JUDGE: James Robertson<br><br>DECK TYPE: Employment Discrimination<br><br>DATE STAMP: 10/31/2005 |


JURY ACTION

## NOTICE OF REMOVAL

Defendant MORGAN STANLEY DW Inc. ("Defendant"), by counsel and pursuant to 28 U.S.C. § 1441, *et seq.* hereby removes this case to the United States District Court for the District of Columbia. In support thereof, Defendant states as follows:

1.   On September 30, 2005, Plaintiff Norman Morgenstein ("Plaintiff") served a Complaint on Defendant styled *Norman L. Morgenstein v. Morgan Stanley DW Inc.*, Civil Action No. 05-6361 ("Complaint"). The Complaint was filed in The Superior Court for the District of Columbia.

2.   Plaintiff and Defendant are citizens of different states. 28 U.S.C. §§ 1332(a)(1) & (c)(1).

   a.   As alleged in the Complaint, Plaintiff is a resident of 10427 Oak Hill Court, Adelphi, Maryland 20783. Complaint at ¶ 5.

   b.   Defendant is organized under the laws of Delaware with its principal place of business in New York.

3. Plaintiff's claims exceed the jurisdictional amount required for diversity jurisdiction. The Complaint alleges three counts -- each of which seeks punitive relief compensatory damages for, among other things embarrassment, alleged reputational loss, and lost wages – and exceeds the jurisdictional amount of $75,000.00 required by the Federal Rules. 28 U.S.C. § 1332(a); see October 26, 2005 letter attached as Exhibit 1.

4. This action is removable pursuant to 28 U.S.C. §§ 1332, 1441(a).

5. This Notice of Removal was filed pursuant to 28 U.S.C. § 1446(b) within thirty days after service on Defendant. The Complaint was served on September 30, 2005.[1]

6. The United States District Court for the District of Columbia is the Court to which this action should be removed because the action is pending in the geographic location that is encompassed by the District Court for the District of Columbia.

7. Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being filed with the Superior Court for the District of Columbia.

8. As required by 28 U.S.C. § 1446(a), a copy of the Summons and all documents served upon the Defendant in the Superior Court for the District of Columbia are attached as Exhibit 2.

---

[1] Since the 30th day after service of the Complaint falls on a Sunday, under Fed. R. Civ. P. 6, Monday, October 31, 2005, is within the filing deadline here. See Fed. R. Civ. P. 6 ("The last day of the period so computed shall be included, unless it is . . . Sunday . . . in which event the even the period runs until the end of the next day . . . .")

2

WHEREFORE, Defendant respectfully provides that this action, pending in the Superior Court for the District of Columbia and styled *Norman L. Morgenstein v. Morgan Stanley DW Inc.*, Civil Action No. 05-6361, is removed to this Court.

Respectfully submitted this 31st day of October, 2005.

Maria E. Hallas D.C. Bar 436529
Matthew H. Sorensen D.C. Bar 492130
Greenberg Traurig LLP
800 Connecticut Avenue, N.W.
Suite 500
Washington, D.C. 20006
(202) 533-2312 (office)
(202) 261-2668 (fax)

**Counsel for Defendant**
**Morgan Stanley DW Inc.**

## CERTIFICATE OF SERVICE

I hereby certify on this the 31st day of October, 2005, that a copy of the foregoing NOTICE OF REMOVAL has been duly served upon the Plaintiff of record by sending said copies via United States Postal Service, postage pre-paid, addressed as shown below to his attorney:

Michael G. Kane, Esq.
Cashdan & Kane, PLLC
1150 Connecticut Ave, NW Suite 900
Washington, DC 20036-4129

_____
Jacqueline Arendse