**FILED**

OCT 3 1 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| NORMAN L. MORGENSTEIN | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) Civ | CASE NUMBER 1:05CV02123 |
| | ) | JUDGE: James Robertson |
| MORGAN STANLEY DW INC. | ) | |
| AKA MORGAN STANLEY | ) | DECK TYPE: Employment Discrimination |
| | ) | DATE STAMP: ▆/▆/2005 |
| Defendant. | ) | |

## LCvR 7.1 CERTIFICATE

I, the undersigned counsel for defendant Morgan Stanley DW Inc. ("Defendant"), certify that, to the best of my knowledge and belief, the identifiable parent company for Defendant is Morgan Stanley and that Defendant is a wholly owned subsidiary of Morgan Stanley.

These representations are made in order that judges of this court may determine the need for recusal.

Respectfully submitted,

_____
Maria E. Hallas D.C. Bar 436529
Matthew H. Sorensen D.C. Bar 492130
Greenberg Traurig LLP
800 Connecticut Avenue, N.W.
Suite 500
Washington, D.C. 20006
(202) 533-2312 (office)
(202) 261-2668 (fax)

**Counsel for Defendant
Morgan Stanley DW Inc.**

## CERTIFICATE OF SERVICE

I hereby certify on this the 31st day of October, 2005, that a copy of the foregoing LCvR 7.1 CERTIFICATE has been duly served upon the Plaintiff of record by sending said copies via United States Postal Service, postage pre-paid, addressed as shown below to his attorney:

> Michael G. Kane, Esq.
> Cashdan & Kane, PLLC
> 1150 Connecticut Ave, NW Suite 900
> Washington, DC 20036-4129

_____
Jacqueline Arendse