IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NORMAN L. MORGENSTEIN )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MORGAN STANLEY DW Inc. )<br>)<br>)<br>Defendant. )<br>_____) | Civil Action No. 05-2123 JR |

## DEFENDANT'S NOTICE OF SUPPLEMENTAL EXHIBIT TO NOTICE OF REMOVAL

Defendant Morgan Stanley DW Inc., by counsel, respectfully submits the attached supplemental exhibit (11/02/05 Letter from Plaintiff's Counsel to Defendant's Counsel confirming Plaintiff is seeking in excess of $75,000 in this case) as additional evidence that the jurisdictional amount has been satisfied for diversity jurisdiction under 28 U.S.C. § 1332(a). As set forth fully in Defendant's Notice of Removal, this action is removable pursuant to 28 U.S.C. §§ 1332, 1441(a).

Respectfully submitted this 2nd day of November, 2005.

_____
Maria E Hallas D.C. Bar 436529
Matthew H. Sorensen D.C. Bar 492130
Greenberg Traurig LLP
800 Connecticut Avenue, N.W.
Suite 500
Washington, D.C. 20006
(202) 533-2312 (office)
(202) 261-2668 (fax)

**Counsel for Defendant**
**Morgan Stanley DW Inc.**

CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of November, 2005, I caused a true and correct copy of the foregoing to be served by electronic mail to the following persons:

> Michael G. Kane, Esq.
> Cashdan & Kane, PLLC
> 1150 Connecticut Ave, NW Suite 900
> Washington, DC 20036-4129

*/s/ Jacqueline Arendse*
Jacqueline Arendse

**CASHDAN & KANE, PLLC**
1150 CONNECTICUT AVENUE, N.W.
SUITE 900
WASHINGTON, D.C. 20036-4129
TELEPHONE: (202) 862-4330
FACSIMILE: (202) 862-4331
WWW.CASHDANKANE.COM

Michael G. Kane
Direct Dial (202) 862-4329

Admitted DC, NY, VA, MD
mkane@cashdankane.com

November 2, 2005

**By facsimile (202) 331-3101**

Maria E. Hallas, Esq.
Greenberg Trauig
800 Connecticut Avenue, NW
Suite 500
Washington, DC 20006

    Re: *Norman Morgenstein v. Morgan Stanley DW Inc.*

Dear Ms. Hallas:

    I am writing in response to your letter to me dated October 26, 2005. I am confirming that the total amount that Mr. Morgenstein is seeking in this lawsuit will exceed $75,000.

    I will be in touch with you shortly concerning the other matters that we have discussed.

Sincerely,

Michael G. Kane