UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NORMAN L. MORGENSTEIN, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 05-2123 (JR) |
| MORGAN STANLEY DW INC., | : |
| Defendant. | : |

### SCHEDULING ORDER

After a status conference held in chambers on January 25, 2006 it is

**ORDERED** that the parties' joint meet and confer statement is approved and that the deadlines set forth therein for the completion of discovery and for the filing of dispositive motions are **SO ORDERED**. It is

**FURTHER ORDERED** that the final pretrial conference is set for **October 24, 2006 at 4:30 p.m.** and that trial will commence on **November 6, 2006 at 9:30 a.m.** It is

**FURTHER ORDERED** that a status conference is set for **April 27, 2006 at 4:30 p.m.** Counsel are to come to that conference prepared to discuss the status of discovery, the theories of any then-contemplated motions for summary judgment, and their respective settlement positions. It is

**FURTHER ORDERED** that any discovery disputes be presented, in the first instance, by telephone conference with the Court, and not by motion.  It is

**FURTHER ORDERED** that counsel read and comply with the Local Rules of this Court, and particularly new LCvR 5.4.  Rules LCvR 5.1(b) and LCvR 5.2(a) are the most frequently violated.  And it is

**FURTHER ORDERED** that extensions of time to file dispositive motions or status reports or to complete discovery will be granted as a matter of course if all parties consent and if the extensions will not require re-setting any scheduled court appearance (status conference, motion hearing, pretrial conference, trial).  Do not file a motion for such a consented extension.  Instead, make the request informally by letter, or by e-mail (addressed to RobertsonJ_Chambers@dcd.uscourts.gov), or by fax (202-354-3468).  Do not recite reasons.  The Court's action granting a consented extension will be endorsed on the request and returned to the party requesting it.  That party will be responsible for providing appropriate notice or service to all other parties.  Neither the request nor the action granting it will be part of the record unless a party seeks leave to file it.

**Counsel are strongly cautioned that no additional notice will be given of the appearance dates set forth in this scheduling order.**

```
                                 JAMES ROBERTSON
                          United States District Judge
```