IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NORMAN L. MORGENSTEIN         )<br>                               )<br>                               )<br>    Plaintiff,                )<br>                               )<br>    v.                         )<br>                               )<br>MORGAN STANLEY DW Inc.         )<br>                               )<br>                               )<br>    Defendant.                 )<br>_____) | Civil Action No. 05-2123 JR |

**DEFENDANT MORGAN STANLEY DW, INC.'S
<u>MOTION TO DISMISS COUNTS ONE AND TWO OF PLAINTIFF'S COMPLAINT</u>**

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, and Rule 7.1 of this Court's Local Rules, Defendant Morgan Stanley DW Inc. moves to dismiss Counts I and II of Plaintiff's First Amended Complaint. Counts I and II of the Complaint allege that Morgan Stanley discriminated against Plaintiff in the terms and conditions of his employment and denied him a reasonable accommodation in violation of the DC Human Rights Act when it refused his request to apply on his behalf for a waiver of the DC Department of Insurance and Securities Regulation's Series 65 Examination. Morgan Stanley denied this request over 2½ years prior to the date on which Plaintiff first filed an administrative or court complaint challenging this decision. The DC Human Rights Act imposes a mandatory 1 year statute of limitations on all claims arising under the Act. Accordingly, Counts I and II of the Amended Complaint must be dismissed for failure to state a claim upon which relief may be granted because the allegations upon which they are based are time barred.

This motion is supported by the Memorandum of Points and Authorities filed concurrently herewith.

Respectfully submitted this the 23th day of March, 2006,

/s/
_____
Maria E Hallas D.C. Bar 436529
Matthew H. Sorensen D.C. Bar 492130
Greenberg Traurig LLP
800 Connecticut Avenue, N.W.
Suite 500
Washington, D.C.  20006
(202) 533-2312 (office)
(202) 261-2668 (fax)

**Counsel for Defendant
Morgan Stanley DW Inc.**