IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NORMAN L. MORGENSTEIN )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MORGAN STANLEY DW Inc. )<br>)<br>)<br>Defendant. )<br>_____) | Civil Action No. 05-2123 JR |

### ORDER

Upon consideration of Defendant Morgan Stanley DW, Inc.'s Motion to Dismiss and all papers submitted by the parties in support thereof and in opposition thereto, it is hereby

ORDERED that Defendant's Motion is GRANTED; and it is

FURTHER ORDERED that Counts I and II of Plaintiff's First Amended Complaint are Dismissed With Prejudice.

ENTERED THIS _____ DAY OF MARCH, 2006.

_____
United States Judge James Robertson