# Exhibit 2

Page 1 of 2

**Morgenstein, Norman**

From: Morgenstein, Norman
Sent: Tuesday, March 26, 2002 12:59 PM
To: Rouse, Andrea
Cc: Masci, Ron
Subject: RE: DCIA License

Dear Andrea,

1) Please confirm that the company was responsible for the failure to renew my MDIA license.

2) Please confirm that the company was aware that my ability to function as an IA in DC was dependent upon my maintaining my MDIA license.

3) Please confirm that the reason I have to take the Series 65 exam to obtain the DCIA license is because you neglected to renew my MDIA license.

4) Please provide a full and detailed explanation for the reason my request for waiver was denied by you and the New York Registration Department.

5) Please provide me with the reason(s) of your instruction that I am "not permitted to communicate directly with any regulatory body."

It is my sincere desire to avoid the necessity of involving counsel in this matter. To that end, I would appreciate a prompt and direct response to my inquiry.

Sincerely,

Norm

-----Original Message-----
From: Rouse, Andrea
Sent: Monday, March 25, 2002 11:27 AM
To: Morgenstein, Norman
Subject: DCIA License

Ron asked me to advise you that in order to get your DCIA license, you will have to take your Series 65 exam. In the mid-90s the State of Maryland waived the 65 exams for anyone registered in the state. In 1998, the laws changed and anyone that received commissions from managed money had to be licensed in their home state. Home state is the location of the office you work in. The District of Columbia requires the 65 exam. The firm did not keep your MDIA because it was not necessary after 1998. The registration department has reviewed your request for a waiver and discussed with Ron. The request has been denied.

We have also been told to advise you that any correspondence or

3/26/02

Page 2 of 2

communication with DC or any other state must be submitted to me and I will forward it to our registration department if needed for response. You are not permitted to communicate directly with any regulatory body.

Andrea Rouse
P: 202-862-9051
F: 202-862-9158

3/26/02

MORGENSTEIN 32