# Exhibit 4

**Morgenstein, Norman**

From: Rouse, Andrea
Sent: Tuesday, March 26, 2002 1:02 PM
To: Morgenstein, Norman
Subject: RE: DCIA License

> I can not confirm anything as all of those actions took place years before I even arrived at Morgan Stanley.
>
> I will look into the issues though and see what explanations can be found. I do know that you will still have to take the exam. There is no way out of that.
>
>> -----Original Message-----
>> From: Morgenstein, Norman
>> Sent: Tuesday, March 26, 2002 12:59 PM
>> To: Rouse, Andrea
>> Cc: Masci, Ron
>> Subject: RE: DCIA License
>>
>> Dear Andrea,
>>
>> 1) Please confirm that the company was responsible for the failure to renew my MDIA license.
>>
>> 2) Please confirm that the company was aware that my ability to function as an IA in DC was dependent upon my maintaining my MDIA license.
>>
>> 3) Please confirm that the reason I have to take the Series 65 exam to obtain the DCIA license is because you neglected to renew my MDIA license.
>>
>> 4) Please provide a full and detailed explanation for the reason my request for waiver was denied by you and the New York Registration Department.
>>
>> 5) Please provide me with the reason(s) of your instruction that I am "not permitted to communicate directly with any regulatory body."
>>
>> It is my sincere desire to avoid the necessity of involving counsel in this matter. To that end, I would appreciate a prompt and direct response to my inquiry.
>>
>> Sincerely,
>>
>> Norm
>>
>>> -----Original Message-----
>>> From: Rouse, Andrea
>>> Sent: Monday, March 25, 2002 11:27 AM
>>> To: Morgenstein, Norman
>>> Subject: DCIA License

5/22/02