UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **NORMAN L. MORGENSTEIN** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CA No. 05-2123 (JR) |
| | ) | |
| **MORGAN STANLEY DW INC.** | ) | |
| | ) | |

_____

Considering the attached motion to extend the time to reply to Defendant's pending Motion to Dismiss and any opposition thereto, it is

ORDERED that Plaintiff's Motion to Extend time is GRANTED and it further

ORDERED that Plaintiff shall have up to and including April 21, 2006 in which to file his response to Defendant's Motion to Dismiss.

This ____ day of _____, 2006,

_____
US District Court Judge