IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NORMAN L. MORGENSTEIN )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MORGAN STANLEY DW Inc. )<br>)<br>Defendant. )<br>_____) | Civil Action No. 05-2123 JR |

## MOTION FOR ADMISSION *PRO HAC VICE*

I, Matthew H. Sorensen, counsel for Defendant Morgan Stanley DW, Inc. and a member in good standing of the bar of the District of Columbia and of this Court, hereby move for the admission of John F. Scalia to practice before this Court *pro hac vice* on behalf of Defendant in the above captioned matter, pursuant to Rule 83.2(d) LCvR. Much of Mr. Scalia's practice is concentrated in the area of employment discrimination litigation, which is the subject matter of this case, and his assistance and work on this case would be of benefit to bringing this case to a speedy and reasonable conclusion. Mr. Scalia is a member in good standing of the bars of the U.S. Courts of Appeals for the Ninth, Fourth, and Federal Circuits, the U.S. District Courts for the Northern, Eastern and Central Districts of California and the U.S. District Courts for the Eastern and Western Districts of Virginia, and the highest courts of California and Virginia. Mr. Scalia is not currently, nor has he previously been, suspended or disbarred from practice in any court. Wherefore, Defendant respectfully requests that this motion for admission of John F. Scalia be granted.

In support of this motion Defendant submits the attached Declaration of John F. Scalia.

Respectfully submitted,

_____
Matthew H. Sorensen, D.C. Bar 492130

**Greenberg Traurig LLP**
1750 Tysons Blvd, Suite 1200
McLean, VA 22102
(703) 749-1348 (office)
(202) 714-8352 (fax)

*Counsel for Defendant*
*Morgan Stanley DW Inc.*

Dated: April 5, 2006