```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA


NORMAN L. MORGENSTEIN,          :
                                :
        Plaintiff,              :
                                :
    v.                          :   Civil Action No. 05-2123 (JR)
                                :
MORGAN STANLEY DW INC.,         :
                                :
        Defendant.              :
```

### ORDER

Upon consideration of defendant's motion for the *pro hac vice* appearance of John F. Scalia, it is

**ORDERED** that leave to appear *pro hac vice* <u>will be granted only upon condition</u> that the lawyer admitted, or at least one member of the lawyer's firm, undergo CM/ECF training, obtain a CM/ECF username and password, and agree to file papers electronically.  No court papers will be mailed to any lawyer.

```
                                    JAMES ROBERTSON
                             United States District Judge
```