UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

**NORMAN L. MORGENSTEIN**    )
                             )
    Plaintiff,           )
                             )
  v.                         )    CA No. 05-2123 (JR)
                             )    Status Conf. April 27, 2006
**MORGAN STANLEY DW INC.**   )
                             )

### ORDER

Considering Defendant's Motion to Dismiss Counts I and II of the First Amended Complaint, Plaintiff's Response and Defendant's Reply it is hereby

**ORDERED** that Defendant's Motion is **DENIED**.

_____
U.S.D.J. James Robertson