IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **NORMAN L. MORGENSTEIN**   ) | |
| ) | |
| **Plaintiff,**   ) | |
| ) | |
| v.   ) | Civil Action No. 05-2123 (JR) |
| ) | |
| **MORGAN STANLEY DW, INC.**   ) | |
| ) | |
| **Defendant.**   ) | |
| ) | |

## JOINT MOTION FOR ENTRY OF PROPOSED AGREED PROTECTIVE ORDER

Defendant Morgan Stanley DW, Inc. and Plaintiff Norman Morgenstein (collectively, the "Parties") hereby submit the proposed Agreed Protective Order (Attachment 1) the terms of which have been agreed to by counsel for the Parties.  The Parties anticipate that they will need to file pleadings, motions, deposition transcripts or other papers with the Court containing confidential personal, medical and/or proprietary information.  The Parties believe that sealing is necessary because the value of the information is derived from its confidential and/or proprietary nature and no procedure other than filing under seal would be sufficient to preserve the confidential and/or proprietary nature of such information.  Accordingly, the Parties respectfully request that the Court grant their Joint Motion for Entry of Agreed Protective Order and enter their Agreed Protective Order.

Dated: April 19, 2006                                                  Respectfully submitted,


        /s/                          .                                 /s/                          .
Michael G. Kane, Bar No. 435288                John F. Scalia (admitted *pro hac vice*)
CASHDAN & KANE, PLLC                           Maria E Hallas D.C. Bar 436529
1150 Connecticut Avenue, N.W.                  Matthew H. Sorensen D.C. Bar 492130
Suite 900                                      1750 Tysons Boulevard, 12th Floor
Washington, D.C. 20036-4129                    Tysons Corner, Virginia  22102
Tel. (202) 862-4330                            Phone: (703) 749-1300
Fax. (202) 862-4331                            Fax: (703) 749-1301

*Counsel for Plaintiff Norman Morgenstein*     *Counsel for Defendant*
                                               *Morgan Stanley DW, Inc.*

2