## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| NORMAN L. MORGENSTEIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-2123 (JR) |
| ) | |
| MORGAN STANLEY DW, INC., ) | |
| ) | |
| Defendant. ) | |

## EXHIBITS IN SUPPORT OF
## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

| 1. | Declaration of Ronald Masci. |
|---|---|
| 2. | Morgan Stanley Dean Witter Compliance Guide (excerpts). |
| 3. | Deposition of Ronald Masci (filed separately). |
| 4. | Deposition of Norman Lee Morgenstein (filed separately). |
| 5. | Plaintiff's Responses to Defendant's Interrogatories. |
| 6. | Defendant Morgan Stanley DW, Inc.'s Responses to Plaintiff's First Set of Interrogatories. |
| 7. | Plaintiff's Responses to Defendant's Second Set of Interrogatories. |
| 8. | Deposition of Dennis Fitzgerald (excerpts). |
| 9. | Deposition of Jeff Jacobson (excerpts). |
| 10. | December 27, 1999 Supplementary Neurosurgical Report of Dr. Jeff Jacobson, M.D. |
| 11. | April 17, 2001 Progress Report of Dr. Harry Wachs, O.D. |
| 12. | Deposition of Harry Wachs (excerpts). |
| 13. | March 9, 2001 E-mail exchange between Norman Morgenstein and Hugo Jauregui. |
| 14. | April 4, 2001 letter from Norman Morgenstein to Theodore Miles. |
| 15. | May 15, 2001 letter from Dana Sheppard to Norman Morgenstein. |

| | |
|---|---|
| 16. | May 21, 2001 letter from Norman Morgenstein to Dana G. Sheppard. |
| 17. | June 4 letter from Norman Morgenstein to Lilah Blackstone. |
| 18. | August 22, 2001 letter from Norman Morgenstein to Lilah Blackstone. |
| 19. | October 2, 2001 letter from Theodore A. Miles to Norman Morgenstein. |
| 20. | September 19, 2002 e-mail from Douglas Lowe to Lilah Blackstone. |
| 21. | Deposition of Theodore A. Miles (excerpts). |
| 22. | May 21, 2002 e-mail exchange between Lilah Blackstone and Norman Morgenstein. |
| 23. | Deposition of Carolyn Greenhalgh (excerpts). |
| 24. | March 25 email from Andrea Rouse to Norman Morgenstein. |
| 25. | March 27, 2002 e-mail exchange between Janice Marks and Norman Morgenstein. |
| 26. | April 23, 2002 e-mail exchange between Catherine Kreger and Norman Morgenstein. |
| 27. | May 3, 2002 e-mail exchange between Norman Morgenstein and Andrea Rouse. |
| 28. | May 6, 2002 e-mail exchange between Norman Morgenstein and Andrea Rouse. |
| 29. | Morgan Stanley Financial Advisor Compensation and Recognition Programs. |
| 30. | Summary of Revenues of Morgan Stanley Financial Advisers in Branch 642 (Washington, DC) (**under seal**). |
| 31. | Memorandum Re: Payments to Qualified Retiring Financial Advisor/Norman Morgenstein (excerpts). |
| 32. | November 20, 2003 letter from Norman Morgenstein to Ronald Masci. |
| 33. | Deposition of Matthew Ridnouer (excerpts). |
| 34. | December 15, 2003 e-mail exchange between Ronald Masci and Norman Morgenstien. |
| 35. | District of Columbia Office of Human Rights Charge of Discrimination. |
| 36. | District of Columbia Office of Human Rights Intake Questions, Constructive Discharge. |
| 37. | April 29, 2006 Report of Jeffrey L. Kraskin, O.D., P.C. |
| 38. | Sales Population for Washington, D.C. Branch (br 642) (**under seal**). |

| 39. | Morgan Stanley Human Resources Employee Guide (excerpts). |
|---|---|