# DEFENDANT'S EXHIBIT 2



MSDW 02178

**Version & Copyright Information**



MSDW Compliance Guide
Version 3
June 1999

Copyright 1999 by
Dean Witter Reynolds Inc.
2 World Trade Center
New York, New York 10048

All rights reserved. Unauthorized distribution or reproduction is prohibited.

MSDW 02183

**Author**



This guide was produced by Morgan Stanley Dean Witter Information Services. Send questions and comments to:

Compliance Department
Morgan Stanley Dean Witter
2 World Trade Center, 59 Th Floor
NY, NY 10048

MSDW 02184

## Introduction

This chapter provides the registration and licensing requirements that Morgan Stanley Dean Witter Financial Advisors and other sales employees must meet in order to transact securities business and the titles they may use in presenting themselves to the public.

MSDW 02187

## Registration and Licensing Requirements

Regulators and state laws require brokerage employees be qualified by examination and licensed to perform their duties as sales employees. These registration and licensing requirements apply to:

- prospecting clients,
- servicing client accounts, and
- selling products and services.

Furthermore, regulators and state laws require that Branch Managers and other supervisory personnel must be qualified (registered and licensed) in all products and services offered in their branch in order to effectively oversee sales employees.

Failure to comply with applicable registration requirements could subject the Company and its employees (both registered and non-registered) to suspension or revocation of the right to engage in securities activities within a particular jurisdiction, as well as other disciplinary action.

MSDW 02188

## Securities Representative Registration

NYSE Rule 345 requires that any person performing the duties of a Registered Representative must be registered. Financial Advisors and <u>Financial Advisor Trainees</u> must become registered securities representatives by successfully completing the *Full Registration/ General Securities Representative (Series 7)* examination.

Passing the Series 7 examination registers sales employees with the New York Stock Exchange (NYSE), American Stock Exchange (ASE), National Association of Securities Dealers (NASD), Philadelphia Stock Exchange (PHLX), Pacific Stock Exchange (PSE), and Chicago Board Options Exchange (CBOE).

**More:**
<u>Prohibited Activities for Non-Registered Employees</u>
<u>Duties Not Requiring Series 7 Registration</u>

MSDW 02189

## Prohibited Activities for Non-Registered Employees

Until a sales employee becomes Series 7 registered the employee is prohibited from:

- accepting and entering orders.
- soliciting accounts.
- opening new accounts. However, they may provide clients with required New Account forms.
- providing investment information or advice (including telephone reports or research information).
- commenting (in any way) on the market, specific stocks or strategies.
- receiving compensation related to business handled.
- using business cards as a company representative soliciting securities business.
- engaging in any activity that is generally performed by a registered employee.

MSDW 02190

## Duties Not Requiring Series 7 Registration

Sales employees are not required to be registered if they merely:

- call clients to report order executions or quotations.
- invite clients to seminars.

MSDW 02191

## State Registration Requirements

State securities laws prohibit a Financial Advisor from conducting securities business, including solicitation and/or servicing accounts (in any way) with clients until the Financial Advisor is effectively registered (i.e., the completed request form was filed and the notification of registration approval from the respective state has been received) in the "client's" state of residence. For registration purposes, the term "client" includes all individuals and institutions (i.e., bank trust departments, and persons granted power of attorney).

No Financial Advisor will receive compensation for transactions effected while he or she was not effectively registered with a client's state. Company policy makes it the responsibility of the Branch Manager to reverse such commissions.


**Note:** Some states are requiring Financial Advisors to sign affidavits in conjunction with filing for state registration as to whether or not they have previously solicited business and/or effected transactions in that state. Conducting business in a state prior to being registered can result in fines and other disciplinary sanctions.

The Branch Manager is responsible for ensuring that Financial Advisors (including their split/partnership Financial Advisors) are registered in the state of residence of the client. Financial Advisors with clients with dual residency (i.e., different states) may be required to be registered in both states; therefore, the Branch Manager should consult with the National Registration Department. In addition, if the Financial Advisor is receiving client orders from an authorized <u>third party agent</u>, then the Financial Advisor must also be registered in the state from which the agent is providing client service.

Furthermore, if the client or the client's authorized agent should move to another state, the Branch Manager is responsible for verifying that the Financial Advisor is registered in the new state.


**Note:** Financial Advisors have access to view their registrations via the REG screen as follows: REG (space) Office # (space) Financial Advisor #.

If the Financial Advisor is not registered in the state of residence of both the client and the agent, the account may be established with another Financial Advisor, and subsequently transferred when all applicable state licensing procedures and documentation requirements are fulfilled. Although the account may be transferred upon the receipt of the state license, commissions which are generated in the account while a state license is pending, are not to be journaled to the Financial Advisor once he or she is registered with the appropriate state(s).

Violations of state laws are serious in that they could result in the Company, and involved sales and supervisory personnel, being subject to regulatory sanctions. It could also result in the client being permitted to rescind transactions effected during the period when the client's Financial Advisor was not registered in the client's state of residence.

**More:**
<u>Qualifying for State Registration</u>
<u>Filing for State Registration</u>

## Qualifying for State Registration

Passing the Series 7 examination (and, if required, the Series 63, "*Uniform Securities State Law Examination*") qualifies a Financial Advisor to apply for state registration. In order for Financial Advisor Trainees to qualify for state registration, they must also complete the Morgan Stanley Dean Witter (MSDW) training program.

MSDW 02193

## Filing for State Registration

A Financial Advisor's state registration is not automatic upon successful completion of the Series 7 examination. The National Registration Department must make separate filings for state registrations as instructed by the Branch Manager.

 **Note:** A Financial Advisor's state registrations are voided when the Financial Advisor transfers from another company. Therefore, Financial Advisor Transferees must refile for new state registrations.

MSDW 02194

### State Special Supervision Stipulations

If a state's approval of a Financial Advisor's registration is contingent upon the state's stipulation that the Financial Advisor receive special supervision, then the registration and stipulation will be reviewed by management as to whether or not the Company wants to accept such a stipulation for special supervision.

MSDW 02195

# Product and Services Registration and Licensing Requirements

In addition to Financial Advisors being registered and licensed as Registered Representatives, they must also meet registration and licensing requirements in order to offer services as an Investment Adviser Representative or transact business in equity securities, debt securities, options, futures, insurance products, and various accounts as outlined in the charts below.

### Service Offerings

- Investment Advisory Services
- Managed Money Accounts (including ACCESS accounts and various ICS and IMS accounts)

### Product Offerings

- Debt Contracts on U.S. Government Securities (Options)
- Transaction Futures
- Managed Futures
- Government Securities
- Insurance
- Municipal Bonds
- Mutual Funds
- Options

### More:

Insurance Licensing

In-House Option Exam

In-House Option Exam - Advanced

MSDW 02196