# DEFENDANT'S EXHIBIT 3
(Filed Separately)

Case 1:05-cv-02123-JR     Document 15-5     Filed 08/28/2006     Page 1 of 1