# DEFENDANT'S EXHIBIT 4
(Filed Separately)