# DEFENDANT'S EXHIBIT 8

1                    IN THE UNITED STATES DISTRICT COURT

2                       FOR THE DISTRICT OF COLUMBIA

3                                - - -

4    NORMAN L. MORGENSTEIN,              :

5                 Plaintiff,             :    Civil Action No.

6    vs.                                 :    05-2123(JR)

7    MORGAN STANLEY DW, INC.,            :

8                 Defendant.             :

9    -------------------------------x

10                                           PAGES 1 - 59

11

12          Medical deposition of DENNIS C. FITZGERALD,

13   M.D., taken on behalf of Defendant, at Greenberg

14   Traurig, LLP, 815 Connecticut Avenue, Seventh Floor,

15   Northwest, Washington, D.C., commencing at time

16   2:09 p.m., Friday, July 7, 2006, before Gercha

17   Richards White, Notary Public.

18

19

20

21                                              ORIGINAL

22

1                  A P P E A R A N C E S

2

3     FOR THE PLAINTIFF:

4     CASHDAN & KANE, PLLC

5     BY:  David R. Cashdan, Esq.

6     1150 Connecticut Avenue, Northwest, Suite 900

7     Washington, D.C. 20036-4129

8     (202) 862-4353

9

10    FOR THE DEFENDANT:

11    GREENBERG TRAURIG LLP

12    BY:  Matthew H. Sorensen, Esq.

13    1750 Tysons Boulevard, Suite 1200

14    McLean, Virginia 22102

15    (703) 749-1300

16

17

18

19

20

21

22

1                          I N D E X

2     WITNESS:  DENNIS C. FITZGERALD, M.D.

3     EXAMINATION                                    PAGE

4     Mr. Sorensen                                    4

5

6

7                       E X H I B I T S

8     NUMBER        DESCRIPTION

9     1      Risks and Complications of Surgery      15

10    2      Narrative Summary                       22

11    3      Progress Notes dated 3/1/96             23

12    4      Progress Notes dated 3/2/96             26

13    5      Progress Notes dated 3/5/96             30

14    6      Evaluation dated 5/3/96                 57

15

16

17

18

19

20

21

22

1                    P R O C E E D I N G S

2                         -  -  -

3              DENNIS C. FITZGERALD, M.D.,

4    having been first duly sworn, was examined and

5    testified as follows:

6                         -  -  -

7              DIRECT-EXAMINATION CONDUCTED

8              BY MR. SORENSEN:

9        Q.  Good afternoon, Dr. Fitzgerald.

10       A.  Hello.

11       Q.  I'm Matt Sorensen.  I represent Morgan

12   Stanley.  I'll be taking your deposition today.

13       A.  All right.

14       Q.  With us is David Cashdan, of Cashdan &

15   Kane, counsel for the plaintiffs.

16            Could you please state your full name and

17   spell your name for the record?

18       A.  Sure.  It's Dennis C. Fitzgerald,

19   F-i-t-z-g-e-r-a-l-d.

20       Q.  And could you state your address for the

21   record?

22       A.  Business address is 106 Irving Street,

1    Q.  But you didn't perform any test on his

2    right ear; is that correct?

3         MR. CASHDAN:  Form.

4         THE WITNESS:  On what date?

5         BY MR. SORENSEN:

6    Q.  Prior to -- well, did you ever perform any

7    test on Mr. Morgenstein's right ear?

8    A.  Yes.

9    Q.  And what were the results of those tests?

10   A.  The hearing -- the overall hearing level in

11   the right ear was normal.  There was some mild to

12   moderate hearing loss in the higher frequencies that

13   were tested on January 22nd, 1996.  His word

14   understanding ability with the right ear was normal.

15   Q.  And you stated that overall his hearing in

16   that ear was normal?

17   A.  Correct.

18   Q.  And did you perform any testing after --

19   I'll strike that.

20        Did you perform any testing on the ear

21   after the test that you've just described to us to

22   determine whether there was any further loss of

1    hearing in the right ear?

2          A.   We tested both ears on April 27th -- excuse

3    me -- April 17th, 1996.

4          Q.   And what were the results for

5    Mr. Morgenstein's right ear?

6          A.   The right -- the hearing in the right ear

7    was unchanged from, from that test done

8    preoperatively.

9          Q.   So Mr. Morgenstein didn't lose any hearing

10   in his right ear that you're aware of after his

11   surgery?

12              MR. CASHDAN:  Form.

13              THE WITNESS:  Correct.

14              BY MR. SORENSEN:

15        Q.   I'll just restate the question another way.

16              The test you performed on Mr. Morgenstein's

17   right ear after his surgery didn't reveal any lost

18   of hearing in the right ear?

19              MR. CASHDAN:  Form.

20              THE WITNESS:  We did a test on April 17th

21         and a test on May 29th, both the 1996, and on

22         neither tests were there any change compared to

1          Q.   How many days was he working?

2          A.   He said he was able work somewhere between

3     three and four days a week.

4          Q.   And did you have any impression as to

5     whether that was -- whether that would be something

6     that you would expect after his surgery?

7          A.   The average length of time that a patient

8     requires after an acoustic neuroma removal until

9     they can resume a normal schedule of work is

10    somewhere around eight to ten weeks.  So this was

11    longer than the average length of time.

12         Q.   And do you know if -- strike that.

13              Is there anything else from the May 29th

14    meeting that you had with Mr. Morgenstein that you

15    recall?

