# DEFENDANT'S EXHIBIT 10

THE NEUROLOGICAL SURGERY GROUP, P. C.

John W. Barrett, M.D.
F. Donald Cooney, M.D.
Jeff Jacobson, M.D.
Alexandros D. Powers, M.D.
Edward F. Aulisi, M.D.

Main Office and Mailing Address
THREE WASHINGTON CIRCLE, N.W., SUITE 306
WASHINGTON, D.C. 20037-2381
(202) 223-1060 • FAX (202) 223-2553

Website - www.brainsurgery.com
E-mail - info@brainsurgery.com

THE WASHINGTON SPINE CENTER

## SUPPLEMENTARY NEUROSURGICAL REPORT

MORGANSTEIN, Norman         27 December 1999

Mr. Morganstein has a number of complaints which are certainly related temporally to the presence of his tumor and subsequent surgery. He has had an element of fatigue. He has never been able to resume his normal work schedule and this extends as well into some of his recreational activities. He has had some visual blurring, he has had memory deficit for recent events and also some difficulty with remembering names of people. Although not dramatic, in aggregate he feels that overall his functional abilities are diminished because of this.

On examination, he is awake and responsive. He continues to have the residuals of left facial weakness and the hearing loss on that side. The remainder of his neurological examination is for the most part normal.

IMPRESSION: This patient has neurologic dysfunction which may be related to elevation of his temporal lobe. There may be some element of depression associated with this because of his loss of hearing and the imbalance. In any event, he has this dysfunction and I do not feel that any additional work up is needed at the present time. However, some accommodation is likely going to need to be made at his workplace so that he can continue to be productive.

Jeff Jacobsen, M.D.

JJ:daw
(transcribed 12/30/99)

cc:   Elliot Aleskow, M.D.
      Mr. Norman L. Morganstein

MORGENSTEIN 87

4927 AUBURN AVENUE
SECOND FLOOR
BETHESDA, MARYLAND 20814-2641

9715 MEDICAL CENTER DRIVE
SUITE 227
ROCKVILLE, MARYLAND 20850-3320

106 IRVING STREET NW
SUITE 4300 NORTH
WASHINGTON, DC 20010