# DEFENDANT'S EXHIBIT 13

**Morgenstein, Norman**

From: Morgenstein, Norman
Sent: Friday, March 09, 2001 3:41 PM
To: Jauregui, Hugo
Subject: RE:

These accounts were set up with ICS between 1992 and 1994. Can you tell me how, all of a sudden, I am not registered and how long it has been that I'm not registered?

-----Original Message-----
From: Jauregui, Hugo
Sent: Monday, March 05, 2001 4:29 PM
To: Morgenstein, Norman
Subject:

National registration does not have you registered as an Investment Advisor in the state where your branch is located. ICS sales credits therefore will be jeopardized if requirements are not met within a timely fashion.

Please forward appropriate documents to National Registration. Information about this topic can be found on the intranet under ICS Headlines.

ICS Account(s):

Thank You
ICS Operations

**REDACTED**

1