# DEFENDANT'S EXHIBIT 14

*MORGAN STANLEY DEAN WITTER*

*1775 Eye Street NW, Suite 200*
*Washington, DC 20006-2401*
*202-862-9000    202-862-9094*
*202-862-9185 Fax*

*NORMAN MORGENSTEIN*
*Associate Vice President*
*Financial Advisor*

April 4, 2001

Mr. Theodore Miles
Director of Securities
Department of Insurance and Securities Regulation
810 1st Street, N.E. Suite #622
Washington, DC 20002

Dear Mr. Miles:

My name is Norman Morgenstein and I was informed by my National Registration Department that I should contact you directly regarding my Series 65 Investment Advisor registration.

Born in the District of Columbia, I have been a Financial Advisor with Morgan Stanley Dean Witter and its predecessors, in the Washington, DC office since November 1971. In the latter part of 1990, I was "grand-fathered" to an Investment Advisor status in the State of Maryland. At that time, my firm was apparently remiss with my registration status as an Investment Advisor with the District of Columbia. Ostensibly, that was the beginning of my firm's remissness. Recently, I became aware that my firm allowed my Maryland Investment Advisor (series 65) status to lapse on December 31, 1998. Further inquiries into my status indicated I *needed* to be registered in the District of Columbia because the District is my office of domicile.

I realize the solution would be to take and pass the Series 65 to receive my Investment Advisor registration. However, because of circumstances, *this* solution is virtually impossible. On February 29, 1996, at the Washington Hospital Center, Drs. Jeff Jacobsen and Dennis Fitzgerald performed a seven and one-hour surgery (I'm told) to remove a brain tumor. The surgery has left me with a myriad of disabilities I don't care to think of on a good day, but I do the best that I can. For your review, I have attached the surgeons Supplementary Neurosurgical Report indicating the results of the procedure.

I do want you to know that I have obtained the Series 65 material, and have made many concerted efforts to review and absorb the information. Unfortunately, the volume and contents of the material is too overwhelming for me to comprehend in the condition I was left with due to the surgery.

C-1

MORGENSTEIN

Because of my disability, I am humbly requesting to be "grand-fathered" to an Investment Advisor status with the District of Columbia.

Should you require additional information, please feel free to call me at (202) 862-9094.

Most Sincerely,

Norman Morgenstein
Financial Advisor, AVP

Enclosure
Cc:   Paul Garipole
      Registration Department
      Morgan Stanley Dean Witter
      Fax: (212) 392-3602

THE NEUROLOGICAL SURGERY GROUP, P. C.

John W. Barrett, M.D.
F. Donald Cooney, M.D.
Jeff Jacobsen, M.D.
Alexandros D. Powers, M.D.
Edward F. Aulisi, M.D.

Main Office and Mailing Address
THREE WASHINGTON CIRCLE, N.W., SUITE 306
WASHINGTON, D.C. 20037-2381
(202) 223-1060 • FAX (202) 223-2553

Website - www.brainsurgery.com
E-mail - info@brainsurgery.com

THE WASHINGTON SPINE CENTER

### SUPPLEMENTARY NEUROSURGICAL REPORT

MORGANSTEIN, Norman                27 December 1999

Mr. Morganstein has a number of complaints which are certainly related temporally to the presence of his tumor and subsequent surgery. He has had an element of fatigue. He has never been able to resume his normal work schedule and this extends as well into some of his recreational activities. He has had some visual blurring, he has had memory deficit for recent events and also some difficulty with remembering names of people. Although not dramatic, in aggregate he feels that overall his functional abilities are diminished because of this.

On examination, he is awake and responsive. He continues to have the residuals of left facial weakness and the hearing loss on that side. The remainder of his neurological examination is for the most part normal.

IMPRESSION: This patient has neurologic dysfunction which may be related to elevation of his temporal lobe. There may be some element of depression associated with this because of his loss of hearing and the imbalance. In any event, he has this dysfunction and I do not feel that any additional work up is needed at the present time. However, some accommodation is likely going to need to be made at his workplace so that he can continue to be productive.

Jeff Jacobsen, M.D.

JJ:daw
(transcribed 12/30/99)

cc:   Elliot Aleskow, M.D.
      Mr. Norman L. Morganstein

4927 AUBURN AVENUE
SECOND FLOOR
BETHESDA, MARYLAND 20814-2641

9715 MEDICAL CENTER DRIVE
SUITE 227
ROCKVILLE, MARYLAND 20850-3320

106 IRVING STREET NW
SUITE 4300 NORTH
WASHINGTON, DC 20010

MORGENSTEIN 5