# DEFENDANT'S EXHIBIT 15




Government of the District of Columbia
Department of Insurance and Securities Regulation

Anthony A. Williams
Mayor

Lawrence H. Mirel
Commissioner

Securities Bureau

May 15, 2001

Norman Lee Morgenstein
Morgan Stanley Dean Witter
1850 K Street, NW
Washington, D.C. 20006

Dear Mr. Morgenstein:

The Department of Insurance and Securities Regulation's Securities Bureau (hereinafter "Securities Bureau") has received your request for a waiver of the Series 65 Investment Adviser Examination and reviewed the information that you have submitted in support of the waiver. However, at this time, we are unable to grant your waiver request because of our inability to determine to what extent, if any, your medical condition would have on your ability to act as an Investment Adviser.

You state in your letter dated April 4, 2001, that you had surgery on February 29, 1996 that left you with a myriad of disabilities that prevent you from being able to comprehend the volume and contents of the Series 65 exam. You also indicated that were "grand-fathered" to an Investment Adviser status in the State of Maryland in 1990, but that your firm allowed that status to lapse on December 31, 1998. However, you failed to provide any information regarding the extent that you were able to return to your normal duties as an adviser.

Our concern is how your disability will affect your ability to effectively handle the demands of advising your clients. It is for this reason that we recommend that you submit additional information which would adequately document that your disability would not affect your ability to properly advise clients.

Should you have any questions, please feel free to contact me at (202) 442-7753.

Sincerely,

Dana G. Sheppard
Securities Counsel

MORGENSTEIN 7