# DEFENDANT'S EXHIBIT 16

*MORGAN STANLEY DEAN WITTER*

*1775 Eye Street NW, Suite 200*
*Washington, DC 20006-2401*
*202-862-9000   202-862-9094*
*202-862-9155 Fax*

*NORMAN MORGENSTEIN*
*Associate Vice President*
*Financial Advisor*

May 21, 2001

Mr. Dana G. Sheppard
Government of the District of Columbia
Department of Insurance and Securities Regulation

VIA FACSIMILE: (202) 535-1198

RE:   Series 65 Registration

Dear Mr. Sheppard:

Thank you so much for returning my phone call. As per our conversation and your request, I am enclosing a copy of my surgeon's 'Supplementary Neurosurgical Report', and a report from the Vision & Conceptual Development Center, received after I mailed my original request. For your convenience, I am also enclosing a copy of my original letter.

Again, should you require additional information please feel free to call me at (202) 862-9094, or if you prefer, I would be more than willing to come to your office for an interview.

Most Sincerely,

Norman L. Morgenstein
Financial Advisor, AVP

Enclosures: (3)
Cc:   Paul Garipole
      Registration Department
      Morgan Stanley
      Fax: (212) 392-9602

E-1

THE NEUROLOGICAL SURGERY GROUP, P. C.

John W. Barrett, M.D.
F. Donald Cooney, M.D.
Jeff Jacobson, M.D.
Alexandros D. Powers, M.D.
Edward F. Aulisi, M.D.

Main Office and Mailing Address
THREE WASHINGTON CIRCLE, N.W., SUITE 306
WASHINGTON, D.C. 20037-2301
(202) 223-1060 • FAX (202) 223-2553

Website - www.brainsurgery.com
E-mail - info@brainsurgery.com

THE WASHINGTON SPINE CENTER

## SUPPLEMENTARY NEUROSURGICAL REPORT

MORGANSTEIN, Norman                  27 December 1999

Mr. Morganstein has a number of complaints which are certainly related temporally to the presence of his tumor and subsequent surgery. He has had an element of fatigue. He has never been able to resume his normal work schedule and this extends as well into some of his recreational activities. He has had some visual blurring, he has had memory deficit for recent events and also some difficulty with remembering names of people. Although not dramatic, in aggregate he feels that overall his functional abilities are diminished because of this.

On examination, he is awake and responsive. He continues to have the residuals of left facial weakness and the hearing loss on that side. The remainder of his neurological examination is for the most part normal.

IMPRESSION: This patient has neurologic dysfunction which may be related to elevation of his temporal lobe. There may be some element of depression associated with this because of his loss of hearing and the imbalance. In any event, he has this dysfunction and I do not feel that any additional work up is needed at the present time. However, some accommodation is likely going to need to be made at his workplace so that he can continue to be productive.

Jeff Jacobsen, M.D.

JJ:daw
(transcribed 12/30/99)

cc:   Elliot Aleskow, M.D.
      Mr. Norman L. Morganstein

E2

4927 AUBURN AVENUE
SECOND FLOOR
BETHESDA, MARYLAND 20814-2643

9715 MEDICAL CENTER DRIVE
SUITE 227
ROCKVILLE, MARYLAND 20850-3320

106 IRVING STREET NW
SUITE 4300 NORTH
WASHINGTON, DC 20010

# PROGRESS REPORT

## VISION & CONCEPTUAL DEVELOPMENT CENTER
### *HARRY WACHS, O. D.*

2440 Virginia Avenue, NW
Suite D-102
Washington, DC 20037
Tel: (202) 862-0749
Fax: (202) 862-4988

TO: Examination Summary        RE: Norman Morgenstein

                                DATE: April 17, 2001

*Notes*

Mr. Morgenstein was administered a Visuo-cognitive evaluation on March 23, 2001. His distance visual acuity with present glasses is right eye 20/15, left eye 20/20+ and both eyes 20/15. Unaided his distance visual acuity is right eye 20/50, left eye 20/25+ and both eyes 20/15-. Retinoscopy shows that his present prescription is adequate. He shows a slight additional cylinder in the left eye but not of significant enough value to prescribe at this time. Ocular sensorimotor has gaps in convergence and focus. Ophthalmoscopy reveals no intra nor extra ocular pathology. Major areas of need are in Visual Thinking and Receptive-Expressive Visuo-Verbal communication from the written word. When reading instructions, Mr. Morgenstein gets confused with right and left directional. Graphic Representational Thought is far below age expectancy. A cursory evaluation of reading speed and accuracy shows that he is reading at 170 words a minute with 80 percent accuracy. The average for college should be 350 words a minute with 80 to 90 percent accuracy. I recommended that he see Kelley Dorfman for nutrition, Spectrum Center for auditory integration training and seek out occupational therapy and possibly Cranio-Sacral adjustments. His desire for improvement of balance and stability of visual fixation is somewhat guarded but optimistic. I would have to work with Mr. Morgenstein for at least 10 sessions before I could give him an estimate as to how long the treatment would take. Mr. Morgenstein is going to have Louise Dugan call us to discuss our findings and that point he will decide a future course of action.

*Harry Wachs*

E3
6