# DEFENDANT'S EXHIBIT 17

MORGAN STANLEY DEAN WITTER

1775 Eye Street NW, Suite 200
Washington, DC 20006-2401
202-862-9000   202-862-9094
202-862-9185 Fax

NORMAN MORGENSTEIN
Associate Vice President
Financial Advisor

June 4, 2001

Ms. Lilah Blackstone
Government of the District of Columbia
Department of Insurance and Securities Regulation

VIA FACSIMILE: (202) 535-1198

RE:   Series 65 Registration

Dear Ms. Blackstone

    As per your instructions, I am submitting the following additional information for your department's consideration.

    In November, 1971, I joined Reynolds Securities, Inc., the predecessor company of Morgan Stanley, as a trainee. In 1972, after completing the training program, I obtained my Series 7 license and was immediately registered with the District of Columbia and the States of Maryland, Virginia and New York, as a Registered Representative (currently referred to as a 'Financial Advisor'). From that time until now, I have continually held my registration in those jurisdictions, and have since added the States of California, Connecticut, Florida, Kentucky, Maine, Massachusetts, Michigan, New Jersey, Pennsylvania and South Carolina. A review of my registration in any of these jurisdictions would reveal that I have never had a complaint nor mar on my record.

    To the issue at hand. I have requested a Series 65 registration without examination because I was registered with the State of Maryland until my firm, inadvertently, allowed the registration to expire, and that I have a reading and fatigue disability created by a surgical procedure to remove a tumor from my inner ear. The latter being evidenced by reports submitted with an earlier request.

    Although I do have these disabilities, I do have the ability to review and absorb the performance, equity style and risk factors of the various Registered Advisors, which is the basis selecting and matching a suitable portfolio manager with a client. One does not need to have an extensive reading ability to draw a conclusion of an Advisor's performance with his peers or index with which he is compared.

Also, please consider that same selection process is used for appropriately selecting a mutual fund(s) for clients, and mutual funds are, in fact, money managers. Please not that licensing in this area is neither at issue nor in question

You also want to understand how I obtain financial information and remain abreast of the markets. The answer is very simple. I, as well as the majority of my colleagues, have cable in my office, which is supplied by our firm, and I am constantly watching and listening to CNBC, MSNCB, Bloomberg or CNNfn.

As always, should you require additional information, please to not hesitate to phone.

      Most Sincerely,

      *[signature]*

      Norman L. Morgenstein

Cc: Paul Garipole
   Registration Department
   Morgan Stanley
   Fax: (212) 392-9602