**DEFENDANT'S EXHIBIT 22**

RE: The letter

Subject: **RE: The letter**
Date: Tue, 21 May 2002 13:07:47 -0400
From: "Blackstone, Lilah (DISR)" <Lilah.Blackstone@dc.gov>
To: Norman.Morgenstein@Verizon.Net
CC: "Blackstone, Lilah (DISR)" <Lilah.Blackstone@dc.gov>,
"Miles, Theodore (DISR)" <Theodore.Miles@dc.gov>,
"Sheppard, Dana (DISR)" <Dana.Sheppard@dc.gov>

Dear Norman,

Per your request, this email is intended to notify you that the Securities Bureau is unable to grant your request for a waiver of the Series 65 examination requirements. Per our October 2, 2001 letter to you, the Securities Bureau has determined that you are not eligible for a waiver of the examination requirement for the reasons set forth in the letter. In our meeting in March, we explained to you that in order for the Department to consider other factors regarding your waiver, we would first require that your firm Morgan Stanley formally request a waiver on your behalf. Our office has been notified that Morgan Stanley will not seek a waiver of the Series 65 examination requirements on your behalf. As such, your case has been CLOSED, and the October 2, 2001 denial of your waiver request remains in effect. I have attached a copy of the letter for your convenience. Should you have any other questions or concerns, please do not hesitate to contact me at (202)442-4810.

Best wishes,

Lilah Blackstone
Assistant General Counsel
Securities Bureau
DISR


-----Original Message-----
From: Norman L. Morgenstein [mailto:Norman.Morgenstein@Verizon.net]
Sent: Monday, May 20, 2002 9:24 PM
To: Lilah Blackstone
Subject: The letter

Dear Lilah,

   As always, it was a pleasure talking with you last week.

   I have a request. When you've had a chance to post the letter we spoke about, I would appreciate it if you would notify me at this e-mail address so I can retrieve it at the office.

   And again as always,

      Sincerely,

         Norm Morgenstein

| LETTER.MORGENSTEIN.doc | Name: LETTER.MORGENSTEIN.doc<br>Type: Microsoft Word Document (application/msword)<br>Encoding: base64 |
|---|---|

1 of 2                                                                                          05/23/2002 7:41 PM

MORGENSTEIN 58

RE: The letter

MORGENSTEIN 59

**Government of the District of Columbia**
Department of Insurance and Securities Regulation

Anthony A. Williams
Mayor



Lawrence H. Mirel
Commissioner

Securities Bureau

October 2, 2001

Norman Morgenstein
Morgan Stanley Dean Witter
1775 Eye Street, NW
Suite 200
Washington, DC  20006

Dear Mr. Morgenstein:

After an extensive review of your application filed with the Department of Insurance and Securities Regulation, the Securities Bureau ("Bureau") has determined that you are not eligible for a waiver of the Investment Adviser (Series 65) examination requirements.  D. C. Code § 31-5602.02 (a)(1) specifies that no person shall transact business in the District as an investment adviser or as an investment adviser representative unless the person is licensed, or exempt from licensure under this act, or the person has no place of business in the District of Columbia and during the preceding 12 months, the person has had no more than 5 clients who are residents of the District.  You are not licensed as an investment adviser or investment adviser representative in the District of Columbia, and do not qualify for any exemption under the Securities Act of 2000.

An investment adviser is " a person, who, for compensation (i) engages in the business of advising others as to the value or as to the advisability of investing in, purchasing, or selling securities, or (ii) as part of a regular business, issues or promulgates analyses or reports concerning securities. The term does not include an investment adviser representative." D.C. Code § 31-5601.01 (17) (A) (2001 ed.)  An investment adviser representative licensed or required to be licensed under the Securities Act is "a partner, officer, director, or person occupying a similar status or performing similar functions, or other individual employed by or associated with an investment adviser, except clerical or administrative personnel, who performs any of the following functions: (i) makes any recommendations or otherwise renders advice regarding securities; (ii) manages accounts or portfolios of clients; (iii) determines which recommendation or advice regarding securities should be given; (iv) solicits, offers, or negotiates for the sale of, or sells, investment advisory services; or (v) supervises employees who perform any of the foregoing functions". D.C. Code § 31-5601.01(18) (A) (2001 ed.)

You have placed four (4) investment accounts while being employed in the District of Columbia. You may have placed your own accounts without registering in the District of Columbia, however the two accounts that you placed on behalf of your cousin violate of Section 202 of the Securities Act of 2000 because you were required to be licensed prior to providing advisory services on those accounts in the District of Columbia.

MORGENSTEIN 60

In order to be eligible for a waiver of the Series 65 examination under the District of Columbia securities regulations, you must show that you have not violated any provision of the Securities Act of 2000 or its regulations. Since you are employed in the District of Columbia, and have not obtained a license to act as an investment adviser or investment adviser representative, you have violated D. C. Code § 202(a)(1) by offering investment advisory services on 2 accounts.

Therefore, we regretfully must reject your waiver request. Please be advised that you should discontinue offering investment adviser advise in the District of Columbia until you are properly licensed. Should you wish to contact the Securities Bureau regarding this matter, please feel free to contact me at (202) 442-7800.

Yours truly,

/s/

Theodore A. Miles
Director, Securities Bureau

MORGENSTEIN 61