**DEFENDANT'S EXHIBIT 24**

Rouse, Andrea

**From:** Rouse, Andrea
**Sent:** Monday, March 25, 2002 11:27 AM
**To:** Morgenstein, Norman
**Subject:** DCIA License

Ron asked me to advise you that in order to get your DCIA license, you will have to take your Series 65 exam. In the mid-90s the State of Maryland waived the 65 exams for anyone registered in the state. In 1998, the laws changed and anyone that received commissions from managed money had to be licensed in their home state. Home state is the location of the office you work in. The District of Columbia requires the 65 exam. The firm did not keep your MDIA because it was not necessary after 1998. The registration department has reviewed your request for a waiver and discussed with Ron. The request has been denied.

We have also been told to advise you that any correspondence or communication with DC or any other state must be submitted to me and I will forward it to our registration department if needed for response. You are not permitted to communicate directly with any regulatory body.

Andrea Rouse
P: 202-862-9051
F: 202-862-9158