# DEFENDANT'S EXHIBIT 25

**Morgenstein, Norman**

**From:** Marks, Janice
**Sent:** Wednesday, March 27, 2002 4:23 PM
**To:** Morgenstein, Norman
**Subject:** RE: DCIA License

I will be back in the office on Monday. How does Tuesday look for you. Let me know your time and I'll try to be available.

Janice

-----Original Message-----
From: Morgenstein, Norman
To: Marks, Janice
Sent: 3/27/2002 12:17 PM
Subject: RE: DCIA License

Dear Janice,

In light of the serious nature of this situation, I think it would be appropriate for us to schedule a meeting where we could sit down and discuss the problem.

Sincerely,

Norm

-----Original Message-----
From: Marks, Janice
Sent: Tuesday, March 26, 2002 2:02 PM
To: Morgenstein, Norman
Subject: RE: DCIA License

Mr. Morgenstein,

I read your email today. I am unfamiliar with the MDIA license, can you please provide me with what the MDIA is, what your disability is, and the reason you believe that the failure to maintian the MDIA license is a violation of ADA.

I am currently out of the office on travel and not able to get back with you immediately. I will return to the office on Monday and will be able to spend some time with you at that time.

Janice Marks

-----Original Message-----
From: Morgenstein, Norman
To: Marks, Janice
Sent: 3/25/2002 2:37 PM
Subject: FW: DCIA License

Janice Marks
Human Resources Representative
Region 6

Dear Ms. Marks,

1

MORGENSTEIN 34

In light of the fact that all parties are, and were, aware of my disabilities, I believe that the failure to maintain my MDIA license is in violation of the ADA.

Please consider this a formal complaint and advise me of any additional information you might require.

Sincerely,

Norman L. Morgenstein
642-23
(202) 862-9094


-----Original Message-----
From: Rouse, Andrea
Sent: Monday, March 25, 2002 11:27 AM
To: Morgenstein, Norman
Subject: DCIA License


Ron asked me to advise you that in order to get your DCIA license, you will have to take your Series 65 exam. In the mid-90s the State of Maryland waived the 65 exams for anyone registered in the state. In 1998, the laws changed and anyone that received commissions from managed money had to be licensed in their home state. Home state is the location of the office you work in. The District of Columbia requires the 65 exam. The firm did not keep your MDIA because it was not necessary after 1998. The registration department has reviewed your request for a waiver and discussed with Ron. The request has been denied.

We have also been told to advise you that any correspondence or communication with DC or any other state must be submitted to me and I will forward it to our registration department if needed for response. You are not permitted to communicate directly with any regulatory body.


Andrea Rouse
P: 202-862-9051
F: 202-862-9158


<<image001.gif>>   <<Morgan Stanley.tmp>>

2

MORGENSTEIN 35