# DEFENDANT'S EXHIBIT 26

**Morgenstein, Norman**

**From:** Kreger, Catherine
**Sent:** Tuesday, April 23, 2002 11:28 AM
**To:** Morgenstein, Norman
**Subject:** RE: Information

I refer you to the e-mail from the District of Columbia that I forwarded to you and my response of April 01 via e-mail. Your request for a waiver was denied.

Carolyn Greenhalgh

-----Original Message-----
**From:** Morgenstein, Norman
**Sent:** Tuesday, April 23, 2002 12:11 PM
**To:** Greenhalgh, Carolyn
**Subject:** RE: Information

Dear Carolyn,

I guess I made an incorrect assumption that ICS had it's own licensing department. Now that I look on the second page of the documents I delivered to you, which brought to light this situation, I see that an email came from ICS Operations, but made reference to National Registration. It was my response on March 9, 2001, which apparently prompted Paul Garipole to make a phone call to me to tell me what he had done so far, in an effort to rectify Morgan Stanley's error.

Question: Where does my request for a waiver of the Series 65 examination under Regulation 1860.5, stand?

Sincerely,

-----Original Message-----
**From:** Greenhalgh, Carolyn
**Sent:** Tuesday, April 23, 2002 9:55 AM
**To:** Morgenstein, Norman
**Subject:** RE: Information

Mary Robertson and Paul Garipole are not in ICS licensing, but our National Registration department. ICS licensing is for F/A's that have accounts in our ICS program. As we have previously communicated to you, any future registration questions you have are to be sent through Andrea Rouse.

Carolyn

-----Original Message-----
**From:** Morgenstein, Norman
**Sent:** Monday, April 22, 2002 4:07 PM
**To:** Greenhalgh, Carolyn
**Subject:** RE: Information

Dear Carolyn,

On April 2, 2002, and at your request, I place a stapled packet on you desk of all communications I had with DCSD. For identification purposes, the first page was a fax cover to Mary Robertson @MS Registration, dated March 14/22. If you will review any document I sent to DCSD, you will see a 'cc' to Paul Garipole, Registration Dept. MSDW.

So you will know the sequence of events; the week after my March 5, 2002 meeting with DCSD, I made a follow up call to check on the resolution of my exemption request, as they told me they would have an answer for me by (on) March 8th. I played phone tag with Lilah Blackstone and the message she left was she was in touch with Mary Robertson at MS. I phone Mary Robertson and explained the situation. It was at this time that I found that Mary was the head of the department, and Paul Garipole was under her.

1

MORGENSTEIN 47