# DEFENDANT'S EXHIBIT 27

Case 1:05-cv-02123-JR     Document 15-29     Filed 08/28/2006     Page 1 of 2

**Morgenstein, Norman**

From: Morgenstein, Norman
Sent: Friday, May 03, 2002 3:17 PM
To: Rouse, Andrea
Subject: RE: Series 65

Tracking: Recipient   Read
Rouse, Andrea Deleted: 5/10/02 3:58 PM

Andrea,

Why was the request for waiver denied? What is the accommodation you mentioned?

Thanks,

Norm

-----Original Message-----
From: Rouse, Andrea
Sent: Friday, May 03, 2002 1:45 PM
To: Morgenstein, Norman
Subject: Series 65

Norman,

I have spoke with Mary Robertson about this. There is no paperwork to send to you.

Your request for an accommodation was not denied (that I know of)-your request for a *waiver* was denied. We can start the process for an accommodation if that is what you want.

Morgan

Andrea Rouse
P: 202-862-9051
F: 202-862-9158

5/22/02

#10

MORGENSTEIN 54