# DEFENDANT'S EXHIBIT 28

**Morgenstein, Norman**

| | |
|---|---|
| **From:** | Morgenstein, Norman |
| **Sent:** | Monday, May 06, 2002 11:24 AM |
| **To:** | Rouse, Andrea |
| **Subject:** | RE: Series 65 |

**Tracking:** **Recipient** **Read**

Rouse, Andrea Read: 5/8/02 9:24 AM

Dear Andrea,

Let me get this right. When I was in your office this morning, you told me is that Ron will not approve the paperwork for me to obtain an exemption from taking the Series 65 exam in order to obtain a Series 65 license.

Thank you,

Norm

-----Original Message-----
**From:** Rouse, Andrea
**Sent:** Friday, May 03, 2002 1:45 PM
**To:** Morgenstein, Norman
**Subject:** Series 65

Norman,

I have spoke with Mary Robertson about this. There is no paperwork to send to you.

Your request for an accommodation was not denied (that I know of)-your request for a *waiver* was denied. We can start the process for an accommodation if that is what you want.

Morgan

Andrea Rouse
P: 202-862-9051
F: 202-862-9158

5/24/02

MORGENSTEIN 56