# DEFENDANT'S EXHIBIT 29



Morgan Stanley

© 2002 Morgan Stanley

Financial Advisor
Compensation and
Recognition Programs

Morgan Stanley

MSDW 01845

Morgan Stanley Financial Advisor Compensation and Recognition Programs

# Table of Contents

Compensation Program ———————————————————————— 1

Incentive Compensation ————————————————————————— 2

Payout Grid ——————————————————————————————— 2
  Payout on Small Ticket Orders ——————————————————— 4
  Low-Priced Securities ———————————————————————— 4

Commission Discounting Policy ————————————————————— 5

Affiliated Mutual Funds ————————————————————————— 6
  Morgan Stanley Mutual Fund Sales Credits ——————————— 6
  Van Kampen Mutual Fund Sales Credits ———————————— 7

Non-Affiliated Mutual Funds —————————————————————— 8
  External Mutual Fund Sales Credits —————————————— 8

529 Plans ———————————————————————————————— 8
  Morgan Stanley College SAVE 529 Plan Sales Credits ————— 9
  Van Kampen Higher Education 529 Fund Sales Credits ———— 9

Retirement Plans ————————————————————————————— 11
  Morgan Stanley Plus 401(k) and Premier Programs Sales Credits — 11
  Morgan Stanley Retirement Connection™ Sales Credits ——— 12
  Morgan Stanley Individual(k) Sales Credits ————————— 13

Insurance ———————————————————————————————— 14
  Annuity Sales Credits ——————————————————————— 14
  Life Insurance Sales Credits ———————————————————— 15

The BusinessScape™ Program Compensation —————————————— 15

The CreditSource® Program Compensation ——————————————— 15

Margin Balance Compensation —————————————————————— 16

Morgan Stanley Choice™ Account Compensation ————————————— 17

Morgan Stanley Cross-Selling Initiative ————————————————— 18

Transaction Futures Payout ——————————————————————— 20

*Deferred Compensation* ————————————————————————— 20

Productivity Bonus Program ——————————————————————— 21

Capital Accumulation Plan ———————————————————————— 22

*Residual Compensation* ————————————————————————— 22

Affiliated Mutual Funds ————————————————————————— 22
  Morgan Stanley Mutual Funds ——————————————————— 24
  Van Kampen Mutual Funds ————————————————————— 25

Non-Affiliated Mutual Funds —————————————————————— 25
  External Mutual Funds ——————————————————————— 25

Retirement Plans ————————————————————————————— 25
  Morgan Stanley Plus 401(k) and Premier Programs Commission — 25
  Morgan Stanley Retirement Connection™ ——————————— 26

# Morgan Stanley Financial Advisor Compensation and Recognition Programs

Insurance
  Annuity Residual Compensation ............................................ 26
  Life Insurance and Other Insurance Residual Compensation ............... 27
Managed Futures ........................................................... 27
Morgan Stanley Trust—Personal Trust Services .............................. 28

Recognition Programs ...................................................... 30
Clubs ..................................................................... 30
  Chairman's Club ......................................................... 30
  President's Club ........................................................ 30
  Director's Club ......................................................... 31
Investment Consulting Services ............................................ 32
  Wharton Senior Consultant Program ....................................... 32
Insurance Services ........................................................ 32
  Estate Planning Consultant Certificate Program ......................... 33
Officer Appointments ...................................................... 34
Expense Allowance ......................................................... 34
Summary and Additional Information ........................................ 34

# Compensation Program

The Morgan Stanley Compensation Program provides Financial Advisors with an opportunity to generate significant income in three different ways:

- Incentive Compensation

- Deferred Compensation

- Residual Compensation

*Incentive Compensation* is based on a payout grid. Payout is monthly, and the rate will be based on your year-to-date gross production." The payout grid provides you with increasing incentives through a retroactive escalating scale.

*Deferred Compensation* is a productivity bonus granted to Financial Advisors who achieve annual production of $150,000 or more and who otherwise meet conditions for vesting.

*Residual Compensation* provides additional compensation in the form of residuals on various products to Financial Advisors meeting the established conditions.

All revenue generated will be included in determining your payout grid level and deferred productivity bonus.

Morgan Stanley Financial Advisor Compensation Program

## Incentive Compensation

### Payout Grid

The payout grid, which covers all product areas, based on your total annual gross production, is presented below:

| Annual Production | Asset-Based Products | Transaction-Based Products | Residuals |
|---|---|---|---|
| $1,000,000 and over | 42% | 40% | 50% |
| $900,000-$999,999 | 41% | 40% | 50% |
| $800,000-$899,999 | 41% | 39% | 50% |
| $600,000-$799,999 | 41% | 38% | 50% |
| $400,000-$599,999 | 40% | 37% | 50% |
| $350,000-$399,999 | 39% | 36% | 50% |
| $300,000-$349,999 | 38% | 35% | 50% |
| $250,000-$299,999 | 37% | 34% | 50% |
| $200,000-$249,999 | 36% | 33% | 50% |
| $150,000-$199,999 | 35% | 32% | 50% |
| $0- $149,999 | 33% | 30% | 50% |

Financial Advisor Incentive Compensation is based on total annual gross production, fully retroactive. Please note that retroactive payout only applies to commissions paid at payout grid. Financial Advisor payout is monthly, and the rate will be based on your year-to-date gross production (fully retroactive). For product classification, please refer to the Financial Advisor Compensation Website on Morgan Stanley Ideas.

### Grid Exceptions

1. Financial Advisors with total annual gross production of less than $200,000 during the previous year and who have been registered for 8 or more years will receive a payout rate of 25%. However, once $200,000 in gross production is reached, payout will be adjusted based on the above payout grid, retroactive to dollar one.

2. For Small Households with less than $25,000 in total client assets, Financial Advisors will be paid based on the following schedule:

• Asset-Based          30%

• Transaction-Based    20%

• All Residuals (including MMF)   50%

Morgan Stanley Financial Advisor Compensation Program

3. Transaction futures production is included for purposes of determining total annual production, and, hence payout on all products. The payout on transaction futures production itself, however, is based on a different grid (see page 18).

### Start-Up Policy

At the start of each year, you will be assigned an advanced payout rate as follows:

• Financial Advisors with prior year production of $1,000,000 and over will receive an advanced payout rate based on the production level attained during the prior year.

• Financial Advisors with prior year production of $600,000 to $999,999 will receive an advanced payout rate based on one breakpoint below the production level attained during the prior year.

• All other Financial Advisors will receive an advanced payout rate based on two breakpoints below the production level attained during the prior year, but not less than the lowest rate on the grid.

As new breakpoints are attained, the higher payout rates will be applied to gross production retroactively, starting at the beginning of the year from dollar one. All residuals, including money market fund residuals, and production in Small Households are included in determining the grid payout rate.

This payout procedure is repeated each time a new breakpoint is achieved. Therefore, as you reach a breakpoint, the payout rate for each prior month, as well as the current month, will be adjusted upward to bring total year-to-date compensation up to your new, higher payout level.

