# DEFENDANT'S EXHIBIT 30
(Filed under seal pursuant to Consent Protective Order)