**DEFENDANT'S EXHIBIT 32**

**Morgan Stanley**

Norman Morgenstein
*Associate Vice President*
*Financial Advisor*

1775 Eye Street, Northwest
Suite 200
Washington, DC 20006-2401

tel 202 862 9000
tel 202 862 9094
fax 202 862 9185

November 20, 2003

Mr. Ronald Masci,
Senior Vice President & Branch Manger
Morgan Stanley
1775 Eye Street, NW
Washington, DC 20006

VIA Email & Interoffice Mail

Dear Ron,

    As I'm sure you are aware, I have recently completed my 32nd year with the firm. Looking back at the changing direction of the industry over the last several years, and looking forward, I have come to the conclusion that in order to be more productive for the firm and myself, and to stay in line with the firm's direction of fee based managed accounts, I find it imperative to obtain a Series 65 license.

    Under normal circumstances, and prior to February, 1996, I would simply study for, and obtain my license through the normal channel of examination. However, you are also aware of my medical history and that my 1996 surgery has created a disability and made it virtually impossible for me to obtain the Series 65 licensing through normal channels. Because of my disability, I am requesting that you file the necessary documents on my behalf with the District of Columbia Department of Insurance And Securities Regulation, following protocol and formally requesting an exemption to the examination, so that I can obtain the Series 65 license.

    I look forward to your reply.

Most Sincerely,

*[signature]*
Norman L. Morgenstein
Associate Vice President
Financial Advisor

MORGENSTEIN 70