**DEFENDANT'S EXHIBIT 33**

1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - - x

NORMAN L. MORGENSTEIN,            :

    Plaintiff,                    :

    v.                            : C.A. NO. 05-2123 (JR)

MORGAN STANLEY DW, INC.,          :

    Defendant.                    :

- - - - - - - - - - - - - - - x

                       Washington, D.C.

                       Tuesday, July 18, 2006

DEPOSITION OF:

                  MATTHEW T. RIDNOUER

called for examination by counsel for the Plaintiff, pursuant to notice, taken at the law offices of Cashdan and Kane, PLLC, 1150 Connecticut Avenue, N.W., Suite 900, Washington, D.C., commencing at 9:08 a.m., before Maureen S. Bennie, a Notary Public in and for the District of Columbia, when were present on behalf of the respective parties:

MISTY KLAPPER AND ASSOCIATES                    (703) 780-9559

APPEARANCES:

    On behalf of the Plaintiff:

        MICHAEL G. KANE, ESQUIRE
        CASHDAN & KANE, PLLC
        1150 Connecticut Avenue, N.W.
        Suite 900
        Washington, D.C. 20036
        (202) 862-4330

    On behalf of the Defendant:

        JOHN F. SCALIA, ESQUIRE
        MATTHEW H. SORENSEN, ESQUIRE
        GREENBERG TRAURIG, LLP
        1750 Tysons Boulevard
        Suite 1200
        McLean, Virginia 22102
        (703) 749-1380

    Also Present:

        NORMAN MORGENSTEIN
        PETER M. SCHULTZ

3

C O N T E N T S

| WITNESS | EXAMINATION BY | PAGE |
|---|---|---|
| Matthew T. Ridnouer | Mr. Kane | 4 |

E X H I B I T S

| EXHIBIT NO. | DESCRIPTION | PAGE |
|---|---|---|
| 1 | Series of e-mails dated 3/25/02 and 3/26/02 | 22 |
| 2 | E-mail, Morgenstein to Masci dated 12/1/03 | 30 |
| 3 | Handwritten notes | 36 |
| 4 | Series of e-mails dated 1/27/04 and 1/28/04 | 37 |
| 5 | Memo, Hawksby to Masci, dated 11/29/01 | 41 |

NOTE:   EXHIBITS MARKED AND ATTACHED.

4

```
 1                    P R O C E E D I N G S
 2   Whereupon,
 3                    MATTHEW T. RIDNOUER
 4   was called for examination, and, after being duly sworn by
 5   the Notary Public, was examined and testified as follows:
 6            EXAMINATION BY COUNSEL FOR PLAINTIFF
 7            BY MR. KANE:
 8       Q    Good morning, Mr. Ridnouer.  Am I pronouncing
 9   that correctly?
10       A    Ridnouer.
11       Q    Ridnouer?
12       A    Uh-huh.
13       Q    And could you just state your full name for the
14   record?
15       A    Sure.  Matthew T. Ridnouer.
16       Q    And what's your home address?
17       A    708 Falls Creek Court, Chesapeake, Virginia
18   32233.
19       Q    And your home phone number?
20       A    (757) 548-1198.
21       Q    And are you currently employed?
22       A    Yes.
```

1    Q    Well, tell me everything you recall being said
2    at that meeting.
3    A    That the year before, we had gone through a RIF
4    process of Morgan Stanley drawing a line and everybody
5    below that line was released.  We were in that same time
6    period the following year, and Ron didn't want anybody to
7    be surprised that if they draw that line again and the
8    line happens to be drawn a little higher that, you know,
9    you could be ending your career on a not-so-pleasant note,
10   and he wanted to make sure that those people that he felt
11   could possibly be close to that line were made aware of
12   their choices.
13   Q    Now, is this something he actually said in the
14   meeting to Mr. Morgenstein?
15   A    Yes.
16   Q    And what were the choices?
17   A    Well, the choice would be to retire or create --
18   participate in the Morgan Stanley sunshine program, which
19   is a retirement program where you partner with another FA.
20   You go off into the sunset, but you still share in the
21   revenue generated from your portion of the book, per se.
22   Q    Those choices sound like the same thing.  You

1  said retire or do the sunset program.  Aren't those both
2  retirement?
3      A   Uh-huh.  Well, you can still be active in the
4  book.  You can go on appointments.  You can solicit.  You
5  can sell.  You can participate in that number on the book,
6  but you are now part of a team.
7      Q   Was Mr. Morgenstein given any other choices?
8      A   I don't believe so, no.
9      Q   So the choices you recall --
10     A   You know, he could -- the third choice would be
11 just to take your chances on -- you know, when they do
12 another RIF, reduction in force.
13     Q   Do you recall Mr. Masci saying that?
14     A   Those were the three things that he went over,
15 those three choices.
16     Q   And you recall him saying those three things?
17     A   Yes.
18     Q   Were you present at any other meetings with FAs
19 where the same subject matter was discussed?
20     A   No.
21     Q   Do you recall anything else being said at that
22 meeting?

1    A    No. It was, maybe, eight to ten minutes long.
2    It wasn't -- no.
3    Q    Did you make any notes at the meeting?
4    A    No.
5    Q    Or after the meeting?
6    A    No.
7    Q    Did you talk to Mr. Masci after the meeting?
8    MR. SCALIA: Objection, vague.
9    THE WITNESS: No.
10    BY MR. KANE:
11    Q    Did you talk to him about what had transpired at
12    the meeting?
13    A    I left very shortly after Norman left.
14    Q    So is that a no, you didn't talk to him?
15    A    No.
16    MR. KANE: Could we have this marked as 2?
17    (Whereupon, Ridnouer Exhibit No. 2
18    was marked for identification.)
19    BY MR. KANE:
20    Q    The reporter has handed you what has been marked
21    as Exhibit 2. I want to direct your attention to the
22    bottom part of this, which is a message from

```
 1   Mr. Morgenstein to Ron Masci.
 2        A    Uh-huh.
 3        Q    And if you can just review the contents of that.
 4             MR. KANE:  And, for the record, this is
 5   MSDW 3668.
 6             THE WITNESS:  Okay.
 7             BY MR. KANE:
 8        Q    Is Mr. Morgenstein accurately recounting the
 9   conversation you were present at?
10        A    No.
11        Q    So you disagree with him that Mr. Masci said
12   either I retire or you will discharge me?
13        A    No.  He did not say those words.
14        Q    Mr. Masci didn't say those words?
15        A    No.
16        Q    Did Mr. Masci talk to you about this e-mail?
17        A    No.  This is the first I've seen of it.
18        Q    You have never seen this e-mail before?
19        A    No.
20        Q    Or this e-mail exchange?
21        A    No.
22        Q    Do you have any idea why Mr. Morgenstein would
```

CERTIFICATE OF DEPONENT

I, Matthew T. Ridnouer, do hereby certify that I have read the foregoing pages, 4 through 44, inclusive, which contain a correct transcript of the answers given by me to the questions propounded to me herein, except for changes, if any, duly noted on the enclosed errata sheet.

_____
WITNESS

Sworn and subscribed to before me this 17 day of August, 2006.

My commission expires:           Notary Public:

CHRISTINE LEMKE
Notary Public
Prince George's County
MARYLAND
My Commission Expires March 01, 2009