# DEFENDANT'S EXHIBIT 34

## Morgenstein, Norman

**From:** Masci, Ron
**Sent:** Monday, December 15, 2003 4:00 PM
**To:** Morgenstein, Norman
**Subject:** RE: Our Nove. 24th Meeting & Follow up.

Your assumption of the date is correct. You should plan accordingly. Ron Masci

-----Original Message-----
**From:** Morgenstein, Norman
**Sent:** Monday, December 01, 2003 1:57 PM
**To:** Masci, Ron
**Subject:** Our Nove. 24th Meeting & Follow up.

December 1, 2003

Mr. Ronald Masci,
Senior Vice President & Branch Manger
Morgan Stanley
1775 Eye Street, NW
Washington, DC 20006

VIA Email & Interoffice Mail

RE:   Our November 24th Meeting & Your Follow Up Call.

Dear Ron,

So there will be no misunderstanding as to the contents of our meeting on November 24th at which Matt was present, and your follow up call on or around November 25th, the following is my understanding.

First, it is your final decision that you will not make application on my behalf, to the DC Licensing body for an exemption to the Series 65 exam. Secondly, I have two (2) choices in the immediate future. The two choices are that "either I retire, or you will discharge me."

To this end, and since I have no other choice in this matter, I have contacted Josephine in our retirement department at the number you supplied, and have requested a retirement package. I have given her a departure date of December 31, 2003 so that accurate calculations can be made.

So that I know we are on the same page, I would appreciate a reply by email or letter.

Sincerely,

Norman L. Morgenstein
Associate Vice President
Financial Advisor

12/16/2003

MORGENSTEIN 71