# DEFENDANT'S EXHIBIT 35

CASHDAN & KANE, PLLC
1150 Connecticut Avenue, N.W.
Suite 900
Washington, D.C. 20036-4129
Telephone: (202) 862-4330
Facsimile: (202) 862-4331
WWW.CASHDANKANE.COM

RECEIVED
2004 NOV 15 AM 11:30
OFFICE OF HUMAN RIGHTS

Michael G. Kane
Direct Dial (202) 862-4329

Admitted DC, NY, VA, MD
mkane@cashdankane.com

November 15, 2004

**By Messenger**

D.C. Office of Human Rights
441 4th Street, NW, 570 North
Washington, D.C. 20001

Re: Complaint of Norman Morgenstein

Dear Sir or Madam:

Please find enclosed the signed complaint of Norman Morgenstein. Please date stamp a copy for our files. Thank you for your attention to this matter.

Sincerely,

Michael G. Kane

MSDW 03337

U.S. GPO 1991.0.295.699/40500

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974; see Privacy Act Statement f reverse before completing this form. | ENTER CHARGE NUMBER<br>☐ FEPA<br>☐ EEOC |
|---|---|
| The District of Columbia Office of Human Rights<br>(State or Local Agency, if any) | and EEOC |

| NAME (Indicate Mr., Ms., or Mrs.)<br>Norman Morgenstein | HOME TELEPHONE No. (Include Area Code)<br>301-431-3679 | |
|---|---|---|
| STREET ADDRESS<br>10427 Oak Hill Court | CITY, STATE, and ZIP CODE<br>Adelphi, MD 20783 | COUNTY<br>Prince George's |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one list below.)

| NAME<br>Morgan Stanley | NO. OF EMPLOYEES/MEMBERS<br>More than 1000 | TELEPHONE NUMBER (Include Area Code)<br>202-862-9000 |
|---|---|---|
| STREET ADDRESS<br>1775 Eye Street, NW  Suite 200 | CITY, STATE AND ZIP CODE<br>Washington, D.C. 20006 | |

| NAME | TELEPHONE NUMBER (Include Area Code) |
|---|---|
| STREET ADDRESS | CITY, STATE AND ZIP CODE |

| CAUSE OF DISCRIMINATION BASED ON (Check appropriate box(es))<br>_ RACE  _ COLOR  _ SEX  _ RELIGION  _ NATIONAL ORIGIN<br>_ AGE  X RETALIATION  X OTHER (Specify) (Disability, failure to accommodate) | DATE MOST RECENT OR CONTINUING DISCRIMINATION TOOK PLACE<br>(Month, day, year)<br>11/24/03 |
|---|---|

THE PARTICULARS ARE (If additional space is needed, attach extra sheet (s)):

I believe I have been discriminated against and subjected to retaliation on the basis of my disability and that my employer has refused to accommodate me. I am filing these claims under the District of Columbia Human Rights Act. At all relevant times, I worked at the Morgan Stanley offices located in Washington, D.C. This complaint is timely because it is being brought within one year of the most recent act of discrimination/retaliation.

I worked for Morgan Stanley for over 32 years, most recently as a Financial Advisor. Suddenly, this past November, my Branch Manager, Ron Masci, demanded that I resign and turn over all of my accounts to a co-worker or be immediately fired. Mr. Masci's demand came just days after I requested that Morgan Stanley apply, on my behalf, for an exemption of the requirement of having a Series 65 license. I informed Mr. Masci that the exemption was necessary because of a disability affecting my ability to read and concentrate. Having no choice in the matter, I was forced to resign.

I enjoyed a successful career at Morgan Stanley. However, my efforts to maximize my income and exploit professional and personal contacts for my employer's benefit and mine were thwarted by Mr. Masci's refusal to apply for an exemption to the Series 65 license. Specifically, in order to service some clients, securities laws required me to hold the Series 65 – Investment Counseling license. In relevant part, this license permitted me to introduce and connect clients with investment advisors at MS through fee-based accounts.

The regulatory body overseeing the administration of series 65 licenses in the District explicitly told me that MS should apply for an exemption on my behalf. Based on the statutory requirements, I would more than likely have qualified for such an exemption especially in light of the fact that I held a series 65 license for numerous years until MS let it lapse in 1998. Nonetheless, MS refused to apply for

MSDW 03338

U.S. GPO 1991.0.295.699/40500

the exemption on my behalf.

There is no legitimate reason why Mr. Masci and/or MS would deny my request that it apply for the exemption on my behalf. MS management, including Mr. Masci, was well aware of my disability. Specifically, in early 1996, doctors removed an acoustic neuroma (tumor) from my left inner ear, leaving me approximately 90% deaf on that side with partial facial, eye and eyelid muscle paralysis. As a result, my ability to read is greatly diminished. I also tire easily. It is, in short, impossible for me to study and sit for the Series 65 exam. However, despite this disability, I remained adept at performing my duties.

MS's refusal to apply for the exemption, which I would most likely have received, and its termination of me in retaliation for requesting the accommodation have caused me to lose and continue to lose substantial income. These are not speculative damages. For example, of the accounts actually moved to fee based management, plus other nominal commissions generated from non fee-based business my loss is approximately $79,000 per year. Additional accounts in process of being converted to fee-based management will generate an additional $37,000 in income, for a total of $116,000. Finally, I forfeited several family accounts to Bank of America because I could not present the accounts to MS without a series 65 license, which would have produced an additional $120,000 in net income. These accumulated damages will grow into millions of dollars over time as the asset base increases through appreciation.

| ☐ I also want this charge filed with the EEOC. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY - (When necessary to meet State and Local Requirements) *[signature]* I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |
| --- | --- |
| I declare under the penalty of perjury that the foregoing is true and correct. | SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED AND SWORN TO ME BEFORE THIS DATE (Date, month and year) November 10, 2004 |

*Patricia B Martin*
*Notary Public*

Patricia B. Martin
Notary Public, District of Columbia
My Commission Expires 3-31-2009

**MSDW 03339**