# DEFENDANT'S EXHIBIT 36

## Intake Questions
# Constructive Discharge

1. What working conditions were you subjected to?
   Refusal to apply for exemption for Series 65

2. When were you subjected to these conditions?
   Approximately 1½ years prior to 11/24/03

3. Who subjected you?
   Ron Masci

4. Why do you feel that you were singled out for this treatment?
   Because of my disability

5. Who else was subjected to these same conditions?
   No one

6. Why do you feel that you were forced to resign?
   I was told I would be fired if I did not resign

7. Who witnessed the treatment you received?
   M.

8. Did you complain about these working conditions?
   Several times continuously

9. When and to whom did you complain?
   Ron Masci & some of his staff under him; DC Dept of Licensing asked me to apply for exemption to Series 65 exam

10. What proof do you have that you complained?
    Emails

11. What happened as a result of your complaint?
    I was terminated

MSDW 03349