# DEFENDANT'S EXHIBIT 37

**JEFFREY L. KRASKIN, O.D., P.C.**
4600 MASSACHUSETTS AVE., NW
WASHINGTON, D.C. 20016-2362

DR. JEFFREY L. KRASKIN
OPTOMETRIST

TELEPHONE 202-363-4450
FAX 202-363-4452
E-MAIL JLKraskin@rcn.com

April 29, 2006

Michael G. Kane, J.D.
Cashdan & Kane, PLLC
435 E. Broad Street
Westfield, NJ 07090

RE: Norman Morgenstein
DOB: 03/19/1944
Evaluation Date: 04/04/2006 and 04/06/2006

## History

Mr. Morgenstein was referred for further visual consultation by Dr. Richard Simon relative to ongoing complaints related to a binocular dysfunction. Dr. Simon has been providing standard optometric care by providing glasses to meet both distance and near compensation for best acuity.

Presently, Mr. Morgenstein reports that while the near glasses may provide adequate acuity, they are difficult to use and result in feeling of muscle strain around the left eye. The distance are used selectively for driving needs. There are many times that he finds himself without glasses because nothing seems to help resolve the discomfort associated with eye movements.

The functional visual problems described by Mr. Morgenstein were observed after the 1996 surgery for acoustic neuroma. A further recurrent tumor was discovered in 2004 and treated by radiation. The visual complaints of binocular integration interference and problems associated with eye movements have continued to increase since the initial neuroma and the recurrent tumor. Additionally, there have been balance disorders reported. The balance problems have been specifically observed such as when riding a bicycle, but not when in a car.

Dr. Harry Wachs provided a functional visual evaluation in March 2001. Dr. Wachs' evaluation report noted that Mr. Morgenstein had significant needs in the areas of visual thinking and receptive visuo-verbal function. The reported noted that reading speed and comprehension were significantly below age expected performance. Dr. Wachs' prognosis for improvement was "guarded but optimistic."

Mr. Morgenstein reports that he cannot sustain reading with adequate comprehension for more then 5 to 10 minutes at a time. He must then take a break before returning for another short period of reading. When using a computer, the problem also exist, but the discomfort is reduced if reading a column of numbers. He reports that the visual difficulties interfered with his previous work performance and the ability to meet specific job demands.

Page 2 - Norman Morgenstein

## Visual Evaluation

The examination for ocular pathology and abnormality was negative. A reduced complete blink of the left eye was observed. There is possible potential for dry eye condition and corneal abrasion. Visual field screening was completed with no indication of interference or reduction of peripheral awareness. Ocular pressure testing using non-contact tonometry recorded unremarkable pressures of 12 for each eye.

Unaided acuity at distance was recorded as Right Eye: 20/20 (slow), Left Eye: 20/20 and Both Eyes: 20/20. Unaided acuity at near was recorded as Right Eye: 20/20-, Left Eye: 20/30+, and Both Eyes: 20/20-. Aided acuity at distance with present glasses was recorded as Right Eye, Left Eye, and Both Eye: 20/20. Near prescription glasses were not available at the time of the evaluation for recording habitual aided acuity at near point.

Ocular motilities are complete and full with poor quality. Diplopia (double vision) was observed on left lateral gaze. Testing of near point of convergence was recorded with a binocular break at 5 inches and recovery of binocular integration at 7 inches. At break point the left eye was observed to deviate and Mr. Morgenstein reported awareness of expected physiological diplopia. Unilateral cover test observed intermittent divergent strabismic posturing with vertical deviation shifts.

Telebinocular testing of binocular integration utilizing the DB testing card series revealed suppressions of binocular integration and function. Additionally, there was instability of binocular integration and sensitivity to light changes. During testing Mr. Morgenstein reported disturbance causing him to back away from the instrument when cards were changed..

Testing of stereopsis was completed in the Telebinocular with DB6D, but was significantly reduced to between 50% and 70% when tested at the conclusion of the evaluation period (40 minutes) utilizing the standard Titmus polarized stereo test.

Further binocular function testing recorded significantly reduced performance ranges of binocular integration with reduced convergence abilities, and difficulty sustaining integration of both eyes due to interferences in ocular motor planning. Testing of convergence and divergence integration were as follows.

