# DEFENDANT'S EXHIBIT 38
(Filed under seal pursuant to Consent Protective Order)