# DEFENDANT'S EXHIBIT 39

Policy & Procedures

 **HUMAN RESOURCES EMPLOYEE GUIDE** UNITED STATES  Morgan Stan

| Los Angeles 07:17 | Chicago 09:17 | New York 10:17 | London 15:17 | Frankfurt 16:17 | Hong Kong 23:17 | Tokyo 00:17 | Sydn 02:1 |

 **Personal Profile** **Forms** **Internal HR** **MSDW Id**

Table of Contents

HR Representatives

Glossary

Introduction

Policies 

## Table of Contents

### A
- Above-Base Compensation
- Absence With or Without Pay
- Accounting and Auditing Hotline
- Affirmative Action
- Arrests (or Criminal Charges)
- Attendance and Punctuality

### B
- Bonuses/Above-Base Compensation
- Business Entertainment

### C
- Cell Phone and Wireless Communication Device Usage
- Communications - External
- Confidentiality

### D
- Death Benefits
- Direct Deposit
- Disciplinary Action
- Dress Code (Personal Appearance)

### E
- Electronic Information Systems
- Employee Assistance Program
- Employee Classification and Overtime
- Employee Conduct
- Employee Referral Awards
- Employment at Will
- Employment Dispute Resolution Program
- Employment of Relatives
- Employment Verification/References

### F
- Family and Medical Leave Absences
- Flexible Work Arrangements
- Funeral Leave

### G
- Gifts

### M
- Meal Reimbursement
- Military Duty
- Miscellaneous

### N
- Non-Discrimination and Anti-Harassment

### O
- Open Door Policy
- Outside Activities and Business Interests
- Overtime

### P
- Paid Parental Leave
- Performance Management/Performance Evaluation
- Personal Days
- Personal Leaves
- Personal Relationships/Employment Relationships
- Personnel Records
- Professional Licensing (Exams)
- Property - Firm

### R
- Rehire of a Former Employee
- Relocation
- Resignation

### S
- Service Recognition
- Severance Payment
- Sexual Harassment
- Shift Differential
- Sick Days
- Smoking
- Solicitations
- Substance Abuse
- Suspensions

MSDW 01889

Policy & Procedures

**H**
- Holidays
- Hotline (Whistleblower)

**I**
- Internet and Electronic Communication Usage

**J**
- Job Posting
- Jury Duty/Court Appearance

**T**
- Transfers
- Tuition Reimbursement

**V**
- Vacation Days

**W**
- Whistleblower Hotline
- Work Hours
- Workplace Violence

MSDW 01890

Policy & Procedures

 HUMAN RESOURCES EMPLOYEE GUIDE **UNITED STATES**   Morgan Stan

| Los Angeles 07:04 | Chicago 09:04 | New York 10:04 | London 15:04 | Frankfurt 16:04 | Hong Kong 23:04 | Tokyo 00:04 | Sydn 02:0 |

      Personal Profile   Forms   Internal HR   MSDW Id

Table of Contents

HR Representatives

Glossary

Introduction

Policies      E

---

- Electronic Information Systems
- Employee Assistance Program
- Employee Classification and Overtime
- Employee Conduct
- Employee Referral Awards
- Employment Dispute Resolution Program
- Employment Verification/References
- Employment at Will
- Employment of Relatives

E _____

## Employment Dispute Resolution Program

The Company maintains an Employment Dispute Resolution program, which provides employees options in handling workplace disputes outside of litigation. This program is called CARE, Convenient Access to Resolutions for Employees. CARE is available to all current U.S. employees of Morgan Stanley and its domestic subsidiaries. The Program is also available to former U.S. employees of Morgan Stanley and its domestic subsidiaries employed on or after January 1, 2001.

There are three steps in the CARE program, which must be accessed in sequence:

Informal Resolution
Mediation
Arbitration

Under the program there is a Program Administrator who will oversee and coordinate CARE's operations. The CARE office can also serve as a neutral third party in resolving workplace conflicts.

