## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| NORMAN L. MORGENSTEIN,        Plaintiff,        v.        MORGAN STANLEY DW, INC.        Defendant. | Civil Action No. 05-2123 (JR) |

### ORDER

Upon consideration of Defendant Morgan Stanley DW, Inc.'s Motion to For Summary Judgment and all papers submitted by the parties in support thereof and in opposition thereto, it is hereby

ORDERED that Defendant's Motion is GRANTED; and it is

FURTHER ORDERED that Plaintiff's First Amended Complaint is Dismissed With Prejudice in its entirety.

ENTERED THIS _____ DAY OF _____, 2006.

_____
United States District Judge

*TCO 356358870v1 8/28/2006*