UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| **NORMAN L. MORGENSTEIN** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CA No. 05-2123 (JR) |
| ) | PTC: Oct. 24, 2006 |
| **MORGAN STANLEY DW INC.** ) | |
| ) | |

PLAINTIFF'S OPPOSITION TO
DEFENDANT'S SUMMARY JUDGMENT MOTION

Respectfully submitted,

_____
Michael G. Kane, Bar No. 435121
David R. Cashdan
CASHDAN & KANE, PLLC
1150 Connecticut Avenue, N.W.
Suite 900
Washington, D.C. 20036-4104
Tel. (202) 862-4330

*Attorneys for Plaintiff*

Dated:   September 15, 2006