**TABLE OF CONTENTS**

                                                                                       **PAGES**

I. INTRODUCTION………………………….......................................1

II. FACTUAL BACKGROUND……………………………………….3

       A. Mr. Morgenstein's position and duties…………………………3

       B. Mr. Morgenstein's Disability………..………….......................4

       C. Defendant incorrectly tells Mr. Morgenstein that he needs a Series 65 License and Directs Mr. Morgenstein to apply directly to the District of Columbia in Order to Obtain a Waiver from taking the Series 65 Examination…………………….…………4

       D. Mr. Morgenstein "inherits" sizable accounts from his Father….9

III.    ARGUMENT……………………………………….....................14

       A.    MS HAS NOT MET ITS BURDEN UNDER THE STANDARD FOR SUMMARY JUDGMENT………..…………………….14

       B.    THERE IS A FACTUAL DISPUTE OVER COUNT III (RETALIATION)………………………………………16

           1. Mr. Morgenstein has made out a Prima Facie Case………………………………………….................16

           2. Mr. Morgenstein was engaged in Protected Activity….18

           3. MS Took Adverse Personnel Action Against Mr. Morgenstein…………………………….…………..25

           4. A Causal Connection Exists between Mr. Morgenstein Protected Activity and the Adverse Personnel Action……………………. …………………………..27

           5.   Defendant's Legitimate Non-Discriminatory Reasons for its Actions are in Dispute with Regard to the Retaliation Claim….30

**C.  THERE IS A FACTUAL DISPUTE AS TO WHETHER MS FAILED TO REASONABLY ACCOMMODATE MR. MORGENSTEIN** ……………………………………..31

A.  Mr. Morgenstein is Substantially Limited in the Major Life Activity of Reading…………………………………………………33

B. The Series 65 was an essential function for Financial Advisors who wanted to place their clients' assetts into wrap accounts……………………………………………………………..36

C. Requesting that MS apply for the waiver on his behalf was a Reasonable Accommodation…………………………………..38

**D.  THERE ARE FACT ISSUES THAT PRECLUDE SUMMARY JUDGMENT ON COUNT I DISABILITY DISCRIMINATION**…………..……………………………….45

**IV. CONCLUSION**………………………………………………….45

Dated:   September 15, 2006