## TABLE OF AUTHORITIES

Cases:                                                                                                 **PAGES**

*Taylor v. Rice*, 451 F.3d 898, 900 (D.C. Cir. 2006)……………………………14, 31, 36

*George v. Leavitt*, 407 F.3d 405, 410 (D.C. Cir. 2005)……………………….14, 30

*Blount v. National Center For Tobacco-Free Kids*, 775 A.2d 1110,

1114 (D.C. 2001)……………………………………..……………………….14

*Salazar v. Washington Metropolitan Transit Authority,*

401 F.3d 504 (D.C. Cir. 2005)……………………………………………………14

*Anderson v. Liberty Lobby, Inc.*, 477 U.S. 242, 255, 106 S.Ct. 2505,

91 L.Ed.2d 202 (1986………………………………………………………………14, 15

*Reeves v. Sanderson Plumbing Products, Inc.*, 120 S. Ct. 2097 (2000)………...15

*Desert Palace, Inc. v. Costa*, 539 U.S. 90, 100 (U.S. 2003)……………………15

775 A.2d at 1114-1115 (D.C. 2001), *citing*, *Trafficante*, 409 U.S. 205, 212

(1972)…………………………………………………………………………..15

*Texas Dept. of Community Affairs v. Burdine*, 450 U.S. 247, 255, n. 10 (1981)...16

*Greene v. Dalton*, 164 F.3d 671, 674 (D.C. Cir. 1999)…………………………....16, 30

*Grant v. May Dep't Stores Co.*, 786 A.2d 580, 585-586 (D.C. 2001)……………17, 18

*Holcomb v. Powell*, 433 F.3d 889, 903 (D.C. Cir. 2006)………………………....17

*Wright v. CompUSA, Inc.*, 352 F. 3rd 472, 478 (1st Cir. 2003)……………………18

*Burlington Northern & Santa Fe Ry. v. White*, 165 L. Ed. 2d 345, 359 (U.S. 2006) ………………………………………………………………………..17

*Toyota Motor Manufacturing, Kentucky, Inc. v. Williams*, 534 U.S. 184, 198, 151 L. Ed. 2d 615, 122 S. Ct. 681 (2002))…………………………………..19

*Darrow v. Dillingham & Murphy*, LLP, 902 A.2d 135, 138 (D.C. 2006)………...26

*Peeples v. Coastal Office Products, Inc.*, 203 F. Supp.2d 432 (D. Md. 2002) (Cited by MS)……………………………………………………….25

*Burks v. Oklahoma Pub. Co.*, 81 F.3d 975, 978 (10th Cir.), *cert. denied*, 136 L. Ed. 2d 220, 117 S. Ct. 302 (1996))……………………………............26

*Spulak v. K-Mart Corp.,* 894 F.2d 1150, 1154 (10th Cir.1990)…………………..26

*Keyes v. District of Columbia*, 372 F.3d 434, 439 (D.C. Cir. 2004)…………….26, 27

*La France v. Georgetown University Hosp.,* 1988 U.S. Dist. LEXIS 17514,

7-9 (D.D.C. 1988)……………………………………………………………27

*Singletary v. District of Columbia,* 351 F.3d 519, 524 (D.C. Cir. 2003)

351 F.3d at 525………………………………………………………………28, 29

*Castle v. Bentsen,* 867 F.Supp. 1,3 (D.D.C. 1994)………………………………28

*Goos v. Nat'l Ass'n of Realtors,* 715, F.Supp. 2, 3-4 (D.D.C. 1989)……………28

*Hayes v. Shalala,* 902 F.Supp. 259, 264 (D.D.C. 1995)…………………………28

*Globus v. Skinner,* 721 F.Supp. 329, 334-35 (D.D.C. 1989)……………………28

*Borgo v. Goldin*, 204 F.3d 251, 258 (D.C. Cir. 2000)…………………………..29

*Pantazes v. Jackson,* 366 F. Supp. 2d 57,70 (D.D.C. 2005)……………………32

*American Univ. v. District of Columbia Comm'n on Human Rights,*

598 A.2d 416, 422 (D.C. 1991)……………………………………………..32

*Grant v. May Dep't Stores Co.*, 786 A.2d 580, 583 (D.C. 2001)……………..32, 33

*Bartlett v. New York State Bd. of Law Examiners*, 226 F.3d 69, 74-75

(2d Cir. 2000)……………………………………………………………....33

*Haynes v. Williams*, 392 F.3d 478, 483 (D.C. Cir. 2004)……………………..19, 34

*Hoffman v. Caterpillar*, 256 F.3d at 577………………………………………….37

*US Airways, Inc. v. Barnett* 535 U.S. 391, 398, 122 S.Ct. 1516, 1521

 (U.S.,2002) DC Reg §1860.5………………………………………………….37

*Lively v. Flexible Packaging Ass'n*, 830 A.2d 874, 887 (D.C. 2003)
(en banc) (quoting *Simpson v. District of Columbia Office of
Human Rights,* 597 A.2d 392, 401 (D.C. 1991))………………………40

*Zuurbier v. Medstar Health, Inc.*, 895 A.2d 905, 908 (D.C. 2006)………...41

*Simpson v. District of Columbia Office of Human Rights*, 597 A.2d 392, 398
(D.C. 1991)……………………………………………………………...41

*Singh v. George Wash. Univ.,* 368 F. Supp. 2d 58, 67 (D.D.C. 2005)……41

*Albertson's, Inc. v. Kirkinburg*, 527 U.S. 555, 576 (1999)…….………42, 43

*Breen v. DOT,* 282 F.3d 839, 843 …………………………………………...44 (D.C.cir.2002)


Federal Statutes:

42 U.S.C. § 12102 (2)………………………………………………………32
42 U.S.C. § 12111(9)……………………………………………………..34
42 U.S.C. § 12111(8)……………………………………………………..35


State Statutes:

D.C. Code § 2-1402.11 D.C. Code § 2-1402.11 …………………………..13

D.C. Code § 2-1402.61……………………………………………………….13

D.C. Code § 2-1401.02(5A)……………………………………………..32

775 A. 2nd at 1114 (D.C. 2001)…………………………………………….14

D.C. Court of Appeals 786 A.2d at 586 (D.C. 2001)……………………18


Federal Regulations:

D.C. Regs § 1860.5………………………………………………………..5, 6, 39

DISR regulations at §1860.5 Ex. 7…………………….........................6

Fed. R. Civ. Pro 56 (e) 1963 Amendment……………………………….14

28 C.F.R. Pt. 35, App. A, § 35.104 (1999))……………………………33

451 F. 3rd at 912 (D.C. Cir. 2006)……………………………………14

239 F.3d 1128, 1138 (9th Cir. 2001)……………………………………33

29 C.F.R. app. § 1630.9 (1996))……………………………………….34

29 C.F.R. § 1630.2(n)(3)(vi), id. § 1630.2(n)(3)(vii)…………………..35

6