UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| NORMAN L. MORGENSTEIN )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MORGAN STANLEY DW INC. )<br>) | CA No. 05-2123 (JR)<br>PTC: _____ |

PLAINTIFF'S INDEX OF EXHIBITS IN SUPPORT OF HIS OPPOSITION TO
<u>SUMMARY JUDGEMENT</u>

Exhibit 1. Greenhalgh Deposition with Exhibits.

Exhibit 2. Ridenour Deposition with Exhibits.

Exhibit 3. Masci Deposition with Exhibits.

Exhibit 4. Miles Deposition, 6/14/2006.

Exhibit 5. Miles Deposition 6/22/2006.

Exhibit 6. Miles Deposition Exhibit - Notice of Deposition.

Exhibit 7. Miles Deposition Exhibit – Securities Regs.

Exhibit 8. Miles Deposition Exhibit – 4/4/2001 letter with attachment.

Exhibit 9. Miles Deposition Exhibits – 5/15 and 5/20 letters with attachments.

Exhibit 10. Miles Deposition Exhibit – 10/2/2001 letter.

Exhibit 11. Miles Deposition Exhibits – 5/21, 9/19, and 3/26 e-mails.

Exhibit 12. Wachs Deposition.

Exhibit 13. Wachs Phone Inquiry.

Exhibit 14. Wachs Questionnaire.

Exhibit 15. Wachs Notes and Progress Report.

Exhibit 16. Kraskin Deposition.

Exhibit 17. Kraskin Expert Report.

Exhibit 18. Fitzgerald Deposition.

Exhibit 19. Jacobsen Deposition.

Exhibit 20. Fax cover with attachments re: Series 65 issue.

Exhibit 21. Fax cover with attachments to Paul Garipoli.

Exhibit 22. Fax from DISR to Garipoli and Plaintiff.

Exhibit 23. 9/1/2002 e-mail from Greenhalgh to Plaintiff.

Exhibit 24. Recruiting letter, thank you letter, Request for Accommodation, confirm e-mail.

Exhibit 25. Dr. Simon Medical Records.

Exhibit 27. 3/28/2002 e-mail from Morgan Stanley to DISR.

Exhibit 26. Lowe e-mail and DISR e-mail to file.

Exhibit 28. E-mails re: Series 65.

Exhibit 29. E-mails re: taking the exam.

Exhibit 30. Pisanni Expert Report.

Exhibit 31. Series 65 Study Manual

Exhibit 32. Morgenstein Declaration.

Exhibit 33: Katherine Russell Declaration.