UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **NORMAN L. MORGENSTEIN** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CA No. 05-2123 (JR) |
| | ) | PTC:  Oct. 24, 2006 |
| **MORGAN STANLEY DW INC.** | ) | |
| | ) | |

**PLAINTIFF'S NOTICE OF FILING**

Please take notice that Plaintiff is filing by hard copy Ex. 4 – Miles Deposition with Exhibits.

                                                Respectfully submitted,

                                                _____
                                                Michael G. Kane, Bar No. 435121
                                                David R. Cashdan
                                                CASHDAN & KANE, PLLC
                                                1150 Connecticut Avenue, N.W.
                                                Suite 900
                                                Washington, D.C. 20036-4104
                                                Tel. (202) 862-4330

                                                *Attorneys for Plaintiff*

Dated:   September 18, 2006