IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NORMAN L. MORGENSTEIN )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MORGAN STANLEY DW, INC. )<br>)<br>Defendant. )<br>_____ ) | Civil Action No. 05-2123 (JR) |

### NOTICE OF DEPOSITION

Defendant Morgan Stanely DW, Inc. ("Morgan Stanley" and/or "Defendant"), by and through undersigned counsel, pursuant to Rules 30(b)(6) and 45 of the Federal Rules of Civil Procedure, shall take the deposition of the Department of Insurance and Securities Regulation ("DISR") on May 24, 2006, beginning at 1:00 p.m., at the offices of Greenberg Traurig, LLP, 800 Connecticut Ave., NW, Suite 500, Washington, DC 20006. The deposition shall be used for all purposes permitted under the applicable rules. The deposition will be taken upon oral examination before a notary public or other person duly authorized by law to administer oaths. The deposition shall continue for day to day until complete.

Pursuant to Rule 30(b)(6), the DISR shall designate one or more officers, directors, managing agents, or other persons to testify on its behalf regarding the matters set forth below and the DISR may set forth the matters on which each such person(s) designated will testify. Pursuant to Rule 30(b)(6), the person(s) so designated shall testify as to matters known or reasonably available to the DISR.

The subject matters to be covered in the deposition are:



1. All facts relating to the DISR's policies, guidelines and practices with regard to its requirements for requests for disability based accommodations for any and all securities licensing examinations and/or examination requirements, including but not limited to the Series 65 Examination.

2. All facts relating to the DISR's policies, guidelines and practices with regard to its evaluation of requests for disability based accommodations for any and all securities licensing examinations and/or examination requirements, including but not limited to the Series 65 Examination.

3. All facts relating to any requests made to the DISR by Norman Morgenstein, of Adelphi, Maryland for any disability based accommodations for any securities licensing examination, including but not limited to the Series 65 Examination.

4. All facts relating to any decisions made by the NASD with respect to any requests made by Norman Morgenstein, of Adelphi, Maryland, for any disability based accommodations for any securities licensing examination, including but not limited to the Series 65 Examination.

Date: May 5, 2006

Respectfully submitted,

GREENBERG TRAURIG, LLP

John F. Scalia (admitted *pro had vice*)
Matthew H. Sorensen (DC Bar No. 492130)
Greenberg Traurig LLP
1750 Tysons Blvd.
Suite 1200
McLean, VA 22102
Tel: (703) 749-1300
Fax: (703) 749-1301

*Counsel for Defendant Morgan Stanley DW, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of May, 2006, I caused a true and exact copy of the foregoing Defendant Morgan Stanley DW, Inc.'s notice of Deposition to the Department of Insurance and Securities Regulation to be served by facsimile and first class, postage prepaid U.S. mail on:

Michael G. Kane, Esq,
Cashdan & Kane, PLLC
1150 Connecticut Avenue, N.W.
Suite 900
Washington, D.C. 20036
*Counsel for Plaintiff Norman Morgenstein*

_____
Matthew H. Sorensen