



## Government of the District of Columbia
### Department of Insurance and Securities Regulation

Anthony A. Williams
Mayor

Lawrence H. Mirel
Commissioner

Securities Bureau

May 15, 2001

Norman Lee Morgenstein
Morgan Stanley Dean Witter
1850 K Street, NW
Washington, D.C. 20006

Dear Mr. Morgenstein:

The Department of Insurance and Securities Regulation's Securities Bureau (hereinafter "Securities Bureau") has received your request for a waiver of the Series 65 Investment Adviser Examination and reviewed the information that you have submitted in support of the waiver. However, at this time, we are unable to grant your waiver request because of our inability to determine to what extent, if any, your medical condition would have on your ability to act as an Investment Adviser.

You state in your letter dated April 4, 2001, that you had surgery on February 29, 1996 that left you with a myriad of disabilities that prevent you from being able to comprehend the volume and contents of the Series 65 exam. You also indicated that were "grand-fathered" to an Investment Adviser status in the State of Maryland in 1990, but that your firm allowed that status to lapse on December 31, 1998. However, you failed to provide any information regarding the extent that you were able to return to your normal duties as an adviser.

Our concern is how your disability will affect your ability to effectively handle the demands of advising your clients. It is for this reason that we recommend that you submit additional information which would adequately document that your disability would not affect your ability to properly advise clients.

Should you have any questions, please feel free to contact me at (202) 442-7753.

Sincerely,

Dana G. Sheppard
Securities Counsel



DEPOSITION
EXHIBIT
4
6-14-06

MORGENSTEIN 7

*MORGAN STANLEY DEAN WITTER*

*1775 Eye Street NW, Suite 260*
*Washington, DC 20006-2401*
*202-862-9000   202-862-9094*
*202-862-9155 Fax*

*NORMAN MORGENSTEIN*
*Associate Vice President*
*Financial Advisor*

May 21, 2001

Mr. Dana G. Sheppard
Government of the District of Columbia
Department of Insurance and Securities Regulation

VIA FACSIMILE: (202) 535-1198

RE:    Series 65 Registration

Dear Mr. Sheppard:

    Thank you so much for returning my phone call. As per our conversation and
your request, I am enclosing a copy of my surgeon's 'Supplementary Neurosurgical
Report', and a report from the Vision & Conceptual Development Center, received after I
mailed my original request. For your convenience, I am also enclosing a copy of my
original letter.

    Again, should you require additional information please feel free to call me at
(202) 862-9094, or if you prefer, I would be more than willing to come to your office for
an interview.

Most Sincerely,

Norman L. Morgenstein
Financial Advisor, AVP

Enclosures: (3)
Cc:    Paul Garipole
       Registration Department
       Morgan Stanley
       Fax: (212) 392-9602

*E-1*


DEPOSITION
EXHIBIT
5
6-14-06

THE NEUROLOGICAL SURGERY GROUP, P. C.
John W. Barrett, M.D.
E. Donald Cooney, M.D.
Jeff Jacobson, M.D.
Alexandros D. Powers, M.D.
Edward F. Aulisi, M.D.

Main Office and Mailing Address
THREE WASHINGTON CIRCLE, N.W., SUITE 336
WASHINGTON, D.C. 20037-2381
(202) 223-1060 • FAX (202) 223-2533

Website - www.brainsurgery.com
E-mail - info@brainsurgery.com

THE WASHINGTON SPINE CENTER

## SUPPLEMENTARY NEUROSURGICAL REPORT

MORGANSTEIN, Norman                    27 December 1999

Mr. Morganstein has a number of complaints which are certainly related temporally to the presence of his tumor and subsequent surgery. He has had an element of fatigue. He has never been able to resume his normal work schedule and this extends as well into some of his recreational activities. He has had some visual blurring, he has had memory deficit for recent events and also some difficulty with remembering names of people. Although not dramatic, in aggregate he feels that overall his functional abilities are diminished because of this.

On examination, he is awake and responsive. He continues to have the residuals of left facial weakness and the hearing loss on that side. The remainder of his neurological examination is for the most part normal.

IMPRESSION: This patient has neurologic dysfunction which may be related to elevation of his temporal lobe. There may be some element of depression associated with this because of his loss of hearing and the imbalance. In any event, he has this dysfunction and I do not feel that any additional work up is needed at the present time. However, some accommodation is likely going to need to be made at his workplace so that he can continue to be productive.

Jeff Jacobsen, M.D.

JJ:daw
(transcribed 12/30/99)

cc:    Elliot Aleskow, M.D.
       Mr. Norman L. Morganstein

4927 AUBURN AVENUE
SECOND FLOOR
BETHESDA, MARYLAND 20814-5641

9715 MEDICAL CENTER DRIVE
SUITE 227
ROCKVILLE, MARYLAND 20850-3320

106 IRVING STREET NW
SUITE 4300 NORTH
WASHINGTON, DC 20010

E2

MORGENSTEIN 9

# PROGRESS REPORT

## VISION & CONCEPTUAL
## DEVELOPMENT CENTER
### HARRY WACHS, O. D.

2440 VIRGINIA AVENUE, NW
SUITE D-102
WASHINGTON, DC 20037
TEL: (202) 862-0749
FAX: (202) 862-4988

TO:    EXAMINATION SUMMARY

RE:    NORMAN MORGENSTEIN

DATE:    APRIL 17, 2001

*Notes*

Mr. Morgenstein was administered a Visuo-cognitive evaluation on March 23, 2001. His distance visual acuity with present glasses is right eye 20/15, left eye 20/20+ and both eyes 20/15. Unaided his distance visual acuity is right eye 20/50, left eye 20/25+ and both eyes 20/15-. Retinoscopy shows that his present prescription is adequate. He shows a slight additional cylinder in the left eye but not of significant enough value to prescribe at this time. Ocular sensorimotor has gaps in convergence and focus. Ophthalmoscopy reveals no intra nor extra ocular pathology. Major areas of need are in Visual Thinking and Receptive-Expressive Visuo-Verbal communication from the written word. When reading instructions, Mr. Morgenstein gets confused with right and left directional. Graphic Representational Thought is far below age expectancy. A cursory evaluation of reading speed and accuracy shows that he is reading at 170 words a minute with 80 percent accuracy. The average for college should be 350 words a minute with 80 to 90 percent accuracy. I recommended that he see Kelley Dorfman for nutrition, Spectrum Center for auditory integration training and seek out occupational therapy and possibly Cranio-Sacral adjustments. His desire for improvement of balance and stability of visual fixation is somewhat guarded but optimistic. I would have to work with Mr. Morgenstein for at least 10 sessions before I could give him an estimate as to how long the treatment would take. Mr. Morgenstein is going to have Louise Dugan call us to discuss our findings and that point he will decide a future course of action.

E3
6

MORGENSTEIN 10