FILE COPY

### Government of the District of Columbia
Department of Insurance and Securities Regulation

Anthony A. Williams
Mayor



Lawrence H. Mirel
Commissioner

Securities Bureau

October 2, 2001

Norman Morgenstein
Morgan Stanley Dean Witter
1775 Eye Street, NW
Suite 200
Washington, DC 20006

Dear Mr. Morgenstein:

    After an extensive review of your application for a waiver of the Investment Adviser (Series 65) examination requirements filed with the Department of Insurance and Securities Regulation, the Securities Bureau ("Bureau") has determined that your application should be denied.

    D.C. Code § 31-5602.02 (a)(1) specifies that no person shall transact business in the District as an investment adviser or as an investment adviser representative unless the person is licensed, or exempt from licensure under this act, or the person has no place of business in the District of Columbia and during the preceding 12 months, the person has had no more than 5 clients who are residents of the District. You are not licensed as an investment adviser or investment adviser representative in the District of Columbia, and do not qualify for any exemption under the Securities Act of 2000.

    An investment adviser is "a person, who, for compensation (i) engages in the business of advising others as to the value or as to the advisability of investing in, purchasing, or selling securities, or (ii) as part of a regular business, issues or promulgates analyses or reports concerning securities. The term does not include an investment adviser representative." D.C. Code § 31-5601.01 (17) (A) (2001 ed.) An investment adviser representative licensed or required to be licensed under the Securities Act is "a partner, officer, director, or person occupying a similar status or performing similar functions, or other individual employed by or associated with an investment adviser, except clerical or administrative personnel, who performs any of the following functions: (i) makes any recommendations or otherwise renders advice regarding securities; (ii) manages accounts or portfolios of clients; (iii) determines which recommendation or advice regarding securities should be given; (iv) solicits, offers, or negotiates for the sale of, or sells, investment advisory services; or (v) supervises employees who perform any of the foregoing functions". D.C. Code § 31-5601.01(18) (A) (2001 ed.)

    You have placed under management four (4) investment accounts while being employed in the District of Columbia. You may have placed your own accounts without registering in the District of Columbia; however, when you placed the accounts on behalf of your cousin, that conduct violated



DEPOSITION
EXHIBIT
6
6-14-06

Section 202 of the Securities Act of 2000, because you were required to be licensed prior to providing advisory services on those accounts in the District of Columbia.

One of the most important factors in determining whether to grant a request for a waiver is whether the applicant has violated any provision of the securities laws and regulations of the District of Columbia. In the case of your request, your past and continuing conduct – acting as an investment adviser without having registered – violates part of the very requirement you now ask us to waive.

Therefore, we have decided to reject your waiver request. Please be advised that you should immediately discontinue offering investment advice in the District of Columbia until you are properly licensed. Should you wish to contact the Securities Bureau regarding this matter, please feel free to contact me at (202) 442-7800.

Yours truly,

Theodore A. Miles
Director, Securities Bureau

MORGENSTEIN 26