Subject: RE: The letter
Date: Tue, 21 May 2002 13:07:47 -0400
From: "Blackstone, Lilah (DISR)" <Lilah.Blackstone@dc.gov>
To: Norman.Morgenstein@Verizon.Net
CC: "Blackstone, Lilah (DISR)" <Lilah.Blackstone@dc.gov>,
    "Miles, Theodore (DISR)" <Theodore.Miles@dc.gov>,
    "Sheppard, Dana (DISR)" <Dana.Sheppard@dc.gov>

Dear Norman,

Per your request, this email is intended to notify you that the Securities Bureau is unable to grant your request for a waiver of the Series 65 examination requirements. Per our October 2, 2001 letter to you, the Securities Bureau has determined that you are not eligible for a waiver of the examination requirement for the reasons set forth in the letter. In our meeting in March, we explained to you that in order for the Department to consider other factors regarding your waiver, we would first require that your firm Morgan Stanley formally request a waiver on your behalf. Our office has been notified that Morgan Stanley will not seek a waiver of the Series 65 examination requirements on your behalf. As such, your case has been CLOSED, and the October 2, 2001 denial of your waiver request remains in effect. I have attached a copy of the letter for your convenience. Should you have any other questions or concerns, please do not hesitate to contact me at (202)442-4810.

Best wishes,

Lilah Blackstone
Assistant General Counsel
Securities Bureau
DISR


-----Original Message-----
From: Norman L. Morgenstein [mailto:Norman.Morgenstein@Verizon.net]
Sent: Monday, May 20, 2002 9:24 PM
To: Lilah Blackstone
Subject: The letter


Dear Lilah,

    As always, it was a pleasure talking with you last week.

    I have a request. When you've had a chance to post the letter we spoke about, I would appreciate it if you would notify me at this e-mail address so I can retrieve it at the office.

    And again as always,

        Sincerely,

            Norm Morgenstein

| 🗎 LETTER.MORGENSTEIN.doc | Name: LETTER.MORGENSTEIN.doc<br>Type: Microsoft Word Document (application/msword)<br>Encoding: base64 |

1 of 2                                                                              08/26/2002 10:15 PM



DEPOSITION
EXHIBIT
7
6-14-06

MORGENSTEIN 57

Blackstone, Lilah (DISB)

| | |
|---|---|
| From: | Lowe, Douglas [Douglas.Lowe@morganstanley.com] |
| Sent: | Thursday, September 19, 2002 4:13 PM |
| To: | 'Lilah.Blackstone@dc.gov' |
| Cc: | Robertson, Mary |
| Subject: | Morgan Stanley DW Inc./Norman Morgenstein |

    I had been forwarded and am responding to your previous request to Mary Robertson of Morgan Stanley DW Inc. ("Morgan Stanley") for information concerning Morgan Stanley Financial Advisor Norman Morgenstein.

    I have investigated this matter, and based on information that I have obtained from the Morgan Stanley District of Columbia branch, I respectfully state the following. Since December 31, 1998, when Mr. Morgenstein's Maryland investment advisory eligibility status expired, he had a total of six managed accounts, three of which are still managed. One of these three is his own personal account. The Morgan Stanley services to these accounts track the District of Columbia Securities Act exemption for investment advisory services that are solely incidental to the conduct of business as a broker-dealer where the broker-dealer or agent receives no special compensation for the investment advisory services. Specifically, all six are or were managed by a non-affiliated manager, Brandes Investment Partners, with a direct billing arrangement between each client and Brandes.
The compensation to Morgan Stanley and the Financial Advisor was and is on a transaction basis, not an asset-based fee. There was no special compensation to Morgan Stanley or Mr. Morgenstein for any investment advisory services. Moreover, neither Morgan Stanley nor Mr. Morgenstein had or have trading discretion as to these accounts. Rather, as stated above, Brandes, the outside investment manager firm, had or has the trading discretion and responsibility for trading decisions.

    If you have any questions, please let me know. Thank you.


Douglas Lowe
Executive Director
Law Division
(212) 762-6705


**** Important Notice to Recipients **** It is important that you do not use e-mail to request, authorize or effect the purchase or sale of any security or commodity, to send fund transfer instructions, or to effect any other transactions. Any such request, orders, or instructions that you send will not be accepted and will not be processed by Morgan Stanley.
*****************************************



DEPOSITION EXHIBIT 8

06

1

**Blackstone, Lilah (DISR)**

___

**From:** Blackstone, Lilah (DISR)
**Sent:** Tuesday, March 26, 2002 4:33 PM
**To:** Blackstone, Lilah (DISR)
**Cc:** Miles, Theodore (DISR); Sheppard, Dana (DISR); Goff, Maurice (DISR)
**Subject:** Norman Morgenstein (Update)

<u>Note to file</u>

March 26, 2002

On Monday, March 25, 2002 I had a long telephone conversation with Mary Robertson, Compliance Director with Morgan Stanley Dean Witter (NY), regarding Norman Morgenstein.

Ms. Robertson explained that because of certain supervisory concerns that Mr. Morgenstein's manager had with respect to requesting the waiver on Mr. Morgenstein's behalf, the firm WOULD NOT be requesting a waiver from our office, and would require that Norman Morgenstein take the series 65 examination.

Ms. Robertson said that she will provide our office with an email of the firm's position detailing the concerns once the manager provides her with certain information related to Mr. Morgenstein.



44

1