# VCDC PHONE INQUIRIES

**DATE** (of call): 2/1/01

**NAME** (check spelling): Norman Morgenstein

If child:   **MOTHER'S NAME** _____

            **FATHER'S NAME** _____

**ADDRESS:** 10427 Oak Hill Ct.
             Adelphi, MD 20783

**PHONE NUMBERS:**   HOME: (301) 431-3679 / (202) 862-9094 (w)

                    WORK (Mother) ( ) _____

                    WORK (Father) ( ) _____

**APPOINTMENT FOR:**   PRESCHOOLER   STUDENT   (ADULT)

**AGE:** 56        **DOB:** 3/19/44

**WILL YOU BE USING INSURANCE COVERAGE?** _____

**What are reasons for needing appointment (in detail):**

tumor removed (acoustic neuroma) → ear → lt. eye no longer blinks all the way
reading disability as result

EXHIBIT #2   6-26-06 DMG

**Schedule EXAM TIME** (both parents must be present): Fri. 3/23/01 10-11:50

**Schedule CONF TIME** (bring 60 min. audio tape): _____

**REFERRED BY:** Louise Rugen (301) 468-0271 (therapist)

**If referred by advertisement, WHICH PAPER?** 9316 Renshaw Dr.
Bethesda, MD