2

**HARRY WACHS, O.D.**
**VISION AND CONCEPTUAL DEVELOPMENT**
2440 VIRGINIA AVENUE, N.W., Suite D102
WASHINGTON, DC 20037
Phone #: 202-862-0749
Fax #: 202-862-4988

DATE _2/19/01_

The information requested below is desired for the sole purpose of gaining an understanding of the applicant. Please answer all questions that are applicable as fully as possible and return this form to Dr. Wachs at the above address.

APPLICANT'S NAME _Norman Morgenstein_

SEX _M_   AGE _(52)_   BIRTH DATE _3/19/44_

TEL (h) _(301) 431-3679_   (w) _(202) 862-9094_

SPOUSE'S NAME _—_

TEL (h) _____   (w) _____

HOME ADDRESS _10427 Oak Hill Court_
_Adelphi MD 20783_   NO O.T.
                                                                          NO P.T.
WHO REFERRED YOU TO DR. WACHS? _Louise Dugan (LCSW)_

SPECIFIC REASON FOR REFERRAL? _Reading disability from (Acoustic Neuroma) Feb 29, '96_

? WHAT DO YOU WANT TO FIND OUT FROM THE EXAM? _Can this be (Corrected)_

**EDUCATION**

High School Attended _Woodrow Wilson_
Location _DC_

College Attended _U of MD_
Location _College Park_
Dates _2/68_
Degree _BS_

College Attended _____
Location _____
Dates _____
Degree _____

EXHIBIT #3  6-26-06 DMG

- 2 -

Did you like school ? __My major__
Was your attendance regular ? __Yes__
Were you ever retained ? __No__
If yes, what grade? _____
What was your reaction to being retained ? __—__

Did you like some subjects more than others ? __Yes__
If so, please list __Accounting & finance__

Did you ever receive any special help in subjects in school ?
(eg. tutoring in reading, arithmetic, etc.) __Yes. Jr High School__

How do you feel you perform in the following areas:   **PRESENT DAY**
   reading comprehension __Fair to Poor__
   reading rate __Poor__
   reading retention __Fair to Poor__
   spelling __Good__
   handwriting __Ok__
   expressing thoughts verbally __good__
   expressing thoughts through writing __good__
   math concepts __Excellent__
   attention span __Not great__
   ability to follow written directions __Difficult__
   ability to follow oral directions __OK - if I don't forget__
Did you memorize answers in school or did you think through a problem to obtain the solution? __Think Through__
Do you desire further education ? __No__

JOB INFORMATION

For whom do you work ? __Morgan Stanley Dean Witter__
What type of work ? __Financial Advisor__
What is your job title ?
What amount of reading is required for your job ? __Lots__

What type of reading is required for your job? __financial__

What type of materials are especially difficult for you to read ? __All of it__
Does your job require much writing ? __No__

How much computer work is required at your job? __Used for informative purposes as well as entering orders__
Are you experiencing difficulties at work ? __Yes__

If so, what ? __I can no longer handle the volume of reading information__

## MEDICAL HISTORY

(1) Did you have any serious accidents, operations, or unusual illnesses, such as high fever, prolonged confinement, etc.? If so, please specify accidents and/or illnesses and the DATES they occurred. _1976 - Total colectomy, proctectomy with resolving ileostomy_
_1996 - Acoustic neuroma_      _prostate 1976     ileostomy_
_ulcerative colitis_

Please state any existent allergies _____
What was the date of your last physical examination? _Less than one year ago_
State any chronic physical problems _I get tired easily, balance problems, visual problems because of loss of balance nerves_
Are you currently taking medication, and if so, what kind? _No_

(2) Have you ever been to a neurologist? _Yes_
If so, what was the reason for the referral? _He did the acoustic neuroma surgery Feb 96_
What were the neurologist's recommendations? _Live with what I've been delt._

(3) Have you ever been referred for counseling? _Yes_
If so, what was the reason for the referral? _Depression, coping problems_
Was the therapy successful? _Yes_
Comments _____

## VISUAL HISTORY

_Richard Simion 4 eyes_

(1) Has there been previous visual care? _Annual eye exams_
When and by whom? _____
(2) Were glasses prescribed? _Yes  2 pairs_   _-1.50   +2.00 add_
Do you have frequent headaches? _No_    _-.75_    _St. to P 2+_
When? _____
Do you have blurred vision or "sting"? _Yes_
When? _When trying to read_
Are your eyes "tired"? _Yes_
When? _When I try to read_
Do you ever see double? _I'm sure I have_
When? _____
Is your vision blurred at distances? _Yes_
Is your vision blurred at near? _Yes_
Do bright lights bother you? _Yes very much so_
Are your eyes frequently bloodshot? _No_
Do you blink your eyes excessively? _My left eyelid doesn't blink completely down_

Do you have difficulty changing fixation? _I don't think so_
Do you occasionally lose focus when reading? _Each time I blink_
Do you lose your place when reading? _yes_
Do you like to read? _Not really_
How much do you read? _Not as much as I should_
Do you reverse words or letters in reading or spelling? _I don't think so_
Do you skip words or re-read? _all the time_
Do you hold your book too close while reading? _No_

## PERSONAL INTERESTS

What are your special interests or hobbies? _Dancing, biking, movies_
What do you do during your leisure time? _Rest_
Do you participate in any team sport? _No_
List _____
Do you participate in any individual sport? _Just dancing, but not as much now_
List _____
How much time a day do you spend watching TV? _2 hours_
What kind of reading have you done in the last month? _only financial_
Do you experience any difficulty in your work relationships?
Describe _If you mean personal, No_
Do you experience any difficulty in your social relationships?
Describe _" " " " "_

## PREVIOUS TESTING

Type of test _____
Administered by whom? _____
Date? _____

Type of test _____
Administered by whom? _____
Date? _____

Type of test _____
Administered by whom? _____
Date? _____

**Please include any information about yourself that you deem important for us to know.**

My acoustic neuroma surgery left me with a partial paralysis on the left side of my face as well as about 95% deaf in my left ear. I cannot blink fully with my left eye which causes strain and it twitches periodically.

Signature _[signature]_