Norman Morgenstein                Single              OU
10427 Oak Hill Ct.                                    57
Adelphi, MD 20783                              3-19-44
    301. 431-3679 (R
    202. 862. 9094 (O
            Broker

Mar. 23, 01 — self.

Interfering with life & work. Bal. is
off — still bikes & dances but equilib
ined. Images jump when turns head.
O.S. diffic blinking. Not w "tears".
left facial paralysis — seems much bett.
Colon, Ilium, prostrate surgery.

                              Acul          Aud
                              R-L—oh        A-V —oh FLR
/15 —1.50      (50)          ortho—oh      SULT —iwad
(20+) —.25    (25+)          LRO - ND.     LOC —ch
/15       +2.00 add.  /15—   WRAT XII      Clap —oh
                              Bly -XII      Decode —oh
/20    Cov                   excess- regress.
       Ful — oh              slow·· Read XII
       Lvl — oh    Rota-Ny   comp XII finish VII  DBM —oh
/1     AoN — oh              MATH — oh
       Move —oh
       M-miN  (WAD)          LOGIC
       Cov—                  SYNT —100%
       DWO— OD hit—ortho     V th —oh
            OS — —XOph
       DWO — ov tho          STage
ST  —1.50 up                 LOGO·100%
    —.50 —.25  125

3-23-01                                    Norman Morgenstein

~~Graph~~
PRO - ✗ ⑧⑨
PRH - Chim OK ⑧⑧
PAR - NOT 2 - but not adeg.
B-C - inad - NOT 2 -

~~Rate~~
VIS - ~R-L~ but props
AUD - 100%

CM - Prt - Quite RII
~~Aud~~ seach - N.D
SIM - oh
LINE - oh
SICCIP - N.D
FECT - oh
ATNR - oh
STNA - oh

Vis
BLOK
MATCH
TRANSP ⑤ Tilt A.H ②
PAR ① " O.C. - oh
MATCH        V - " ①
TRANSP  } N.D.

LOOK
P - 2 - oh      51 - oh
22 - oh         62 - oh
25 - oh         72 - oh
32 - oh

~~Speed~~
Book #10 OR
Chapt #32
Time 2'20"
WPM 170
Acc. 80%

1. Neals, Dortman, Audt, O.T.?
   Cranio-sacral?
2. Audit - only Fair
3. Read - L.A. - many gaps -
   probably @ 6th.?
4. Prefers no M for near.
5. GRAPH - INAD - NOT 2
6. Vis - iNAD.
7. Vis Anals - Motility oh.
   M oh V.A. oh.
8. CM - oh



# PROGRESS REPORT

## VISION & CONCEPTUAL
## DEVELOPMENT CENTER
### HARRY WACHS, O. D.

---

2440 VIRGINIA AVENUE, NW
SUITE D-102
WASHINGTON, DC 20037
TEL: (202) 862-0749
FAX: (202) 862-4988

**TO:**    EXAMINATION SUMMARY          **RE:**    NORMAN MORGENSTEIN

                                        **DATE:**    APRIL 17, 2001

---

## *Notes*

Mr. Morgenstein was administered a Visuo-cognitive evaluation on March 23, 2001. His distance visual acuity with present glasses is right eye 20/15, left eye 20/20+ and both eyes 20/15. Unaided his distance visual acuity is right eye 20/50, left eye 20/25+ and both eyes 20/15-. Retinoscopy shows that his present prescription is adequate. He shows a slight additional cylinder in the left eye but not of significant enough value to prescribe at this time. Ocular sensorimotor has gaps in convergence and focus. Ophthalmoscopy reveals no intra nor extra ocular pathology. Major areas of need are in Visual Thinking and Receptive-Expressive Visuo-Verbal communication from the written word. When reading instructions, Mr. Morgenstein gets confused with right and left directional. Graphic Representational Thought is far below age expectancy. A cursory evaluation of reading speed and accuracy shows that he is reading at 170 words a minute with 80 percent accuracy. The average for college should be 350 words a minute with 80 to 90 percent accuracy. I recommended that he see Kelley Dorfman for nutrition, Spectrum Center for auditory integration training and seek out occupational therapy and possibly Cranio-Sacral adjustments. His desire for improvement of balance and stability of visual fixation is somewhat guarded but optimistic. I would have to work with Mr. Morgenstein for at least 10 sessions before I could give him an estimate as to how long the treatment would take. Mr. Morgenstein is going to have Louise Dugan call us to discuss our findings and that point he will decide a future course of action.

Harry Wachs

EXHIBIT
#5
6-26-06  DMG

1. Recov in t...
   —@ least one hoo

2. Finish VCD.
   expec CM
            Vis
            Log

---

Concl: 4-4-01

1. Nf as is
2. Hrly Call Louise
   Dugan

3. VCD can help
   ~~extent~~ read.
   duration.
   Equilib is guard...

---

7-30-01  SP LMTR @ ho
#.                        8

7-31-01 Mr. Morgenstein
Called - he no longer see...
Louise Dugan & does not
wish to come in. HW to
make file inactive.  8

EXHIBIT
#6
6-26-06  DMG