IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

- - -

NORMAN L. MORGENSTEIN,           :

        Plaintiff,           :   Civil Action No.

vs.                              :   05-2123(JR)

MORGAN STANLEY DW, INC.,         :

        Defendant.           :

------------------------------x

PAGES 1 - 59


    Medical deposition of DENNIS C. FITZGERALD,

M.D., taken on behalf of Defendant, at Greenberg

Traurig, LLP, 815 Connecticut Avenue, Seventh Floor,

Northwest, Washington, D.C., commencing at time

2:09 p.m., Friday, July 7, 2006, before Gercha

Richards White, Notary Public.

Page 2

1                A P P E A R A N C E S
2
3    FOR THE PLAINTIFF:
4    CASHDAN & KANE, PLLC
5    BY:  David R. Cashdan, Esq.
6    1150 Connecticut Avenue, Northwest, Suite 900
7    Washington, D.C. 20036-4129
8    (202) 862-4353
9
10   FOR THE DEFENDANT:
11   GREENBERG TRAURIG LLP
12   BY:  Matthew H. Sorensen, Esq.
13   1750 Tysons Boulevard, Suite 1200
14   McLean, Virginia 22102
15   (703) 749-1300
16
17
18
19
20
21
22

Page 3

1                I N D E X
2    WITNESS:  DENNIS C. FITZGERALD, M.D.
3    EXAMINATION                          PAGE
4    Mr. Sorensen                    4
5
6
7                E X H I B I T S
8    NUMBER      DESCRIPTION
9    1    Risks and Complications of Surgery      15
10   2    Narrative Summary            22
11   3    Progress Notes dated 3/1/96        23
12   4    Progress Notes dated 3/2/96        26
13   5    Progress Notes dated 3/5/96        30
14   6    Evaluation dated 5/3/96          57
15
16
17
18
19
20
21
22

Page 4

1                P R O C E E D I N G S
2                    - - -
3        DENNIS C. FITZGERALD, M.D.,
4    having been first duly sworn, was examined and
5    testified as follows:
6                    - - -
7        DIRECT-EXAMINATION CONDUCTED
8        BY MR. SORENSEN:
9    Q.  Good afternoon, Dr. Fitzgerald.
10   A.  Hello.
11   Q.  I'm Matt Sorensen.  I represent Morgan
12   Stanley.  I'll be taking your deposition today.
13   A.  All right.
14   Q.  With us is David Cashdan, of Cashdan &
15   Kane, counsel for the plaintiffs.
16       Could you please state your full name and
17   spell your name for the record?
18   A.  Sure.  It's Dennis C. Fitzgerald,
19   F-i-t-z-g-e-r-a-l-d.
20   Q.  And could you state your address for the
21   record?
22   A.  Business address is 106 Irving Street,

Page 5

1    Northwest, Suite 4600, Washington, D.C. 20010.
2    Q.  And, Dr. Fitzgerald, have you been deposed
3    before?
4    A.  Yes, I have.
5    Q.  And approximately how many times have you
6    been deposed before?
7    A.  Maybe 15 times.
8    Q.  And were you a party to any of those suits
9    that you were deposed?
10   A.  One.
11   Q.  And were you the plaintiff or defendant in
12   that case?
13   A.  I was the defendant.
14   Q.  And what was the nature of that suit?
15   A.  This was a patient who had hearing problems
16   and balance problems and on the fourth operation,
17   which I performed on her over a period of 12 years,
18   she lost the hearing in the ear that I had operated
19   on.  And despite each operation having a printed
20   list of risk and complications which I went over
21   with her and have her signed, I was found not to
22   have provided her with proper medical consent.  So

Page 6

1  there was a finding against me on the case.
2      Q. Okay. And the other lawsuits, were you --
3  were you testifying as an expert --
4      A. The majority of them were treating
5  physicians. I think I was an expert witness on
6  maybe three cases out of the other 14.
7      Q. And do you recall whether you testified on
8  behalf of the plaintiff or the defendant in any of
9  those cases where you testified as an expert?
10     A. I -- I was -- if memory serves me that
11  probably two of them were on behalf of the defendant
12  and the rest were on behalf of the plaintiff.
13     Q. The rest being?
14     A. Or at least I was -- I was being deposed as
15  a treating physician for the plaintiff.
16     Q. Okay. So you, just to clarify --
17     A. And it seems that sometimes I was also an
18  expert witness in addition to a treating physician.
19  Is that, that possible legally to do that or am I
20  confusing you?
21     Q. I believe that -- well, I'll just back up
22  and maybe asking the question in another way will

Page 7

1  sort that out.
2      A. Okay.
3      Q. You only recall being an expert and called
4  as an expert in about three or four cases; is that
5  correct?
6      MR. CASHDAN: Mischaracterization.
7      THE WITNESS: Unrelated to either the
8  plaintiff or the defendant?
9      BY MR. SORENSEN:
10     Q. I'm sorry. You would have been called as
11  an expert witness by either the plaintiff or the
12  defendant; is that correct?
13     A. Well your asking -- is that a -- it seems
14  to be a legal question.
15     Q. Yeah. Do you know approximately how many
16  cases, again, you testified as an expert in, that
17  you're aware of?
18     A. Let's say five cases.
19     Q. And you believe two of those were on behalf
20  of the defense?
21     A. Right.
22     Q. And the other three you believe were on

Page 8

1  behalf of the plaintiff?
2      A. Correct. And the rest of the patients, I
3  was a treating physician.
4      Q. Okay. Did any of those cases involve
5  patients with acoustic neuromas?
6      A. I don't know. They did not.
7      Q. Okay. I'll just go through a couple of
8  rules of the deposition with you. I'm sure you're
9  probably familiar with them by now. I'll need you
10  to speak up orally, when I ask you the questions.
11  You've been doing great so far, but generally when I
12  ask a question that calls for a yes or no, the yes
13  or the no will be the required answer as opposed to
14  uh-huh or uh-uh or a shake of the head because the
15  court reporter can't really pick that up.
16     A. I understand.
17     Q. And if you don't understand any of the
18  questions that I ask or you can't hear me, just let
19  me know and I'll repeat the question. Do you
20  understand?
21     A. That's fine.
22     Q. And if I ask you a question and you answer

Page 9

1  the question that I ask, I'm going to assume that
2  you've understood the question that I asked. Okay?
3      A. I understand.
4      Q. And if you need to take a break at any
5  point during the deposition, just let me know and
6  we'll take a break.
7      A. I understand that, too.
8      Q. And sometimes during the deposition you may
9  give an answer that's fullest, you -- you may answer
10  a question as completely as you can at the time and
11  then remember later on some facts that will further
12  explain the question, if that happens just let me
13  know and I'll give you an opportunity to expand on
14  your earlier answer. Okay?
15     A. I understand.
16     Q. And the last -- I'm sorry. Just one more
17  thing.
18     You also understand that during the course
19  of the deposition, counsel for the plaintiff may
20  insert objections to my questions. Unless there's
21  some instruction not to answer on the grounds of
22  privilege, you understand that you do have to answer

## Page 10

1 the question, if you can?

2     A. I understand.

3     Q. And, lastly, I know some of the times

4 during the deposition we may tend to get into a

5 conversational mode, but if you can wait until after

6 I ask, finish asking the question to answer the

7 question, that will help clarify things for record

8 and I'll try to avoid jumping in while you're

9 answering a question. Okay?

10     A. That's fine.

11     Q. All right. And you understand the

12 testimony that you're giving today is -- has the

13 same force and effect as if you were giving it in a

14 court of law; correct?

15     A. I do.

16     Q. Okay. Dr. Fitzgerald, when did you first

17 come to know Mr. Morgenstein?

18     A. I first met with Mr. Morgenstein on

19 January 22nd, 1996.

20     Q. And what was the purpose of that visit?

21     A. The patient was sent to me for an

22 evaluation and treatment recommendations concerning

## Page 11

1 a left acoustic neuroma. The patient had seen

2 Dr. Jeff Jacobson, a neurosurgeon with whom I

3 worked, and as a team approach for removals of

4 acoustic neuroma and Dr. Jacobson wanted me to see

5 the patient to get my opinion of what we should do

6 for treatment of this particular acoustic neuroma.

7     Q. And you'd worked with Dr. Jacobson in the

8 past?

9     A. In 1996, I would have worked with

10 Dr. Jacobson for approximately 13 years in the

11 surgical removal of acoustic neuromas.

12     Q. And what examination did you perform on the

13 plaintiff?

14     A. I did a general ear, nose and throat

15 examination. I reviewed the MRI scan and also did a

16 cursory examination of his balance.

17     Q. And what was the result of your --

18     A. The general ear, nose and throat

19 examination was unremarkable. The balance test that

20 I did was called a tandem Romberg test and it

21 revealed that his balance system was being affected

22 by the presence of the acoustic neuroma.

## Page 12

1     Q. And could you explain how it was affected?

2     A. The acoustic neuromas generally are benign

3 tumors which grow within the nerve that we call the

4 eighth cranial nerve. The eighth cranial nerve

5 carries information to the brain from the inner ear

6 and that information is both hearing information and

7 balance information that is generated by the inner

8 ear. And when tumors begin to grow within the

9 nerve, it affects the transfer of that information

10 from the inner ear to the brain and usually it

11 results in hearing loss and some degree of balance

12 disturbance.

13     Q. Would it result in any other symptoms?

14     A. Tinnitus or the perception of noise in the

15 ear is often a common presenting factor or

16 presenting symptom with an acoustic neuroma.

17     Q. Might it affect memory?

18     A. Not unless it relates -- is an extremely

19 large acoustic neuroma which, which might then

20 affect memory.

21     Q. And might it affect a person's vision?

22     A. Well, the only -- the possible affect that

## Page 13

1 an acoustic neuroma could have on vision would be

2 the -- the production of a finding that we call

3 nystagmus, that's n-y-s-t-a-g-m-u-s; and nystagmus

4 is the presence of a jerking of the eyeball where

5 the muscles will pull the eyeball in a rhythmic

6 fashion off of the center that they're looking --

7 that the eyeballs are looking at. Inner ear

8 problems or tumors of the -- the eighth cranial

9 nerve could possibly result in something called

10 nystagmus and then make it difficult for the person

11 to keep their eyes focused on whatever it was that

12 they wanted to look at or read.

13     But the actual vision pathways, starting at

14 the eye and going back into the -- into the visual

15 cortex of the brain would not be affected by an

16 acoustic neuroma, unless it's an extraordinary large

17 tumor.

18     Q. And would it only affect the ability to

19 read with -- on the one side where the tumor was

20 located?

21     A. This would -- this affect would be on both

22 eyes at the same time.

Page 14

1    Q. And when you evaluated Mr. Morgenstein,
2 did -- what was the size of the tumor, the -- I'm
3 sorry -- the acoustic neuroma that you found?
4    A. The MRI scan report, which was dated
5 January 4th, 1996, the scan being read by a
6 radiologist by the name of Daniel Marder,
7 M-a-r-d-e-r, measured the greatest diameter of the
8 acoustic neuroma being 11 millimeters. The shortest
9 diameter of this tumor was measured at five
10 millimeters and the tumor was confined within the
11 left internal auditory canal.
12    Q. So was this a large --
13    A. This would be considered a small tumor.
14    Q. So this would not have affected memory?
15    MR. CASHDAN: Form.
16    THE WITNESS: Not in any way that I can
17 think of.
18    BY MR. SORENSEN:
19    Q. And when you evaluated Mr. Morgenstein, did
20 you notice the presence of any nystagmus?
21    A. No, I did not.
22    Q. And as a result of your evaluation of

Page 15

1 Mr. Morgenstein, did you propose any treatment?
2    A. I suggested to Mr. Morgenstein, that he
3 would benefit from having a removal of the acoustic
4 neuroma utilizing the middle cranial fossa approach.
5    Q. And did you discuss the possible benefits
6 and complications from this treatment with
7 Mr. Morgenstein?
8    A. Yes, I did.
9    Q. And what were the possible complications
10 for the treatment?
11    A. I have a list, a printed list of the
12 complications that Mr. Morgenstein and I went over.
13 I could read through this or I can let you copy it.
14    Q. Actually, I think that will be helpful.
15 Could we go off the record for a minute?
16    (Off the record.)
17    MR. SORENSEN: Could we mark this as
18 Exhibit 1. Thank you.
19    (Exhibit Number 1 was marked for
20 identification.)
21    BY MR. SORENSEN:
22    Q. Dr. Jacobson, I'm referring you to what's

Page 16

1 been marked as Exhibit 1. It's the list of risks
2 and complications from the plaintiff's surgery.
3    A. For the record --
4    MR. CASHDAN: I think you misspoke. You
5 said Dr. Jacobson.
6    MR. SORENSEN: Oh, I'm sorry,
7 Dr. Fitzgerald.
8    MR. CASHDAN: I'm sorry to interrupt your
9 flow, Matt.
10    MR. SORENSEN: Too many doctors. That's
11 okay.
12    BY MR. SORENSEN:
13    Q. Dr. Fitzgerald, sorry about that.
14    I'm referring you to what's been marked as
15 Exhibit 1, the document that's entitled risks and
16 complications of surgery.
17    A. I understand.
18    Q. You shared this document with
19 Mr. Morgenstein --
20    A. I did.
21    Q. -- prior to surgery?
22    A. Yes, I did.

