IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

----------------------------x

NORMAN L. MORGENSTEIN,              :

       Plaintiff,        :    Civil Action No.

vs.                                 :    05-2123(JR)

MORGAN STANLEY DW, INC.,            :

       Defendant.        :

----------------------------x

PAGES 1 - 39

Medical deposition of JEFF JACOBSON, M.D.,

taken on behalf of Defendant, at the Washington

Brain & Spine Institute, 4927 Auburn Avenue, Second

Floor, Bethesda, Maryland 20814-2641, commencing at

time 2 p.m., Monday, June 19, 2006, before Gercha

Richards White, Notary Public.

Page 2

1       A P P E A R A N C E S
2
3    FOR THE PLAINTIFF:
4    CASHDAN & KANE, PLLC
5    BY:  Michael G. Kane, Esq.
6    435 E. Broad Street
7    Westfield, New Jersey 07090
8    (908) 264-9331
9
10   FOR THE DEFENDANT:
11   GREENBERG TRAURIG LLP
12   BY:  John Scalia, Esq.
13       Matthew H. Sorensen, Esq.
14   1750 Tysons Boulevard, Suite 1200
15   McLean, Virginia 22102
16   (703) 749-1300
17
18
19
20
21
22

Page 3

1              I N D E X
2    WITNESS:  JEFF JACOBSON, M.D.
3    EXAMINATION                    PAGE
4    Mr. Sorensen                   4
5
6              E X H I B I T S
7    NUMBER     DESCRIPTION         PAGE
8    1     Supplementary Neurosurgical
9          Report dated 12/27/99    37
10
11
12
13
14
15
16
17
18
19
20
21
22

Page 4

1            P R O C E E D I N G S
2                  - - -
3         JEFF JACOBSON, M.D.,
4    having been first duly sworn, was examined and
5    testified as follows:
6                  - - -
7         DIRECT-EXAMINATION CONDUCTED
8         BY MR. SORENSEN:
9    Q.  Hello, Dr. Jacobson.  For the record, I'd
10   like to state that present at the deposition is
11   myself, Matthew Sorensen, counsel for Morgan
12   Stanley.
13        MR. KANE:  Can you keep your voice up?
14        MR. SORENSEN:  Okay, sure.
15        BY MR. SORENSEN:
16   Q.  Just wanted to state for the record that I,
17   myself, Matthew Sorensen, and John Scalia are
18   present as counsel for Morgan Stanley.  The
19   defendant in the case and present by phone is
20   Michael Kane, as counsel for the plaintiff.
21        Dr. Jacobson, can you state for the record
22   your name and spell your first and last name?

Page 5

1    A.  Sure.  Dr. Jeff Jacobson, J-e-f-f
2    J-a-c-o-b-s-o-n.
3    Q.  And can you state your full address?
4    A.  4927 Auburn Avenue, Bethesda, Maryland.
5    Q.  And have you ever been deposed before,
6    Dr. Jacobson?
7    A.  Yes, I have.
8    Q.  And I'll just -- some of this may be recap,
9    but I'll briefly run down some of the rules of the
10   deposition.  I'm going to be asking you questions.
11   I will need you to give an answer, orally.  Shaking
12   your head up or down won't -- won't be good enough
13   for the court reporter and uh-huh or uh-uh, also
14   are -- aren't good enough because it's difficult to
15   tell which of those is which.  So we'll need a yes
16   or no in some cases.
17        Do you understand?
18   A.  I do understand.
19   Q.  And if at any point in the deposition you
20   need a break for any reason, please let me know and
21   we can take a break.  If -- if you don't understand
22   any of the questions that I ask or can't hear one of

