## MORGAN STANLEY
1775 I STREET, N.W.
WASHINGTON, D.C. 20006
(202) 862-9000

## FAX COVER

DATE:   MARCH 14, 2002

TO:     MARY ROBERTSON @MS REGISTRATION

FAX:    (212) 762-9541
PHONE:  (212) 762-4862

FROM:   NORMAN L. MORGENSTEIN
FAX:    (202) 862-9185
PHONE:  (800) 745-2451 X 9094
        (202) 862-9094

RE:     SERIES 65 REGISTRATION

Dear Mary,

Following is the history of my situation in chronological order. In addition to these documents, I have had numerous conversations, first with Dana Sheppard, then with Lilah Blackstone who took over the case, assisting me in writing the letters. Please do not hesitate to call should you need additional information.

Most Sincerely,

Norman L. Morgenstein

This fax transmission contains __25__ page(s) including this page.

MORGENSTEIN 1

## Morgenstein, Norman

**From:** Morgenstein, Norman
**Sent:** Friday, March 09, 2001 3:41 PM
**To:** Jauregui, Hugo
**Subject:** RE:

These accounts were set up with ICS between 1992 and 1994. Can you tell me how all of a sudden, I am not registered and how long it has been that I'm not registered?

-----Original Message-----
**From:** Jauregui, Hugo
**Sent:** Monday, March 05, 2001 4:29 PM
**To:** Morgenstein, Norman
**Subject:**

National registration does not have you registered as an Investment Advisor in the state where your branch is located. ICS sales credits therefore will be jeopardized if requirements are not met within a timely fashion.

Please forward appropriate documents to National Registration. Information about this topic can be found on the intranet under ICS Headlines.

ICS Account(s): 642-098051   642-098144   642-112559   642-116655   642-149105

Thank You
ICS Operations

MORGENSTEIN 2

*MORGAN STANLEY DEAN WITTER*

*1775 Eye Street NW, Suite 200*
*Washington, DC 20006-2401*
*202-862-9000  202-862-9094*
*202-862-9185 Fax*

*NORMAN MORGENSTEIN*
*Associate Vice President*
*Financial Advisor*

April 4, 2001

Mr. Theodore Miles
Director of Securities
Department of Insurance and Securities Regulation
810 1st Street, N.E.  Suite #622
Washington, DC  20002

Dear Mr. Miles:

    My name is Norman Morgenstein and I was informed by my National Registration Department that I should contact you directly regarding my Series 65 Investment Advisor registration.

    Born in the District of Columbia, I have been a Financial Advisor with Morgan Stanley Dean Witter and its predecessors, in the Washington, DC office since November 1971. In the latter part of 1990, I was "grand-fathered" to an Investment Advisor status in the State of Maryland. At that time, my firm was apparently remiss with my registration status as an Investment Advisor with the District of Columbia. Ostensibly, that was the beginning of my firm's remissness. Recently, I became aware that my firm allowed my Maryland Investment Advisor (series 65) status to lapse on December 31, 1998. Further inquiries into my status indicated I *needed* to be registered in the District of Columbia because the District is my office of domicile.

    I realize the solution would be to take and pass the Series 65 to receive my Investment Advisor registration. However, because of circumstances, *this* solution is virtually impossible. On February 29, 1996, at the Washington Hospital Center, Drs. Jeff Jacobsen and Dennis Fitzgerald performed a seven and one-hour surgery (I'm told) to remove a brain tumor. The surgery has left me with a myriad of disabilities I don't care to think of on a good day, but I do the best that I can. For your review, I have attached the surgeons Supplementary Neurosurgical Report indicating the results of the procedure.

    I do want you to know that I have obtained the Series 65 material, and have made many concerted efforts to review and absorb the information. Unfortunately, the volume and contents of the material is too overwhelming for me to comprehend in the condition I was left with due to the surgery.

C-1

Because of my disability, I am humbly requesting to be "grand-fathered" to an Investment Advisor status with the District of Columbia.

Should you require additional information, please feel free to call me at (202) 862-9094.

Most Sincerely,

Norman Morgenstein
Financial Advisor, AVP

Enclosure
Cc: Paul Garipole
    Registration Department
    Morgan Stanley Dean Witter
    Fax: (212) 392-3602

THE NEUROLOGICAL SURGERY GROUP, P. C.

John W. Barrett, M.D.
F. Donald Cooney, M.D.
Jeff Jacobson, M.D.
Alexandros D. Powers, M.D.
Edward F. Aulisi, M.D.

