-----Original Message-----
**From:** Greenhalgh, Carolyn
**Sent:** Monday, April 01, 2002 11:41 AM
**To:** Morgenstein, Norman
**Cc:** 'Benjamin.Bair@morganstanley.com'
**Subject:** DCIA

Norman:

I'm responding to your e-mail to Andrea regarding you DCIA.

1. The branch cancelled MDIA registrations for all employees that carried them in 1998. The laws changed and every F/A had to be IA registered in the state where the office they worked in was located, which meant that MDIA was no longer necessary for any employee in our office. The Disctrict of Columbia requires the 65 exam for IA registration and every employee who had not taken the 65 and wanted to use managed money was required to take the 65 exam in our office, including you.

2. The State of Maryland did not require the 65 exam and we IA licensed F/A's in the state who resided in that state. Having or not having the MDIA did not have any effect on the requirement other states had for the 65 exam.

3. The reason you have to take the 65 exam is because the District of Columbia requires it.

4. Morgan Stanley does not have the ability to grant a waiver.

5. Your licenses are carried by Morgan Stanley and all communication/correspondance goes throuogh our Natrional Registration Department. In addition, The District of Columbia is questioning what business you did after 1998 without a DCIA license. Please give me copies of all correspondance you had with DC, a list of any accounts you have that are/were managed between 1998 and the present, and a list of how you were paid on those accounts and the amounts you were paid so we can respond.

Feel free to have your attorney contact Benjamin Bair, Morgan Stanley's attorney regarding the e-mail and licensing issues.

Carolyn Greenhalgh

MORGENSTEIN 38