Jan-27-04 11:00A   Norman L. Morgenstein       (301) 431-3679        P.02

**DURRILL & ASSOCIATES**
3805 CUTSHAW AVENUE, SUITE 502
RICHMOND, VIRGINIA 23230

DAVID C. DURRILL
PRESIDENT

(804) 355-9562
FAX (804) 355-4368
Email: durrill@durrill.com

January 15, 2004

Norman Morgenstein
10427 Oakhill Ct
Adelphi, MD 20783-1139

Dear Norman:

We are contacting you for assistance in locating qualified individuals to fill Investment Consultant positions with a valued client in the financial services industry. Our client is a top player in the financial services industry, has an extensive distribution network throughout the Mid-Atlantic region and offers a full array of financial products. Our client enjoys a strong market share and has an excellent reputation and visibility in the Greater Washington area.

Our client wants to add top brokerage talent to their successful team. Their division enjoys very low turnover and has had several brokers named to Bank Investment Marketing Magazine's "Top 50 Bank Reps" list. Ideal candidates must have a strong track record of personal production. Our client seeks individuals who have minimum production of $300,000 per year, but they are making aggressive offers to attract million dollar producers. They require the appropriate securities licensing (Series 7, 65/66, life and health). They offer a steady supply of warm leads and an excellent platform. As the CEO of the division stated,

> *"You will be supported by all the tools you need to help leverage the growth of your business. You will also have access to a host of products, from fee-based wrap accounts and wealth transfer planning to equity research and money-management accounts. They are all designed to help cement you in your role as your client's primary investment advisor."*

Compensation will depend on background experience and production. A compensation package could include a substantial signing bonus, long-term draw and a competitive incentive plan for top producers. A comprehensive benefits package including medical, dental and vision insurance, pension, 401k and paid vacation and sick leave would also be part of an employment offer.

We are eager to interview, in strict confidence, any financial services professional that might qualify for and become interested in the position we describe. Should you know of such a person, please contact me by phone at 804-355-9562 x303, or email me at mbrooks@durrill.com.

We look forward to hearing from you.

Sincerely,

*Melissa C. Brooks*

Melissa C. Brooks

MORGENSTEIN 67

## Morgan Stanley

Investment Management
1221 Avenue of the Americas
22nd Floor
New York, NY 10020

December 15, 2003

Norman L Morgenstein
Branch # 642
Washington DC

Morgan Stanley Funds would like to thank you for your continued efforts throughout 2003. We appreciate your commitment to excellence shown through the personal and professional service that you provide your clients on a daily basis. We recognize such service as our most valuable asset.

We take pleasure in announcing that on December 15, 2003, you will receive a year-end residual from Morgan Stanley. Included in the total amount is $11,914.20, which represents residual earnings from Morgan Stanley Funds. This year, your residuals payment is included in your December 15, 2003 payroll check.

Once again, thank you for your ongoing support of Morgan Stanley Funds. On behalf of everyone at Morgan Stanley Investment Advisors, we wish you and your family a joyous holiday season and a prosperous New Year.

Very truly yours,

John B. Kemp III
*President and CEO*
*Morgan Stanley Distributors*

642 - 54

MORGENSTEIN 68

Page 1 of 1

**Morgenstein, Norman**

From: Morgenstein, Norman
Sent: Thursday, November 20, 2003 3:26 PM
To: Masci, Ron
Subject: License

November 20, 2003

Mr. Ronald Masci,
Senior Vice President & Branch Manger
Morgan Stanley
1775 Eye Street, NW
Washington, DC 20006

VIA Email & Interoffice Mail

Dear Ron,

    As I'm sure you are aware, I have recently completed my 32nd year with the firm. Looking back at the changing direction of the industry over the last several years, and looking forward, I have come to the conclusion that in order to be more productive for the firm and myself, and to stay in line with the firm's direction of fee based managed accounts, I find it imperative to obtain a Series 65 license.

    Under normal circumstances, and prior to February, 1996, I would simply study for, and obtain my license through the normal channel of examination. However, you are also aware of my medical history and that my 1996 surgery has created a disability and made it virtually impossible for me to obtain the Series 65 licensing through normal channels. Because of my disability, I am requesting that you file the necessary documents on my behalf with the District of Columbia Department of Insurance And Securities Regulation, following protocol and formally requesting an exemption to the examination, so that I can obtain the Series 65 license.

    I look forward to your reply.

    Most Sincerely,

Norman L. Morgenstein
Associate Vice President
Financial Advisor

11/20/2003

MORGENSTEIN 69

**Morgan**Stanley

Norman Morgenstein
*Associate Vice President*
*Financial Advisor*

1775 Eye Street, Northwest
Suite 200
Washington, DC 20006-2401

tel 202 862 9000
tel 202 862 9094
fax 202 862 9185

November 20, 2003

Mr. Ronald Masci,
Senior Vice President & Branch Manger
Morgan Stanley
1775 Eye Street, NW
Washington, DC 20006

VIA Email & Interoffice Mail

Dear Ron,

    As I'm sure you are aware, I have recently completed my 32nd year with the firm. Looking back at the changing direction of the industry over the last several years, and looking forward, I have come to the conclusion that in order to be more productive for the firm and myself, and to stay in line with the firm's direction of fee based managed accounts, I find it imperative to obtain a Series 65 license.

    Under normal circumstances, and prior to February, 1996, I would simply study for, and obtain my license through the normal channel of examination. However, you are also aware of my medical history and that my 1996 surgery has created a disability and made it virtually impossible for me to obtain the Series 65 licensing through normal channels. Because of my disability, I am requesting that you file the necessary documents on my behalf with the District of Columbia Department of Insurance And Securities Regulation, following protocol and formally requesting an exemption to the examination, so that I can obtain the Series 65 license.

    I look forward to your reply.

Most Sincerely,

Norman L. Morgenstein
Associate Vice President
Financial Advisor

MORGENSTEIN 70

Message

**Morgenstein, Norman**

**From:** Masci, Ron
**Sent:** Monday, December 15, 2003 4:00 PM
**To:** Morgenstein, Norman
**Subject:** RE: Our Nove. 24th Meeting & Follow up.

Your assumption of the date is correct. You should plan accordingly. Ron Masci

-----Original Message-----
**From:** Morgenstein, Norman
**Sent:** Monday, December 01, 2003 1:57 PM
**To:** Masci, Ron
**Subject:** Our Nove. 24th Meeting & Follow up.

December 1, 2003

Mr. Ronald Masci,
Senior Vice President & Branch Manger
Morgan Stanley
1775 Eye Street, NW
Washington, DC 20006

VIA Email & Interoffice Mail

RE:    Our November 24th Meeting & Your Follow Up Call.

Dear Ron,

So there will be no misunderstanding as to the contents of our meeting on November 24th at which Matt was present, and your follow up call on or around November 25th, the following is my understanding.

First, it is your final decision that you will not make application on my behalf, to the DC Licensing body for an exemption to the Series 65 exam. Secondly, I have two (2) choices in the immediate future. The two choices are that "either I retire, or you will discharge me."

To this end, and since I have no other choice in this matter, I have contacted Josephine in our retirement department at the number you supplied, and have requested a retirement package. I have given her a departure date of December 31, 2003 so that accurate calculations can be made.

So that I know we are on the same page, I would appreciate a reply by email or letter.

Sincerely,

Norman L. Morgenstein
Associate Vice President
Financial Advisor

12/16/2003

MORGENSTEIN 71