16         A.   No.

17         Q.   And did you see Mr. Morgenstein after the

18    May 29th check up?

19         A.   I saw Mr. Morgenstein for the last time on

20    August 26, 1996, which would have been approximately

21    six months after the surgery.

22         Q.   And did Mr. Morgenstein mention any

1    problems he was having?

2        A.   Mr. Morgenstein indicated that he was still

3    having trouble with stamina.  He fatigued easily.

4    He couldn't work a five-day workweek all of the

5    time.  He was still having some trouble with walking

6    straight.  He was able to work outside the house for

7    several hours at a time, however.  And again the

8    dancing information appears in which he told me that

9    he was able to do double turns during dancing, that

10   he had been fitted with a hearing aid which was

11   helping him with his hearing and that he would now

12   have approximately 50 percent of his facial function

13   returned from the postoperative weakness.

14       Q.   The 50 percent return of facial function,

15   was that what you expected at that time?

16       A.   We don't really have any expectations.

17   Fifty percent return in the first six months is

18   an acceptable -- well, I wouldn't say even

19   acceptable, but it's not an alarming rate of return.

20   Since as I mentioned in the earlier part of the

21   deposition that we allow 18 months before we

22   consider the return to have gone through its

1   complete cycle.

2       Q.  And so you couldn't make a full evaluation

3   of Mr. Morgenstein's facial -- I'll withdraw that.

4       It would take a full 18 months to make a

5   complete evaluation as to what degree of facial

6   function Mr. Morgenstein would have had after the

7   surgery; is that correct?

8       MR. CASHDAN:  Form.

9       THE WITNESS:  That's correct.

10      BY MR. SORENSEN:

11      Q.  And you mentioned that stamina was a

12  problem for Mr. Morgenstein.  Did he give any

13  specifics as to that problem?

14      A.  He may have, but I didn't go into specifics

15  in my note.

16      Q.  Have you -- is this a common problem for

17  patients recovering from an acoustic neuroma removal

18  to have?

19      A.  Is what common?

20      Q.  Is -- are problems with stamina?

21      A.  Yes.

22      Q.  And would it be common for those problems

1      to persist six months after the surgery?

2           A.   No.

3           Q.   Have you ever had any cases before

4      Mr. Morgenstein where stamina was a problem six

5      months after the surgery?

6           A.   Yes.

7           Q.   Approximately, how many do you recall?

8           A.   A few.

9           Q.   Would it be fair to say that it's rare for

10     this to be a problem, for the stamina to be a

11     problem?

12          A.   I would say uncommon.

13          Q.   And did Mr. Morgenstein give any specifics

14     as to his problems with walking?

15          A.   Only that he said he still had trouble

16     walking a straight line.

17          Q.   And he didn't mention any problems he was

18     having with reading?

19          A.   That's correct.

20          Q.   And he didn't mention any problems he was

21     having with studying?

22          A.   That's correct.

1        Q.   And he didn't mention any problems he was

2   having with his memory?

3            MR. CASHDAN:   Steady -- form I mean.

4            THE WITNESS:   That's correct.

5            BY MR. SORENSEN:

6        Q.   And this was the last -- I'm sorry.

7            August 26, 1996 was the last time you saw

8   Mr. Morgenstein?

9        A.   That's correct.

10       Q.   And did you schedule him for another visit

11   after August 26, 1996?

12       A.   Yes.   He was instructed to return in six

13   months.

14       Q.   But he did not return?

15       A.   He did not.

16       Q.   Did he ever talk to you after August 26,

17   1996?

18       A.   There was a -- recorded a phone call on

19   September 16, 1996, at which time we discussed his

20   lack of stamina and his continuing balance problems.

21       Q.   And what were the continuing balance

22   problems?

1       A.   My notes are not specific and my memory

2    doesn't recall that.

3       Q.   And do you recall what the stamina problems

4    were?

5       A.   No, I don't recall.

6       Q.   But September 16th, did -- all right.   I'll

7    rephrase that.

8            After September 16, 1996, did

9    Mr. Morgenstein contact you again?

10      A.   No.

11      Q.   And he did not follow up with the visit

12   that you had scheduled with him?

13      A.   That's correct.

14      Q.   Are you aware if Mr. Morgenstein sought any

15   additional treatment for the problems he was having?

16      A.   No, I'm not aware of any other treatment

17   that is he sought.

18      Q.   And did Mr. Morgenstein ever discuss with

19   you any licensing exams that he had to take in

20   connection with his work?

21      A.   No.

22      Q.   And did he ever discuss with you -- did

1    UNITED STATES OF AMERICA )

2                             ss:

3    DISTRICT OF COLUMBIA     )

4           I, GERCHA RICHARDS WHITE, a Notary Public

5    within and for the District of Columbia, do hereby

6    certify that the witness whose deposition is

7    hereinbefore set forth was duly sworn and that the

8    within transcript is a true record of the testimony

9    given by such witness.

10          I further certify that I am not related to

11   any of the parties to this action by blood or

12   marriage and that I am in no way interested in the

13   outcome of this matter.

14          IN WITNESS WHEREOF, I have hereunto set my

15   hand this 10th day of July, 2006.

16

17

18   _____

19          GERCHA RICHARDS WHITE

20

21   My Commission Expires:

22   September 1, 2010