Please note that the initial payout rate will be considered an advance against your "earned" payout, which is based on your prior year's gross production. Any difference between the earned payout and the advanced payout must be repaid by the end of the last production month of the year; payout in this month will be adjusted to offset prior unearned payouts. Commission deficits will be carried forward into the following year.

2

3

Morgan Stanley Financial Advisor Compensation Program

## Payout on Small Ticket Orders

Payout on small ticket orders is as follows:

| Commission Amount | Payout Rate grid |
|---|---|
| $0.01-$84.99 | 0% |
| $85.00 and above | |

For futures, payout is based on a half-turn commission, according to the payout schedule as follows:

| Commission Amount | Payout Rate |
|---|---|
| $0.01-$17.49 | 0% |
| $17.50-$24.99 | 10% |
| $25.00-$37.49 | 20% |

The following are exceptions to the small ticket charge, and payout is based on the payout grid:

*Fixed Income* All government and money market securities with a two-year maturity or less.

*IMS Custom Portfolio* (Commission).

*Insurance* All Annuities, Life Insurance and Other Insurance.

*Ladder Portfolio* All one-ticket, pre-planned ladders in order-entry inventory.

*Managed Futures* All managed futures fund offerings.

*Mutual Funds* All Affiliated and Non-Affiliated Mutual Funds.

*Options* Opening covered sell orders, regardless of size.

*Strategic Equity Portfolio (STEP)* All one-ticket STEP orders, when initially establishing portfolios.

*Syndicate* All Morgan Stanley managed and co-managed debt and equity underwritings.

*Unit Trusts* All Morgan Stanley and Van Kampen managed and co-managed Unit Investment Trusts and rollovers.

*Vision One Accounts* (Commission).

## Low-Priced Securities

Financial Advisors will not receive a commission payout on low-priced over-the-counter (OTC) securities priced at $0.99 or less per share. OTC securities include all Non-National Market System securities such as NASDAQ Bulletin Board securities and pink sheet securities.

---

Morgan Stanley Financial Advisor Compensation Program

Please note that this policy does not apply to securities followed by Morgan Stanley Research.

## Commission Discounting Policy

*Equities* The minimum commission for equity transactions is 5 cents per share, not to exceed the normal commission level. Orders submitted that result in commissions of less than 5 cents per share will be recalculated to the 5 cents per share level, except on stocks trading at $2.00 or less, in which case a 50% discount will be allowed. Employee discounts may not exceed 50% unless approved by your Regional Director. NASDAQ/OTC orders may not exceed a 50% discount unless approved by your Regional Director, which must be indicated on the order.

*Options* The maximum allowable discount on options trades is 50%. Transactions that are entered on a cents-per-share basis will be converted into the appropriate percentage rate and any transaction that exceeds the allowable maximum discount will be recalculated to reflect the 50% maximum. Institutional accounts will be exempt from this policy.

*Futures* The lowest half-turn ("per-side") commission rate permissible, without prior approval, is $18.00 per contract (plus all applicable fees) for both futures and options on futures. Any discounted commission rate below $18.00 per side needs the prior approval of the Branch Futures Department. Employee discounts may not exceed 50%. Exempt from the commission discounting policy are Affiliated and Non-Affiliated Managed Account wrap fees.

### Consulting Services Groups

- Morgan Stanley Access and Morgan Stanley Vision (fee): The fee can be discounted, at your discretion, to a maximum of 50%.

- Morgan Stanley Vision Directed Brokerage: You negotiate commission discounts following the equities discounting policy outlined above.

- Custom Portfolio: You negotiate commission discounts following the equities discounting policy outlined above.

### Mutual Funds Advisory Products

- Morgan Stanley Funds Portfolio Architect: The fee can be discounted, at your discretion, to a maximum of 33%.

- Morgan Stanley Fund Solution: The fee can be discounted, at your discretion, to a maximum of 50%.

MSDW 01849

## Affiliated Mutual Funds

### Morgan Stanley Mutual Funds

The maximum Morgan Stanley mutual fund sales credits is based on the type of fund, as detailed below:

#### Sales Credits on Front-End Load Funds

| Amount of Transaction | Equity | Fixed Income | Multi-State Muni Series (nz, FL, NJ, PA) |
|---|---|---|---|
| Less than $25,000 | 5.00% | 4.00% | 4.00% |
| $25,000-$49,999 | 4.50% | 3.75% | 3.50% |
| $50,000-$99,999 | 3.75% | 3.25% | 3.25% |
| $100,000-$249,999 | 2.75% | 2.50% | 2.75% |
| $250,000-$499,999 | 2.25% | 2.00% | 2.50% |
| $500,000-$999,999 | 1.80% | 1.50% | 1.75% |
| $1,000,000 and over | 1.00% | 1.00% | 0.50% |

Note: Hawaii Muni has a maximum sales credit of 3%.
All Morgan Stanley Front-End Load Funds are Class A shares, except the Multi-State Muni Series.

#### Sales Credits on Contingent Deferred Sales Charge Funds

| | |
|---|---|
| Equity Funds | 5.00% |
| Fixed Income Funds | 4.00% |
| State Municipal Funds | 4.00% |
| National Municipal Funds | 4.00% |
| Prime Income Trust | 2.50% |

All Morgan Stanley Contingent Deferred Sales Charge Funds are Class B shares.

*Sales Credits on Level Load Funds ("C" Shares)* The sales credit at the time of sale is 1% for equity and fixed income funds.

*Sales Credits on No Load Funds ("D" Shares)* A sales credit of 1% will accrue and pay monthly over the first year, subject to a "charge-back" for redemptions. Within the first year of purchase, the charge-back is 100% of what has been paid to you; for redemptions within the second year, it is 50% of what has been paid to you.

Also see Residual Compensation information beginning on page 22.

### Van Kampen Mutual Fund Sales Credits

Van Kampen mutual fund sales credits generally will be at parity with Morgan Stanley Funds. The maximum Van Kampen mutual fund* sales credit is based on the type of fund, as follows:

| Asset Class | Maximum Van Kampen Sales Credit | | | | |
|---|---|---|---|---|---|
| Sales Load Type | Equity | Fixed Income | State Municipal | National Municipal | Prime Rate |
| Deferred Sales Charge Funds | 4.00% | 4.00% | 4.00% | 4.00% | 2.50% |
| Level Load Funds*** | 1.00% | 1.00% | 1.00% | 1.00% | - |

* Subject to breakpoints. See schedule below.
** Level Load Fund residuals are paid as sales credits. See page 24 for maximum sales credits.

#### Front-End Load Breakpoint Sales Credits

Maximum front-end load of affiliated mutual fund sales credits are based on breakpoints per the Morgan Stanley Funds multi-class schedule, as outlined below.

| Breakpoints | Maximum Financial Advisor Sales Credit | |
|---|---|---|
| | Equity | Fixed Income |
| Under $25,000 | 5.00% | 4.00% |
| $25,000-$49,999 | 4.50% | 3.75% |
| $50,000-$99,999 | 3.75% | 3.25% |
| $100,000-$249,999 | 2.75% | 2.00% |
| $250,000-$499,999 | 2.25% | 2.00% |
| $500,000-$999,999 | 1.80% | 1.50% |
| $1,000,000 and over | 1.00% | 1.00% |

* For U.S. Registered Funds.
Also see Residual Compensation information on page 24.