Distance: Convergence - Break: 8 / Recovery: 4   (Expected: 19 / 10)
          Divergence -   Break: 6 / Recovery: 1   (Expected:  9 / 5)

Near:     Convergence - Break: 10 / Recovery: 8  (Expected: 21 / 15)
          Divergence -  Break: 14 / Recovery: 12 (Expected: 22 / 18)

Refractive status testing noted secondary myopia with appropriate improvement of acuity with present compensating glasses. Appropriate response to lenses at near to assist in providing improved acuity due to typical physiological changes. The lenses at near also provided minimal assistance in reducing the effects of visual stress.

## Diagnosis

It is my opinion that the optometric examination is evidence of a stress induced visual problem as a manifestation of an ocular-motor dysfunction. Further, it is my opinion that the resulting visual disability has directly impacted Mr. Morgenstein's ability to effectively and efficiently visually function for sustained concentrated periods at the near point as required for such tasks as desk work, reading, computer, etc.

Page 3 - Norman Morgenstein

The ocular motor dysfunction has resulted in reduced visual performance ranges. His visual processing of information derived through the visual system is directly impacted and would therefore result in reduced work performance, both general and visual fatigue, and the inability to sustain focus to the task. Visual problems which interfere in daily life activities will become noticed when the visual demands are increased greater than the visual abilities to meet the demands. The visual dysfunction will contribute to, possibly creating, problems in visual processing and could be referred to as a "vocational-related visual problem."

It is my opinion that this reduction in visual performance has a direct relationship to the tumor as discussed in the history, and that the resulting reduced visual performance and function has existed since prior to 1999 as noted by Dr. Harry Wachs in his report dated March 2001.

### Diagnostic Codes

ICD-9-CM: 378.20 (intermittent strabismus); ICD-9-CM: 378.31 (vertical strabismus); ICD-9-CM: 368.30 (binocular dysfunction); ICD-9-CM: 378.83 (convergence insufficiency); ICD-9-CM: 379.57 (oculomotor - saccadic); ICD-9-CM: 379.58 (oculomotor - pursuit); ICD-9-CM: 368.31 (suppression of binocular function); ICD-9-CM: 368.13 (asthenopia)

### Recommendations

After review of the optometric data and Mr. Morgenstein's visual needs, the following optometric care program alternatives were discussed and recommended for consideration.

1) Continue with present glasses for distance and near compensation for improvement of acuity. There are no eye health of ocular defects;

2) When returning to the work environment, consider the need for appropriate accommodations. These accommodations should include extended time during periods of reading and concentrated sustained near tasks. The use of computer assisted programs to provide further ease of reading and writing;

3) Visual training therapy may be considered to develop and restore the desirable and adequate visual abilities, and the freedom to utilize these abilities.

### Credentials

Licensed Doctor of Optometry and education degree - optometric practice utilizes the behavioral model of vision function providing appropriate knowledge and experience to analyze optometric data and patient visual function performance in relation to daily life needs. Member of the American Optometric Association, College of Optometrists in Vision Development, clinical associate of the Optometric Extension Program Foundation, Chairman - District of Columbia Licensing Board of Optometry.

Please contact me directly if you have any further questions. I certify that all the information on this report is true and correct to the best of my knowledge and belief.

Respectfully submitted,

Jeffrey L. Kraskin, OD
DC License # OP482

## VITAE

### JEFFREY LEWIS KRASKIN, B.S., B.S., O.D.
s.s.# 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

Home: 4601 Tilden Street, NW
Washington, DC 20016-5617
(202) 364-7130

Office: 4600 Massachusetts Ave., NW
Washington, DC 20016-2362
(202) 363-4450

In private practice of optometry in Washington, DC since 1980 emphasizing optometric areas of vision development, prevention of visual problems, and visual training therapy.

**PROFESSIONAL AFFILIATIONS:**

* American Optometric Association
* American Foundation for Vision Awareness
* American Public Health Association
* College of Optometrists in Vision Development
* Optometric Extension Program Foundation - Clinical Associate
* Optometric Council of the National Capital Region
* Optometric Society of the District of Columbia
* Institute of Behavioral Optometry
* Washington Independent Services Educational Resources (WISER)
* American Optometric Student Association
* District of Columbia Institutional Review Board, Inc.
* National Association on Adults with Special Learning Needs
* Community Prescription Service

**COMMUNITY AFFILIATIONS**

* Mayor's Health Policy Council - Spring Valley Scientific Advisory Panel
* Food & Friends
* Ward Three Democratic Committee
* Spring Valley/Wesley Heights Citizens Association
* Community Council for the Homeless
* Washington Urban League
* Jewish Social Service Agency