### Informal Resolution

This is the open door policy which is currently in place. Any employment-related questions or issues can be raised with the manager, Human Resources or the CARE office. Use of this process does not require any forms to complete or formal procedures to be followed.

### Mediation

Mediation may be available if issues remain unresolved after working through informal resolution. To request a mediation, the employee must contact the CARE Program Administrator at 1-866-CARE-123. Mediation is a confidential dispute resolution process that is conducted by an independent neutral third party. The mediator does not decide or judge an issue, but attempts to facilitate a resolution between the parties. The Company will pay for 100% of the administration costs and mediator's fees. At mediation, legal representation is optional for both the employee and Company. Any legal fees and expenses incurred by the employee are the sole responsibility of the employee.

### Arbitration

Arbitration may be available if informal resolution and mediation have been unsuccessful. To request an arbitration, the employee must contact the CARE Program Administrator at 1-866-CARE-123. Like mediation, arbitration is a

**MSDW 01913**

Policy & Procedures

confidential dispute resolution process. Unlike a mediator, however, an arbitrator renders a final and binding decision. Typically, within 30 days following the hearing, the arbitrator will issue a written final decision that is binding on both the employee and the Company. The employee is responsible for payment of $100 towards the administrative costs and arbitrator´s fee while the Company will pay the balance of these costs. If a three-person arbitration panel (instead of one arbitrator) is requested, the requesting party will pay for the fees and costs associated with these additional arbitrators. The Company will always be represented by an attorney at this proceeding, regardless of whether the employee is represented by legal counsel.

Claims That Can Be Raised Under CARE

At informal resolution, any work-related issues, questions or concerns can be raised. Mediation and arbitration are limited to employment claims involving legal rights, such as breach of contract, wrongful discharge, discrimination, harassment and retaliation, that arise on or after January 1, 2001. Arbitration of employment claims for registered employees is also subject to the rules of self-regulatory organizations. Registered employees should refer to the CARE Guidebook for additional information.

Claims not covered by the CARE program

- Worker´s compensation
- Unemployment compensation
- Claims expressly excluded from mediation or arbitration by statute
- Benefits claims and other claims under or relating to the Company´s pension or welfare employee benefit plans
- Claims by MSDW or an employee for injunctive relief for unfair competition, use of trade secrets, confidential or proprietary information, or to enforce the terms of a non-compete agreement.

Who are the Mediators and Arbitrators?

Mediation and arbitration will be administered by Judicial Arbitration and Mediation Services (JAMS), the Private Adjudication Center (PAC), an affiliate of Duke University or the American Arbitration Association (AAA), all nationally recognized providers of mediators and arbitrators.

*For more information please see the CARE program at iWork Here> Working Relationships> CARE program*

*Posting Date: 01/01/2001*

**Back to Top**

**MSDW 01914**

Policy & Procedures

 HUMAN RESOURCES
EMPLOYEE GUIDE **UNITED STATES**  Morgan Stan

| Los Angeles | Chicago | New York | London | Frankfurt | Hong Kong | Tokyo | Sydn |
|---|---|---|---|---|---|---|---|
| 07:08 | 09:08 | 10:08 | 15:08 | 16:08 | 23:08 | 00:08 | 02:0 |

 🖬 ✉ 📌 📷 | ☎ **Personal Profile** **Forms** **Internal HR** **MSDW Id**

Table of Contents

HR Representatives

Glossary

Introduction

Policies    | N 


* Non-Discrimination and
  Anti-Harassment

N 

## Non-Discrimination and Anti-Harassment

### Equal Employment Opportunity    Click here for a Print View of this Policy

It is the policy of the Firm to ensure equal employment opportunity without discrimination or harassment on the basis of race, color, religion, age, gender, sexual orientation, national origin, citizenship, disability*, marital status, pregnancy (including unlawful discrimination on the basis of a legally protected pregnancy/maternity leave), veteran status* or any other characteristic protected by law.