Page 17

1    Q. And the document lists all of the
2 complications that might normally result from the
3 removal of an acoustic neuroma?
4    MR. CASHDAN: Form.
5    THE WITNESS: I wouldn't state that it list
6 every complication. It states the
7 complications that most of us consider
8 important to share with our patients.
9    BY MR. SORENSEN:
10    Q. And in the heading that says Eye
11 complications, I noticed that there's no - there's
12 no mention of specific difficulties with vision.
13    Would it be abnormal for the removal of an
14 acoustic neuroma to result in vision-related
15 difficulties?
16    A. Well, we've already gone over one of the
17 possible problems related to vision, that would be
18 the inability to keep one's eyes -- eyeballs
19 focussed on the object that you would want to be
20 looking at. There's also a potential drying of the
21 cornea -- corneal abrasions and secondary corneal
22 scarring which could conceivably cause problems with

## Page 18

1  vision.
2      Q.  Now, the first condition you spoke of, that
3  was the nystagmus?
4      A.  That's correct.
5      Q.  And is it your testimony that the removal
6  of an acoustic neuroma may result in a nystagmus?
7      A.  That's correct.
8      Q.  Might it -- would it result in -- is it
9  possible for the removal of an acoustic neuroma to
10  result in a nystagmus if -- if there was no
11  nystagmus present, prior to the removal of the
12  tumor?
13      A.  That's correct.
14      MR. CASHDAN:  Could you read back the
15  question, please?
16      (Record read.)
17      MR. CASHDAN:  I think you asked two
18  questions and that's why I asked her to re-read
19  it.  I don't know that it would effect the
20  answer, but you started out is it possible, and
21  then you said would it.  And we got a -- we got
22  a declarative answer and it wasn't clear that

## Page 19

1  you asked a declarative question.
2      MR. SORENSEN:  Okay.  I'll repeat the
3  question.
4      BY MR. SORENSEN:
5      Q.  Is it possible for the removal of an
6  acoustic neuroma to result in a nystagmus where
7  there was no nystagmus present, prior to the removal
8  of the acoustic neuroma?
9      A.  Yes, it's possible.
10      Q.  And after you shared the list of potential
11  complications from the surgery with Mr. Morgenstein,
12  did he -- what decision did he make with regard to
13  the surgery that you proposed?
14      A.  Well, first of all, he signed the document
15  indicating that he understood the potential
16  complications, and next he agreed to undergo the
17  surgical removal with Dr. Jacobson and me acting as
18  co-surgeons.
19      Q.  And on what date did he undergo the
20  surgery?
21      A.  The surgical date was February 22nd, 1996.
22      Q.  And were there any complications during the

## Page 20

1  surgery?
2      A.  No.
3      Q.  And did Mr. Morgenstein -- were there any
4  complications with Mr. Morgenstein after his
5  surgery?
6      A.  Mr. Morgenstein noted following surgery
7  that his hearing had become diminished in the
8  operated ear.  He noticed that he was continuing to
9  have tinnitus in the ear, although it was unchanged
10  from what he had had preoperatively.  He declared
11  that his balance was slightly off and he had a
12  floating sensation.  He was not experiencing any
13  headaches.  Because as a weakness of the facial
14  muscles resulting in decreased blinking of the
15  eyelids, his eye was becoming dry; but this was
16  being managed with the use of a cream called
17  Lacri-lube, that's L-a-c-r-i dash l-u-b-e, which is
18  a moisturizing cream to use to keep the cornea from
19  becoming dehydrated.
20      He had some aphasia, which is some
21  difficulty in speaking -- speaking what you're
22  thinking.  But since I am not a neurologist nor

## Page 21

1  neurosurgeon, I didn't get involved with that
2  particular problem with the patient.
3      This information that I just gave you was
4  noted on a postoperative follow-up visit dated
5  March 18th, which was approximately two weeks after
6  the surgery.
7      Q.  And do you know if Mr. Morgenstein saw
8  anybody else about the aphasia?
9      A.  I don't have records to that effect, but I
10  would assume that Dr. Jacobson was aware of that and
11  would have been working with the patient on that
12  particular problem.
13      Q.  Did you have any communications with
14  Dr. Jacobson about that?
15      A.  No, I did not.
16      Q.  And how long was Mr. Morgenstein in the
17  hospital to recover after his surgery?
18      A.  I don't have records to indicate that.  I
19  would -- I would be guessing if I gave you a length
20  of stay.  Since it was ten years ago, I don't really
21  remember.
22      The average -- the average stay for someone

Page 22

1  with this operation is probably in the range of five
2  to seven days, but I don't know his length of stay.
3      MR. SORENSEN: Could you mark this as
4  Exhibit 2.
5      (Exhibit Number 2 was marked for
6      identification.)
7      BY MR. SORENSEN:
8      Q. Let me know when you've had a chance to
9  review the document.
10      (Witness reviews the document.)
11      THE WITNESS: I've read the narrative
12  summary that was produced by Dr. Charles Rosen,
13  who was the neurosurgery resident at the time.
14      BY MR. SORENSEN:
15      Q. And you signed off on this statement; is
16  that correct?
17      A. Actually, this signature is Dr. Jeff
18  Jacobson's signature. I think that the
19  transcriptionist may have put my name on this as an
20  attending physician inaccurately.
21      Q. Okay. Have you ever seen this document
22  before the deposition?

Page 23

1      A. No, I have not.
2      Q. Calling your attention to the third line of
3  the paragraph that begins with hospital course, it
4  states: And postoperatively there was initially no
5  deficits noted and hearing still present on 3/3/96.
6      Do you see that?
7      A. I see that.
8      Q. What is meant by, there was an initially no
9  deficits noted?
10      A. I can't tell you that. I didn't dictate
11  the note and didn't sign the note, so I can't tell
12  you what was indicated by the dictating physician.
13      Q. Do you know if after -- if immediately
14  after Mr. Morgenstein's surgery whether he had any
15  specific complaints regarding his condition?
16      A. My memory doesn't, you know, my memory
17  isn't sufficient to answer that question accurately
18  and I don't have anything in my office records to
19  indicate any particular problems after surgery,
20  other than the facial weakness as is indicated here.
21      MR. SORENSEN: We'll mark this as Exhibit
22  3.

Page 24

1      (Exhibit Number 3 was marked for
2      identification.)
3      (Discussion held off the record.)
4      BY MR. SORENSEN:
5      Q. You had a chance to review the document?
6      A. Yes, I have.
7      Q. And drawing your attention to the note at
8  the bottom, neurotology note, it's dated 3/1/96.
9      A. Yes, I see it.
10      Q. Is this a note that you created?
11      A. Yes, it is.
12      Q. And this was roughly one week after the
13  plaintiff's surgery?
14      A. Well, if the surgery was on February 29th,
15  I assume that's a leap year and so this is the first
16  day after surgery.
17      Q. Sorry. Yeah. So --
18      A. Do I have that correct?
19      Q. For some reason I had down that the
20  surgical date was February 22nd. I may have
21  misheard you.
22      A. Well, my notes says February 29th. So I

Page 25

1  think that's an accurate -- accurate date.
2      Q. All right. So the surgery was on the 29th
3  and --
4      A. That's correct.
5      I have that in two parts in my charts, so I
6  think that's an accurate date.
7      Q. Could you read what this note says?
8      A. It says 3/1/96, neurotology note: Patient
9  having headaches with N and V. That's medical
10  shorthand for nausea and vomiting. No CSF, which is
11  shorthand for cerebral spinal fluid rhinorrhea, that
12  would be a leakage of cerebral spinal fluid from the
13  nose. Patient has partial facial paralysis; no
14  trouble with drying of the eye noted; patient is
15  vertiginous with head motion; overall something is
16  okay -- overall looks okay.
17      So nothing was out of the ordinary in terms
18  of what we would expect after this kind of
19  operation.
20      Q. And the headaches were not out of the
21  ordinary?
22      A. No.

Page 26

1    Q. And you didn't notice any problems with his
2    vision after the surgery; is that correct?
3        MR. CASHDAN: Form.
4        THE WITNESS: I have no -- nothing written
5    down about his vision on this note.
6        BY MR. SORENSEN:
7    Q. And do you recall if Mr. Morgenstein
8    mentioned any difficulty he was having with reading
9    at this time?
10    A. I presently don't remember any problems and
11   nothing is written on this note.
12       MR. SORENSEN: Could you mark this as
13   Exhibit 4.
14       (Exhibit Number 4 was marked for
15       identification.)
16       BY MR. SORENSEN:
17   Q. You've had a chance to review the document?
18   A. I have.
19   Q. And drawing your attention to the 3/2/96
20   neurotology note, you created this note?
21   A. I did.
22   Q. And drawing your attention to the sentence

Page 27

1    that states: Having trouble finding some words such
2    as ice, collectomy, prob temporal lobe involvement.
3        Could you tell me what that means?
4    A. Again, not being a neurologist, I am
5    supposing that his trouble finding certain words had
6    to do with elevation and compression of the temporal
7    lobe, which is a part of the brain that is involved
8    in speech production.
9    Q. Did you perform any tests to determine if
10   that was the case?
11   A. No, I did not.
12   Q. And --
13   A. Well, excuse me. My notes indicate that a
14   CAT scan was done, which did not show any bruising
15   of the brain, blood collections or any other
16   intracranial complications as a result of the
17   surgery. And this -- my note indicates that this
18   was, according to Dr. Aulisi, and Dr. Aulisi at this
19   time, if memory serves me right, was one of the
20   other neurosurgical residents.
21   Q. And did the CAT scan indicate whether there
22   was any problem with the temporal lobe?

Page 28

1    A. In reading this note, I would interpret it
2    to mean that there was nothing abnormal noted on the
3    CAT scan.
4    Q. And did you do any further testing to
5    determine if there was any problem with the temporal
6    lobe?
7    A. I did not.
8    Q. Are you aware of any other doctor did any
9    further testing to determine if this was the case?
10   A. I don't know.
11   Q. So you're not sure if there was any issue,
12   any problem with Mr. Morgenstein's temporal lobe?
13       MR. CASHDAN: Form.
14       THE WITNESS: There was no radiologic
15       evidence of injury to the temporal lobe.
16       BY MR. SORENSEN:
17   Q. I'll rephrase the question.
18       You had no evidence that there was -- I'm
19   sorry. I'll rephrase that.
20       Was there any other evidence that there was
21   something -- there was a problem with
22   Mr. Morgenstein's temporal lobe?

Page 29

1    A. Other than what?
2    Q. Other than the radiological results?
3    A. Radiological results were normal.
4    Q. I'm sorry. Did you have any evidence that
5    indicated that there was some sort of problem with
6    Mr. Morgenstein's temporal lobe?
7    A. His inability to find certain words is a
8    symptom of temporal lobe injury according to a non-
9    neurologist.
10   Q. Okay.
11   A. I don't mean to hold myself up as an expert
12   in the brain function. I'm an inner ear doctor. So
13   I'm presuming just on basic medical information that
14   the temporal lobe had had some bruising that was not
15   apparent on the CAT scan.
16   Q. But you didn't perform any further testing
17   to determine if that was the case?
18   A. I did not.
19       MR. CASHDAN: Form.
20       BY MR. SORENSEN:
21   Q. And you never -- you never determined that
22   there actually was a problem with the temporal lobe;

Page 30

1  is that correct?
2       MR. CASHDAN:  Form.
3       THE WITNESS:  I did nothing and I wouldn't
4  know what to do to investigate it further,
5  since this is not my area of specialty.
6       MR. SORENSEN:  Could you mark this as
7  Exhibit 5.
8       (Exhibit Number 5 was marked for
9       identification.)
10      MR. SORENSEN:  The good news I'm running
11 out of stuff, running out of paper at least.
12      MR. CASHDAN:  We hope so.
13      (Witness reviews document.)
14      THE WITNESS:  I've read the three page.
15      BY MR. SORENSEN:
16      Q.  Drawing your attention to the note dated
17 3/5/96, it begins with social work on the first
18 page.
19      A.  I see that.
20      Q.  Have you seen this note before?
21      A.  I might have seen it when I was reviewing
22 the chart in 1996, but I haven't seen it since.