Page 6

1  the questions that I ask, please ask me to repeat it
2  and I'll do so. And if I do not -- if you do give
3  me an answer to a question and you haven't asked me
4  to repeat it or rephrase, I'm going to assume that
5  you understand the question, when you answer it.
6  Okay?
7      A. Understood.
8      Q. And sometimes during the deposition you may
9  give an answer and you may answer the question as
10  completely as you can at the time, but remember
11  later on in the deposition that there's some
12  additional facts you'd like to add to that answer.
13  If you just let me know, I'll give you a chance to
14  explain in order to answer it. Okay?
15      A. Okay.
16      Q. And during the course of the deposition,
17  counsel for the plaintiff may insert some
18  objections. You can answer the question, if you
19  can, after he has stated his objection. Okay?
20      A. Understood.
21      Q. And the last, last of these is you
22  understand that your testimony today is being given

Page 7

1  as it were in the court of law would have the same
2  course and effect?
3      A. Yes, I understand.
4      Q. And you had something that you wanted to
5  state for the record?
6      A. Just the fact that I have a more -- one of
7  the parties in the case is Morgan Stanley and I have
8  a small account, brokerage account with that
9  company.
10      Q. Okay. And have you reviewed any documents
11  in preparation for today's deposition?
12      A. I looked over -- since I have not seen the
13  patient in a long time, I looked over my office
14  chart.
15      Q. And did you look over anything else, other
16  than your office chart?
17      A. No.
18      Q. And do you know where the -- whether the
19  office chart has been produced in response to any
20  subpoenas in this case?
21      A. I believe it has, yes.
22      Q. And nothing else, other than the office

Page 8

1  chart though?
2      A. Nothing.
3      Q. Okay. Did you communicate with anyone
4  else, other than -- other than myself regarding the
5  scheduling of the deposition about the deposition?
6      A. No. No. I had no contact.
7      Q. Have you had any contact with the plaintiff
8  whatsoever?
9      A. None.
10      Q. All right. Dr. Jacobson, you saw
11  Mr. Morgenstein in or around December 27th of 1999;
12  is that correct?
13      A. That's correct.
14      Q. And what was the purpose of his visit to
15  you?
16      A. It was a visit and follow up of surgery
17  that had been performed in 1996, just to see where
18  he was and address some issues that were concerning
19  him.
20      Q. And did he schedule the -- the December 27,
21  1999 visit or did you schedule that?
22      A. He scheduled it.

Page 9

1      Q. And do you know why he scheduled it?
2      A. For the reasons I just stated.
3      Q. Oh. He wanted to address his concerns --
4      A. Regarding some symptoms that he was having.
5      Q. And what were the symptoms that he was
6  concerned about?
7      A. Major issues were an assessment of some of
8  his residual facial nerve, weakness, sense of
9  fatigue, some visual blurring, some recent memory
10  issues, forgetting names of people.
11      Q. And you mentioned facial nerve issues.
12      A. Yes.
13      Q. Do you recall specifically what the -- what
14  the facial nerve issues were?
15      A. He had an operation in 1996, during
16  acoustic neuroma, which is a tumor. The balance
17  nerves and hearing nerves. And following that
18  operation, he have a common complication of that
19  which was weakness of the facial nerve, weakness in
20  the muscles of facial expression from which he had
21  some significant recovery, although he was left with
22  some degree of weakness and what we call aberrant

Page 10

1  regeneration of that nerve and that when he smiled
2  somewhat, his eye would close and when he would
3  close his eyes, the corner of his mouth would rise
4  up a bit. We had been following it over the years
5  since his surgery and he had received some physical
6  therapy measures and rehabilitation for that.
7      Q. And was this a minor issue with the -- with
8  his facial nerves?
9      A. If you're the one that has it, it's not a
10 minor issue, no.
11     Q. Well, you had mentioned that this is a
12 common complication. I guess what I was -- what I'm
13 trying to get at is, was -- at least as far to the
14 extent of the -- of the complication with his facial
15 nerves, was it extensive or --
16     A. It was moderate and stable.
17     Q. Would it affect him in any of his
18 activities?
19     A. It's a cosmetic issue. Sometimes it's an
20 issue of some people have tearing from their eye
21 when they salivate. I'm not sure whether that's the
22 case for Mr. Morgenstein or not.