Main Office and Mailing Address
THREE WASHINGTON CIRCLE, N.W., SUITE 306
WASHINGTON, D.C. 20037-2381
(202) 223-1060 • FAX (202) 223-2553

Website - www.brainsurgery.com
E-mail - info@brainsurgery.com

THE WASHINGTON SPINE CENTER

## SUPPLEMENTARY NEUROSURGICAL REPORT

MORGANSTEIN, Norman                    27 December 1999

Mr. Morganstein has a number of complaints which are certainly related temporally to the presence of his tumor and subsequent surgery. He has had an element of fatigue. He has never been able to resume his normal work schedule and this extends as well into some of his recreational activities. He has had some visual blurring, he has had memory deficit for recent events and also some difficulty with remembering names of people. Although not dramatic, in aggregate he feels that overall his functional abilities are diminished because of this.

On examination, he is awake and responsive. He continues to have the residuals of left facial weakness and the hearing loss on that side. The remainder of his neurological examination is for the most part normal.

IMPRESSION: This patient has neurologic dysfunction which may be related to elevation of his temporal lobe. There may be some element of depression associated with this because of his loss of hearing and the imbalance. In any event, he has this dysfunction and I do not feel that any additional work up is needed at the present time. However, some accommodation is likely going to need to be made at his workplace so that he can continue to be productive.

Jeff Jacobsen, M.D.

JJ:daw
(transcribed 12/30/99)

cc:   Elliot Aleskow, M.D.
      Mr. Norman L. Morganstein

4927 AUBURN AVENUE
SECOND FLOOR
BETHESDA, MARYLAND 20814-2641

9715 MEDICAL CENTER DRIVE
SUITE 227
ROCKVILLE, MARYLAND 20850-3320

106 IRVING STREET NW
SUITE 4300 NORTH
WASHINGTON, DC 20010

```
                                                                          P. 1
              * * * TRANSMISSION RESULT REPORT ( APR. 4.2001 11:31AM ) * * *
                                                              TTI  DEAN WITTER
   DATE    TIME   ADDRESS            MODE    TIME  PAGE RESULT PERS. NAME
                                                                          FILE
   APR. 4. 11:29AM       912123923602 TES    1'36"  P. 4  OK
                                                                          981


   # : BATCH          C : CONFIDENTIAL    $ : TRANSFER       P : POLLING
   M : MEMORY         L : SEND LATER      @ : FORWARDING     E : ECM
   S : STANDARD       D : DETAIL          F : FINE           > : REDUCTION
```

*C4*

MORGENSTEIN 6



## Government of the District of Columbia
Department of Insurance and Securities Regulation

Anthony A. Williams
Mayor

Lawrence H. Mirel
Commissioner

Securities Bureau

May 15, 2001

Norman Lee Morgenstein
Morgan Stanley Dean Witter
1850 K Street, NW
Washington, D.C. 20006

Dear Mr. Morgenstein:

The Department of Insurance and Securities Regulation's Securities Bureau (hereinafter "Securities Bureau") has received your request for a waiver of the Series 65 Investment Adviser Examination and reviewed the information that you have submitted in support of the waiver. However, at this time, we are unable to grant your waiver request because of our inability to determine to what extent, if any, your medical condition would have on your ability to act as an Investment Adviser.

You state in your letter dated April 4, 2001, that you had surgery on February 29, 1996 that left you with a myriad of disabilities that prevent you from being able to comprehend the volume and contents of the Series 65 exam. You also indicated that were "grand-fathered" to an Investment Adviser status in the State of Maryland in 1990, but that your firm allowed that status to lapse on December 31, 1998. However, you failed to provide any information regarding the extent that you were able to return to your normal duties as an adviser.

Our concern is how your disability will affect your ability to effectively handle the demands of advising your clients. It is for this reason that we recommend that you submit additional information which would adequately document that your disability would not affect your ability to properly advise clients.

Should you have any questions, please feel free to contact me at (202) 442-7753.

Sincerely,

Dana G. Sheppard
Securities Counsel

𝒟

*MORGAN STANLEY DEAN WITTER*

*1775 Eye Street NW, Suite 200*
*Washington, DC 20006-2401*
*202-862-9000   202-862-9094*
*202-862-9185 Fax*

**NORMAN MORGENSTEIN**
*Associate Vice President*
*Financial Advisor*

May 21, 2001

Mr. Dana G. Sheppard
Government of the District of Columbia
Department of Insurance and Securities Regulation

VIA FACSIMILE: (202) 535-1198

RE:   Series 65 Registration

Dear Mr. Sheppard:

    Thank you so much for returning my phone call. As per our conversation and your request, I am enclosing a copy of my surgeon's 'Supplementary Neurosurgical Report', and a report from the Vision & Conceptual Development Center, received after I mailed my original request. For your convenience, I am also enclosing a copy of my original letter.