Morgan Stanley Financial Advisor Compensation Program

## Non-Affiliated Mutual Funds

### External Mutual Fund Sales Credits

Non-Affiliated mutual fund sales credits generally will be at parity with Morgan Stanley Funds. The maximum non-affiliated mutual fund* sales credit is based on the type of fund, as follows:

| Asset Class | Non-Affiliated Sales Credit (maximum) | | | | |
| --- | --- | --- | --- | --- | --- |
| Sales Load Type | Equity | Fixed Income | State Municipal | National Municipal | Prime Rate |
| Deferred Sales Charge Funds | 5.00% | 4.00% | 4.00% | 4.00% | 2.50% |
| Front-End Load Funds** | 5.00% | 4.00% | 4.00% | 4.00% | - |
| Level Load Funds*** | 1.00% | 1.00% | 1.00% | 1.00% | - |

Note: Hawaii State Municipal Funds are limited to a maximum payout of 3%.
* Subject to breakpoints, see schedule below.
** Level Load Fund residuals are paid as sales credits. See page 25 for maximum sales credits.

### Front-End Load Breakpoint Sales Credits

Maximum front-end load non-affiliated mutual fund sales credits are based on breakpoints per the Morgan Stanley Funds multi-class schedule, as outlined below.

| Breakpoints | Maximum Financial Advisor Sales Credit | |
| --- | --- | --- |
| | Equity | Fixed Income |
| Under $25,000 | 5.00% | 4.00% |
| $25,000-$49,999 | 4.50% | 3.75% |
| $50,000-$99,999 | 3.75% | 3.25% |
| $100,000-$249,999 | 2.75% | 2.50% |
| $250,000-$499,999 | 2.25% | 2.00% |
| $500,000-$999,999 | 1.80% | 1.50% |
| $1,000,000 and over | 1.00% | 1.00% |

* For U.S. Registered Funds.
Also see Residual Compensation information beginning on page 25.

## 529 Plans

### Morgan Stanley College SAVE 529 Plan Sales Credits

The Portfolios of College SAVE are invested in load-waived Class A shares of the underlying funds. Thus, you will be paid 200 Basis Points (bps) on each contribution made to a College SAVE Account with current lifetime contribution limits set at $269,000 per Designated Beneficiary.

8

---

Morgan Stanley Financial Advisor Compensation Program

Residuals of 25 bps are calculated monthly and paid annually in the last month of the production year, unless otherwise indicated, based on the month in which the contribution was made retroactive to January 1, 2002. Credit tracking for the purpose of including College SAVE Portfolio sales in your asset-based production payout grid level, productivity bonuses and recognition award programs is available.

### Van Kampen Higher Education 529 Fund Sales Credits

**Class A Units**

*Fee Schedule:* 10+ Years to Enrollment Portfolio, 9-7 Years to Enrollment Portfolios, Equity Fixed Portfolio

| | Sales Credit |
| --- | --- |
| Under $50,000 | 5.00% |
| $50,000-$99,999 | 4.00% |
| $100,000-$249,999 | 3.00% |
| $250,000-$499,999 | 2.25% |
| $500,000-$999,999 | 1.75% |
| $1,000,000-$1,999,999 | 1.00% |
| $2,000,000-$2,999,999 | 0.08%* |
| $3,000,000 | 0.50%* |

*Fee Schedule:* 6-4 Years to Enrollment Portfolio, Bond Fixed Portfolio

| | Sales Credit |
| --- | --- |
| Under $100,000 | 4.25% |
| $100,000-$249,999 | 3.25% |
| $250,000-$499,999 | 2.25% |
| $500,000-$999,999 | 1.75% |
| $1,000,000-$1,999,999 | 1.00% |
| $2,000,000-$2,999,999 | 0.08%* |
| $3,000,000 or over | 0.50%* |

*Fee Schedule:* 3-2 Years to Enrollment Portfolio, 1 Year or Less Years to Enrollment Portfolio, Short Term Income Fixed Portfolio

| | Sales Credit |
| --- | --- |
| Under $25,000 | 2.00% |
| $85,000-$249,999 | 1.50% |
| $250,000-$499,999 | 1.25% |
| $500,000-$999,999 | 1.00% |
| Over $1,000,000 | 0.05%* |

* Van Kampen Funds may impose a deferred sales charge of 1.00% on certain Distributions that are taken within one year of Contribution.

9

MSDW 01851

Morgan Stanley Financial Advisor Compensation Program

## Class A Units (continued)

| | Sales Credit |
|---|---|
| Asset Retention Program: | Assets in plan for one year become eligible for Asset Retention Program (ARP) |
| Residual Payment: | 0.25%<br>0.15% Short Term Income fixed portfolio |

## Class B Units

| | Sales Credit |
|---|---|
| | 4.00%<br>2.00% Short Term Income fixed portfolio |
| Asset Retention Program: | Assets in plan for one year become eligible for ARP |
| Residual Payment: | 0.25%<br>0.15% Short Term Income fixed portfolio |

## Class C Units

| | Sales Credit |
|---|---|
| | 1.00%<br>0.75% Short Term Income fixed portfolio |
| Residual Payment: | 1.00% Beginning in year 2<br>0.65% Short Term Income fixed portfolio |

Morgan Stanley Financial Advisor Compensation Program

## Retirement Plans

### Morgan Stanley Plus 401(k) and Premier Programs Sales Credits

The information below details the Financial Advisor Compensation Plan applicable to bundled retirement programs sold through Morgan Stanley Retirement Plan Services alliance with ADP, effective June 1, 2001:

### Morgan Stanley Funds

| Share Class | Sales Charge | Plan Level CDSC | Initial Sales Credit on New Contributions | Residual on Eligible Balances |
|---|---|---|---|---|
| A Shares<br>Plans with less than $25 million in eligible Morgan Stanley Funds | Waived | None | 0.65% | 0.65% |
| D Shares<br>Plans with more than $25 million in eligible Morgan Stanley Funds | None | None | 0.65% | 0.10% |

*Stable Value and Money Market Funds* carry no initial sales credit but have a 0.10% residual income on eligible balances.

*Morgan Stanley Funds Fixed Income Funds* carry a 0.65% initial sales credit and have a 0.15% residual income on eligible balances.

*Affiliated and Non-Affiliated Mutual Fund Families* Generally, Financial Advisor compensation will mirror Morgan Stanley Funds. Exceptions may apply.

*Frozen Guaranteed Investment Contracts (GIC)* Transfers from a Frozen GIC to a participating mutual fund are considered new contributions to the plan and are therefore eligible for sales credits.

*Employer Stock* New money transfers from an Employer Stock Fund to a participating mutual fund are considered new contributions to the plan, and are therefore eligible for commission. Purchases and/or sales of employer stock are not eligible for sales credit under this program.

*Retirement Plans at the Branch-Level converting to Morgan Stanley Retirement Plan Services' Bundled Retirement Programs* Conversions of retirement plans, currently held at the branch-level, to one of Morgan Stanley Retirement Plan Services' bundled Retirement Programs are treated as a new sale and hence the plan's assets will be eligible for sales credits.