**ACTIVITIES - POSITIONS AND APPOINTMENTS:**

* Member - Mayoral appointment - Spring Valley Scientific Advisory Panel
* Chairman - District of Columbia Board of Optometry, May, 2000 - present
* Member - District of Columbia Board of Optometry, June, 1992 - present
* Vice President - American Foundation for Vision Awareness, 2000 - 2002
* Secretary/Treasurer - American Foundation for Vision Awareness, 1999 - 2000
* Trustee - American Foundation for Vision Awareness, 1997 - 1999
* Member - Professional Relations Committee, American Optometric Association, 1990 - 1998, 1999 - 2001
* Chairman - Professional Relations Committee, American Optometric Association, 1995 - 1998
* Co-Chairman - "An Evening of Food & Friends at Crate and Barrel", 1995 - present
* Member - Horace Mann Local School Restructuring Team, 1995 - 2000
* Member - National Advisory Committee, Community Prescription Service
* Commissioner - District of Columbia Advisory Neighborhood Commission 3D, 1993 - 1997
* Treasurer - Optometric Society of the District of Columbia, 1990 - present

Page 2 - Kraskin

* Delegate, Precinct 9 - Ward Three Democratic Committee, 1985 - present
* Professional Consultant - Pennsylvania Blue Shield, 1982 - 1998
* Vice Chairman - District of Columbia Advisory Neighborhood Commission 3D, 1994
* Chairperson - Ward Three Democratic Committee, 1991 - 1994
* President - Spring Valley/Wesley Heights Citizens Association, 1993 - 1994
* Chairman - Interdisciplinary Committee, College of Optometrist in Vision Development, 1992   1994
* Member - Board of Directors, Washington Independent Services Educational Resources, 1990 - 1992
* Chairman - Optometric Council of the National Capital Region, 1990 - 1994
* Editor - Washington Independent Services Educational Resources NEWS, 1988 - 1992
* Chairman - Historic Preservation Committee, 1987 - 1990
* Vice President - Spring Valley/Wesley Heights Citizens Association, 1987 - 1993
* Treasurer - Optometric Council of the National Capital Region, 1987 - 1990
* Corresponding Secretary - Ward Three Democratic Committee, 1986 - 1991
* President - Optometric Editors Association, 1986 - 1988
* Advisory Neighborhood Commission Delegate - District of Columbia Police Citizen Advisory Council, 1986
* Vice President - Optometric Editors Association, 1985 - 1986
* Treasurer - Optometric Society of the District of Columbia, 1985 - 1988
* Editor - Optometric Council of the National Capital Region NEWS, 1983 - present
* Chairman - Committee to Oversee Miller Development, Spring Valley/Wesley Heights Citizens Association, 1984 - 1994
* Chairman - Optometric Council of the National Capital Region, 1983 - 1985
* President - Optometric Society of the District of Columbia, 1982 - 1985
* Local Chairman, Public Relations - American Optometric Association 1983 Annual Congress
* First Vice President - Optometric Society of the District of Columbia, 1982
* Chairman   Membership Committee   Optometric Society of the District of Columbia, 1981 - 1982
* Secretary - Optometric Society of the District of Columbia, 1981 - 1982
* Vice President - American Optometric Student Association, 1979 - 1980
* Member - Board of Trustees - American Optometric Student Association, 1978 - 1979

**ADDITIONAL ACTIVITIES:**

* Lecturer - Learning Related Visual Problems and Literacy.
* Lecturer - Vision and Lighting
* Legislative assistance provided to the District of Columbia City Council Committee on Consumer and Regulatory Affairs relating to sunset legislation pertaining to the DC Optometry Law
* Legislative assistance provided to the District of Columbia Zoning Commission pertaining to the writing of regulations regarding home based occupations.
* Member - District of Columbia Ward Three Redistricting Task Force
* Organize and develop community based vision screenings.

Page 3 - Kraskin

* Assisted in the development of guidelines and materials for the homeless as a member of the National Task Force on Illiteracy and the Homeless.
* Completed 1185 hours Clinical Optometric Practica at the Orange Grove Center for the Mentally Retarded, 1979 - 1980.
* Author - "Lighting and Its Impact on Learning in the Philadelphia School System"
* Editor - "Practice Management Guide - An Introduction for Optometry Students"

**EDUCATIONAL HISTORY:**

* O.D. - Pennsylvania College of Optometry, 1980
* B.S. Biological Sciences - Pennsylvania College of Optometry, 1978
* B.S. Education - Jacksonville University, 1976