**Discrimination and sexual harassment are against Firm policy and illegal under federal, state and local laws.**

Consistent with our First Choice values, the Firm is committed to a work environment in which all individuals are treated with respect and dignity. Each individual should have the ability to work in a professional atmosphere that promotes equal employment opportunities and prohibits discriminatory practices, including harassment. Therefore, the Firm expects that all relationships among persons in the workplace will be business-like and free of bias, prejudice and harassment.

**The Firm prohibits and will not tolerate any such discrimination or harassment, whether committed by management or non-supervisory personnel, employees of temporary agencies, vendors, contractors or guests.**

#### Definitions of Harassment

a.  *Sexual harassment* constitutes discrimination and is illegal under federal, state and local laws. For the purposes of this policy, sexual harassment is generally defined as unwelcome sexual advances, requests for sexual favors and other verbal, non-verbal or physical conduct of a sexual nature when, for example: (i) submission to such conduct is made either explicitly or implicitly a term or condition of an individual's employment by a supervisory employee; (ii) submission to or rejection of such conduct by an individual is used by a supervisory employee as the basis for decisions that affect an individual's employment opportunities in a tangible way; or (iii) such conduct is unwelcome and severe or pervasive enough to create an intimidating, hostile or offensive work environment for a reasonable individual.

Sexual harassment may include subtle behavior and may involve individuals of the same or different gender. Depending on the circumstances, these behaviors may include, but are not limited to: unwanted sexual advances or requests for sexual favors; sexual jokes

MSDW 01943

Policy & Procedures

and innuendo; verbal abuse of a sexual nature; commentary about an individual's body, sexual prowess or sexual deficiencies; leering, catcalls or touching; insulting or obscene comments or gestures; display or circulation in the workplace of sexually suggestive objects or pictures; and other physical, verbal or visual conduct of a sexual nature

*Individuals who wish to identify themselves as disabled or as a veteran can access the corresponding self-identification form via the Forms section of Employee Central

b.  *Harassment on the basis of any protected characteristic* is also strictly prohibited. Under this policy, harassment is unwelcome verbal, non-verbal or physical conduct that denigrates or shows hostility or aversion toward an individual because of his/her race, religion, age, gender, sexual orientation, national origin, citizenship, disability, pregnancy, marital or veteran status or any other characteristic protected by law or that of his/her relatives, friends or associates, and that is severe or pervasive enough to create an intimidating, hostile or offensive work environment for a reasonable individual, or otherwise adversely affects an individual's employment opportunities in a tangible way.

Harassing conduct includes, but is not limited to: epithets, slurs or stereotyping; threatening, intimidating or hostile acts; denigrating jokes and display or circulation in the workplace of written or graphic material that denigrates or shows hostility or aversion toward an individual or group.
This policy prohibits such harassing conduct whether done verbally or non-verbally, including through e-mail or other Firm electronic systems.

**Individuals and Conduct Covered**

This policy applies to all applicants and employees, and prohibits harassment, discrimination, and retaliation whether engaged in by fellow employees, by a Supervisor or Manager or by someone not directly connected to the Firm. Persons not employed by the Firm (e.g., an outside vendor, consultant, temporary agency employee or customer) are also advised of this policy and are expected to comply with it in all respects.

Conduct prohibited by this policy is unacceptable in the workplace and in any work-related setting outside the workplace, such as during business trips, business meetings and business-related social events.

Similarly unacceptable under this policy is participation in work-related activities whether in or outside the workplace that are inconsistent with a professional atmosphere that promotes equal employment opportunity or that are exclusionary with respect to any individual's race, color, religion, age, gender, sexual orientation, national origin, citizenship, disability, marital status, pregnancy, veteran status or any other characteristic protected by law. This includes patronizing, in connection with work-related activities, adult entertainment establishments or facilities that exclude use by any individual on the basis of his or her protected status.