Page 31

1       Q.  Do you have any recollection of either
2  Mr. Morgenstein or his father requesting to get a
3  social worker involved in his case?
4       A.  No, I don't remember anything about that.
5       Q.  And seeing the report doesn't refresh your
6  recollection of any conversations about it?
7       A.  No, it does not.
8       Q.  You stated before that you saw
9  Mr. Morgenstein again on March 18th, 1996; is that
10 correct?
11      A.  That was correct.
12      Q.  And the problems he identified at that time
13 were balance, some hearing difficulty that he had
14 and some blurriness in his vision?
15      A.  That's the end of the question?
16      Q.  Yes.
17      A.  The blurriness, according to my note, was
18 being caused by the use of the Lacri-lube in the
19 eye.
20      Q.  And would that have been confined to the
21 left eye?
22      A.  My note doesn't indicate that, but he would

Page 32

1  only be using it in the left eye.  Yes.
2       Q.  And what was the extent of the balance
3  problems Mr. Morgenstein had at the time?
4       A.  Well, my note indicates that it was
5  probably a mild balance disturbance by this time.
6  My notes don't go into any elaborate discussion of
7  his balance problem on March 18th.
8       Q.  And you have no recollection apart from
9  what's in your notes?
10      A.  That's correct.
11      MR. CASHDAN:  Form.
12      BY MR. SORENSEN:
13      Q.  And do you know how -- I'll strike that.
14      What was the extent of any hearing problems
15 Mr. Morgenstein was having at the time?
16      A.  As of March 18th?
17      Q.  Yes.
18      A.  He was describing that his hearing had been
19 diminished as a result of the procedure, the
20 tinnitus that he was experiencing was the same as it
21 was preoperatively.
22      Q.  Did he give you any indication of how

Page 33

1  diminished he thought his hearing was?
2       A.  My notes indicate that he had minimal
3  hearing in the ear.
4       Q.  That was just in the left ear?
5       A.  Correct.
6       Q.  So he had no hearing loss in the right ear?
7       A.  My notes -- my notes don't specifically
8  indicate right or left, but I can't, you know,
9  completely answer your question.
10      Q.  You're not aware of any problems that he
11 was having in his right ear?
12      MR. CASHDAN:  Form.
13      THE WITNESS:  Well, on January 22nd when he
14 first came in to see me, he had reported to me
15 that he had hearing loss in both ears as a
16 result of -- or at the time when he was in
17 the -- getting a military examination at
18 18 years of age.  So there was a hearing loss
19 in both ears noted at the age 18.  I didn't
20 have access to those records, but that's what
21 he told me.
22      BY MR. SORENSEN:

Page 34

1    Q. But you didn't perform any test on his
2  right ear; is that correct?
3        MR. CASHDAN: Form.
4        THE WITNESS: On what date?
5        BY MR. SORENSEN:
6    Q. Prior to -- well, did you ever perform any
7  test on Mr. Morgenstein's right ear?
8    A. Yes.
9    Q. And what were the results of those tests?
10    A. The hearing -- the overall hearing level in
11  the right ear was normal. There was some mild to
12  moderate hearing loss in the higher frequencies that
13  were tested on January 22nd, 1996. His word
14  understanding ability with the right ear was normal.
15    Q. And you stated that overall his hearing in
16  that ear was normal?
17    A. Correct.
18    Q. And did you perform any testing after --
19  I'll strike that.
20        Did you perform any testing on the ear
21  after the test that you've just described to us to
22  determine whether there was any further loss of

Page 35

1  hearing in the right ear?
2    A. We tested both ears on April 27th -- excuse
3  me -- April 17th, 1996.
4    Q. And what were the results for
5  Mr. Morgenstein's right ear?
6    A. The right -- the hearing in the right ear
7  was unchanged from, from that test done
8  preoperatively.
9    Q. So Mr. Morgenstein didn't lose any hearing
10  in his right ear that you're aware of after his
11  surgery?
12        MR. CASHDAN: Form.
13        THE WITNESS: Correct.
14        BY MR. SORENSEN:
15    Q. I'll just restate the question another way.
16        The test you performed on Mr. Morgenstein's
17  right ear after his surgery didn't reveal any lost
18  of hearing in the right ear?
19        MR. CASHDAN: Form.
20        THE WITNESS: We did a test on April 17th
21  and a test on May 29th, both the 1996, and on
22  neither tests were there any change compared to

Page 36

1  the test before surgery.
2        BY MR. SORENSEN:
3    Q. And that was no change in his right ear; is
4  that correct?
5    A. That's correct.
6    Q. And in the March 18th visit that you had
7  with Mr. Morgenstein, you noted that his facial tone
8  was returning?
9        MR. CASHDAN: Form.
10        THE WITNESS: Correct.
11        BY MR. SORENSEN:
12    Q. And what, what did you mean by that?
13    A. Well, the early -- the early signs of
14  improvement in the facial nerve function and thus
15  the facial muscle function is for there to be a
16  rest -- an improvement in the resting tone. That
17  means there's less sagging and drooping of the
18  facial structures on the affected side.
19    Q. And immediately after Mr. Morgenstein's
20  surgery, were there any problems with his facial
21  nerve?
22    A. Yes.

Page 37

1    Q. And what were those problems?
2    A. There was a moderate to severe reduction in
3  the ability to move the facial muscles in the left
4  side after surgery.
5    Q. Was there any problem with the right side
6  of his face?
7    A. No.
8    Q. And did his ability to move the right side
9  of his face improve after his surgery?
10    A. The right side of the face was unaffected
11  preoperatively and postoperatively.
12    Q. I'm sorry. Did his ability to move the
13  left side of his face improve after his surgery?
14    A. It gradually improved, yes.
15    Q. Is that -- is that what you would have
16  expected?
17    A. Yes. The facial nerve as documented by
18  photographs that we've took during surgery indicated
19  that the facial nerve was intact at the end of the
20  operation and that the -- facial nerve can take
21  up to 18 months to recover completely. Well,
22  recover as much function as is going -- as it's

## Page 38

1  going to recover.
2      Q. And in the March 18, 1996 visit with
3  Mr. Morgenstein, did you -- did you make any
4  determination as to his aphasia?
5      A. My note indicates that the patient thought
6  that his aphasia was lessening.
7      Q. So, in other words, he believed that his
8  ability to speak what he was thinking was improving
9  at the time?
10     A. Correct.
11        MR. CASHDAN: Form.
12        BY MR. SORENSEN:
13     Q. And after the March 18th visit with
14  Mr. Morgenstein, when was the next -- was that --
15  actually, let me back up. I'll withdraw that.
16        Was there any -- were there any other
17  details about the March 18th visit with
18  Mr. Morgenstein that you recall?
19     A. No.
20     Q. And did you prescribe any treatment for any
21  of the problems he was having with -- I'll withdraw
22  that.

## Page 39

1        Did you prescribe any treatment for the
2  balance problems he mentioned he was having?
3      A. Not on that date, no.
4      Q. And did you prescribe any treatment for the
5  blurring he was experiencing in his vision?
6      A. I felt a blurring was being caused by the
7  ointment, which was necessary to prevent drying of
8  the eye. And I asked him to continue using the
9  ointment to protect the eye until I saw him on his
10  next visit.
11     Q. When was the next time you saw
12  Mr. Morgenstein?
13     A. April 17th, 1996.
14     Q. And do you recall the details of that visit
15  with Mr. Morgenstein?
16     A. I don't recall the details other than
17  what's written in my records.
18     Q. And what occurred in your visit with
19  Mr. Morgenstein?
20     A. Patient reported that all things considered
21  that he was doing well. He had begun working again
22  and had begun dancing. I assume that dancing was

## Page 40

1  important to him, if I put it into my records.
2  Usually patients don't come in and tell me that
3  they're dancing again, but there must have been
4  something in his life that was important enough
5  about dancing for him to mention it to me. I don't
6  usually ask about dancing.
7        Then he didn't -- he said he was still
8  having trouble walking straight. I thought that it
9  might be worthwhile trying some vestibular
10  rehabilitation to improve his overall balance
11  function. He thought that his eye was staying
12  healthy and free of irritation with the use of the
13  ointment and that the facial nerve function was
14  slowly improving.
15        A hearing test was performed, which showed
16  what we called a mixed hearing loss. This is a
17  combination of hearing loss due to a problem in the
18  middle ear and the problem with the inner ear. And
19  that the problem with the middle ear was probably
20  fluid or blood, which had seeped into the middle ear
21  during surgery and had not completely evacuated yet;
22  but the function of the inner ear and hearing nerve

## Page 41

1  had decreased over the preoperative testing levels.
2        This inner ear function was found to be
3  only slightly worse than it was prior to surgery.
4      Q. And did Mr. Morgenstein complain of any
5  difficulty he was having with his vision in the
6  April 17th meeting?
7      A. If he did, I didn't make any note of it.
8      Q. And did he -- I'll withdraw that.
9        But you have no recollection of him raising
10  the issue of problems he was having with his vision
11  at that time?
12        MR. CASHDAN: Form.
13        THE WITNESS: That's correct.
14        BY MR. SORENSEN:
15     Q. And do you know whether Mr. Morgenstein
16  mentioned any problems he was having reading on the
17  April 17th visit?
18     A. I don't recall and there's nothing in my
19  note to, to relate to any reading problems.
20     Q. You mentioned that in the April 17th check
21  up, you had proposed a vestibular rehab?
22     A. That's correct.

Page 42

1    Q. What is vestibular rehab?

2    A. These are balance exercises that the

3  patient will do daily, maybe two up to three times a

4  day. These exercises are monitored -- are taught

5  and monitored by a physical therapist with special

6  training in balance disturbances and they are

7  designed to retrain the brain to function with

8  information -- balance information coming from only

9  one ear versus the normal state in which we get

10  balance information from two inner ears.

11    Q. And did you recommend that Mr. Morgenstein

12  see anyone in particular for this rehab?

13    A. I don't recall the arrangements for the

14  balance therapy.

15    Q. Do you know if Mr. Morgenstein actually did

16  pursue this rehabilitation?

17    A. I have a note in my chart that I spoke with

18  a Suzanne McIntyre. My notes don't indicate who

19  Suzanne McIntyre works for or what group she is

20  with. I did -- my records do indicate that I

21  suggested Mr. Morgenstein receive his vestibular

22  therapy through Suburban Hospital Physical Medicine

Page 43

1  and Rehabilitation Services.

2    I have another note dated May 1st, 1996,

3  which appears to be an evaluation by Suzanne

4  McIntyre on Mr. Morgenstein's balance capabilities

5  and her plan for treatment.

6    Q. And do you know if Mr. Morgenstein pursued

7  the plan of treatment to -- proposed by

8  Ms. McIntyre?

9    A. Here are the only records that I have

10  relative to the vestibular rehabilitation is the

11  initial intake evaluation by Suzanne McIntyre. So

12  whether Mr. Morgenstein actually followed through

13  with the treatment, is not -- is not noted in my

14  chart.

15    Q. And you have no recollection of whether he

16  did follow through with the treatment?

17    MR. CASHDAN: Form.

18    THE WITNESS:

19    I have no recollection, no.

20    BY MR. SORENSEN:

21    Q. Is there any other -- are there any other

22  details of the April 17th check up that you haven't

Page 44

1  shared with us?

2    A. No.

3    Q. When was the next time you saw

4  Mr. Morgenstein?

5    A. May 29th, 1996.

6    Q. And what occurred in that check up?

7    A. We reviewed Mr. Morgenstein's problems with

8  the facial function and the condition of his eye and

9  that he told me that he was no longer needing the

10  eye lubrication to maintain a normal wetness of his

11  cornea. He stated that he was still slightly woozy

12  with walking and moving his head quickly. His

13  hearing test showed an overall hearing level of 68

14  decibels which would be considered as a severe

15  hearing loss, and that his word understandings score

16  of 76 percent indicated a moderate decrease in

17  speech understanding in the right ear.

18    He continued to experience some tinnitus in

19  the right ear and that he was working three to four

20  days a week and that we were now starting to see

21  some active motion in the facial muscles on the left

22  side.