Page 11

1      Q. So you don't recall whether he had any
2  tearing?
3      A. I don't recall, no.
4      Q. And do you recall whether this was a
5  cosmetic issue or whether he had identified any area
6  that -- areas of his life where the facial nerve
7  issues were impacting him?
8      A. It may have been some, you know, you he
9  described some blurriness in his vision and
10 sometimes because the eye does not tear properly,
11 sometimes you can get some blurred vision in. So I
12 indicated that that may have been a factor.
13     Q. And did he say how extensive the blurriness
14 in the vision was?
15     A. I don't recall.
16     MR. SORENSEN: Mark this as Exhibit 1.
17     (Exhibit Number 1 was marked for
18     identification.)
19     MR. SORENSEN: Mike.
20     MR. KANE: Yeah.
21     MR. SORENSEN: I'm marking the December 27,
22     1999 Supplementary Report as Exhibit 1.

Page 12

1      MR. KANE: Morgenstein 87?
2      MR. SORENSEN: Yes, that's Morgenstein 87.
3      MR. KANE: Okay.
4      (Witness reviews document.)
5      BY MR. SORENSEN:
6      Q. Have you had time to review the document?
7      A. Oh, yeah.
8      Q. And this is the report you created for the
9  December 27, 1999 visit from Mr. Morgenstein;
10 correct?
11     A. That's correct.
12     Q. And this report does not state what the
13 extent of the blurriness in Mr. Morgenstein's vision
14 was, does it?
15     A. No, it does not.
16     Q. Do you know whether he had explained any
17 other -- if there were any -- if there were any
18 other details that you can recall regarding the
19 visual blurriness, other than what is stated in this
20 report?
21     A. I have no recollection of that, no.
22     Q. Do you recall whether Mr. Morgenstein had

Page 13

1  mentioned any problems he was having with reading?
2      A. Not specifically, no.
3      Q. And this report doesn't -- the December 27,
4  1999 report doesn't state that Mr. Morgenstein was
5  having any problems with reading, does it?
6      A. No, it does not.
7      Q. And if Mr. Morgenstein was suffering from
8  some blurriness in the vision, how could that be
9  corrected?
10     Well, I'll back up. Do you know whether
11 the blurred vision could have been corrected?
12     A. I don't know. I'm not -- I'm not an
13 ophthalmologist. The purpose of following that
14 complaint was for him to ask questions regarding --
15 in what way could some blurriness of his vision
16 possibly be related to the consequences of his
17 surgery. That's why I mentioned the issue of
18 dryness in that eye. Beyond that, the nature of his
19 surgery was nowhere near any of the visual apparatus
20 of the brain.
21     Q. So the --
22     A. And, therefore, I would have told him that

Page 14

1   he needed to be evaluated by an ophthalmologist to
2   clearly define whether or not his vision was
3   corrected or not.
4       Q. Do you know whether you did recommend that
5   he go see an ophthalmologist?
6       A. You'll have it in the report, but I'm
7   sure -- I'm quite sure that wouldn't have been my
8   response to him.
9       Q. Would there be any records of a referral to
10  an ophthalmologist?
11      A. No.
12      Q. And you said he wanted to understand how
13  this blurred vision could be related to his surgery.
14  Do you know if --
15      A. I'm not sure that that -- I think the
16  purpose of him seeing me for a complaint of blurred
17  vision, rather than an eye doctor, would be to get
18  my take on how, in what way it could be related.
19      Q. But you don't know specifically why he --
20  why he was asking about the blurred vision?
21      A. He was asking me about a number of issues
22  that he was having.