    Again, should you require additional information please feel free to call me at (202) 862-9094, or if you prefer, I would be more than willing to come to your office for an interview.

                      Most Sincerely,

                        Norman L. Morgenstein
                        Financial Advisor, AVP

Enclosures: (3)
Cc:   Paul Garipole
      Registration Department
      Morgan Stanley
      Fax: (212) 392-9602

E-1

THE NEUROLOGICAL SURGERY GROUP, P. C.

John W. Barrett, M.D.
F. Donald Cooney, M.D.
Jeff Jacobson, M.D.
Alexandros D. Powers, M.D.
Edward F. Aulisi, M.D.

Main Office and Mailing Address
THREE WASHINGTON CIRCLE, N.W., SUITE 306
WASHINGTON, D.C. 20037-2381
(202) 223-1060 • FAX (202) 223-2553

Website - www.brainsurgery.com
E-mail - info@brainsurgery.com

THE WASHINGTON SPINE CENTER

## SUPPLEMENTARY NEUROSURGICAL REPORT

MORGANSTEIN, Norman                27 December 1999

Mr. Morganstein has a number of complaints which are certainly related temporally to the presence of his tumor and subsequent surgery. He has had an element of fatigue. He has never been able to resume his normal work schedule and this extends as well into some of his recreational activities. He has had some visual blurring, he has had memory deficit for recent events and also some difficulty with remembering names of people. Although not dramatic, in aggregate he feels that overall his functional abilities are diminished because of this.

On examination, he is awake and responsive. He continues to have the residuals of left facial weakness and the hearing loss on that side. The remainder of his neurological examination is for the most part normal.

IMPRESSION: This patient has neurologic dysfunction which may be related to elevation of his temporal lobe. There may be some element of depression associated with this because of his loss of hearing and the imbalance. In any event, he has this dysfunction and I do not feel that any additional work up is needed at the present time. However, some accommodation is likely going to need to be made at his workplace so that he can continue to be productive.

Jeff Jacobsen, M.D.

JJ:daw
(transcribed 12/30/99)

cc:   Elliot Aleskow, M.D.
      Mr. Norman L. Morganstein

4927 AUBURN AVENUE
SECOND FLOOR
BETHESDA, MARYLAND 20814-7641

9715 MEDICAL CENTER DRIVE
SUITE 227
ROCKVILLE, MARYLAND 20850-3320

106 IRVING STREET NW
SUITE 4300 NORTH
WASHINGTON, DC 20010

# PROGRESS REPORT

## VISION & CONCEPTUAL DEVELOPMENT CENTER
### HARRY WACHS, O. D.

2440 VIRGINIA AVENUE, NW
SUITE D-102
WASHINGTON, DC 20037
TEL: (202) 862-0749
FAX: (202) 862-4988

TO:  EXAMINATION SUMMARY          RE:  NORMAN MORGENSTEIN

                                  DATE:  APRIL 17, 2001

### Notes

Mr. Morgenstein was administered a Visuo-cognitive evaluation on March 23, 2001. His distance visual acuity with present glasses is right eye 20/15, left eye 20/20+ and both eyes 20/15. Unaided his distance visual acuity is right eye 20/50, left eye 20/25+ and both eyes 20/15-. Retinoscopy shows that his present prescription is adequate. He shows a slight additional cylinder in the left eye but not of significant enough value to prescribe at this time. Ocular sensorimotor has gaps in convergence and focus. Ophthalmoscopy reveals no intra nor extra ocular pathology. Major areas of need are in Visual Thinking and Receptive-Expressive Visuo-Verbal communication from the written word. When reading instructions, Mr. Morgenstein gets confused with right and left directional. Graphic Representational Thought is far below age expectancy. A cursory evaluation of reading speed and accuracy shows that he is reading at 170 words a minute with 80 percent accuracy. The average for college should be 350 words a minute with 80 to 90 percent accuracy. I recommended that he see Kelley Dorfman for nutrition, Spectrum Center for auditory integration training and seek out occupational therapy and possibly Cranio-Sacral adjustments. His desire for improvement of balance and stability of visual fixation is somewhat guarded but optimistic. I would have to work with Mr. Morgenstein for at least 10 sessions before I could give him an estimate as to how long the treatment would take. Mr. Morgenstein is going to have Louise Dugan call us to discuss our findings and that point he will decide a future course of action.