1

Morgan Stanley Financial Advisor Compensation Program

## Morgan Stanley Retirement Connection℠ Sales Credits

The information below details the Financial Advisor Compensation Plan applicable to bundled retirement programs sold through Morgan Stanley Retirement Plan Services alliance with Fidelity Investments through the **Morgan Stanley Retirement Connection℠** program effective January 1, 2002.

| Share Class | Sales Charge | Plan Level¹ CDSC | Initial Sales Credit on New Contributions | Residual on Eligible Balances |
|---|---|---|---|---|
| A Shares<br>Plans with less than $25 million in eligible Morgan Stanley Funds | Waived | None | 0.65% | 0.25% |

*Stable Value and Money Market Funds* carry no initial sales credit but have a 0.10% residual income on eligible balances.

*Morgan Stanley Funds Fixed Income Funds* carry a 0.65% initial sales credit and have a 0.15% residual income on eligible balances.

*Affiliated and Non-Affiliated Fund Families* Generally, Financial Advisor compensation will mirror Morgan Stanley Funds. Exceptions may apply.

*Fidelity Funds* The following Fidelity Advisor Funds, Emerging Markets Income, High Yield, High Income, Mortgage Securities, Government Investment, Strategic Income and Intermediate Bond carry a 0.65% initial sales credit, and have a 0.25% residual income. Short Fixed-Income Funds carries no initial sales credit, but has a 0.15% residual income on eligible balances.

*Employer Stock Purchases* and/or sales of employer stock are not eligible for sales credits. Transfers from an Employer Stock Fund to a participating fund are not eligible for sales credits.

*Retirement Plans at the Branch-Level converting to Morgan Stanley Retirement Plan Services' Bundled Retirement Programs* Conversions of retirement plans, currently held at the branch-level, to one of Morgan Stanley Retirement Plan Services' bundled Retirement Programs are treated as a new sale and hence the plans assets will be eligible for sales credits.

Retirement Connection℠ is a service mark of SMR Corp.

12

---

Morgan Stanley Financial Advisor Compensation Program

## Morgan Stanley Individual(k) Sales Credits

The information below details the Financial Advisor Compensation Plan applicable to the Morgan Stanley Individual(k) Program through Retirement Plan Services' alliance with BISYS, effective December 1, 2002.

| Share Class | Sales Charge | Plan Level¹ CDSC | Initial Sales Credit on New Contributions | Residual on Eligible Balances |
|---|---|---|---|---|
| A Shares<br>Plans with less than $25 million in eligible Morgan Stanley Funds | Waived | None | 0.65% | 0.25% |

*Money Market Funds* carry no initial sales credit but have a 0.10% residual income on eligible balances.

*Morgan Stanley Funds Fixed Income Funds* carry a 0.65% initial sales credit and have a 0.15% residual income on eligible balances.

*Affiliated and Non-Affiliated Fund Families* Generally, Financial Advisor compensation will mirror Morgan Stanley Funds. . Exceptions may apply.

*Retirement Plans at the Branch-Level converting to Morgan Stanley Retirement Plan Services' Bundled Retirement Programs* Conversions of retirement plans, currently held at the branch-level, to one of Morgan Stanley Retirement Plan Services' bundled Retirement Programs that are transferred in-kind will not be treated as a new sale and hence the plan's assets will not be eligible for sales credits in accordance with the rules outlined within this document. Any assets that are held in cash at the time when the branch-level account is transferred into an Individual(k) account will be eligible for sales credits when the funds are allocated to each participant's requested investment options.

**MSDW 01853**

13

14

## Insurance

### Annuity Sales Credits

The maximum sales credit is based on the type of product, as detailed below:

| Product | | Maximum Sales Credit |
|---|---|---|
| Traditional fixed (SPDA) annuities | | 4% |
| Market-value-adjusted (MVA) annuities: | | |
| Non-syndicated | | 5% |
| Syndicated | | 2% |
| Immediate (SPIA) annuities | | 3% |

All regularly available variable (VA) annuities pay incentive compensation and *certain select* (VA) annuities pay residual compensation. The maximum sales credit is based on the product load structure, as detailed below:

### VA Load Structure

| | Maximum Sales Credit | Maximum Residual |
|---|---|---|
| Deferred Sales Charge Products (Similar to "B-shares") | 5% In year 1 | 0.25%* In years 2+ |
| Level Load Products (Similar to "C-shares")[1] | 1% In year 1 0.75% In years 2+ | 0.45% Starting in year after CDSC ends 0.25% In years 2+ |

Sales Credits on all older generation annuity products and on "single case exception" annuity products (i.e. those not regularly available) vary by product. Please call the Insurance Help Desk for specific information.

Sales Credits and residuals may be less than the maximum shown:

- On older issue ages
- On shorter MVA rate guarantee periods
- On fixed account and DCA account portions of VAs
- On older products

See product-specific information on the Annuity/Insurance section of Morgan Stanley *Ideas* for details.

[1] The 0.45% sales credit and 0.25% residuals are not available on the MFS Regatta Choice VA product.

---

### Life Insurance Sales Credits

Sales Credits vary by product and, within product, by type of premium on which the sales credit is being paid; first year target premiums, first year excess premiums and renewal premiums all have different commission rates. For information on commission rates on specific products, please see the Annuity/Insurance section of Morgan Stanley *Ideas* or call the Insurance Help Desk.

### The BusinessScape℠ Program Compensation

Effective December 1, 2002. For every BusinessScape℠ credit transaction (line of credit, term loan, owner occupied commercial real estate mortgage) you complete during the production year, BusinessScape℠ will pay you a fixed percentage split of 75% of the total facility fees (including the residual facility fee on line of credit renewal) received on the loan or line of credit established. BusinessScape℠ will receive the remaining 25% of the total facility fee. Compensation on all loans that close on or before the end of the Morgan Stanley production month will be credited on the last day of the Morgan Stanley production month for payment in the same production month.

BusinessScape℠ is a service mark of Morgan Stanley Dean Witter & Co. BusinessScape℠ lines of credit, term loans, and commercial real estate mortgages are subject to credit approval and are provided by Morgan Stanley Dean Witter Commercial Financial Services, Inc.

### The CreditSource® Program Compensation

For every first mortgage or refinance (SelectSource®, FlexSource®, etc.), home equity loan (SourceLoan®), or home equity line of credit (SourceLine®) transaction you complete during the production year, you will receive 50 basis points towards the production grid, based on the dollar amount of the loan or line of credit established. Compensation on all loans that close on or before the end of the Morgan Stanley production month will be credited on the last day of the Morgan Stanley production month for payment in the same production month.

SelectSource® is a service mark and CreditSource®, FlexSource®, SourceLoan®, and SourceLine® are registered service marks of NOVUS Credit Services Inc.

### Margin Balance Compensation

You will receive 15 basis points towards the production grid on the average daily margin balances in your clients' accounts. Accounts must be in good standing and have standard posted pricing rates.