**Complaint Procedure**

**Reporting an Incident of Harassment, Discrimination or Retaliation**

The Firm strongly urges the reporting of all incidents of discrimination, harassment or retaliation, regardless of the offender's identity or position, so that an effective and thorough investigation can be conducted promptly and discreetly, and effective remedial action can be taken when

MSDW 01944

appropriate. Complaints will be accepted in writing or orally.

All of us share responsibility for enforcement of this policy and are strongly urged to report concerns regarding conduct that may be contrary to it. Further, individuals who believe they have experienced, or managers who have learned of, conduct that is contrary to the Firm's policy or who have concerns about such matters must contact their Human Resources Representative or one of the following representatives designated below for their business unit. If these representatives are not available or if the circumstances make it inappropriate to contact them, individuals may contact any representative set forth below:

| Institutional Securities | | |
|---|---|---|
| Lloyd Levenberg | Sales, Trading and Research - Institutional Equity, Equity Research, Equity Financing Services and Fixed Income (including Retail Fixed Income) | Lloyd.Levenberg@morganstanley.com (212) 761-3866 |
| Paul Kam | Investment Banking | Paul.V.Kam@morganstanley.com (212) 761-5192 |
| Marcelo Modica | MSCI Barra | Marcelo.Modica@morganstanley.com (212) 804-2915 |
| **Company & Infrastructure** | | |
| Peg Sullivan | Finance - Risk and Credit | Peg.Sullivan@morganstanley.com (212) 276-1402 |
| Katie Braham | Law, Compliance and Internal Audit | Kathryn.Braham@morganstanley.com (212) 762-1395 |
| Tara Favors | Corporate Services, Corporate Security, Corporate Communications, Human Resources, and Firmwide Branding | Tara.Favors@morganstanley.com (212) 762-1393 |
| Joanne Ceriello | Information Technology - ISG, IIG, and IM | Joanne.Ceriello@morganstanley.com (212) 762-1068 |
| Kevin Byrnes | Operations - ISG, IIG, and IM | Kevin.Byrnes@morganstanley.com (212) 276-1416 |
| **Retail Brokerage** | | |
| Eric Kayne | Client Coverage | Eric.Kayne@morganstanley.com (914) 225-7015 |
| Adam Kudelka | Client Solutions and Administration | Adam.Kudelka@morganstanley.com (914) 225-7025 |

MSDW 01945

| Investment Management | | |
|---|---|---|
| Caren Hosansky | Investment Management | Caren.Hosansky@morganstanley.com (212) 762-7067 (610) 940-5082 |
| **Discover Financial Services** | | |
| Kerry Piercy | Discover Financial Services | kerrypiercy@discoverfinancial.com (224) 405-0224 |
| Janice Marks | Discover Financial Services | janicemarks@discoverfinancial.com (224) 405-2232 |

In addition, individuals may always take their complaints to Marilyn F. Booker of Diversity at 1-212-762-3412 or to the CARE Program Administrator at 1-866-227-3123.

**Important Notice To All Employees:**

**EMPLOYEES WHO HAVE EXPERIENCED CONDUCT THEY BELIEVE IS CONTRARY TO THIS POLICY MAY HAVE A LEGAL OBLIGATION TO TAKE ADVANTAGE OF THIS COMPLAINT PROCEDURE. AN EMPLOYEE'S FAILURE TO FULFILL THIS OBLIGATION COULD AFFECT HIS OR HER RIGHT TO PURSUE LEGAL ACTION.**

Early reporting has proven to be a highly effective method of resolving actual or perceived incidents of harassment or discrimination. Therefore, while no fixed reporting period has been established, the Firm strongly urges the prompt reporting of complaints or concerns so that rapid and constructive action can be taken when appropriate.

The availability of this complaint procedure does not preclude individuals who believe they are being subjected to harassing conduct from promptly advising the offender that his or her behavior is unwelcome and requesting that it be discontinued.