Page 45

1    Q. I'm sorry. Was that the right ear or the

2  left ear?

3    A. Left ear.

4    Q. So the hearing loss was confined to the

5  left ear?

6    A. Patient had a preexisting hearing loss in

7  the right ear, which was unchanged following the

8  surgery. The hearing loss in the left ear had been

9  affected by the surgery.

10    Q. Okay. But each of the times that you

11  tested the hearing in the right ear, you

12  indicated -- the results of those tests were that

13  his hearing overall in the right ear was normal; is

14  that correct?

15    A. The hearing -- we have to be a little

16  careful when we say hearing is normal. It depends

17  on the parameters you use to measure the hearing.

18    His average hearing level was normal, but

19  his hearing test did show the presence of mild to

20  moderate hearing loss in the higher frequencies that

21  are commonly tested.

22    Q. So his average hearing in the right ear was

Page 46

1  normal, both before and after the surgery; is that
2  correct?
3      A. Correct.
4      Q. And the hearing in his left ear, after the
5  surgery, has diminished slightly; is that correct?
6      A. Well, moderately diminished.
7      Q. And did Mr. Morgenstein indicate any
8  problems that he was having with his eyes or vision
9  at that time?
10     A. No.
11     Q. And did Mr. Morgenstein indicate that he
12 was having any problems reading or studying at the
13 time?
14     A. No.
15     Q. And was Mr. Morgenstein's balance improving
16 at the time?
17     A. That information was not included in my
18 notes on that visit. So we may have discussed it,
19 but if we did, I didn't make any note of it.
20     Q. And had Mr. Morgenstein returned to his
21 normal work schedule at that time?
22     A. No, it was not normal.

Page 47

1      Q. How many days was he working?
2      A. He said he was able work somewhere between
3  three and four days a week.
4      Q. And did you have any impression as to
5  whether that was -- whether that would be something
6  that you would expect after his surgery?
7      A. The average length of time that a patient
8  requires after an acoustic neuroma removal until
9  they can resume a normal schedule of work is
10 somewhere around eight to ten weeks. So this was
11 longer than the average length of time.
12     Q. And do you know if -- strike that.
13         Is there anything else from the May 29th
14 meeting that you had with Mr. Morgenstein that you
15 recall?
16     A. No.
17     Q. And did you see Mr. Morgenstein after the
18 May 29th check up?
19     A. I saw Mr. Morgenstein for the last time on
20 August 26, 1996, which would have been approximately
21 six months after the surgery.
22     Q. And did Mr. Morgenstein mention any

Page 48

1  problems he was having?
2      A. Mr. Morgenstein indicated that he was still
3  having trouble with stamina. He fatigued easily.
4  He couldn't work a five-day workweek all of the
5  time. He was still having some trouble with walking
6  straight. He was able to work outside the house for
7  several hours at a time, however. And again the
8  dancing information appears in which he told me that
9  he was able to do double turns during dancing, that
10 he had been fitted with a hearing aid which was
11 helping him with his hearing and that he would now
12 have approximately 50 percent of his facial function
13 returned from the postoperative weakness.
14     Q. The 50 percent return of facial function,
15 was that what you expected at that time?
16     A. We don't really have any expectations.
17 Fifty percent return in the first six months is
18 an acceptable -- well, I wouldn't say even
19 acceptable, but it's not an alarming rate of return.
20 Since as I mentioned in the earlier part of the
21 deposition that we allow 18 months before we
22 consider the return to have gone through its

Page 49

1  complete cycle.
2      Q. And so you couldn't make a full evaluation
3  of Mr. Morgenstein's facial -- I'll withdraw that.
4         It would take a full 18 months to make a
5  complete evaluation as to what degree of facial
6  function Mr. Morgenstein would have had after the
7  surgery; is that correct?
8         MR. CASHDAN: Form.
9         THE WITNESS: That's correct.
10        BY MR. SORENSEN:
11     Q. And you mentioned that stamina was a
12 problem for Mr. Morgenstein. Did he give any
13 specifics as to that problem?
14     A. He may have, but I didn't go into specifics
15 in my note.
16     Q. Have you -- is this a common problem for
17 patients recovering from an acoustic neuroma removal
18 to have?
19     A. Is what common?
20     Q. Is -- are problems with stamina?
21     A. Yes.
22     Q. And would it be common for those problems

Page 50

1   to persist six months after the surgery?
2       A. No.
3       Q. Have you ever had any cases before
4   Mr. Morgenstein where stamina was a problem six
5   months after the surgery?
6       A. Yes.
7       Q. Approximately, how many do you recall?
8       A. A few.
9       Q. Would it be fair to say that it's rare for
10  this to be a problem, for the stamina to be a
11  problem?
12      A. I would say uncommon.
13      Q. And did Mr. Morgenstein give any specifics
14  as to his problems with walking?
15      A. Only that he said he still had trouble
16  walking a straight line.
17      Q. And he didn't mention any problems he was
18  having with reading?
19      A. That's correct.
20      Q. And he didn't mention any problems he was
21  having with studying?
22      A. That's correct.

Page 51

1       Q. And he didn't mention any problems he was
2   having with his memory?
3       MR. CASHDAN: Steady -- form I mean.
4       THE WITNESS: That's correct.
5       BY MR. SORENSEN:
6       Q. And this was the last -- I'm sorry.
7       August 26, 1996 was the last time you saw
8   Mr. Morgenstein?
9       A. That's correct.
10      Q. And did you schedule him for another visit
11  after August 26, 1996?
12      A. Yes. He was instructed to return in six
13  months.
14      Q. But he did not return?
15      A. He did not.
16      Q. Did he ever talk to you after August 26,
17  1996?
18      A. There was a -- recorded a phone call on
19  September 16, 1996, at which time we discussed his
20  lack of stamina and his continuing balance problems.
21      Q. And what were the continuing balance
22  problems?

Page 52

1       A. My notes are not specific and my memory
2   doesn't recall that.
3       Q. And do you recall what the stamina problems
4   were?
5       A. No, I don't recall.
6       Q. But September 16th, did -- all right. I'll
7   rephrase that.
8       After September 16, 1996, did
9   Mr. Morgenstein contact you again?
10      A. No.
11      Q. And he did not follow up with the visit
12  that you had scheduled with him?
13      A. That's correct.
14      Q. Are you aware if Mr. Morgenstein sought any
15  additional treatment for the problems he was having?
16      A. No, I'm not aware of any other treatment
17  that is he sought.
18      Q. And did Mr. Morgenstein ever discuss with
19  you any licensing exams that he had to take in
20  connection with his work?
21      A. No.
22      Q. And did he ever discuss with you -- did

Page 53

1   Mr. Morgenstein ever seek an opinion from you with
2   regard to any accommodations at his workplace?
3       A. No.
4       Q. Were you able to make a -- make any
5   determination as to the extent of any condition --
6   well, let me rephrase that.
7       Were you able to make a final determination
8   as to Mr. Morgenstein's condition after his surgery?
9       A. In relation to what?
10      Q. Were you able to reach a determination as
11  to any limitations that Mr. Morgenstein may have,
12  after his surgery due to any resulting medical
13  problems?
14      A. Well, as of my final visit he still had
15  incomplete facial function, still had trouble with
16  balance. He had trouble with stamina and fatigue.
17  The stamina and fatigue issues were uncommon. The
18  continuing problems with facial function were not
19  uncommon.
20      Q. But is it true that you cannot make a final
21  determination as to Mr. Morgenstein's condition as a
22  result of the surgery until 18 months after the

Page 54

1  surgery?
2      A. That only relates to his facial function.
3      Q. Did you make a final determination as to
4  any problems he was having with his vision?
5      A. There's nothing in my records to indicate
6  that there was any problem with his vision at that
7  time.
8      Q. And you never made a final determination
9  with regard to his facial functioning after the
10 surgery; is that correct?
11     MR. CASHDAN: Form.
12     THE WITNESS: As I've stated 18 months is,
13     is what we commonly accept as the limited, at
14     which any further improvement occurred, and I
15     did not see the patient beyond the first six
16     months after surgery.
17     BY MR. SORENSEN:
18     Q. Okay. I think I should probably rephrase
19 that.
20         You couldn't make any final determination
21 with regard to Mr. Morgenstein's facial functioning
22 after, after the surgery because he did not follow

Page 55

1  up for the 18-month visit; is that correct?
2      MR. CASHDAN: Form.
3      THE WITNESS: That's correct.
4      MR. SORENSEN: Okay. Could we go off
5      record for a second?
6      (Off the record.)
7      BY MR. SORENSEN:
8      Q. I just have a couple more questions.
9          Were you able to make a final determination
10 on the extent of any balance problems that
11 Mr. Morgenstein was suffering from?
12     A. No.
13     Q. And did Mr. Morgenstein ever ask for you to
14 render an opinion as to whether or not he was
15 disabled as a result of his surgery?
16     A. No, he did not.
17     Q. And did you ever form an opinion as to
18 whether he was disabled as a result of this surgery?
19     A. Well, my opinion was that for the first six
20 months after surgery he appeared to not be able to
21 work at his preoperative level. So in, so in that
22 regard he was partially disabled as a result of the

Page 56

1  removal of the acoustic neuroma.
2      Q. And that was the stamina issues?
3      A. Inability to work at a full, full workweek
4  which he indicated on a couple of occasions.
5      Q. And that was based solely on what he told
6  you?
7      A. On his report.
8      MR. CASHDAN: Form.
9      THE WITNESS: My opinion was based on his
10     reporting.
11     BY MR. SORENSEN:
12     Q. Did you perform any medical evaluation to
13 determine whether he was disabled?
14     A. No, we did not.
15     Q. All right. I think that's it. You have
16 the right to read your deposition transcript and
17 sign it or you can waive that right.
18     A. I'll waive that right.
19     MR. SORENSEN: Okay. I'm sorry. I should
20     have asked: Mr. Cashdan, do you have any
21     questions for the witness?
22     MR. CASHDAN: No, I don't.

Page 57

1      MR. SORENSEN: Sorry. I got a little ahead
2      of myself. I think that's it.
3      (Off the record.)
4      (Discussion held off the record.)
5      (Exhibit Number 6 was marked for
6      identification.)
7      BY MR. SORENSEN:
8      Q. Back on the record.
9          Dr. Jacobson, I'd like to -- I'm sorry.
10 Dr. Fitzgerald.
11     A. Have you met him yet?
12     Q. I have.
13     A. He must have made an impression.
14     Q. He was actually a very nice guy.
15     A. He is. That's why I worked for him over
16 23 years.
17     Q. I'd like to call your attention,
18 Dr. Fitzgerald, to what we've marked as Exhibit
19 Number 6. This is the records that were sent to you
20 by the physical therapist that Mr. Morgenstein
21 visited at Suburban Hospital.
22     A. Yes, I see them.