Page 15

1       Q. Do you know why he was asking you about
2   these issues?
3       A. No. Other than the fact that they
4   disturbed him.
5       Q. Did he mention anything about seeking an
6   accommodation of work?
7       A. I referenced that in my report, I think,
8   that possibly he did, yes.
9       Q. So is it your recollection that
10  Mr. Morgenstein came to you for this December 27,
11  1999 visit, in connection with an accommodation that
12  he was seeking in his office?
13      A. I'm not sure to what degree that was his
14  purpose or whether just to satisfy his own -- I
15  can't recall this. It's a number of years ago.
16      Q. Would one method of addressing a blurred
17  vision would be to cover the eye that was on his
18  left eye?
19      A. I don't think that that's a long-term
20  approach that is worthwhile.
21      Q. Well, if he was -- if he were to be reading
22  a document, would covering the left eye decrease

Page 16

1   his, any blurred in the vision?
2       A. It depends on what the cause of the vision
3   was. You didn't establish what the cause of his
4   blurred vision was.
5       Q. Did you -- did you establish the extent of
6   his blurred vision?
7       A. No. I'm not an ophthalmologist. I'm a
8   neurosurgeon.
9       Q. I'll back up on the December 27, 1999
10  visit.
11          Did you perform any specific tests on
12  Mr. Morgenstein during this visit?
13      A. I did an examination, you know, focussed
14  examination related to function of his facial nerve,
15  balance system.
16      Q. And what do you mean by a focussed
17  examination?
18      A. He did not have a complete neurological
19  examination. This was a post-operative follow-up
20  visit, so he did not have a full neurological
21  evaluation.
22      Q. Were there any -- I guess were there any

Page 17

1   specific tests with test names that you administered
2   to him?
3       A. No.
4       Q. And what did your examination of the facial
5   nerve entail?
6       A. Observation, specific elements of his
7   facial movements, symmetry, usually.
8       Q. And the observation of his balance?
9       A. To a Rhomberg test and standing up with his
10  eyes closed. We looked for abnormalities and
11  spontaneous abnormalities in the eye movement called
12  an eyestagmouse.
13      Q. And were there any other tests, other than
14  those, that you administered?
15      A. No.
16      Q. You had mentioned that he was suffering
17  from -- from fatigue?
18      A. Yes.
19      Q. Did he specify what he meant by suffering
20  from fatigue?
21      A. Just that he was feeling tired, that he
22  just seemed to be -- my recollection was that he

## Page 18

1  just didn't feel he had the strength or energy to,
2  you know, to work to the degree that he wanted to or
3  to participate in recreational activities that he
4  wanted to. Specifically, I think he enjoyed dancing
5  quite a bit.
6      Q. And did he name any of the physical
7  activities, other than dancing, that he was having
8  difficulty?
9      A. I don't recall.
10     Q. Now in your December 27, 1999 report, you
11  state that Mr. Morgenstein said that he had never
12  been able to resume his normal work schedule.
13     A. Yes.
14     Q. Is that correct?
15        Do you recall how much of his work schedule
16  he was able to resume?
17     A. I do not.
18     Q. Would you be able to guess?
19     A. No.
20     Q. Well, I'm sorry, I think this may be one
21  thing I didn't cover. When I'm asking a question,
22  please wait until I finish the question and

## Page 19

1  sometimes I may pause in mid-sentence, so I
2  understand it's a little bit difficult and I'll try
3  to avoid interrupting any answers that you give. So
4  I'll ask that just one more time.
5      Do you recall whether mister -- are you
6  able to guess to what extent Mr. Morgenstein was
7  able to resume his normal work schedule?
8      A. No, I cannot guess that.
9      Q. And did he say any specific tasks at his
10  work that he couldn't perform?
11     A. I don't recall.
12     Q. And the December 27, 1999 report, does not
13  state any specific tasks that Mr. Morgenstein was
14  having difficulties with, does it?
15     A. No, it does not.
16     Q. And it does not state the extent to which
17  he was able to resume his normal workstation, does
18  it?
19     A. No, it does not.
20     Q. You had also mentioned that he had some
21  trouble with his memory?
22     A. Yes.