*Harry Wachs*

E3
6

*MORGAN STANLEY DEAN WITTER*

*1775 Eye Street NW, Suite 260*
*Washington, DC 20006-2401*
*202-862-9000   202-862-9094*
*202-862-9185 Fax*

*NORMAN MORGENSTEIN*
*Associate Vice President*
*Financial Advisor*

June 4, 2001

Ms. Lilah Blackstone
Government of the District of Columbia
Department of Insurance and Securities Regulation

VIA FACSIMILE: (202) 535-1198

RE:   Series 65 Registration

Dear Ms. Blackstone

    As per your instructions, I am submitting the following additional information for your department's consideration.

    In November, 1971, I joined Reynolds Securities, Inc., the predecessor company of Morgan Stanley, as a trainee. In 1972, after completing the training program, I obtained my Series 7 license and was immediately registered with the District of Columbia and the States of Maryland, Virginia and New York, as a Registered Representative (currently referred to as a 'Financial Advisor'). From that time until now, I have continually held my registration in those jurisdictions, and have since added the States of California, Connecticut, Florida, Kentucky, Maine, Massachusetts, Michigan, New Jersey, Pennsylvania and South Carolina. A review of my registration in any of these jurisdictions would reveal that I have never had a complaint nor mar on my record.

    To the issue at hand. I have requested a Series 65 registration without examination because I was registered with the State of Maryland until my firm, inadvertently, allowed the registration to expire, and that I have a reading and fatigue disability created by a surgical procedure to remove a tumor from my inner ear. The latter being evidenced by reports submitted with an earlier request.

    Although I do have these disabilities, I do have the ability to review and absorb the performance, equity style and risk factors of the various Registered Advisors, which is the basis selecting and matching a suitable portfolio manager with a client. One does not need to have an extensive reading ability to draw a conclusion of an Advisor's performance with his peers or index with which he is compared.

MORGENSTEIN 11

     Also, please consider that same selection process is used for appropriately selecting a mutual fund(s) for clients, and mutual funds are, in fact, money managers. Please not that licensing in this area is neither at issue nor in question

     You also want to understand how I obtain financial information and remain abreast of the markets. The answer is very simple. I, as well as the majority of my colleagues, have cable in my office, which is supplied by our firm, and I am constantly watching and listening to CNBC, MSNCB, Bloomberg or CNNfn.

     As always, should you require additional information, please to not hesitate to phone.

     Most Sincerely,

     Norman L. Morgenstein

Cc:    Paul Garipole
       Registration Department
       Morgan Stanley
       Fax: (212) 392-9602

```
                                                                          P. 1
              * * * TRANSMISSION RESULT REPORT ( JUN. 4.2001  1:00PM ) * * *
                                                                TTI  DEAN WITTER
   DATE   TIME   ADDRESS          MODE     TIME   PAGE RESULT PERS. NAME    FILE
   JUN. 4. 12:59PM       912123923602  TES   0'53"  P. 2  OK                215
```

```
# : BATCH        C : CONFIDENTIAL   $ : TRANSFER      P : POLLING
M : MEMORY       L : SEND LATER     @ : FORWARDING    E : ECM
S : STANDARD     D : DETAIL         F : FINE          > : REDUCTION
```

H-3

MORGENSTEIN 13



MORGENSTEIN 14

*MORGAN STANLEY DEAN WITTER*

*1775 Eye Street NW, Suite 200*
*Washington, DC 20006-2401*
*202-862-9000   202-862-9094*
*202-862-9185 Fax*

*NORMAN MORGENSTEIN*
*Associate Vice President*
*Financial Advisor*

July 10, 2001

Ms. Lilah Blackstone
Government of the District of Columbia
Department of Insurance and Securities Regulation

VIA FACSIMILE: (202) 535-1198

RE:   Series 65 Registration

Dear Ms. Blackstone

    It has been approximately one month since I last heard from you. I don't want to seem presumptuous, but I don't want you to think that I've have lost interest in my desire to obtain my Series 65 status.

    If there is additional information I can forward or relate to your office to assist in reaching a decision, please to not hesitate to contact me.

    I look forward to hearing from you.

                   Most Sincerely,

                   Norman L. Morgenstein

```
                                                                              P. 1
            * * * TRANSMISSION RESULT REPORT ( JUL.10.2001 12:56PM ) * * *
                                                          TTI   DEAN WITTER
  DATE    TIME   ADDRESS          MODE    TIME   PAGE RESULT PERS. NAME   FILE
  JUL.10. 12:56PM        202 535 1198  TES     0'27"  P. 1  OK              922


  # : BATCH        C : CONFIDENTIAL    # : TRANSFER        P : POLLING
  M : MEMORY       L : SEND LATER      @ : FORWARDING      E : ECM
  S : STANDARD     D : DETAIL          F : FINE            > : REDUCTION
```

MORGENSTEIN 16