15

Morgan Stanley Financial Advisor Compensation Program

## Morgan Stanley Choice℠ Account Compensation

Morgan Stanley Choice℠ compensates Financial Advisors as follows:

- You will receive the full Choice fee as a production credit (there is no discount sharing or retention, except as noted below on accounts opened before October 21, 1999).

- You will receive compensation on Choice accounts on a rolling quarterly basis, beginning the month *after* the account is enrolled in Choice. For example, if an account is opened in January, you will be compensated in February, May, August and November. Since Choice Fees are paid on a rolling-quarter cycle, rather than a calendar-quarter cycle, it is possible for you to receive a smooth flow of compensation throughout the year.

- You will not participate in Closing Fees.

- You will receive residuals for mutual fund shares that are purchased outside Choice and brought into the account (i.e., ineligible shares).

- You will not receive residuals on mutual funds purchased in Choice accounts (i.e., eligible shares).

- You will not receive Closing Fees billed on eligible mutual fund shares.

- If a client terminates Choice status but maintains those shares of eligible mutual funds in a commission-based account, you will receive any residuals that becomes payable thereafter (i.e., ineligible shares).

- In addition to the Choice Fee, you will receive equity and taxable fixed income syndicate sales credits for buy-side transactions executed in Morgan Stanley Choice℠ accounts. Choice Annual Fees will be applied to underwritten offerings of eligible individual equities, fixed income securities and market-linked investments purchased or held in any enrolled account. Underwritten offerings will be purchased only at the public offering price, which includes a publicly disclosed underwriting commission. You will receive a selling concession or other compensation, which is part of the underwriting commission that is described generally in the relevant offering documents, in addition to Choice Fees.

- For new issues of municipal bonds purchased in Choice, 80% of the syndicate sales credit on buy-side transactions will be applied to your grid. You will also receive the Choice Fee quarterly for Eligible Assets held in Choice accounts.

16

---

Morgan Stanley Financial Advisor Compensation Program

- All sales credits are subject to syndicate policies and procedures.

- Choice Fees on cash and money market funds are billed at the fixed income rate.

*Please Note: The compensation for accounts opened before 10/21/99 is as follows:*

- Compensation is tied directly to client fees.

- From zero to 10% discounting, you will receive the entire Choice Fee as gross.

- As the level of discounting increases, your participation in the Choice Fee is reduced by an amount equal to the percentage discount sharing multiplied by the eligible Account Asset Value.

| % Discount | Equity | Fixed Income |
| --- | --- | --- |
| 0% to 10% | 0.00% | 0.00% |
| >10% to 20% | 0.15% | 0.08% |
| >10% to 20% | 0.20% | 0.10% |
| >20% to 25% | 0.25% | 0.13% |
| >25% to 30% | | |

Discounting of fees is applied independently to equity and fixed income assets, based on the relative totals of equity or fixed income discounting.

## Morgan Stanley Cross-Selling Initiative

The Cross-Selling Initiative is designed to provide supplemental compensation to those individuals who make a substantial contribution toward originating and executing business outside of their division and for which they would otherwise receive no credit in their normal compensation. Eligible employees in this program include professionals within Institutional Securities (Investment Banking, Fixed Income, Institutional Equity and Institutional Infrastructure), Private Wealth Management, Investor Advisory Services and Investment Management.

Before submitting a request for supplemental compensation, the Financial Advisor should discuss all of the relevant aspects of the situation with his or her Branch Manager to determine if the effort qualifies for the initiative. Financial Advisors must be employees of Morgan Stanley at the time of fee payment to be eligible for payment.

Please note that this program and related supplemental compensation awards will supersede pre-existing finder's fee policies, including but not limited to, the Branch Originator's Program Special Compensation Policy.

17

18

## Transaction Futures Payout

### Payout

The regular transaction futures grid, which is based on your gross annual futures production, is presented below. Financial Advisors must be employees of Morgan Stanley at the time of fee payment to be eligible for payment.

*Note:* Production credits from physical precious metal products and foreign exchange conversion mark-ups are paid according to the transaction futures grid.

| Current Year Transaction Futures Production | Payout |
|---|---|
| $1-$24,999 | 25% |
| $25,000-$119,999 | 30% retroactive to $1 |
| at $120,000 | 5% retroactive bonus (which brings payout to 35% retroactive to dollar one) |
| $120,000-$199,000 | 40% non-retroactive |
| $200,000 and over | 42% non-retroactive |

### Retention

A fixed-rate-per-contract retention is applied against transaction futures revenues. The retention amount will be returned retroactively, as per the schedule below. The amount of retention will not affect your payout rate or amount of discount sharing.

| Transaction Futures Gross | Retention | Retroactive "Return" |
|---|---|---|
| Under $50,000 | $3.00 per contract | N/A |
| $50,000-$149,999 | $1.00 per side | When gross reaches $50,000, 2/3 is returned |
| $150,000 and over | Exempt per side | When gross reaches $150,000, balance of prior retention is returned |

### Advanced Payout

The advanced payout rate determines where you enter the futures payout grid if you had futures production in the previous year and will be applied as follows:

| Prior Year Transaction Futures Gross Production | Advance Payout |
|---|---|
| $120,000-$199,999 | 30% |
| $200,000 and over | 35% |

To illustrate how the advanced payout works, assume that you generated $125,000 in gross transaction futures production last year. Consequently, you begin the first production month of this year with a 30% advanced payout rate, based on the prior year's production, rather than the 25% base payout rate.

If you did not cross the $120,000 breakpoint in transaction futures last year, the advanced payout rate no longer applies, and payout will start at 25% and will therefore be based on regular futures grid breakpoints. As with the advanced payout on other products, any unearned payouts (if you did not meet production requirements) will be offset in the last month of the production year. Any outstanding deficits will be carried forward into the following year.

If you had prior year transaction futures production of $200,000 or more, you would begin this year with an advanced payout rate of 55% or more. Upon reaching $120,000 in transaction futures production, the 5% retroactive bonus would no longer apply, and the payout would be at the regular transaction futures rate of 40% on each additional dollar. If you then reach $200,000 or more in futures production, your payout rate would be 42% on each additional dollar.

### Transaction Futures Discounting Policy

You will share the cost of certain discounts with the Firm (as detailed in the box below) through a payout reduction equal to one-fourth the amount of the discount.

| Discount | Commission Amount | Discount Sharing |
|---|---|---|
| 1%-20% | Under $150 | Yes |
| 1%-20% | Over $150 | No |
| 21%-49% | Under $225 | Yes |
| 21%-49% | Over $225 | No |
| 50% or more | Any amount | Yes |

*Note:* $22.50 per contract (half-turn) serves as the basis for discount calculations.

All figures are half-turn. For discounts of 50% or more, the payout reduction is equal to one-eighth the amount of the discount when the commission amount is $500 and over (half-turn).