**Retaliation Is Prohibited**

The Firm prohibits retaliation against any individual who, in good faith, reports discrimination, harassment or concerns about affirmative action, or any individual who participates in, or otherwise supports, an investigation of such reports. Anyone who exhibits retaliatory behavior against an individual under such circumstances will be subject to disciplinary action up to and including termination.

**The Investigation of Allegations**

Any reported allegations of harassment, discrimination or retaliation will be investigated promptly. The investigation may include individual interviews with the parties involved and, when necessary, with individuals who may have observed the alleged conduct or may have other relevant knowledge.

Confidentiality will be maintained throughout the investigation process to the greatest extent possible and to the extent consistent with adequate investigation and appropriate corrective action. Individuals involved in the investigation process are expected to provide their full cooperation and to maintain

confidentiality.

At the conclusion of the investigation, the Firm will advise any individual who has made a complaint under this policy that the investigation has concluded and share other information as may be appropriate under the circumstances.

### Consequences of Inappropriate Behavior

Misconduct including harassment, discrimination, retaliation or other forms of unprofessional behavior, even if not unlawful, may subject employees to disciplinary action by the Firm up to and including termination. In addition, conduct that is unlawful may subject employees to civil, and in some cases, criminal liability.

*Individuals who wish to identify themselves as disabled or as a veteran can access the corresponding self-identification form via the Forms section of Employee Central.

**Click here for information specific to Massachusetts employees.**

See also: *Business Entertainment Policy, Internet and Electronic Communication Usage Policy. For DFS employees, please see Internet Access and Usage Policy and Travel and Entertainment Policy.*

*Posting Date: 11/11/05*

MSDW 01947

 HUMAN RESOURCES EMPLOYEE GUIDE UNITED STATES  Morgan Stan

| Los Angeles 07:12 | Chicago 09:12 | New York 10:12 | London 15:12 | Frankfurt 16:12 | Hong Kong 23:12 | Tokyo 00:12 | Sydn 02:1 |

   |  Personal Profile   Forms   Internal HR   MSDW Id

**Table of Contents**

**HR Representatives**

**Glossary**

**Introduction**

**Policies**    R 

_____

- Rehire of a Former Employee
- Relocation
- Resignation

R
_____

## Resignation

### Resignations

Non-officers desiring to terminate their employment with the Firm are urged to notify their supervisor and Human Resources at least two weeks in advance of their intended resignation. Such notice should be in writing. The resigning employee will receive regular pay, including accrued overtime (if applicable), up until the date of termination and compensation for accrued and unused vacation days pursuant to applicable policy and consistent with applicable law.

However, an employee's non-qualified deferred compensation awards (such as EICP), if any, may be canceled if he or she resigns or retires from the Firm and does not provide the Firm with a minimum of 30 days written notice prior to leaving the Firm for any reason. Please review award documentation for applicable time periods.

Any officer who decides to leave the Firm for any reason is required to provide the Firm with a minimum of 30 days notice of the effective date of resignation. During this notice period, such an employee will remain an employee of the Firm, receive base salary and continue to be subject to the Code of Conduct and all other policies and regulations of the Firm. At the election of the Firm, the employee may not be required to be present on a daily basis at the Firm's offices, and may also be asked to perform duties relating to the transition process.

### Retirement

Employees who plan to retire are urged to provide the Firm with at least 60 days, but no more than 90 days notice to allow for the processing of applicable pension and other forms and to ensure that any retirement benefits to which an employee may be entitled commence in a timely manner.

### Separation Process

Depending upon the business unit and where feasible and appropriate, Human Resources will schedule an exit interview on or before the last work day for employees leaving the Firm. The purpose of these interviews is to provide the employee with applicable benefits information, to collect Firm property (equipment, confidential and proprietary information, etc.) that may be in the employee's possession and to provide employees with an opportunity to discuss their job-related experiences.

Final paychecks will be distributed to employees based on state payroll

**MSDW 01963**

Policy & Procedures

practices.

*See: Attendance and Punctuality.*

*Posting Date: 06/10/05*

**MSDW 01964**