## Page 58

1    Q.  And these were the records that you
2    received from Mr. Morgenstein's physical therapist;
3    is that correct?
4        A.  That's correct.
5        Q.  And just to clarify for the record,
6    Suburban Hospital was the hospital to which you
7    referred Mr. Morgenstein for physical therapy; is
8    that correct?
9        A.  That's correct.
10       Q.  Okay.  I think that's it.
11           MR. CASHDAN:  Great.
12
13           (Ending time:  3:43 p.m.)
14
15
16
17
18
19
20
21
22

## Page 59

1    UNITED STATES OF AMERICA )
2                         ss:
3    DISTRICT OF COLUMBIA     )
4        I, GERCHA RICHARDS WHITE, a Notary Public
5    within and for the District of Columbia, do hereby
6    certify that the witness whose deposition is
7    hereinbefore set forth was duly sworn and that the
8    within transcript is a true record of the testimony
9    given by such witness.
10       I further certify that I am not related to
11   any of the parties to this action by blood or
12   marriage and that I am in no way interested in the
13   outcome of this matter.
14       IN WITNESS WHEREOF, I have hereunto set my
15   hand this 20th day of July, 2006.
16
17
18   _____
19           GERCHA RICHARDS WHITE.
20
21   My Commission Expires:
22   September 1, 2010

WORD INDEX

**A**

**ability (6)** 13:18
  34:14 37:3,8,12
  38:8
**able (8)** 47:2 48:6
  48:9 53:4,7,10
  55:9,20
**abnormal (2)**
  17:13 28:2
**abrasions (1)**
  17:21
**accept (1)** 54:13
**acceptable (2)**
  48:18,19
**access (1)** 33:20
**accommodation...**
  53:2
**accurate (3)** 25:1
  25:1,6
**accurately (1)**
  23:17
**acoustic (23)** 8:5
  11:1,4,6,11,22
  12:2,16,19 13:1
  13:16 14:3,8 15:3
  17:3,14 18:6,9
  19:6,8 47:8 49:17
  56:1
**acting (1)** 19:17
**action (2)** 1:5
  59:11
**active (1)** 44:21
**actual (1)** 13:13
**addition (1)** 6:18
**additional (1)**
  52:15
**address (2)** 4:20
  4:22
**affect (6)** 12:17,20
  12:21,22 13:18,21
**afternoon (1)** 4:9
**age (2)** 33:18,19
**ago (1)** 21:20
**agreed (1)** 19:16
**ahead (1)** 57:1
**aid (1)** 48:10

**alarming (1)** 48:19
**allow (1)** 48:21
**AMERICA (1)** 59:1
**answer (12)** 8:13
  8:22 9:9,9,14,21
  9:22 10:6 18:20
  18:22 23:17 33:9
**answering (1)**
  10:9
**anybody (1)** 21:8
**apart (1)** 32:8
**aphasia (4)** 20:20
  21:8 38:4,6
**apparent (1)**
  29:15
**appeared (1)**
  55:20
**appears (2)** 43:3
  48:8
**approach (2)** 11:3
  15:4
**approximately (...**
  5:5 7:15 11:10
  21:5 47:20 48:12
  50:7
**April (8)** 35:2,3,20
  39:13 41:6,17,20
  43:22
**area (1)** 30:5
**arrangements (1)**
  42:13
**asked (6)** 9:2
  18:17,18 19:1
  39:8 56:20
**asking (3)** 6:22
  7:13 10:6
**assume (4)** 9:1
  21:10 24:15 39:22
**attending (1)**
  22:20
**attention (6)** 23:2
  24:7 26:19,22
  30:16 57:17
**auditory (1)** 14:11
**August (4)** 47:20
  51:7,11,16

**Aulisi (2)** 27:18,18
**Avenue (2)** 1:14
  2:6
**average (6)** 21:22
  21:22 45:18,22
  47:7,11
**avoid (1)** 10:8
**aware (7)** 7:17
  21:10 28:8 33:10
  35:10 52:14,16

**B**

**B (1)** 3:7
**back (5)** 6:21
  13:14 18:14 38:15
  57:8
**balance (24)** 5:16
  11:16,19,21 12:7
  12:11 20:11 31:13
  32:2,5,7 39:2
  40:10 42:2,6,8,10
  42:14 43:4 46:15
  51:20,21 53:16
  55:10
**based (2)** 56:5,9
**basic (1)** 29:13
**becoming (2)**
  20:15,19
**begins (2)** 23:3
  30:17
**begun (2)** 39:21
  39:22
**behalf (6)** 1:13 6:8
  6:11,12 7:19 8:1
**believe (3)** 6:21
  7:19,22
**believed (1)** 38:7
**benefit (1)** 15:3
**benefits (1)** 15:5
**benign (1)** 12:2
**beyond (1)** 54:15
**blinking (1)** 20:14
**blood (3)** 27:15
  40:20 59:11
**blurriness (2)**
  31:14,17

**blurring (2)** 39:5,6
**bottom (1)** 24:8
**Boulevard (1)**
  2:13
**brain (7)** 12:5,10
  13:15 27:7,15
  29:12 42:7
**break (2)** 9:4,6
**bruising (2)** 27:14
  29:14
**Business (1)** 4:22

**C**

**C (6)** 1:12 2:1 3:2
  4:1,3,18
**call (4)** 12:3 13:2
  51:18 57:17
**called (6)** 7:3,10
  11:20 13:9 20:16
  40:16
**Calling (1)** 23:2
**calls (1)** 8:12
**canal (1)** 14:11
**capabilities (1)**
  43:4
**careful (1)** 45:16
**carries (1)** 12:5
**case (6)** 5:12 6:1
  27:10 28:9 29:17
  31:3
**cases (7)** 6:6,9 7:4
  7:16,18 8:4 50:3
**Cashdan (33)** 2:4
  2:5 4:14,14 7:6
  14:15 16:4,8 17:4
  18:14,17 26:3
  28:13 29:19 30:2
  30:12 32:11 33:12
  34:3 35:12,19
  36:9 38:11 41:12
  43:17 49:8 51:3
  54:11 55:2 56:8
  56:20,22 58:11
**CAT (4)** 27:14,21
  28:3 29:15
**cause (1)** 17:22

**caused (2)** 31:18 39:6
**center (1)** 13:6
**cerebral (2)** 25:11 25:12
**certain (2)** 27:5 29:7
**certify (2)** 59:6,10
**chance (3)** 22:8 24:5 26:17
**change (2)** 35:22 36:3
**Charles (1)** 22:12
**chart (3)** 30:22 42:17 43:14
**charts (1)** 25:5
**check (4)** 41:20 43:22 44:6 47:18
**Civil (1)** 1:5
**clarify (3)** 6:16 10:7 58:5
**clear (1)** 18:22
**collections (1)** 27:15
**collectomy (1)** 27:2
**Columbia (3)** 1:2 59:3,5
**combination (1)** 40:17
**come (2)** 10:17 40:2
**coming (1)** 42:8
**commencing (1)** 1:15
**Commission (1)** 59:21
**common (4)** 12:15 49:16,19,22
**commonly (2)** 45:21 54:13
**communication...** 21:13
**compared (1)** 35:22
**complain (1)** 41:4

**complaints (1)** 23:15
**complete (2)** 49:1 49:5
**completely (4)** 9:10 33:9 37:21 40:21
**complication (1)** 17:6
**complications (...** 3:9 5:20 15:6,9,12 16:2,16 17:2,7,11 19:11,16,22 20:4 27:16
**compression (1)** 27:6
**conceivably (1)** 17:22
**concerning (1)** 10:22
**condition (6)** 18:2 23:15 44:8 53:5,8 53:21
**CONDUCTED (1)** 4:7
**confined (3)** 14:10 31:20 45:4
**confusing (1)** 6:20
**Connecticut (2)** 1:14 2:6
**connection (1)** 52:20
**consent (1)** 5:22
**consider (2)** 17:7 48:22
**considered (3)** 14:13 39:20 44:14
**contact (1)** 52:9
**continue (1)** 39:8
**continued (1)** 44:18
**continuing (4)** 20:8 51:20,21 53:18
**conversational (...** 10:5

**conversations (1)** 31:6
**copy (1)** 15:13
**cornea (1)** 17:21 20:18 44:11
**corneal (2)** 17:21 17:21
**correct (43)** 7:5,12 8:2 10:14 18:4,7 18:13 22:16 24:18 25:4 26:2 30:1 31:10,11 32:10 33:5 34:2,17 35:13 36:4,5,10 38:10 41:13,22 45:14 46:2,3,5 49:7,9 50:19,22 51:4,9 52:13 54:10 55:1,3 58:3 58:4,8,9
**cortex (1)** 13:15
**counsel (2)** 4:15 9:19
**couple (3)** 8:7 55:8 56:4
**course (2)** 9:18 23:3
**court (3)** 1:1 8:15 10:14
**co-surgeons (1)** 19:18
**cranial (4)** 12:4,4 13:8 15:4
**cream (2)** 20:16,18
**created (2)** 24:10 26:20
**CSF (1)** 25:10
**cursory (1)** 11:16
**cycle (1)** 49:1

—————
**D**
**D (2)** 3:1 4:1
**daily (1)** 42:3
**dancing (7)** 39:22 39:22 40:3,5,6 48:8,9

**Daniel (1)** 14:6
**dash (1)** 20:17
**date (7)** 19:19,21 24:20 25:1,6 34:4 39:3
**dated (9)** 3:11,12 3:13,14 14:4 21:4 24:8 30:16 43:2
**David (2)** 2:5 4:14
**day (3)** 24:16 42:4 59:15
**days (4)** 22:2 44:20 47:1,3
**decibels (1)** 44:14
**decision (1)** 19:12
**declarative (2)** 18:22 19:1
**declared (1)** 20:10
**decrease (1)** 44:16
**decreased (2)** 20:14 41:1
**defendant (9)** 1:8 1:13 2:10 5:11,13 6:8,11 7:8,12
**defense (1)** 7:20
**deficits (2)** 23:5,9
**degree (2)** 12:11 49:5
**dehydrated (1)** 20:19
**Dennis (4)** 1:12 3:2 4:3,18
**depends (1)** 45:16
**deposed (4)** 5:2,6 5:9 6:14
**deposition (11)** 1:12 4:12 8:8 9:5 9:8,19 10:4 22:22 48:21 56:16 59:6
**described (1)** 34:21
**describing (1)** 32:18
**DESCRIPTION (1)** 3:8
**designed (1)** 42:7

**despite (1)** 5:19
**details (4)** 38:17
  39:14,16 43:22
**determination (9)**
  38:4 53:5,7,10,21
  54:3,8,20 55:9
**determine (6)**
  27:9 28:5,9 29:17
  34:22 56:13
**determined (1)**
  29:21
**diameter (2)** 14:7
  14:9
**dictate (1)** 23:10
**dictating (1)** 23:12
**difficult (1)** 13:10
**difficulties (2)**
  17:12,15
**difficulty (4)** 20:21
  26:8 31:13 41:5
**diminished (5)**
  20:7 32:19 33:1
  46:5,6
**DIRECT-EXAMI...**
  4:7
**disabled (4)** 55:15
  55:18,22 56:13
**discuss (3)** 15:5
  52:18,22
**discussed (2)**
  46:18 51:19
**discussion (3)**
  24:3 32:6 57:4
**District (4)** 1:1,2
  59:3,5
**disturbance (2)**
  12:12 32:5
**disturbances (1)**
  42:6
**doctor (2)** 28:8
  29:12
**doctors (1)** 16:10
**document (10)**
  16:15,18 17:1
  19:14 22:9,10,21
  24:5 26:17 30:13

**documented (1)**
  37:17
**doing (2)** 8:11
  39:21
**double (1)** 48:9
**Dr (21)** 4:9 5:2
  10:16 11:2,4,7,10
  15:22 16:5,7,13
  19:17 21:10,14
  22:12,17 27:18,18
  57:9,10,18
**drawing (4)** 24:7
  26:19,22 30:16
**drooping (1)** 36:17
**dry (1)** 20:15
**drying (3)** 17:20
  25:14 39:7
**due (2)** 40:17
  53:12
**duly (2)** 4:4 59:7
**DW (1)** 1:7
**D.C (2)** 1:15 2:7
  5:1

**E**

**E (6)** 2:1,1 3:1,7
  4:1,1
**ear (47)** 5:18
  11:14,18 12:5,8
  12:10,15 13:7
  20:8,9 29:12 33:3
  33:4,6,11 34:2,7
  34:11,14,16,20
  35:1,5,6,10,17,18
  36:3 40:18,18,19
  40:20,22 41:2
  42:9 44:17,19
  45:1,2,3,5,7,8,11
  45:13,22 46:4
**earlier (2)** 9:14
  48:20
**early (2)** 36:13,13
**ears (4)** 33:15,19
  35:2 42:10
**easily (1)** 48:3
**effect (3)** 10:13

  18:19 21:9
**eight (1)** 47:10
**eighth (3)** 12:4,4
  13:8
**either (3)** 7:7,11
  31:1
**elaborate (1)** 32:6
**elevation (1)** 27:6
**entitled (1)** 16:15
**Esq (2)** 2:5,12
**evacuated (1)**
  40:21
**evaluated (2)** 14:1
  14:19
**evaluation (8)**
  3:14 10:22 14:22
  43:3,11 49:2,5
  56:12
**evidence (4)** 28:15
  28:18,20 29:4
**examination (6)**
  3:3 11:12,15,16
  11:19 33:17
**examined (1)** 4:4
**exams (1)** 52:19
**excuse (2)** 27:13
  35:2
**exercises (2)** 42:2
  42:4
**Exhibit (14)** 15:18
  15:19 16:1,15
  22:4,5 23:21 24:1
  26:13,14 30:7,8
  57:5,18
**expand (1)** 9:13
**expect (2)** 25:18
  47:6
**expectations (1)**
  48:16
**expected (2)**
  37:16 48:15
**experience (1)**
  44:18
**experiencing (3)**
  20:12 32:20 39:5
**expert (9)** 6:3,5,9