## Page 20

1      Q. Do you recall what the trouble with his
2  memory was?
3      A. I don't recall any. The study stated that
4  he was having some difficulties with recent memory.
5      Q. Did he say -- the report says memory
6  deficit for recent events and also some difficulty
7  with remembering the names of people.
8        Was there anything else that he mentioned,
9  other than recent events and the names of people
10  that he was having difficulty remembering?
11     A. None that I can recall.
12     Q. Did he make any complaint that he couldn't
13  recall any of the information that he would read?
14     A. I can't recall that.
15     Q. And do you recall whether he said he had
16  any difference in his memory with regard to written
17  or oral instructions?
18     A. I have no recollection.
19     Q. And do you recall whether this was the
20  first time that Mr. Morgenstein had mentioned any of
21  these memory issues -- well, let me rephrase that
22  question.

## Page 21

1      Do you recall whether this was the first
2  time that Mr. Morgenstein had ever mentioned any
3  problems with his -- with visual blurring?
4      A. This is the first time I reported in my
5  notes.
6      Q. In a December 27, 1999 --
7      A. That's correct.
8      Q. -- notes?
9        Do you recall whether he -- so you have no
10  recollection of him raising any issues with his --
11  with blurred vision before December 27, 1999; is
12  that correct?
13     A. That's correct.
14     Q. And do you have any recollection of him
15  raising any issues with memory deficit, prior to
16  December 27, 1999?
17     A. That's correct.
18     Q. I'm sorry.
19     A. I have no recollection.
20     Q. Okay. Just for clarity, that you testified
21  that you had no recollection of him raising any
22  issues with memory deficit -- deficit, prior to

## Page 22

1  December 27, 1999?
2      A. Correct.
3      Q. And in the section of the report entitled
4  impression, you state: This patient has neurologic
5  dysfunction which may be related to elevation of his
6  temporal lobe.
7          Could you please describe what that
8  neurologic dysfunction was?
9      A. Neurologic dysfunction being some memory
10  loss, some degree of a sense of fatigue or I
11  wouldn't say apathy or lack of ability to initiate a
12  lot of activity, and that -- well, the issues in
13  doing effective surgery that he had is a necessity
14  to lift up on the temporal lobe of the brain, which
15  is an important structure, especially the dominant
16  temporal nerve, which is his left temporal lobe
17  where there can be -- and I use the word may here --
18  would be some relationship, be hard to prove that
19  but maybe.
20      Q. But you didn't perform any examination to
21  determine if it -- if there was any issue with his
22  temporal lobe?

## Page 23

1      A. No.
2      Q. And did Mr. Morgenstein ask, ask you to
3  perform any examination to determine whether it was
4  his -- there was an issue with his temporal lobe?
5      A. No.
6      Q. You also noted in your report that there
7  may be some element of depression associated with
8  his condition?
9      A. Yes.
10      Q. Do you believe that this depression may
11  have contributed to some of the symptoms that
12  Mr. Morgenstein claimed that he was suffering from?
13      A. Yes.
14      Q. And how is that?
15      A. I think anybody that's suffering from any
16  form of depression can have a sense of fatigue and
17  apathy, that he was troubled by some of his
18  difficulties with balance. He was troubled by his
19  facial nerve weakness, interplayed between all of
20  these might have created some sense of depression.
21      Q. Do you believe that it may have contributed
22  to his symptoms of visual blurriness?

## Page 24

1      A. I'm not sure about that.
2      Q. Do you believe it could have contributed to
3  his symptom of memory deficit?
4      A. It can, yes.
5      Q. And now I would be asking whether it can or
6  it can't, but did you at the time believe that his
7  depression could have had an impact on his -- well,
8  let me rephrase that.
9          Did you believe that his possible depressed
10  condition could have affected his -- his issue with
11  his memory?
12      A. My sense in putting in my report that he
13  may have some element of depression is an impression
14  that I got. I don't really feel qualified to judge
15  whether or not Mr. Morgenstein is clinically
16  depressed.
17      Q. Okay. But that wasn't necessarily my
18  question. I noticed that that this information was
19  included in a report and I guess what my question
20  is, is that by including this in this report, were
21  you trying to -- excuse me. By including the
22  information about some element of depression in the