MSDW 01856

Morgan Stanley Financial Advisor Compensation Program

## Deferred Compensation

### Productivity Bonus Program

The Morgan Stanley Financial Advisor Deferred Compensation Productivity Bonus is calculated as follows:

Deferred Compensation Productivity Bonus Grid for 2003

| Annual Production | Asset-Based Products | Transaction-Based Products | Residuals |
|---|---|---|---|
| $1,000,000 and Over | 8.4% | 5.6% | 8.4% |
| $600,000-$999,999 | 7.2% | 4.8% | 7.2% |
| $400,000-$599,999 | 6.0% | 4.0% | 6.0% |
| $300,000-$399,999 | 4.8% | 3.2% | 4.8% |
| $200,000-$299,999 | 3.6% | 2.4% | 3.6% |
| $150,000-$199,999 | 2.4% | 1.6% | 2.4% |
| Under $150,000 | 0.0% | 0.0% | 0.0% |

The minimum production required is $200,000 for Financial Advisors registered 8 or more years as of January 1, 2003.
All revenue generated will be included in determining your Deferred Compensation Productivity Bonus.

Each year the Compensation Committee of the Morgan Stanley Board of Directors determines the terms of the Productivity Bonus. The following briefly highlights several key terms of the 2001 Productivity Bonus awards.

For 2001, the Productivity Bonus was awarded in the form of equity-based compensation: 50% of the award was Morgan Stanley common stock units and 50% of the award was options to purchase Morgan Stanley common stock. The award was based on the present value of the amount calculated in accordance with the 2001 Productivity Bonus Grid (similar to the one above) calculated using an interest rate selected by the Firm and assuming payment on June 30, 2006.

Dividend equivalent payments in respect of the common stock units are paid on the 2001 Productivity Bonus awards at the same time as dividends are paid on the common stock. These payments are taxable at the time they are received. No federal income tax is payable in respect of the common stock units until they are paid in common stock. 2001 stock unit awards are generally payable on or about June 30, 2006.

Morgan Stanley Financial Advisor Compensation Program

Generally, you must be continuously employed by the Firm up to and including the award payment date in order to be entitled to payment of a common stock unit award. In addition, generally you must be continuously employed by the Firm up to and including the vesting date for stock option awards in order to be entitled to exercise a stock option award. With limited exceptions, termination of employment for any reason prior to the payment date for stock units or the vesting date for stock options, will result in cancellation of the awards.

Additional information may be found in the current prospectus, a copy of which may be obtained by accessing the Executive Compensation intranet website located at the following address: http://execcomp.corpms.com/site/execcomp/webapp/portfolio.jsp

## Capital Accumulation Plan

Morgan Stanley offers a flexible Capital Accumulation Plan that enables key employees to defer income on a pre tax basis.

The initial deferral period for plan participants is three years. For example, contributions and appreciations credited during 2003 will be eligible for withdrawal in January 2007. Participants may also choose to subordinate their deferral accounts and have them appreciate at Morgan Stanley's average cost of funds (ACF) rate. Non-subordinated accounts will appreciate at two-thirds the ACF rate.

Key employees can defer a minimum of $5,000 or a maximum of 50% of their compensation.

## Residual Compensation

The following section describes residual compensation. Residual compensation is generally calculated monthly and paid annually, with limited exceptions as stated in the following pages.

### Important Note Regarding Residual Compensation

Unless otherwise noted, in order to qualify for and receive residual compensation, you must be continuously employed by Morgan Stanley up to and including the date this compensation is paid. Termination of employment for any reason prior to the date compensation is paid will result in the forfeiture of all unpaid residuals. However, if you terminate employment after year-end due to retirement (under the Firm's Pension Plan), long-term disability (as defined by the Firm's Long Term Disability Plan) or death, residuals will be calculated through the end of the final month of employment, and paid to you (or your personal representative) in December of that year.

## Affiliated Mutual Funds

### Morgan Stanley Mutual Funds

Residuals on balances will be calculated monthly and paid annually, unless otherwise noted, as follows:

| Classes of Shares | Residual Compensation |
| --- | --- |
| Front-End Load Funds (Class A) | The residual, calculated monthly and paid annually, is: 0.25% for Equity Funds 0.20% for Taxable and State Tax-Exempt Fixed Income Funds 0.15% for National Tax-Exempt Fixed Income Funds |
| Deferred Sales Charge Funds (Class B) | The residual, calculated monthly and paid annually, is: 0.25% for Equity Funds 0.20% for Taxable and State Tax-Exempt Fixed Income Funds 0.15% for National Tax-Exempt Fixed Income Funds |
| Level Load Funds (Class C) | The residual, annualized and paid monthly beginning in the 13th month, is: 1.0% for Equity Funds 0.75% for Taxable and State Tax-Exempt Fixed Income Funds 0.70% for National Tax-Exempt Fixed Income Funds |

| Classes of Shares | Residual Compensation |
| --- | --- |
| No Load Funds (Class D) | The residual, calculated monthly and paid annually, beginning in the 13th month, is 0.10% |
| Money Market Funds | The residual, calculated monthly and paid annually, beginning in the 13th month, is 0.10% for the following Money Market Funds: Morgan Stanley California Tax-Free Daily Income Trust Morgan Stanley Liquid Asset Fund Morgan Stanley New York Municipal Money Market Trust Morgan Stanley Tax-Free Daily Income Trust Morgan Stanley U.S. Government Money Market Trust Active Assets California Tax-Free Securities Trust Active Assets Money Trust Active Assets Government Securities Trust Active Assets Tax-Free Trust |
| Non Multi-Class Funds | The residual, calculated monthly and paid annually (but not for reinvested shares) is as follows: 0.20% for Morgan Stanley Hawaii Municipal Trust 0.15% for Morgan Stanley Multi-State Municipal Series Trust 0.20% for Morgan Stanley Prime Income Trust |
| Residuals Paid Monthly | These residuals are credited and paid in the following month, including reinvested shares. They are classified as a sales credit. Morgan Stanley Limited Term Municipal Trust 0.35% Morgan Stanley Limited Duration U.S. Treasury Trust % = 1/2 management fee Morgan Stanley Limited Duration Fund % = 1/2 management fee |

Residuals will be paid on reinvested shares in Class A, Class C and Class D of all funds. Residuals will also be paid on reinvested shares in Class B of any fund with an inception date after October 29, 1996. Residuals are calculated monthly and paid annually, unless otherwise noted.

Exceptions:

*Level Load Funds (Class C)* The following Taxable Fixed Income Funds pay a residual of 0.85%: Morgan Stanley Diversified Income Funds, Morgan Stanley Federal Securities Trust, Morgan Stanley High Yield Securities, Morgan Stanley Intermediate Income Securities.

MSDW 01858

## Morgan S[tanley] v Financial Advisor Compensation Program

*No Load Funds (Class D)* Shares which were designated as Class D shares on July 28, 1997 because they were originally purchased with a front-end sales charge (including reinvested shares also designated as Class D shares on that date) do not accrue or pay residuals. However, residuals are paid on the reinvested shares of these Class D shares acquired after July 28, 1997.

*Money Market Funds* The following Money Market Fund residuals are calculated monthly and paid annually at the rate of 3 basis points, including reinvested shares. Active Assets Institutional Money Market Trust and Active Assets Institutional Government Securities Trust. Payout is at 100%.