  6:18 7:3,4,11,16
  29:11
**Expires (1)** 59:21
**explain (2)** 9:12
  12:1
**extent (4)** 32:2,14
  53:5 55:10
**extraordinary (1)**
  13:16
**extremely (1)**
  12:18
**eye (12)** 13:14
  17:10 20:15 25:14
  31:19,21 32:1
  39:8,9 40:11 44:8
  44:10
**eyeball (2)** 13:4,5
**eyeballs (2)** 13:7
  17:18
**eyelids (1)** 20:15
**eyes (4)** 13:11,22
  17:18 46:8

**F**

**face (4)** 37:6,9,10
  37:13
**facial (24)** 20:13
  23:20 25:13 36:7
  36:14,15,18,20
  37:3,17,19,20
  40:13 44:8,21
  48:12,14 49:3,5
  53:15,18 54:2,9
  54:21
**factor (1)** 12:15
**facts (1)** 9:11
**fair (1)** 50:9
**familiar (1)** 8:9
**far (1)** 8:11
**fashion (1)** 13:6
**father (1)** 31:2
**fatigue (2)** 53:16
  53:17
**fatigued (1)** 48:3
**February (4)** 19:21
  24:14,20,22

**felt (1)** 39:6
**Fifty (1)** 48:17
**final (7)** 53:7,14,20
  54:3,8,20 55:9
**find (1)** 29:7
**finding (4)** 6:1
  13:2 27:1,5
**fine (2)** 8:21 10:10
**finish (1)** 10:6
**first (11)** 4:4 10:16
  10:18 18:2 19:14
  24:15 30:17 33:14
  48:17 54:15 55:19
**fitted (1)** 48:10
**Fitzgerald (11)**
  1:12 3:2 4:3,9,18
  5:2 10:16 16:7,13
  57:10,18
**five (3)** 7:18 14:9
  22:1
**five-day (1)** 48:4
**floating (1)** 20:12
**Floor (1)** 1:14
**flow (1)** 16:9
**fluid (3)** 25:11,12
  40:20
**focused (1)** 13:11
**focussed (1)** 17:19
**follow (3)** 43:16
  52:11 54:22
**followed (1)** 43:12
**following (2)** 20:6
  45:7
**follows (1)** 4:5
**follow-up (1)** 21:4
**force (1)** 10:13
**form (21)** 14:15
  17:4 26:3 28:13
  29:19 30:2 32:11
  33:12 34:3 35:12
  35:19 36:9 38:11
  41:12 43:17 49:8
  51:3 54:11 55:2
  55:17 56:8
**forth (1)** 59:7
**fossa (1)** 15:4

**found (3)** 5:21
  14:3 41:2
**four (3)** 7:4 44:19
  47:3
**fourth (1)** 5:16
**free (1)** 40:12
**frequencies (2)**
  34:12 45:20
**Friday (1)** 1:16
**full (5)** 4:16 49:2,4
  56:3,3
**fullest (1)** 9:9
**function (16)**
  29:12 36:14,15
  37:22 40:11,13,22
  41:2 42:7 44:8
  48:12,14 49:6
  53:15,18 54:2
**functioning (2)**
  54:9,21
**further (8)** 9:11
  28:4,9 29:16 30:4
  34:22 54:14 59:10
**F-i-t-z-g-e-r-a-l...**
  4:19

**G**

**G (1)** 4:1
**general (2)** 11:14
  11:18
**generally (2)** 8:11
  12:2
**generated (1)**
  12:7
**Gercha (3)** 1:16
  59:4,19
**getting (1)** 33:17
**give (5)** 9:9,13
  32:22 49:12 50:13
**given (1)** 59:9
**giving (2)** 10:12,13
**go (5)** 8:7 15:15
  32:6 49:14 55:4
**going (4)** 9:1
  13:14 37:22 38:1
**good (2)** 4:9 30:10

**gradually (1)**
  37:14
**great (2)** 8:11
  58:11
**greatest (1)** 14:7
**Greenberg (2)**
  1:13 2:11
**grounds (1)** 9:21
**group (1)** 42:19
**grow (2)** 12:3,8
**guessing (1)** 21:19
**guy (1)** 57:14

**H**

**H (2)** 2:12 3:7
**hand (1)** 59:15
**happens (1)** 9:12
**head (3)** 8:14
  25:15 44:12
**headaches (3)**
  20:13 25:9,20
**heading (1)** 17:10
**healthy (1)** 40:12
**hear (1)** 8:18
**hearing (44)** 5:15
  5:18 12:6,11 20:7
  23:5 31:13 32:14
  32:18 33:1,3,6,15
  33:18 34:10,10,12
  34:15 35:1,6,9,18
  40:15,16,17,22
  44:13,13,15 45:4
  45:6,8,11,13,15
  45:16,17,18,19,20
  45:22 46:4 48:10
  48:11
**held (2)** 24:3 57:4
**Hello (1)** 4:10
**help (1)** 10:7
**helpful (1)** 15:14
**helping (1)** 48:11
**hereinbefore (1)**
  59:7
**hereunto (1)**
  59:14
**higher (2)** 34:12

  45:20
**hold (1)** 29:11
**hope (1)** 30:12
**hospital (6)** 21:17
  23:3 42:22 57:21
  58:6,6
**hours (1)** 48:7
**house (1)** 48:6

**I**

**ice (1)** 27:2
**identification (6)**
  15:20 22:6 24:2
  26:15 30:9 57:6
**identified (1)**
  31:12
**immediately (2)**
  23:13 36:19
**important (3)** 17:8
  40:1,4
**impression (2)**
  47:4 57:13
**improve (3)** 37:9
  37:13 40:10
**improved (1)**
  37:14
**improvement (3)**
  36:14,16 54:14
**improving (3)**
  38:8 40:14 46:15
**inability (3)** 17:18
  29:7 56:3
**inaccurately (1)**
  22:20
**included (1)** 46:17
**incomplete (1)**
  53:15
**indicate (12)**
  21:18 23:19 27:13
  27:21 31:22 33:2
  33:8 42:18,20
  46:7,11 54:5
**indicated (8)**
  23:12,20 29:5
  37:18 44:16 45:12
  48:2 56:4

**indicates (3)** 27:17 32:4 38:5
**indicating (1)** 19:15
**indication (1)** 32:22
**information (12)** 12:5,6,6,7,9 21:3 29:13 42:8,8,10 46:17 48:8
**initial (1)** 43:11
**initially (2)** 23:4,8
**injury (2)** 28:15 29:8
**inner (9)** 12:5,7,10 13:7 29:12 40:18 40:22 41:2 42:10
**insert (1)** 9:20
**instructed (1)** 51:12
**instruction (1)** 9:21
**intact (1)** 37:19
**intake (1)** 43:11
**interested (1)** 59:12
**internal (1)** 14:11
**interpret (1)** 28:1
**interrupt (1)** 16:8
**intracranial (1)** 27:16
**investigate (1)** 30:4
**involve (1)** 8:4
**involved (3)** 21:1 27:7 31:3
**involvement (1)** 27:2
**irritation (1)** 40:12
**Irving (1)** 4:22
**issue (2)** 28:11 41:10
**issues (2)** 53:17 56:2

**J**

**Jacobson (10)** 11:2,4,7,10 15:22 16:5 19:17 21:10 21:14 57:9
**Jacobson's (1)** 22:18
**January (4)** 10:19 14:5 33:13 34:13
**Jeff (2)** 11:2 22:17
**jerking (1)** 13:4
**July (2)** 1:16 59:15
**jumping (1)** 10:8

**K**

**Kane (2)** 2:4 4:15
**keep (3)** 13:11 17:18 20:18
**kind (1)** 25:18
**know (21)** 7:15 8:6,19 9:5,13 10:3 10:17 18:19 21:7 22:2,8 23:13,16 28:10 30:4 32:13 33:8 41:15 42:15 43:6 47:12

**L**

**L (1)** 1:4
**lack (1)** 51:20
**Lacri-lube (2)** 20:17 31:18
**large (3)** 12:19 13:16 14:12
**lastly (1)** 10:3
**law (1)** 10:14
**lawsuits (1)** 6:2
**leakage (1)** 25:12
**leap (1)** 24:15
**left (14)** 11:1 14:11 31:21 32:1 33:4,8 37:3,13 44:21 45:2,3,5,8 46:4
**legal (1)** 7:14
**legally (1)** 6:19
**length (4)** 21:19 22:2 47:7,11

**lessening (1)** 38:6
**Let's (1)** 7:18
**level (4)** 34:10 44:13 45:18 55:21
**levels (1)** 41:1
**licensing (1)** 52:19
**life (1)** 40:4
**limitations (1)** 53:11
**limited (1)** 54:13
**line (2)** 23:2 50:16
**list (6)** 5:20 15:11 15:11 16:1 17:5 19:10
**lists (1)** 17:1
**little (2)** 45:15 57:1
**LLP (2)** 1:14 2:11
**lobe (11)** 27:2,7,22 28:6,12,15,22 29:6,8,14,22
**located (1)** 13:20
**long (1)** 21:16
**longer (2)** 44:9 47:11
**look (1)** 13:12
**looking (3)** 13:6,7 17:20
**looks (1)** 25:16
**lose (1)** 35:9
**loss (13)** 12:11 33:6,15,18 34:12 34:22 40:16,17 44:15 45:4,6,8,20
**lost (2)** 5:18 35:17
**lubrication (1)** 44:10
**L-a-c-r-i (1)** 20:17
**l-u-b-e (1)** 20:17

**M**

**maintain (1)** 44:10
**majority (1)** 6:4
**managed (1)** 20:16
**March (8)** 21:5

31:9 32:7,16 36:6 38:2,13,17
**Marder (1)** 14:6
**mark (5)** 15:17 22:3 23:21 26:12 30:6
**marked (9)** 15:19 16:1,14 22:5 24:1 26:14 30:8 57:5 57:18
**marriage (1)** 59:12
**Matt (2)** 4:11 16:9
**matter (1)** 59:13
**Matthew (1)** 2:12
**McIntyre (5)** 42:18,19 43:4,8 43:11
**McLean (1)** 2:14
**mean (4)** 28:2 29:11 36:12 51:3
**means (2)** 27:3 36:17
**meant (1)** 23:8
**measure (1)** 45:17
**measured (2)** 14:7 14:9
**medical (6)** 1:12 5:22 25:9 29:13 53:12 56:12
**Medicine (1)** 42:22
**meeting (2)** 41:6 47:14
**memory (9)** 6:10 12:17,20 14:14 23:16,16 27:19 51:2 52:1
**mention (6)** 17:12 40:5 47:22 50:17 50:20 51:1
**mentioned (6)** 26:8 39:2 41:16 41:20 48:20 49:11
**met (2)** 10:18 57:11
**middle (4)** 15:4

40:18,19,20
**mild (3)** 32:5 34:11
45:19
**military (1)** 33:17
**millimeters (2)**
14:8,10
**minimal (1)** 33:2
**minute (1)** 15:15
**Mischaracteriza...**
7:6
**misheard (1)**
24:21
**misspoke (1)** 16:4
**mixed (1)** 40:16
**mode (1)** 10:5
**moderate (4)**
34:12 37:2 44:16
45:20
**moderately (1)**
46:6
**moisturizing (1)**
20:18
**monitored (2)**
42:4,5
**months (12)** 37:21
47:21 48:17,21
49:4 50:1,5 51:13
53:22 54:12,16
55:20
**Morgan (2)** 1:7
4:11
**Morgenstein (59)**
1:4 10:17,18 14:1
14:19 15:1,2,7,12
16:19 19:11 20:3
20:4,6 21:7,16
26:7 31:2,9 32:3
32:15 35:9 36:7
38:3,14,18 39:12
39:15,19 41:4,15
42:11,15,21 43:6
43:12 44:4 46:7
46:11,20 47:14,17
47:19,22 48:2
49:6,12 50:4,13
51:8 52:9,14,18

53:1,11 55:11,13
57:20 58:7
**Morgenstein's (...**
23:14 28:12,22
29:6 34:7 35:5,16
36:19 43:4 44:7
46:15 49:3 53:8
53:21 54:21 58:2
**motion (2)** 25:15
44:21
**move (3)** 37:3,8,12
**moving (1)** 44:12
**MRI (2)** 11:15 14:4
**muscle (1)** 36:15
**muscles (4)** 13:5
20:14 37:3 44:21
**M-a-r-d-e-r (1)**
14:7
**M.D (3)** 1:13 3:2
4:3