## Page 25

1  report, were you thereby indicating that this could
2  be one possible factor that was -- that was
3  resulting in some of the memory deficit that he
4  claimed to be suffering from?
5      A. Yes.
6      Q. And you stated that at the conclusion of
7  the report that you did not feel any additional work
8  up was necessary for Mr. Morgenstein, why was that?
9      A. I didn't feel that any additional
10  neurological work up was necessary. My recollection
11  is and again this, this note is sent to his
12  internist, Dr. Aleskow. And my recollection in
13  talking to Mr. Morgenstein was that the issues that
14  he complained about, it's been bothering him
15  sufficiently, should be addressed with a
16  psychologist, neuropsychologist, specific testing of
17  tasks and things like that. And his vision with an
18  ophthalmologist, that there was nothing in his
19  examination to suggest that this was any ongoing
20  issue related to his tumor.
21      Q. And did you recommend that he see a
22  neuropsychologist or a psychologist?

Page 26

1    A. It's not my report, but it's my
2    recollection that we had that discussion.
3    Q. Do you know if, in fact, Mr. Morgenstein
4    ever saw a neuropsychologist?
5    A. I don't. That's the last time I saw him.
6    Q. Did he have any further contact with you?
7    A. No.
8    Q. Now, with regard to the -- I'll just back
9    up for a minute.
10       With regard to the visual blurriness, the
11   only information upon which you -- upon which that
12   was based was what Mr. Morgenstein told you; is that
13   correct?
14   A. That's correct.
15   Q. And the issues with Mr. Morgenstein's
16   memory, the only information that you had available
17   to you when you reviewed that issue was what
18   Mr. Morgenstein told you; is that correct?
19   A. That's correct.
20   Q. And this December 27, 1999 report would
21   contain all of the information that Mr. Morgenstein
22   gave you during your visit; is that correct?

Page 27

1    A. I don't know that it contained everything
2    that he told me, no. It's a brief report.
3       You have to understand the scope of what we
4    see these patients for. I'm a neurosurgeon. We
5    look for specific issues, complications related to
6    the type of surgery that he had and my report
7    generally focus on that. There are many other
8    things that patients tell me that these are not
9    exhaustive, verbatim summaries of all of the
10   complaints that a patient may have. We focus on
11   those issues for which a surgeon might need to make
12   some judgments. I didn't think that there was
13   anything that he described that required additional
14   services from me.
15   Q. And if he had mentioned that he had been
16   having any difficulty with reading or retaining any
17   information, would that be something that you would,
18   that might pertain to -- for which you might need to
19   perform to him -- for him?
20   A. No.
21   Q. But you don't recall him ever saying
22   anything about those issues; is that correct?

Page 28

1    A. I don't recall them.
2    Q. Now, did you -- did you have any opinion as
3    to the extent of the difficulties Mr. Morgenstein
4    was having after his surgery, in the 1999 --
5    December 27, 1999 time frame?
6    A. I'm not sure what you're getting at.
7    Q. Did you believe that the complaints that he
8    had were, were serious or minor in nature?
9    A. They were serious to him. I don't think
10   that they were, again, reflective of an issue that a
11   surgeon would give.
12       It's my recollection that I try to assure
13   him that, you know, the surgical site had healed
14   well, that his facial nerve was improving, that he
15   would always have some, I think, residual loss of
16   function in that facial nerve. But that those
17   complaints that he had were not things that would be
18   followed by a surgeon, that he should discuss them
19   with his internist, and how they wanted to pursue
20   that would be up to them.
21   Q. But you don't know whether he discussed any
22   of those with his internist?

Page 29

1    A. I don't know.
2    Q. Did you ever have any conversations with
3    his internist after this December 27, 1999 report?
4    A. No.
5    Q. Did you form any opinion as to the extent
6    for which Mr. Morgenstein may be impacted in his
7    daily activities by some of the complaints that he
8    had?
9    A. He was impacted by it, enough so that he
10   came to see me for those concerns. Yeah.
11   Q. But that's -- are you saying that as a
12   guess or is -- or did Mr. Morgenstein specifically
13   tell you?
14   A. I don't recall specifically how much he
15   felt it bothered him.
16   Q. And at the conclusion of the report you
17   say, some accommodation is likely going to be made
18   to -- I'm sorry. Some accommodation is likely going
19   to need to be made at his work place so that he can
20   continue to be productive.
21       Did you have any opinion as to what the
22   accommodation was that you were referring to here?