### Van Kampen Mutual Funds

Residuals on balances will be calculated in the month after the balance is calculated and paid annually. The maximum residual for funds** is based on the type of fund as follows:

| Sales Load Type | Asset Class | | | |
| --- | --- | --- | --- | --- |
| | Equity | Taxable Fixed Income | State Municipal | National Municipal |
| Deferred Sales Charge Fund | 25bp | 20bp | 20bp | 15bp |
| Front-End Level Load Funds* | 25bp | 20bp | 20bp | 15bp |
| Level Load Funds* | 1% | 75bp | 75bp | 70bp |
| Prime Rate Funds | | 10bp | | |

(bp: Basis Points)

* For U.S. Registered Funds.
** All Level Load Fund payments are classified as sales credits and will be paid out monthly.

### Asset Retention Program

Assets in Affiliated Mutual Funds are eligible for the Asset Retention Program.

---

## Morgan Stanley Financial Advisor Compensation Program

## Non-Affiliated Mutual Funds

### External Mutual Funds

Residuals on balances will be calculated in the month after the balance is calculated and paid annually. The maximum residual for funds** is based on the type of fund as follows:

| Sales Load Type | Asset Class | | | |
| --- | --- | --- | --- | --- |
| | Equity | Taxable Fixed Income | State Municipal | National Municipal |
| Deferred Sales Charge Fund | 25bp | 20bp | 20bp | 15bp |
| Front-End Level Load Funds* | 25bp | 20bp | 20bp | 15bp |
| Level Load Funds* | 1% | 75bp | 75bp | 70bp |
| Prime Rate Funds | | 10bp | | |

(bp: Basis Points)

* For U.S. Registered Funds.
** All Level Load Fund payments are classified as sales credits and will be paid out monthly.

### Asset Retention Program

Assets in selected Non-Affiliated Mutual Fund Families are eligible for the Asset Retention Program.

## Retirement Plans

### Morgan Stanley Plus 401(k) and Premier Programs Commission

How Residuals are Calculated

Class A and Class D Shares. Residuals are paid on the average daily balance—including reinvested dividends and any appreciation in value—in all Class A or Class D shares of open-end Morgan Stanley Funds.

Class A and Class D Shares are calculated monthly and paid annually. Stable Value and Money Market Funds are calculated monthly and paid annually. All Affiliated and Non-Affiliated Mutual Fund sales credit and residual calculations will follow the same methodology as Morgan Stanley Funds.

## Morgan Stanley Retirement Connection™

### How Residuals are Calculated

Class A and Class D Shares. Residuals are paid on the average daily balance—including reinvested dividends and any appreciation in value—in all Class A or Class D shares of open-end Morgan Stanley Funds.

Class A and Class D Shares are calculated monthly and paid annually. Stable Value and Money Market Funds are calculated monthly and paid annually. All Affiliated and Non-Affiliated Mutual Fund sales credit and residual calculations will follow the same methodology as Morgan Stanley Funds.

Retirement Connection™ is a service mark of SMR Corp.

## Insurance

### Annuity Residual Compensation

You will be paid a residual on variable portfolio balances in most regularly available variable annuities during the deferred (or accumulation) phase. The residual, calculated monthly and paid annually is 0.10% or 0.25%, depending on the product, on all variable portfolio business "on the books" as of October 31st of each year.

You will be paid a residual on variable portfolio balances in some older variable annuities that are still in the deferred (or accumulation) phase. On these older annuities where residual compensation is available, the residual, calculated monthly and paid annually, is 0.10% on all variable portfolio business "on the books" as of October 31st of each year.

A variable annuity policy is considered "on the books" if it is issued on or before October 31st of each year. For purposes of monthly calculations, residuals on variable annuities are based on estimated variable portfolio account balances. Adjustments may occur if major adverse market valuations occur.

No residuals are paid on:

- Assets invested in traditional fixed annuities (SPDAs), market-value-adjusted annuities (MVAs) or immediate annuities (SPIAs).

- Assets invested in variable annuity fixed accounts, DCA accounts or MVA accounts.

- Variable annuities during the annuitization (or payout) phase.

- "Single case exceptions". If residual compensation was received at a former broker-dealer, the broker-dealer has been changed to Morgan Stanley and the former broker-dealer forwards the residual compensation to Morgan Stanley, it will be credited to the Financial Advisor as gross production.*

*No residual compensation is available on the MFS Regatta Choice VA.

## Life Insurance and Other Insurance Residual Compensation

There is generally no residual compensation paid on life insurance or other insurance.

## Managed Futures

For Morgan Stanley Spectrum Series, an open-end series of managed futures funds, residuals are credited monthly commencing in the seventh or tenth month (depending on the Fund) after closing, based on current equity, for payment in the same production month.

For Morgan Stanley Charter Series, an open-end series of managed futures funds, residuals are credited monthly. Qualified Financial Advisors have the option to either receive a sales credit upfront and accrue residuals monthly commencing after the fifteenth month after closing or forego a sales credit upfront and accrue residuals monthly commencing immediately after closing. The payment of any such residuals is based on current equity and is paid in the same production month.

Morgan Stanley Strategic Alternatives Fund, an open-end private placement, accrues residuals monthly commencing immediately after closing, based on current equity, for payment in the same production month.

Residual compensation on most closed-end managed futures funds and most open-end private placement funds accrues monthly and is paid in the following production month. The Cornerstone Family of Funds residuals are credited monthly based on trading volume and are paid in the same production month.

Please note that for individual managed futures account commissions, the Transaction Futures Payout Grid (see page 18) is applicable.

28

## Morgan Stanley Trust—Personal Trust Services

The Personal Trust Services unit of Morgan Stanley Trust generally provides trustee services, administrative agency services or custodial services for individual trust accounts. Most trust accounts administered by Morgan Stanley Trust use either mutual funds or eligible separately managed account programs as the investment strategy for trust assets. Financial Advisor compensation resulting from either investment strategy is as follows:

*Mutual Fund Accounts* Trust assets in mutual fund accounts are invested in Class A shares of Morgan Stanley Funds with the front-end load waived. Since the front-end load is waived, there are no commissions on the purchase of shares of these mutual funds. Financial Advisors receive the mutual fund asset allocation portion of the total client fee plus residuals paid by these mutual funds. The total client fee is comprised of fees from mutual fund asset allocation models and trustee services. Financial Advisors do not receive any portion of the trustee fee. If Morgan Stanley Trust accepts administration of an account below its current minimum size ($1,000,000 for personal trusts; $500,000 for charitable trusts and Trusteed IRAs), compensation paid to the Financial Advisor will be reduced accordingly.

*Separately Managed Accounts* Financial Advisors receive standard compensation from trust assets held in separately managed accounts. This may include separately managed account programs such as Morgan Stanley Personal Portfolio, Morgan Stanley Managed Portfolios, Investment Consulting Services and Custom Portfolio. Financial Advisors do not receive any portion of the trustee fee for such accounts.

### Additional Information

*Life Insurance Trusts* Financial Advisors receive standard commissions on life insurance contracts held in a life insurance trust that names Morgan Stanley Trust as trustee. Financial Advisors do not receive any portion of the one-time set up fee, trustee fee or other fees that may be associated with the life insurance trust.