**N**

**N (4)** 2:1 3:1 4:1
25:9
**name (4)** 4:16,17
14:6 22:19
**narrative (2)** 3:10
22:11
**nature (1)** 5:14
**nausea (1)** 25:10
**necessary (1)** 39:7
**need (2)** 8:9 9:4
**needing (1)** 44:9
**neither (1)** 35:22
**nerve (12)** 12:3,4
12:4,9 13:9 36:14
36:21 37:17,19,20
40:13,22
**neurologist (3)**
20:22 27:4 29:9
**neuroma (20)**
11:1,4,6,22 12:16
12:19 13:1,16
14:3,8 15:4 17:3
17:14 18:6,9 19:6
19:8 47:8 49:17

56:1
**neuromas (3)** 8:5
11:11 12:2
**neurosurgeon (2)**
11:2 21:1
**neurosurgery (1)**
22:13
**neurosurgical (1)**
27:20
**neurotology (3)**
24:8 25:8 26:20
**never (3)** 29:21,21
54:8
**news (1)** 30:10
**nice (1)** 57:14
**noise (1)** 12:14
**non (1)** 29:8
**normal (13)** 29:3
34:11,14,16 42:9
44:10 45:13,16,18
46:1,21,22 47:9
**normally (1)** 17:2
**NORMAN (1)** 1:4
**Northwest (3)**
1:15 2:6 5:1
**nose (3)** 11:14,18
25:13
**Notary (2)** 1:17
59:4
**note (25)** 23:11,11
24:7,8,10 25:7,8
26:5,11,20,20
27:17 28:1 30:16
30:20 31:17,22
32:4 38:5 41:7,19
42:17 43:2 46:19
49:15
**noted (9)** 20:6
21:4 23:5,9 25:14
28:2 33:19 36:7
43:13
**notes (13)** 3:11,12
3:13 24:22 27:13
32:6,9 33:2,7,7
42:18 46:18 52:1
**notice (2)** 14:20

26:1
**noticed (2)** 17:11
20:8
**Number (8)** 3:8
15:19 22:5 24:1
26:14 30:8 57:5
57:19
**nystagmus (10)**
13:3,3,10 14:20
18:3,6,10,11 19:6
19:7
**n-y-s-t-a-g-m-u...**
13:3

**O**

**O (1)** 4:1
**object (1)** 17:19
**objections (1)**
9:20
**occasions (1)** 56:4
**occurred (3)** 39:18
44:6 54:14
**office (1)** 23:18
**Oh (1)** 16:6
**ointment (3)** 39:7
39:9 40:13
**okay (20)** 6:2,16
7:2 8:4,7 9:2,14
10:9,16 16:11
19:2 22:21 25:16
25:16 29:10 45:10
54:18 55:4 56:19
58:10
**one's (1)** 17:18
**operated (2)** 5:18
20:8
**operation (5)** 5:16
5:19 22:1 25:19
37:20
**opinion (6)** 11:5
53:1 55:14,17,19
56:9
**opportunity (1)**
9:13
**opposed (1)** 8:13
**orally (1)** 8:10

ordinary (2) 25:17
  25:21
outcome (1) 59:13
outside (1) 48:6
overall (7) 25:15
  25:16 34:10,15
  40:10 44:13 45:13

_____
**P**

P (3) 2:1,1 4:1
page (3) 3:3 30:14
  30:18
PAGES (1) 1:10
paper (1) 30:11
paragraph (1)
  23:3
paralysis (1) 25:13
parameters (1)
  45:17
part (2) 27:7 48:20
partial (1) 25:13
partially (1) 55:22
particular (5) 11:6
  21:2,12 23:19
  42:12
parties (1) 59:11
parts (1) 25:5
party (1) 5:8
pathways (1)
  13:13
patient (15) 5:15
  10:21 11:1,5 21:2
  21:11 25:8,13,14
  38:5 39:20 42:3
  45:6 47:7 54:15
patients (5) 8:2,5
  17:8 40:2 49:17
percent (4) 44:16
  48:12,14,17
perception (1)
  12:14
perform (8) 11:12
  27:9 29:16 34:1,6
  34:18,20 56:12
performed (3)
  5:17 35:16 40:15

period (1) 5:17
persist (1) 50:1
person (1) 13:10
person's (1) 12:21
phone (1) 51:18
photographs (1)
  37:18
physical (5) 42:5
  42:22 57:20 58:2
  58:7
physician (5) 6:15
  6:18 8:3 22:20
  23:12
physicians (1) 6:5
pick (1) 8:15
plaintiff (11) 1:5
  2:3 5:11 6:8,12,15
  7:8,11 8:1 9:19
  11:13
plaintiffs (1) 4:15
plaintiff's (2) 16:2
  24:13
plan (2) 43:5,7
please (2) 4:16
  18:15
PLLC (1) 2:4
point (1) 9:5
possible (9) 6:19
  12:22 15:5,9
  17:17 18:9,20
  19:5,9
possibly (1) 13:9
postoperative (2)
  21:4 48:13
postoperatively ...
  23:4 37:11
potential (3)
  17:20 19:10,15
preexisting (1)
  45:6
preoperative (2)
  41:1 55:21
preoperatively (...
  20:10 32:21 35:8
  37:11
prescribe (3)

38:20 39:1,4
presence (4) 11:22
  13:4 14:20 45:19
present (3) 18:11
  19:7 23:5
presenting (2)
  12:15,16
presently (1)
  26:10
presuming (1)
  29:13
prevent (1) 39:7
printed (2) 5:19
  15:11
prior (5) 16:21
  18:11 19:7 34:6
  41:3
privilege (1) 9:22
prob (1) 27:2
probably (6) 6:11
  8:9 22:1 32:5
  40:19 54:18
problem (20) 21:2
  21:12 27:22 28:5
  28:12,21 29:5,22
  32:7 37:5 40:17
  40:18,19 49:12,13
  49:16 50:4,10,11
  54:6
problems (37)
  5:15,16 13:8
  17:17,22 23:19
  26:1,10 31:12
  32:3,14 33:10
  36:20 37:1 38:21
  39:2 41:10,16,19
  44:7 46:8,12 48:1
  49:20,22 50:14,17
  50:20 51:1,20,22
  52:3,15 53:13,18
  54:4 55:10
procedure (1)
  32:19
produced (1)
  22:12
production (2)

13:2 27:8
Progress (3) 3:11
  3:12,13
proper (1) 5:22
propose (1) 15:1
proposed (3)
  19:13 41:21 43:7
protect (1) 39:9
provided (1) 5:22
Public (2) 1:17
  59:4
pull (1) 13:5
purpose (1) 10:20
pursue (1) 42:16
pursued (1) 43:6
put (2) 22:19 40:1
p.m (2) 1:16 58:13

_____
**Q**

question (21) 6:22
  7:14 8:12,19,22
  9:1,2,10,12 10:1,6
  10:7,9 18:15 19:1
  19:3 23:17 28:17
  31:15 33:9 35:15
questions (6) 8:10
  8:18 9:20 18:18
  55:8 56:21
quickly (1) 44:12

_____
**R**

R (3) 2:1,5 4:1
radiologic (1)
  28:14
radiological (2)
  29:2,3
radiologist (1)
  14:6
raising (1) 41:9
range (1) 22:1
rare (1) 50:9
rate (1) 48:19
reach (1) 53:10
read (10) 13:12,19
  14:5 15:13 18:14
  18:16 22:11 25:7
  30:14 56:16

**reading (6)** 26:8
28:1 41:16,19
46:12 50:18
**really (3)** 8:15
21:20 48:16
**reason (1)** 24:19
**recall (13)** 6:7 7:3
26:7 38:18 39:14
39:16 41:18 42:13
47:15 50:7 52:2,3
52:5
**receive (1)** 42:21
**received (1)** 58:2
**recollection (6)**
31:1,6 32:8 41:9
43:15,19
**recommend (1)**
42:11
**recommendatio...**
10:22
**record (15)** 4:17
4:21 10:7 15:15
15:16 16:3 18:16
24:3 55:5,6 57:3,4
57:8 58:5 59:8
**recorded (1)** 51:18
**records (11)** 21:9
21:18 23:18 33:20
39:17 40:1 42:20
43:9 54:5 57:19
58:1
**recover (4)** 21:17
37:21,22 38:1
**recovering (1)**
49:17
**reduction (1)** 37:2
**referred (1)** 58:7
**referring (2)** 15:22
16:14
**refresh (1)** 31:5
**regard (5)** 19:12
53:2 54:9,21
55:22
**regarding (1)**
23:15
**rehab (3)** 41:21

42:1,12
**rehabilitation (4)**
40:10 42:16 43:1
43:10
**relate (1)** 41:19
**related (2)** 17:17
59:10
**relates (2)** 12:18
54:2
**relation (1)** 53:9
**relative (1)** 43:10
**remember (4)**
9:11 21:21 26:10
31:4
**removal (13)**
11:11 15:3 17:3
17:13 18:5,9,11
19:5,7,17 47:8
49:17 56:1
**removals (1)** 11:3
**render (1)** 55:14
**repeat (2)** 8:19
19:2
**rephrase (5)** 28:17
28:19 52:7 53:6
54:18
**report (3)** 14:4
31:5 56:7
**reported (2)** 33:14
39:20
**reporter (1)** 8:15
**reporting (1)**
56:10
**represent (1)** 4:11
**requesting (1)**
31:2
**required (1)** 8:13
**requires (1)** 47:8
**resident (1)** 22:13
**residents (1)**
27:20
**rest (4)** 6:12,13
8:2 36:16
**restate (1)** 35:15
**resting (1)** 36:16
**result (17)** 11:17

12:13 13:9 14:22
17:2,14 18:6,8,10
19:6 27:16 32:19
33:16 53:22 55:15
55:18,22
**resulting (2)** 20:14
53:12
**results (6)** 12:11
29:2,3 34:9 35:4
45:12
**resume (1)** 47:9
**retrain (1)** 42:7
**return (6)** 48:14
48:17,19,22 51:12
51:14
**returned (2)** 46:20
48:13
**returning (1)** 36:8
**reveal (1)** 35:17
**revealed (1)** 11:21
**review (3)** 22:9
24:5 26:17
**reviewed (2)**
11:15 44:7
**reviewing (1)**
30:21
**reviews (2)** 22:10
30:13
**re-read (1)** 18:18
**rhinorrhea (1)**
25:11
**rhythmic (1)** 13:5
**Richards (3)** 1:17
59:4,19
**right (35)** 4:13
7:21 10:11 25:2
27:19 33:6,8,11
34:2,7,11,14 35:1
35:5,6,6,10,17,18
36:3 37:5,8,10
44:17,19 45:1,7
45:11,13,22 52:6
56:15,16,17,18
**risk (1)** 5:20
**risks (3)** 3:9 16:1
16:15

**Romberg (1)**
11:20
**Rosen (1)** 22:12
**roughly (1)** 24:12
**rules (1)** 8:8
**running (2)** 30:10
30:11

——— **S** ———

**S (3)** 2:1 3:7 4:1
**sagging (1)** 36:17
**saw (7)** 21:7 31:8
39:9,11 44:3
47:19 51:7
**says (4)** 17:10
24:22 25:7,8
**scan (7)** 11:15
14:4,5 27:14,21
28:3 29:15
**scarring (1)** 17:22
**schedule (3)** 46:21
47:9 51:10
**scheduled (1)**
52:12
**score (1)** 44:15
**second (1)** 55:5
**secondary (1)**
17:21
**see (11)** 11:4 23:6
23:7 24:9 30:19
33:14 42:12 44:20
47:17 54:15 57:22
**seeing (1)** 31:5
**seek (1)** 53:1
**seen (5)** 11:1
22:21 30:20,21,22
**seeped (1)** 40:20
**sensation (1)**
20:12
**sent (2)** 10:21
57:19
**sentence (1)** 26:22
**September (4)**
51:19 52:6,8
59:22
**serves (2)** 6:10

27:19
**Services (1)** 43:1
**set (2)** 59:7,14
**seven (1)** 22:2
**Seventh (1)** 1:14
**severe (2)** 37:2
  44:14
**shake (1)** 8:14
**share (1)** 17:8
**shared (3)** 16:18
  19:10 44:1
**shortest (1)** 14:8
**shorthand (2)**
  25:10,11
**show (2)** 27:14
  45:19
**showed (2)** 40:15
  44:13
**side (8)** 13:19
  36:18 37:4,5,8,10
  37:13 44:22
**sign (2)** 23:11
  56:17
**signature (2)**
  22:17,18
**signed (3)** 5:21
  19:14 22:15
**signs (1)** 36:13
**six (7)** 47:21 48:17
  50:1,4 51:12
  54:15 55:19
**size (1)** 14:2
**slightly (4)** 20:11
  41:3 44:11 46:5
**slowly (1)** 40:14
**small (1)** 14:13
**social (2)** 30:17
  31:3
**solely (1)** 56:5
**Sorensen (45)**
  2:12 3:4 4:8,11
  7:9 14:18 15:17
  15:21 16:6,10,12
  17:9 19:2,4 22:3,7
  22:14 23:21 24:4
  26:6,12,16 28:16