## Page 30

1   A. No.
2   Q. Did he ask you for your opinion as to what
3   the accommodation was, should be?
4   A. I don't recall whether he would or
5   wouldn't, but that's not with any scope of my
6   expertise.
7   Q. And so -- I'll strike that.
8   Did he mention any specific accommodations
9   that he was -- that he was seeking?
10   A. Not that I recall.
11   Q. Did he mention any difficulties he was
12   having with any tests that he had to take?
13   A. No.
14   Q. And you don't recall if he ever sought --
15   do you recall if he ever sought your opinion prior
16   to the December 27, 1999 meeting regarding any
17   difficulties he was having with -- with testing?
18   A. No.
19   Q. And you don't recall him ever having --
20   ever mentioning the Series 65 examination to you?
21   A. No.
22   Q. Do you know whether he, in fact, did ever

## Page 31

1   mention the Series 65 examination to you?
2   A. No.
3   Q. Actually, I think I may have asked the
4   question the wrong way.
5   Let me ask it this way. Did
6   Mr. Morgenstein ever ask you -- did he ever speak to
7   you about the Series 65 examination?
8   A. Not that I recall.
9   Q. And he didn't speak to you about any
10   accommodations he was seeking with regard to that
11   examination, did he?
12   A. I don't recall, but it's -- again, it's not
13   within the scope of my interaction with him to delve
14   much more deeply into it with him, than what I did
15   and to then tell him he needs to pursue this
16   elsewhere. I would not design a -- an accommodation
17   for him. I don't have the expertise to decide what
18   he might need in terms of alteration in his schedule
19   and limitations to what he can do. It's not what I
20   do.
21   Q. And so if he had asked you for an opinion
22   on that, is it your testimony that you didn't feel

## Page 32

1   that you could instruct him on that?
2   A. That's correct.
3   Q. Now, let me just make sure that I have that
4   clear for the record. You don't feel that you could
5   have instructed Mr. Morgenstein on any specific
6   accommodations he may need for his work; is that
7   correct?
8   A. That's correct.
9   MR. SORENSEN: Can we go off the record? I
10   may be able to wrap up pretty quickly.
11   (Off the record.)
12   BY MR. SORENSEN:
13   Q. Dr. Jacobson, you did not recommend any
14   course of treatment for Mr. Morgenstein at the
15   conclusion of this, this December 27, 1999 report?
16   A. No, I did not.
17   Q. And do you recall whether you referred him
18   to any particular doctor?
19   A. No.
20   Q. Do you recall whether you referred him to
21   any other kind of -- any other psychiatric or other
22   specialists?

## Page 33

1   A. No.
2   Q. And in this December 27, 1999 visit, you
3   did not establish the cause of Mr. Morgenstein's
4   blurred vision, did you?
5   A. No, I did not.
6   Q. And you did not establish the cause of
7   Mr. Morgenstein's fatigue?
8   A. I did not.
9   Q. Okay. And did you establish the extent of
10   his fatigue?
11   A. I did not.
12   Q. Do you know whether Mr. Morgenstein had any
13   other sources of depression and it may have
14   contributed to his condition?
15   A. None that I know of, no.
16   Q. And do you believe that you were qualified
17   to determine the extent to which Mr. Morgenstein's
18   condition may impact his ability to perform work?
19   A. No.
20   Q. Do you believe that you're qualified to
21   determine the extent to which Mr. Morgenstein's
22   condition would impact his ability to walk?