*Directed Trusts, Administrative Agency Accounts, Custodial Accounts* Financial Advisors receive sales credits from the investment strategies used to support these types of accounts handled by Morgan Stanley Trust. Financial Advisors do not receive any portion of the trustee fee and/or other account fees for such accounts.

*Trust Settlement Fees or Termination Fees* Financial Advisors do not receive any portion of the trust settlement fees or termination fees that may apply to a trust or similar account.

*Special Asset Fees* Financial Advisors receive sales credits on the investment strategies used to support marketable securities funding the trust or other account administered by Morgan Stanley Trust. If such account also holds special assets, separate client fees apply for the administration of these assets. Financial Advisors do not receive any portion of the trustee fee and/or account fee associated with the administration of special assets.

## MSDW 01861

29

# Recognition Programs

## Clubs

### Chairman's Club

Membership in the Chairman's Club represents the highest level of recognition that a Morgan Stanley Financial Advisor can achieve. The club was established in order to acknowledge and reward sustained excellence in productivity.

**Qualifying for membership**

- Be one of the Firm's top 175 performers in annual gross production in two out of the last three consecutive years.
- Maintain the high standards of the Firm.

**Maintenance Requirements**

- Achieve the previous year's 175th qualifying cutoff (or 80% of the current year's 175th cutoff, whichever is lower). Should these performance levels not be maintained, membership may be regained by attaining the full minimum qualifying level in any future year.

**Recognition**

- Invitation with spouse or guest to the Chairman's Club annual meetings, held at some of the world's finest cosmopolitan and resort locations.
- The Chairman's Club blue blazer with crest.
- The Chairman's Club plaque.

### President's Club

The President's Club recognizes and rewards excellence in productivity and for upholding the Firm's high professional and performance standards.

**Qualifying for membership**

- Qualifying criteria for President's Club reflects a 120% weighting for asset-based revenue and 80% weighting for transaction-based revenue.
- Each dollar of asset-based revenue will be valued at 1.2 credits; each dollar of transaction-based revenue will be valued at .8 credits.
- Financial Advisors will qualify for membership in the President's Club based on earning 700,000 credits during the production year, excluding Chairman's Club members.
- Maintain the high standards of the Firm.

**Recognition**

- Invitation with spouse or guest to the President's Club annual meeting, which is held at a deluxe domestic resort.
- The President's Club plaque.

### Director's Club

The Director's Club recognizes and rewards superiority in productivity and for upholding the Firm's high professional and performance standards.

**Qualifications for membership**

- Qualifying criteria for Director's Club also reflects a 120% weighting for asset-based revenue and 80% weighting for transaction-based revenue.
- Each dollar of asset-based revenue will be valued at 1.2 credits; each dollar of transaction-based revenue will be valued at .8 credits.
- Financial Advisors will qualify for membership in the Director's Club based on earning between 500,000 and 700,000 credits during the production year, excluding Chairman's and President's Club members.
- Maintain the high standards of the Firm.

**Recognition**

- Invitation with spouse or guest to the Director's Club annual meeting.
- The Director's Club plaque.

MSDW 01862

## Investment Consulting Services

### Wharton Senior Consultant Program

Investment Consulting Services (ICS), in conjunction with the Wharton School of Business, offers a week-long training session to provide those Financial Advisors who have demonstrated exceptional ability and effort in providing consulting services through ICS, with sophisticated and innovative tools to further enhance their consulting skills. To be selected for this program, you must:

- Receive a recommendation from your regional management;

- Have shown a strong commitment to consultative sales;

- Have generated a minimum of $100,000 in ICS business in the previous year;

- Maintain an exemplary compliance record;

- Obtain a Series 65 license.

Upon successful completion of the ICS/Wharton Program and required examinations, you will be rewarded the Firm approved title of "Senior Consultant." You also will be required to meet specific, ongoing criteria set by ICS to maintain your status as a Senior Consultant.

## Insurance Services

### Estate Planning Consultant Certificate Program

Insurance Services, in conjunction with The American College, offers a three course training program to provide selected Financial Advisors with the extensive knowledge and skills required to present sophisticated and personalized estate planning options to their high-net worth clients. To be selected for this program, you must:

- Receive a recommendation from your branch manager and regional director;

- Have shown a strong commitment to consultative sales;

- Have a strong base of clients with net worth in excess of $3 million;

- Be able to maintain your production, while committing to study for three college level courses over a nine month period;

- Maintain an exemplary compliance record; and

- Be insurance licensed (life, health and variable) in your resident state.

The first and third courses in the Estate Planning Consultant Certificate program are done on a self-study basis, with web-based conference call support from the professors at The American College. The second course, while largely self-study, also includes a 3-day "in residence" session at The American College in Bryn Mawr, Pennsylvania. Upon successful completion of the three courses in the Program, you will be rewarded with the Firm approved title of "Estate Planning Consultant." Two of the three courses in the Estate Planning Consultant Certificate program are also required courses in the CFP™ curriculum.

## Officer Appointments

In addition to specific recognition clubs and awards, the Firm also awards officer titles to recognize the outstanding performance of Morgan Stanley Financial Advisors. Title awards are based on achievement of specific production levels and the maintenance of the high standards of the Firm during the previous calendar year.

| | |
|---|---|
| *Senior Vice President Qualifying level:* | Production of a minimum of $1,000,000 in previous year. |
| *Additional recognition* | Certificate of achievement. |
| *First Vice President Qualifying level:* | Production of a minimum of $750,000 in previous year. |
| *Additional recognition* | Certificate of achievement. |
| *Vice President Qualifying level:* | Production of a minimum of $500,000 in previous year. |
| *Additional recognition* | Certificate of achievement. |
| *Associate Vice President Qualifying level:* | Production of a minimum of $400,000 in previous year. |
| *Additional recognition* | Certificate of achievement. |

Morgan Stanley Financial Advisor Recognition Programs

## Expense Allowance

Expense allowances are determined in the first month of the production year and are based on gross production achieved during the previous year. The following expense allowance schedule currently applies:

| Previous Year's Gross Production | Expense Allowance |
|---|---|
| $399,999 and under | $0 |
| $400,000 - $499,999 | $1,000 |
| $500,000 - $749,999 | $2,000 |
| $750,000 - $999,000 | $2,500 |
| $1,000,000 and over | $3,500 |

Items covered in this allowance are subject to the Firm's policies and procedures for expenditures.

## Summary and Additional Information

Morgan Stanley provides one of the most comprehensive Financial Advisor Compensation, Recognition and Benefits Programs in the securities industry.

The brochure summarizes the Morgan Stanley Compensation Program in effect for the 2003 production year unless otherwise noted. Morgan Stanley reserves the right to amend, modify or terminate all or any part of the Program for any year. Nothing in this brochure is a guarantee of continued employment or of any particular benefits or level of remuneration.

The information contained in this brochure briefly describes certain employee plans and arrangements. *It is important to note that this brochure merely summarizes provisions. If there is a conflict between this brochure and any formal plan document, the plan document will control.* All compensation and recognition plans are subject to changes due to tax laws and other legal requirements or at the discretion of Morgan Stanley.

34

MSDW 01864