29:20 30:6,10,15
32:12 33:22 34:5
35:14 36:2,11
38:12 41:14 43:20
49:10 51:5 54:17
55:4,7 56:11,19
57:1,7
**sorry (15)** 7:10
  9:16 14:3 16:6,8
  16:13 24:17 28:19
  29:4 37:12 45:1
  51:6 56:19 57:1,9
**sort (2)** 7:1 29:5
**sought (2)** 52:14
  52:17
**speak (2)** 8:10
  38:8
**speaking (2)** 20:21
  20:21
**special (1)** 42:5
**specialty (1)** 30:5
**specific (3)** 17:12
  23:15 52:1
**specifically (1)**
  33:7
**specifics (3)** 49:13
  49:14 50:13
**speech (2)** 27:8
  44:17
**spell (1)** 4:17
**spinal (2)** 25:11,12
**spoke (2)** 18:2
  42:17
**ss (1)** 59:2
**stamina (10)** 48:3
  49:11,20 50:4,10
  51:20 52:3 53:16
  53:17 56:2
**Stanley (2)** 1:7
  4:12
**started (1)** 18:20
**starting (2)** 13:13
  44:20
**state (4)** 4:16,20
  17:5 42:9
**stated (4)** 31:8

34:15 44:11 54:12
**statement (1)**
  22:15
**states (5)** 1:1 17:6
  23:4 27:1 59:1
**stay (3)** 21:20,22
  22:2
**staying (1)** 40:11
**Steady (1)** 51:3
**straight (3)** 40:8
  48:6 50:16
**Street (1)** 4:22
**strike (3)** 32:13
  34:19 47:12
**structures (1)**
  36:18
**studying (2)** 46:12
  50:21
**stuff (1)** 30:11
**Suburban (3)**
  42:22 57:21 58:6
**suffering (1)** 55:11
**sufficient (1)**
  23:17
**suggested (2)**
  15:2 42:21
**suit (1)** 5:14
**Suite (3)** 2:6,13
  5:1
**suits (1)** 5:8
**summary (2)** 3:10
  22:12
**supposing (1)**
  27:5
**sure (3)** 4:18 8:8
  28:11
**surgery (49)** 3:9
  16:2,16,21 19:11
  19:13,20 20:1,5,6
  21:6,17 23:14,19
  24:13,14,16 25:2
  26:2 27:17 35:11
  35:17 36:1,20
  37:4,9,13,18
  40:21 41:3 45:8,9
  46:1,5 47:6,21

49:7 50:1,5 53:8
53:12,22 54:1,10
54:16,22 55:15,18
55:20
**surgical (4)** 11:11
  19:17,21 24:20
**Suzanne (4)** 42:18
  42:19 43:3,11
**sworn (2)** 4:4 59:7
**symptom (2)**
  12:16 29:8
**symptoms (1)**
  12:13
**system (1)** 11:21

---

**T**

**T (1)** 3:7
**take (5)** 9:4,6
  37:20 49:4 52:19
**taken (1)** 1:13
**talk (1)** 51:16
**tandem (1)** 11:20
**taught (1)** 42:4
**team (1)** 11:3
**tell (4)** 23:10,11
  27:3 40:2
**temporal (11)**
  27:2,6,22 28:5,12
  28:15,22 29:6,8
  29:14,22
**ten (2)** 21:20 47:10
**tend (1)** 10:4
**terms (1)** 25:17
**test (13)** 11:19,20
  34:1,7,21 35:7,16
  35:20,21 36:1
  40:15 44:13 45:19
**tested (4)** 34:13
  35:2 45:11,21
**testified (4)** 4:5
  6:7,9 7:16
**testifying (1)** 6:3
**testimony (3)**
  10:12 18:5 59:8
**testing (6)** 28:4,9
  29:16 34:18,20

41:1
**tests (4)** 27:9 34:9
  35:22 45:12
**Thank (1)** 15:18
**therapist (3)** 42:5
  57:20 58:2
**therapy (3)** 42:14
  42:22 58:7
**thing (1)** 9:17
**things (2)** 10:7
  39:20
**think (12)** 6:5
  14:17 15:14 16:4
  18:17 22:18 25:1
  25:6 54:18 56:15
  57:2 58:10
**thinking (2)** 20:22
  38:8
**third (1)** 23:2
**thought (4)** 33:1
  38:5 40:8,11
**three (7)** 6:6 7:4
  7:22 30:14 42:3
  44:19 47:3
**throat (2)** 11:14
  11:18
**time (29)** 1:15
  9:10 13:22 22:13
  26:9 27:19 31:12
  32:3,5,15 33:16
  38:9 39:11 41:11
  44:3 46:9,13,16
  46:21 47:7,11,19
  48:5,7,15 51:7,19
  54:7 58:13
**times (5)** 5:5,7
  10:3 42:3 45:10
**tinnitus (4)** 12:14
  20:9 32:20 44:18
**today (2)** 4:12
  10:12
**told (4)** 33:21 44:9
  48:8 56:5
**tone (2)** 36:7,16
**training (1)** 42:6
**transcript (2)**

56:16 59:8
**transcriptionist ...**
  22:19
**transfer (1)** 12:9
**Traurig (2)** 1:14
  2:11
**treating (4)** 6:4,15
  6:18 8:3
**treatment (14)**
  10:22 11:6 15:1,6
  15:10 38:20 39:1
  39:4 43:5,7,13,16
  52:15,16
**trouble (9)** 25:14
  27:1,5 40:8 48:3,5
  50:15 53:15,16
**true (2)** 53:20 59:8
**try (1)** 10:8
**trying (1)** 40:9
**tumor (7)** 13:17,19
  14:2,9,10,13
  18:12
**tumors (3)** 12:3,8
  13:8
**turns (1)** 48:9
**two (7)** 6:11 7:19
  18:17 21:5 25:5
  42:3,10
**Tysons (1)** 2:13

___

**U**

**uh-huh (1)** 8:14
**uh-uh (1)** 8:14
**unaffected (1)**
  37:10
**unchanged (3)**
  20:9 35:7 45:7
**uncommon (3)**
  50:12 53:17,19
**undergo (2)** 19:16
  19:19
**understand (11)**
  8:16,17,20 9:3,7
  9:15,18,22 10:2
  10:11 16:17
**understanding (...**

34:14 44:17
**understandings ...**
  44:15
**understood (2)**
  9:2 19:15
**UNITED (2)** 1:1
  59:1
**Unrelated (1)** 7:7
**unremarkable (1)**
  11:19
**use (5)** 20:16,18
  31:18 40:12 45:17
**usually (3)** 12:10
  40:2,6
**utilizing (1)** 15:4

___

**V**

**V (1)** 25:9
**versus (1)** 42:9
**vertiginous (1)**
  25:15
**vestibular (5)** 40:9
  41:21 42:1,21
  43:10
**Virginia (1)** 2:14
**vision (15)** 12:21
  13:1,13 17:12,17
  18:1 26:2,5 31:14
  39:5 41:5,10 46:8
  54:4,6
**vision-related (1)**
  17:14
**visit (15)** 10:20
  21:4 36:6 38:2,13
  38:17 39:10,14,18
  41:17 46:18 51:10
  52:11 53:14 55:1
**visited (1)** 57:21
**visual (1)** 13:14
**vomiting (1)** 25:10
**vs (1)** 1:6

___

**W**

**wait (1)** 10:5
**waive (2)** 56:17,18
**walking (5)** 40:8
  44:12 48:5 50:14

50:16
**want (1)** 17:19
**wanted (2)** 11:4
  13:12
**Washington (3)**
  1:15 2:7 5:1
**wasn't (1)** 18:22
**way (4)** 6:22 14:16
  35:15 59:12
**weakness (3)**
  20:13 23:20 48:13
**week (3)** 24:12
  44:20 47:3
**weeks (2)** 21:5
  47:10
**went (2)** 5:20
  15:12
**wetness (1)** 44:10
**we'll (2)** 9:6 23:21
**we've (3)** 17:16
  37:18 57:18
**WHEREOF (1)**
  59:14
**White (3)** 1:17
  59:4,19
**withdraw (4)**
  38:15,21 41:8
  49:3
**witness (30)** 3:2
  6:5,18 7:7,11
  14:16 17:5 22:10
  22:11 26:4 28:14
  30:3,13,14 33:13
  34:4 35:13,20
  36:10 41:13 43:18
  49:9 51:4 54:12
  55:3 56:9,21 59:6
  59:9,14
**woozy (1)** 44:11
**word (2)** 34:13
  44:15
**words (4)** 27:1,5
  29:7 38:7
**work (9)** 30:17
  46:21 47:2,9 48:4
  48:6 52:20 55:21

56:3
**worked (4)** 11:3,7
  11:9 57:15
**worker (1)** 31:3
**working (4)** 21:11
  39:21 44:19 47:1
**workplace (1)**
  53:2
**works (1)** 42:19
**workweek (2)**
  48:4 56:3
**worse (1)** 41:3
**worthwhile (1)**
  40:9
**wouldn't (3)** 17:5
  30:3 48:18
**written (3)** 26:4
  26:11 39:17

---

**X**

**x (3)** 1:9 3:1,7

---

**Y**

**Yeah (2)** 7:15
  24:17
**year (1)** 24:15
**years (5)** 5:17
  11:10 21:20 33:18
  57:16

---

**0**

**05-2123(JR) (1)**
  1:6

---

**1**

**1 (7)** 1:10 3:9
  15:18,19 16:1,15
  59:22
**1st (1)** 43:2
**106 (1)** 4:22
**11 (1)** 14:8
**1150 (1)** 2:6
**12 (1)** 5:17
**1200 (1)** 2:13
**13 (1)** 11:10
**14 (1)** 6:6
**15 (2)** 3:9 5:7

**16 (2)** 51:19 52:8
**16th (1)** 52:6
**17th (7)** 35:3,20
  39:13 41:6,17,20
  43:22
**1750 (1)** 2:13
**18 (8)** 33:18,19
  37:21 38:2 48:21
  49:4 53:22 54:12
**18th (7)** 21:5 31:9
  32:7,16 36:6
  38:13,17
**18-month (1)** 55:1
**1996 (19)** 10:19
  11:9 14:5 19:21
  30:22 31:9 34:13
  35:3,21 38:2
  39:13 43:2 44:5
  47:20 51:7,11,17
  51:19 52:8

---

**2**

**2 (3)** 3:10 22:4,5
**2:09 (1)** 1:16
**20th (1)** 59:15
**20010 (1)** 5:1
**20036-4129 (1)**
  2:7
**2006 (2)** 1:16
  59:15
**2010 (1)** 59:22
**202 (1)** 2:8
**22 (1)** 3:10
**22nd (5)** 10:19
  19:21 24:20 33:13
  34:13
**22102 (1)** 2:14
**23 (2)** 3:11 57:16
**26 (5)** 3:12 47:20
  51:7,11,16
**27th (1)** 35:2
**29th (7)** 24:14,22
  25:2 35:21 44:5
  47:13,18

---

**3**

**3 (3)** 3:11 23:22

24:1
**3/1/96 (3)** 3:11
  24:8 25:8
**3/2/96 (2)** 3:12
  26:19
**3/3/96 (1)** 23:5
**3/5/96 (2)** 3:13
  30:17
**3:43 (1)** 58:13
**30 (1)** 3:13

---

**4**

**4 (4)** 3:4,12 26:13
  26:14
**4th (1)** 14:5
**4600 (1)** 5:1

---

**5**

**5 (3)** 3:13 30:7,8
**5/3/96 (1)** 3:14
**50 (2)** 48:12,14
**57 (1)** 3:14
**59 (1)** 1:10

---

**6**

**6 (3)** 3:14 57:5,19
**68 (1)** 44:13

---

**7**

**7 (1)** 1:16
**703 (1)** 2:15
**749-1300 (1)** 2:15
**76 (1)** 44:16

---

**8**

**815 (1)** 1:14
**862-4353 (1)** 2:8

---

**9**

**900 (1)** 2:6