Page 34

1    A. Well, I have some ability in that respect.
2    His ability to walk?
3       Q. Yes.
4       A. Yes.
5       Q. How extensive do you believe his -- his
6    condition impacted his ability to walk?
7       A. I don't think extensively, no.
8       Q. Do you believe that any impairment in his
9    ability to walk was minor?
10      A. That's my recollection.
11      Q. And do you believe that you're qualified to
12   determine to the extent to which Mr. Morgenstein's
13   condition may have impacted his other sporting --
14   sport activities?
15      A. Not really, no.
16      Q. And do you believe that you're qualified to
17   determine the extent to which Mr. Morgenstein's
18   condition might impact his ability to read?
19      A. No.
20      Q. Does the fact that you have an account with
21   Morgan Stanley have any impact on your testimony
22   today?

Page 35

1       A. None whatsoever.
2       Q. And it does not impact your-- any of the
3    facts that you've stated in your testimony; is that
4    correct?
5       A. It does not. I'm not even 100 percent
6    absolutely sure that I do. I think I do.
7       Q. Okay. And you've understood all the
8    questions that I've asked you?
9       A. Absolutely.
10      Q. And is there anything else that you recall
11   regarding your interactions with Mr. Morgenstein
12   that you haven't told me today?
13      A. No.
14         MR. KANE: Objection to the form.
15         BY MR. SORENSEN:
16      Q. Is there -- is there anything that you
17   recall regarding your December 27, 1999 visit from
18   Mr. Morgenstein that you have not told me?
19      A. No.
20      Q. And do you recall any of your -- any other
21   visits Mr. Morgenstein made to you with regard to
22   his surgery?

Page 36

1       A. I have no direct recollection of them. I
2    have notes that I've looked at from previous visits.
3       Q. And those notes -- do you recall mister --
4    you do not recall whether Mr. Morgenstein -- scratch
5    that. I'm sorry. Strike that question.
6          Do you recall whether Mr. Morgenstein
7    mentioned his -- mentioned any memory problems in
8    any of those other visits?
9       A. I don't recall.
10      Q. And, in fact, there's no record of him
11   raising any issue with regard to his memory, prior
12   to the December 27, 1999 report; is that correct?
13      A. That's correct.
14      Q. And there's no record of Mr. Morgenstein
15   ever raising any issue with regard -- with regard to
16   his vision, prior to the December 27, 1999 report;
17   is that correct?
18      A. That's correct. Except insofar as he was
19   using the lubricant in his eye and at one point I
20   think it was changed because of some issues with
21   that, but he was no longer using any of that
22   lubricant.

Page 37

1       Q. But that lubricant -- oh, I'm sorry.
2       A. Sometimes the lubricant can cause blurred
3    vision.
4       Q. But other than possible blurred vision from
5    the lubricant, he hadn't mentioned any other
6    problems with blurred visions prior to the
7    December 29 -- 27?
8       A. Not to my knowledge.
9       Q. I'm sorry. Just to get the question
10   straight.
11         He had not mentioned any problems with his
12   blurred vision, other than possibly problems
13   associated with the eye drops, prior to December 27,
14   1999; is that correct?
15      A. That's correct.
16      Q. I don't think I have anymore questions.
17         MR. KANE: I don't have any questions.
18         BY MR. SORENSEN:
19      Q. All right. You have the right to read your
20   deposition at this time. Do you waive that right?
21      A. I waive that right.
22      Q. Okay.

Page 38

1        (Ending time:  2:47 p.m.)
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

Page 39

1    UNITED STATES OF AMERICA )
2                 SS:
3    STATE OF MARYLAND        )
4         I, GERCHA RICHARDS WHITE, a Notary Public
5    within and for the State of Maryland, do hereby
6    certify that the witness whose deposition is
7    hereinbefore set forth was duly sworn and that the
8    within transcript is a true record of the testimony
9    given by such witness.
10        I further certify that I am not related to
11   any of the parties to this action by blood or
12   marriage and that I am in no way interested in the
13   outcome of this matter.
14        IN WITNESS WHEREOF, I have hereunto set my
15   hand this 14th day of July, 2006.
16
17
18        _____
19             GERCHA RICHARDS WHITE
20
21   My Commission Expires:
22   August 1, 2010

**Word Index**