T 1348

05

## PATIENT HISTORY & INFORMATION

(Confidential Information for our files)

(Please print clearly)

DATE 11/17/05

NAME Morgenstern Norman L (Last, First, Middle) AGE 61 BIRTH DATE 3/19/44

RES. ADDRESS 10427 Oak Hill Court Adelphi MD 20783 (Street, City, State, Zip) RES. PHONE 301 431-3679

BUSINESS ADDRESS Same BUS. PHONE

EMPLOYED BY OCC.

SPOUSE'S NAME OCC. EMPLOYED BY

PHYSICIAN ADDRESS

WHOM MAY WE THANK FOR REFERRING YOU?

DO YOU HAVE ANY HISTORY OF THE FOLLOWING (If Yes, Please Check)
☐ High Blood Pressure ☐ Ear Trouble ☐ Diabetes ☐ Asthma ☐ Anemia ☐ Tuberculosis ☐ Kidney or Liver Involvement ☐ Blood Disease
☐ Cancer ☐ Arthritis ☐ Heart Trouble ☐ Rheumatic Fever ☐ Other (Please Specify) likes the therapeutic

HAS ANY ONE IN YOUR FAMILY HAD THE FOLLOWING? (If yes, Please Check)
☐ Diabetes ☐ Heart Disease ☐ High Blood Pressure ☐ Blindness ☐ Eye Disease ☐ Strabismus (turned eye) ☐ Amblyopia (lazy eye)

Are You Sensitive or Allergic to any Medications or anesthetic? ☐ Yes ☐ No
Are You Under a Doctor's Care? ☐ Yes ☐ No Why? MEH: done w/ radiation therapy
Are You Taking any Medications Now? ☐ Yes ☐ No For what Purpose? [illegible]
State Medications Names still has 5th N. issues
Are you Taking any Hormones, Including Birth Control Pills? ☐ Yes ☐ No 2° to radiation
Have You Ever Had Eye Surgery, Eye Disease, Eye or Head Injury? ☐ Yes ☐ No
Have You Ever Worn Contact Lenses? ☐ Yes ☐ No Are You Interested In Wearing Contact Lenses? ☐ Yes ☐ No

DATE OF LAST VISUAL EXAM BY WHOM WERE GLASSES GIVEN? ☐ YES ☐ NO

| | | | | | |
|---|---|---|---|---|---|
| VA DIST. | G F P | ☐ NO RX | ☐ DOES NOT WEAR | CHIEF COMPLAINT & HISTORY | generally VA stable |
| VA NEAR | G F P | ☐ CONSTANT | | | doesn't use specs much |
| HEADACHES | O F T | ☐ NEAR | ☐ DISTANCE | | |
| ASTHENOPIA | I B T | | | | |

Form Op-8

Softlenprots Sep O+N Rx's

05

## PATIENT HISTORY & INFORMATION

(Confidential Information for our files)

(Please print clearly)

DATE 1/31/05

NAME Morgenstein Norman L (Last, First, Middle) AGE 60 BIRTH DATE 3/19/44

RES. ADDRESS 10427 Oak Hill Ct. Adelphi MD 20783 (Street, City, State, Zip) RES. PHONE 301 431-3679

BUSINESS ADDRESS BUS. PHONE

EMPLOYED BY Retired OCC.

SPOUSE'S NAME OCC. EMPLOYED BY

PHYSICIAN ADDRESS

WHOM MAY WE THANK FOR REFERRING YOU?

DO YOU HAVE ANY HISTORY OF THE FOLLOWING (If Yes, Please Check)
☐ High Blood Pressure ☐ Ear Trouble ☐ Diabetes ☐ Asthma ☐ Anemia ☐ Tuberculosis ☐ Kidney or Liver Involvement ☐ Blood Disease
☐ Cancer ☐ Arthritis ☐ Heart Trouble ☐ Rheumatic Fever ☐ Other (Please Specify)

HAS ANY ONE IN YOUR FAMILY HAD THE FOLLOWING? (If yes, Please Check)
☐ Diabetes ☐ Heart Disease ☐ High Blood Pressure ☐ Blindness ☐ Eye Disease ☐ Strabismus (turned eye) ☐ Amblyopia (lazy eye)

Are You Sensitive or Allergic to any Medications or anesthetic? ☐ Yes ☐ No
Are You Under a Doctor's Care? ☐ Yes ☐ No Why? MEH: acoustic neuroma has
Are You Taking any Medications Now? ☐ Yes ☐ No For what Purpose? reoccurred and is larger -
State Medications Names ~~has had (FSR) radiation~~
Are you Taking any Hormones, Including Birth Control Pills? ☐ Yes ☐ No therapy - partially successful
Have You Ever Had Eye Surgery, Eye Disease, Eye or Head Injury? ☐ Yes ☐ No
Have You Ever Worn Contact Lenses? ☐ Yes ☐ No Are You Interested In Wearing Contact Lenses? ☐ Yes ☐ No

DATE OF LAST VISUAL EXAM BY WHOM WERE GLASSES GIVEN? ☐ YES ☐ NO

| | | | | | |
|---|---|---|---|---|---|
| VA DIST. | G F P | ☐ NO RX | ☐ DOES NOT WEAR | CHIEF COMPLAINT & HISTORY | DVO Rx DVC feels VA↓ |
| VA NEAR | G F P | ☐ CONSTANT | | | NVC (OTC) OK |
| HEADACHES | O F T | ☐ NEAR | ☐ DISTANCE | | |
| ASTHENOPIA | I B T | | | | |

Form Op-8

Never used N. VT lenses ordered. Contrast [illegible]

Morgenstein, Norman

11/05

EXTERNAL EXAM
Cover Test Dist. ____ 16" ____
CNP PD
PERRLA
DSVP GFP
Stereopsis ____ Color Vis. ____
Slit Lamp & FL
O.D. O.S.

Notes: 3 3 3 3

OPHTHALMOSCOPY: WNL NWNL
O.D. O.S.
☐ TORTUOSITY ☐
☐ NICKING ☐
☐ HEMORRHAGE ☐
☐ EXUDATE ☐
☐ ARTER. 1 2 3 4 ☐
☐ HYPER. 1 2 3 4 ☐
☐ DIAB. 1 2 3 ☐
☐ CHOR OLD NEW ☐
☐ MACULAR DEG ☐

| | C/D | A/V | HR | AB | LENS | MAC | PER |
|---|---|---|---|---|---|---|---|
| O.D. | .25 | 2/3 | | | | ✓ | |
| O.S. | .35 | 2/3 | | | | ✓ | |

NOTES:

PRESENT RX. V.A. ADD NEAR
O.D. 20/40 30
O.S. 20/30 40

KERATOMETRY A.M. N.R.A.
O.D.
O.S. P.R.A.

STATIC V.A. Dynamic Ret + Bell
O.D. 20/ O.D.
O.S. 20/ O.S.

SUBJ V.A. Add + Range
O.D. -100 20/20 O.D. +225 20/30
O.S. -075 20/25 O.S.

PHORIAS Dist E.X. Hyp. R.L. AMPL. O.D.
Near E.X. Hyp. R.L. O.S.

FINAL RX VA
O.D. +225 20/ J
O.S. 20/ J

TONOMETRY O.D. O.S. A.M. P.M. B.P. /
12 10 12:02

FIELDS PERIPH WNL NWNL Central WNL NWNL

01/05

EXTERNAL EXAM
Cover Test Dist. ____ 16" ____
CNP PD
PERRLA
DSVP GFP
Stereopsis ____ Color Vis. ____
Slit Lamp & FL
O.D. O.S.

Notes: 3 3 3 3

OPHTHALMOSCOPY: WNL NWNL
O.D. O.S.
☐ TORTUOSITY ☐
☐ NICKING ☐
☐ HEMORRHAGE ☐
☐ EXUDATE ☐
☐ ARTER. 1 2 3 4 ☐
☐ HYPER. 1 2 3 4 ☐
☐ DIAB. 1 2 3 ☐
☐ CHOR OLD NEW ☐
☐ MACULAR DEG ☐

78D

| | C/D | A/V | HR | AB | LENS | MAC | PER |
|---|---|---|---|---|---|---|---|
| O.D. | .25 | 2/3 | | | | ✓ | |
| O.S. | .35 | 2/3 | | | | ✓ | |

NOTES:

PRESENT RX. V.A. ADD NEAR
O.D. 20/50 30
O.S. 20/40 30

KERATOMETRY A.M. N.R.A.
O.D.
O.S. P.R.A.

STATIC V.A. Dynamic Ret + Bell
O.D. 20/ O.D.
O.S. 20/ O.S.

SUBJ V.A. Add + Range
O.D. -075 -025 X90 20/20 O.D. +225
O.S. -075 20/20 O.S.

PHORIAS Dist E.X. Hyp. R.L. AMPL. O.D.
Near E.X. Hyp. R.L. O.S.

FINAL RX VA
O.D. -075 +225 20/
O.S. -075 20/ J

TONOMETRY O.D. O.S. A.M. P.M. B.P. /
9 8 1:25

FIELDS PERIPH WNL NWNL Central WNL NWNL



Norman Morganstein

(04)

## PATIENT HISTORY & INFORMATION
(Confidential Information for our files)

2/17/04

(Please print clearly)

DATE 2/17/04

NAME Morganstein Norman Lee (Last / First / Middle) AGE 59 BIRTH DATE 3/15/44

RES. ADDRESS 10427 Oak Hill Ct Rockville MD 20854 (Street / City / State / Zip) RES. PHONE (301) 431-3625

BUSINESS ADDRESS ______ BUS. PHONE ______

EMPLOYED BY ______ OCC. ______

SPOUSE'S NAME ______ OCC. ______ EMPLOYED BY ______

PHYSICIAN ______ ADDRESS ______

WHOM MAY WE THANK FOR REFERRING YOU? ______

DO YOU HAVE ANY HISTORY OF THE FOLLOWING (If Yes, Please Check)
☐ High Blood Pressure ☐ Ear Trouble ☐ Diabetes ☐ Asthma ☐ Anemia ☐ Tuberculosis ☐ Kidney or Liver Involvement ☐ Blood Disease
☐ Cancer ☐ Arthritis ☐ Heart Trouble ☐ Rheumatic Fever ☐ Other (Please Specify) ______

HAS ANY ONE IN YOUR FAMILY HAD THE FOLLOWING? (If yes, Please Check)
☐ Diabetes ☐ Heart Disease ☐ High Blood Pressure ☐ Blindness ☐ Eye Disease ☐ Strabismus (turned eye) ☐ Amblyopia (lazy eye)

Are You Sensitive or Allergic to any Medications or anesthetic? ☐ Yes ☐ No
Are You Under a Doctor's Care? ☐ Yes ☐ No Why? ______
Are You Taking any Medications Now? ☐ Yes ☐ No For what Purpose? ______
State Medications Names ______ Echanges / lids still stuck in ? in AM
Are you Taking any Hormones, Including Birth Control Pills? ☐ Yes ☐ No
Have You Ever Had Eye Surgery, Eye Disease, Eye or Head Injury? ☐ Yes ☐ No
Have You Ever Worn Contact Lenses? ☐ Yes ☐ No Are You Interested in Wearing Contact Lenses? ☐ Yes ☐ No

DATE OF LAST VISUAL EXAM ______ BY WHOM ______ WERE GLASSES GIVEN? ☐ YES ☐ NO

| | | | | | |
|---|---|---|---|---|---|
| VA DIST. G F P | ☐ NO RX | ☐ DOES NOT WEAR | CHIEF COMPLAINT & HISTORY | feels VA changed again | |
| VA NEAR G F P | ☐ CONSTANT | | | | |
| HEADACHES O F T | ☐ NEAR | ☐ DISTANCE | | | |
| ASTHENOPIA I B T | | | | | |

Form Op-8

acoustic neuroma surg OS side

Fax 2/862-9107

(02)

## PATIENT HISTORY & INFORMATION
(Confidential Information for our files)

(Please print clearly)

DATE 1/11/02

NAME Morganstein Norman L (Last / First / Middle) AGE 57 BIRTH DATE 3/15/44

RES. ADDRESS ______ (Street / City / State / Zip) RES. PHONE ______

BUSINESS ADDRESS ______ BUS. PHONE ______

EMPLOYED BY ______ OCC. ______

SPOUSE'S NAME ______ OCC. ______ EMPLOYED BY ______

PHYSICIAN ______ ADDRESS ______

WHOM MAY WE THANK FOR REFERRING YOU? ______

DO YOU HAVE ANY HISTORY OF THE FOLLOWING (If Yes, Please Check)
☐ High Blood Pressure ☐ Ear Trouble ☐ Diabetes ☐ Asthma ☐ Anemia ☐ Tuberculosis ☐ Kidney or Liver Involvement ☐ Blood Disease
☐ Cancer ☐ Arthritis ☐ Heart Trouble ☐ Rheumatic Fever ☐ Other (Please Specify) ______

HAS ANY ONE IN YOUR FAMILY HAD THE FOLLOWING? (If yes, Please Check)
☐ Diabetes ☐ Heart Disease ☐ High Blood Pressure ☐ Blindness ☐ Eye Disease ☐ Strabismus (turned eye) ☐ Amblyopia (lazy eye)

Are You Sensitive or Allergic to any Medications or anesthetic? ☐ Yes ☐ No
Are You Under a Doctor's Care? ☐ Yes ☐ No Why? ______ saw opthal. Jan 02 Rec OS was
Are You Taking any Medications Now? ☐ Yes ☐ No For what Purpose? ______ hunting → was not infected
State Medications Names ______ but glued shut in AM ? lubric
Are you Taking any Hormones, Including Birth Control Pills? ☐ Yes ☐ No
Have You Ever Had Eye Surgery, Eye Disease, Eye or Head Injury? ☐ Yes ☐ No 8 wks ago saw another opthal
Have You Ever Worn Contact Lenses? ☐ Yes ☐ No Are You Interested in Wearing Contact Lenses? ☐ Yes ☐ No re: eye "crud" gave

DATE OF LAST VISUAL EXAM ______ BY WHOM ______ WERE GLASSES GIVEN? ☐ YES ☐ NO new NV Rx

| | | | | | |
|---|---|---|---|---|---|
| VA DIST. G F P | ☐ NO RX | ☐ DOES NOT WEAR | CHIEF COMPLAINT & HISTORY | and told of Rx change | |
| VA NEAR G F P | ☐ CONSTANT | years ago | | pt complained of reading in bed & referred to | |
| HEADACHES O F T | ☐ NEAR | ☐ DISTANCE | | Harry Wachs he said he may be able to help | |
| ASTHENOPIA I B T | | | | | |

Form Op-8

ONE OK New Rx for NV doesnt seem to work well

02/04

EXTERNAL EXAM
Cover Test Dist. 16"
CNP PD
PERRLA
DSVP GFP
Stereopsis Color Vis.
Slit Lamp & FL
O.D. O.S.
Notes:

OPHTHALMOSCOPY: WNL NWNL
O.D. O.S.
TORTUOSITY
NICKING
HEMORRHAGE
EXUDATE
ARTER. 1 2 3 4
HYPER. 1 2 3 4
DIAB. 1 2 3
CHOR OLD NEW
MACULAR DEG

| | C/D | A/V | HR | AB | LENS | MAC | PER |
|---|---|---|---|---|---|---|---|
| O.D. | .25 | 2 | | | | | |
| O.S. | .35 | 3 | | | | | |

PRESENT RX. V.A. ADD NEAR
O.D. 20/20
O.S. 20/25

KERATOMETRY A.M. N.R.A.
O.D.
O.S. P.R.A.

STATIC V.A. Dynamic Ret + Bell
O.D. 20/ O.D.
O.S. 20/ O.S.

SUBJ V.A. Add + Range
O.D. -100 20/20 O.D.
O.S. -075 20/25 O.S. +200

PHORIAS Dist E.X. Hyp. R.L. AMPL. O.D.
Near E.X. Hyp. R.L. O.S.

FINAL RX VA
O.D. +200
O.S. 20/ J

TONOMETRY O.D. 9 O.S. 8 A.M. 11:40 P.M. B.P. /

FIELDS PERIPH WNL NWNL Central WNL NWNL

NOTES:

11/02

EXTERNAL EXAM
Cover Test Dist. 16"
CNP PD
PERRLA
DSVP GFP
Stereopsis Color Vis.
Slit Lamp & FL
O.D. O.S.
Notes:

OPHTHALMOSCOPY: WNL NWNL
O.D. O.S.
TORTUOSITY
NICKING
HEMORRHAGE
EXUDATE
ARTER. 1 2 3 4
HYPER. 1 2 3 4
DIAB. 1 2 3
CHOR OLD NEW
MACULAR DEG

| | C/D | A/V | HR | AB | LENS | MAC | PER |
|---|---|---|---|---|---|---|---|
| O.D. | .35 | | | | | | |
| O.S. | .35 | 3 | | | | | |

PRESENT RX. V.A. ADD NEAR
O.D. 20/50
O.S. 20/30

KERATOMETRY A.M. N.R.A.
O.D.
O.S. P.R.A.

STATIC V.A. Dynamic Ret + Bell
O.D. 20/ O.D.
O.S. 20/ O.S.

SUBJ V.A. Add + Range
O.D. -100 20/ O.D.
O.S. -075 20/25 O.S. +200

PHORIAS Dist E.X. Hyp. R.L. AMPL. O.D.
Near E.X. Hyp. R.L. O.S.

FINAL RX VA
O.D. +200 20/ J
O.S. 20/ J

TONOMETRY O.D. 11 O.S. 9 A.M. P.M. 12:30 B.P. /

FIELDS PERIPH WNL NWNL Central WNL NWNL

NOTES:

## CONTACT LENS PROGRESS

Patient: Morgenstein, Norman Store:

Date of Original Fit: Lens Type:

| DATE | 5 /13 /05 | | / / | | / / | |
|---|---|---|---|---|---|---|
| TIME WORN | PRESENT HRS | MAX HRS | PRESENT HRS | MAX HRS | PRESENT HRS | MAX HRS |
| SUBJECTIVE SYMPTOMS | has had radiation tx on OS side for acoustic neuroma side of face feels "numb" and different ↑ muscle pulling gets worse during day c̄ | | | | | |
| HABITUAL VA | OD 20/20 | OS 20/25+3 | OD 20/ | OS 20/ | OD 20/ | OS 20/ |
| STAT OD | | 20/ | | 20/ | | 20/ |
| OVER REFRACTION OS | | 20/ | | 20/ | | 20/ |
| SPH-CYL OD | | 20/ | | 20/ | | 20/ |
| SPH-CYL OS | | 20/ | | 20/ | | 20/ |
| FLOURESCEIN PATTERN / FIT POS / POS MOV | O.D. | O.S. | O.D. | O.S. | O.D. | O.S. |
| OVER K OD / OS | all normal / | | / / | | / / | |
| BIO MICROSCOPY | O.D. | O.S. | O.D. | O.S. | O.D. | O.S. |
| POST KERATOMETRY OD / OS | [illegible] | | / / | | / / | |
| COMMENTS | [illegible] refer to neurologist | | gone thru tears | | | |
| CURRENT LENSES O.D. O.S. | | | | | | |

OP-21

## CONTACT LENS PROGRESS

Patient: Norman Morganstern Store:

Date of Original Fit: Lens Type:

| DATE | 8 /29 /05 | | / / | | / / | |
|---|---|---|---|---|---|---|
| TIME WORN | PRESENT HRS | MAX HRS | PRESENT HRS | MAX HRS | PRESENT HRS | MAX HRS |
| SUBJECTIVE SYMPTOMS | for past 1 mo(?) maybe 1-2 wks not sure OS red / lids stuck in AM yellowish discharge | | | | | |
| HABITUAL VA | OD 20/40 | OS 20/40 | OD 20/ | OS 20/ | OD 20/ | OS 20/ |
| STAT OD | | 20/ | | 20/ | | 20/ |
| OVER REFRACTION OS | | 20/ | | 20/ | | 20/ |
| SPH-CYL OD | | 20/ | | 20/ | | 20/ |
| SPH-CYL OS | | 20/ | | 20/ | | 20/ |
| FLOURESCEIN PATTERN / FIT POS / POS MOV | O.D. | O.S. | O.D. | O.S. | O.D. | O.S. |
| OVER K OD / OS | sl [illegible] 1+ redness | | / / | | / / | |
| BIO MICROSCOPY | O.D. | O.S. cornea [illegible] | O.D. | O.S. | O.D. | O.S. |
| POST KERATOMETRY OD / OS | A/C quiet | | / / | | / / | |
| COMMENTS | RX Vigamox 7.5 ml 1 gtt OS t.i.d. | | | | for 7-10 ds | |
| CURRENT LENSES O.D. O.S. | [illegible] | | | | Med N. 40 | |

OP-21

Morgenstern, Norman (0)

## PATIENT HISTORY & INFORMATION

(Confidential Information for our files)

(Please print clearly)

DATE 7/3/01

NAME Morgenstern (Last) Norman (First) Lee (Middle) AGE 57 BIRTH DATE 3/19/44

RES. ADDRESS 10427 Oak Hill Court (Street) Adelphi (City) MD (State) 20783 (Zip) RES. PHONE (301) 431-3679

BUSINESS ADDRESS ______ BUS. PHONE ______

EMPLOYED BY ______ OCC. ______

SPOUSE'S NAME ______ OCC. ______ EMPLOYED BY ______

PHYSICIAN ______ ADDRESS ______

WHOM MAY WE THANK FOR REFERRING YOU? ______

DO YOU HAVE ANY HISTORY OF THE FOLLOWING (If Yes, Please Check)

☐ High Blood Pressure ☐ Ear Trouble ☐ Diabetes ☐ Asthma ☐ Anemia ☐ Tuberculosis ☐ Kidney or Liver Involvement ☐ Blood Disease
☐ Cancer ☐ Arthritis ☐ Heart Trouble ☐ Rheumatic Fever ☐ Other (Please Specify) ______

HAS ANY ONE IN YOUR FAMILY HAD THE FOLLOWING? (If yes, Please Check)

☐ Diabetes ☐ Heart Disease ☐ High Blood Pressure ☐ Blindness ☐ Eye Disease ☐ Strabismus (turned eye) ☐ Amblyopia (lazy eye)

Are You Sensitive or Allergic to any Medications or anesthetic? ☐ Yes ☐ No

Are You Under a Doctor's Care? ☐ Yes ☐ No Why? acoustic neuroma

Are You Taking any Medications Now? ☐ Yes ☐ No For what Purpose? surg.

State Medications Names ______

Are you Taking any Hormones, Including Birth Control Pills? ☐ Yes ☐ No

Have You Ever Had Eye Surgery, Eye Disease, Eye or Head Injury? ☐ Yes ☐ No

Have You Ever Worn Contact Lenses? ☐ Yes ☐ No Are You Interested In Wearing Contact Lenses? ☐ Yes ☐ No

DATE OF LAST VISUAL EXAM ______ BY WHOM ______ WERE GLASSES GIVEN? ☐ YES ☐ NO

| | |
|---|---|
| VA DIST. G F P ☐ NO RX ☐ DOES NOT WEAR<br>VA NEAR G F P ☐ CONSTANT<br>HEADACHES O F T ☐ NEAR ☐ DISTANCE<br>ASTHENOPIA I B T | CHIEF COMPLAINT & HISTORY bent specs.<br>DVc OK<br>NVc OK but getting harder |

Form Op-8

Morgenstein, Norman

## PATIENT HISTORY & INFORMATION

(Confidential Information for our files)

(Please print clearly)

DATE 7/18/00

NAME Morgenstern (Last) Norman (First) Lee (Middle) AGE 56 BIRTH DATE 3/19/44

RES. ADDRESS 10427 Oak Hill Ct. (Street) Adelphi (City) MD (State) 20783 (Zip) RES. PHONE (301) 431-3675

BUSINESS ADDRESS ______ BUS. PHONE ______

EMPLOYED BY ______ OCC. ______

SPOUSE'S NAME ______ OCC. ______ EMPLOYED BY ______

PHYSICIAN ______ ADDRESS ______

WHOM MAY WE THANK FOR REFERRING YOU? ______

DO YOU HAVE ANY HISTORY OF THE FOLLOWING (If Yes, Please Check)

☐ High Blood Pressure ☐ Ear Trouble ☐ Diabetes ☐ Asthma ☐ Anemia ☐ Tuberculosis ☐ Kidney or Liver Involvement ☐ Blood Disease
☐ Cancer ☐ Arthritis ☐ Heart Trouble ☐ Rheumatic Fever ☐ Other (Please Specify) ______

HAS ANY ONE IN YOUR FAMILY HAD THE FOLLOWING? (If yes, Please Check)

☐ Diabetes ☐ Heart Disease ☐ High Blood Pressure ☐ Blindness ☐ Eye Disease ☐ Strabismus (turned eye) ☐ Amblyopia (lazy eye)

Are You Sensitive or Allergic to any Medications or anesthetic? ☐ Yes ☐ No

Are You Under a Doctor's Care? ☐ Yes ☐ No Why? ______

Are You Taking any Medications Now? ☐ Yes ☐ No For what Purpose? ______

State Medications Names Reads NV worse

Are you Taking any Hormones, Including Birth Control Pills? ☐ Yes ☐ No DV3?

Have You Ever Had Eye Surgery, Eye Disease, Eye or Head Injury? ☐ Yes ☐ No

Have You Ever Worn Contact Lenses? ☐ Yes ☐ No Are You Interested In Wearing Contact Lenses? ☐ Yes ☐ No

DATE OF LAST VISUAL EXAM ______ BY WHOM ______ WERE GLASSES GIVEN? ☐ YES ☐ NO

| | |
|---|---|
| VA DIST. G F P ☐ NO RX ☐ DOES NOT WEAR<br>VA NEAR G F P ☐ CONSTANT<br>HEADACHES O F T ☐ NEAR ☐ DISTANCE<br>ASTHENOPIA I B T | CHIEF COMPLAINT & HISTORY DVc not clear<br>NVc w harder |

NFEH / Arth. [illegible] / MSH [illegible]

Form Op-8

07/01

EXTERNAL EXAM
Cover Test Dist. ⊖ 16"
CNP PD
PERRLA
DSVP GFP
Stereopsis Color Vis. full
Slit Lamp & FL
O.D. O.S.

Notes:

OPHTHALMOSCOPY: WNL NWNL
O.D. O.S.
☐ TORTUOSITY ☐
☐ NICKING ☐
☐ HEMORRHAGE ☐
☐ EXUDATE ☐
☐ ARTER. 1 2 3 4 ☐
☐ HYPER. 1 2 3 4 ☐
☐ DIAB. 1 2 3 ☐
☐ CHOR OLD NEW ☐
☐ MACULAR DEG ☐

| | C/D | A/V | HR | AB | LENS | MAC | PER |
|---|---|---|---|---|---|---|---|
| O.D. | .30 | 2 | | | | ✓ | |
| O.S. | .40 | 3 | | | | ✓ | |

PRESENT RX. O.D. V.A. 20/20 ADD NEAR 20
O.S. V.A. 20/25 30

KERATOMETRY A.M. N.R.A.
O.D.
O.S. P.R.A.

STATIC V.A. Dynamic Ret + Bell
O.D. 20/ O.D.
O.S. 20/ O.S.

SUBJ V.A. Add + Range
O.D. -150 20/20 O.D.
O.S. -100 20/25 O.S. +200

PHORIAS Dist E.X. Hyp. R.L. AMPL. O.D.
Near E.X. Hyp. R.L. O.S.

FINAL RX VA
O.D. -150 +200 20/ J
O.S. -075 20/ J

TONOMETRY O.D. 8 O.S. 12 A.M. P.M. 1:50 B.P. /

FIELDS PERIPH WNL NWNL Central WNL NWNL

NOTES:

07/00

EXTERNAL EXAM
Cover Test Dist. ⊖ 16"
CNP PD
PERRLA
DSVP GFP
Stereopsis Color Vis. full
Slit Lamp & FL
O.D. O.S.

Notes:

OPHTHALMOSCOPY: WNL NWNL
O.D. O.S.
☐ TORTUOSITY ☐
☐ NICKING ☐
☐ HEMORRHAGE ☐
☐ EXUDATE ☐
☐ ARTER. 1 2 3 4 ☐
☐ HYPER. 1 2 3 4 ☐
☐ DIAB. 1 2 3 ☐
☐ CHOR OLD NEW ☐
☐ MACULAR DEG ☐

| | C/D | A/V | HR | AB | LENS | MAC | PER |
|---|---|---|---|---|---|---|---|
| O.D. | .35 | 2 | | | | ✓ | |
| O.S. | .40 | 3 | | | | ✓ | |

PRESENT RX. O.D. V.A. 20/60 ADD NEAR 20
O.S. V.A. 20/50 40

KERATOMETRY A.M. N.R.A.
O.D.
O.S. P.R.A.

STATIC V.A. Dynamic Ret + Bell
O.D. 20/ O.D.
O.S. 20/ O.S.

SUBJ V.A. Add + Range
O.D. -150 20/20 O.D.
O.S. -075 20/20 O.S. +200

PHORIAS Dist E.X. Hyp. R.L. AMPL. O.D.
Near E.X. Hyp. R.L. O.S.

FINAL RX VA
O.D. +200 20/ J
O.S. 20/ J

TONOMETRY O.D. 11 O.S. 12 A.M. P.M. 3:10 B.P. /

FIELDS PERIPH WNL NWNL Central WNL NWNL

NOTES:

(99)

Morganstein, Norman

**PATIENT HISTORY & INFORMATION**
(Confidential Information for our files)

(Please print clearly)

DATE 4/21/99

NAME Morganstein Norman L (Last, First, Middle) AGE 55 BIRTH DATE 3/19/44

RES. ADDRESS 10427 Oak Hill Court Adelphi MD 20783 (Street, City, State, Zip) RES. PHONE 301 431-3679

BUSINESS ADDRESS ______ BUS. PHONE ______

EMPLOYED BY ______ OCC. ______

SPOUSE'S NAME ______ OCC. ______ EMPLOYED BY ______

PHYSICIAN ______ ADDRESS ______

WHOM MAY WE THANK FOR REFERRING YOU? ______

DO YOU HAVE ANY HISTORY OF THE FOLLOWING (If Yes, Please Check)
☐ High Blood Pressure ☐ Ear Trouble ☐ Diabetes ☐ Asthma ☐ Anemia ☐ Tuberculosis ☐ Kidney or Liver Involvement ☐ Blood Disease
☐ Cancer ☐ Arthritis ☐ Heart Trouble ☐ Rheumatic Fever ☐ Other (Please Specify) ______

HAS ANY ONE IN YOUR FAMILY HAD THE FOLLOWING? (If yes, Please Check)
☐ Diabetes ☐ Heart Disease ☐ High Blood Pressure ☐ Blindness ☐ Eye Disease ☐ Strabismus (turned eye) ☐ Amblyopia (lazy eye)

Are You Sensitive or Allergic to any Medications or anesthetic? ☐ Yes ☐ No

Are You Under a Doctor's Care? ☐ Yes ☐ No Why? ______

Are You Taking any Medications Now? ☐ Yes ☐ No For what Purpose? ______

State Medications Names ______

Are you Taking any Hormones, Including Birth Control Pills? ☐ Yes ☐ No

Have You Ever Had Eye Surgery, Eye Disease, Eye or Head Injury? ☐ Yes ☐ No

Have You Ever Worn Contact Lenses? ☐ Yes ☐ No Are You Interested In Wearing Contact Lenses? ☐ Yes ☐ No

MBH acoustic neuroma sens [illegible] sx's OS [illegible]

DVO Rx

DATE OF LAST VISUAL EXAM ______ BY WHOM ______ WERE GLASSES GIVEN? ☐ YES ☐ NO

| | | | | | |
|---|---|---|---|---|---|
| VA DIST. G F P | ☐ NO RX | ☐ DOES NOT WEAR | CHIEF COMPLAINT & HISTORY DVE sl blurry? | | |
| VA NEAR G F P | ☐ CONSTANT | | | | |
| HEADACHES O F T | ☐ NEAR | ☐ DISTANCE | (NVS) Not as good as in past | | |
| ASTHENOPIA I B T | | | | | |

Form Op-8

NFBH / Ø other probs

(98)

Morganstein, Norman

**PATIENT HISTORY & INFORMATION**
(Confidential Information for our files)

(Please print clearly)

DATE 7/10/98

NAME Morgenstern Norman Lee (Last, First, Middle) AGE 54 BIRTH DATE 3/19/44

RES. ADDRESS 10427 Oak Hill Ct. Adelphi MD 20783 (Street, City, State, Zip) RES. PHONE (301) 431-3679

BUSINESS ADDRESS 1775 I St. NW DC 2000[illegible] BUS. PHONE (202) 862-9094

EMPLOYED BY Morgan Stanley Dean Witter OCC. Fin. consultant

SPOUSE'S NAME ______ OCC. ______ EMPLOYED BY ______

PHYSICIAN Elliot Bleskow ADDRESS 2121 K St.

WHOM MAY WE THANK FOR REFERRING YOU? ______

DO YOU HAVE ANY HISTORY OF THE FOLLOWING (If Yes, Please Check)
☐ High Blood Pressure ☑ Ear Trouble ☐ Diabetes ☐ Asthma ☐ Anemia ☐ Tuberculosis ☐ Kidney or Liver Involvement ☐ Blood Disease
☐ Cancer ☑ Arthritis ☐ Heart Trouble ☐ Rheumatic Fever ☐ Other (Please Specify) ______

HAS ANY ONE IN YOUR FAMILY HAD THE FOLLOWING? (If yes, Please Check)
☐ Diabetes ☐ Heart Disease ☐ High Blood Pressure ☑ Blindness ☑ Eye Disease ☐ Strabismus (turned eye) ☐ Amblyopia (lazy eye)

OS [illegible] Bell's P SX's

Are You Sensitive or Allergic to any Medications or anesthetic? ☑ Yes ☐ No [illegible]

Are You Under a Doctor's Care? ☐ Yes ☑ No Why? ______

Are You Taking any Medications Now? ☑ Yes ☐ No For what Purpose? ______

State Medications Names Prozac

DV Rx

Are you Taking any Hormones, Including Birth Control Pills? ☐ Yes ☑ No

Have You Ever Had Eye Surgery, Eye Disease, Eye or Head Injury? ☐ Yes ☑ No

Have You Ever Worn Contact Lenses? ☐ Yes ☑ No Are You Interested In Wearing Contact Lenses? ☐ Yes ☑ No

DATE OF LAST VISUAL EXAM 11/25/96 BY WHOM Simon WERE GLASSES GIVEN? ☑ YES ☐ NO

| | | | | | |
|---|---|---|---|---|---|
| VA DIST. G F P | ☐ NO RX | ☐ DOES NOT WEAR | CHIEF COMPLAINT & HISTORY DVE feels sl change | | |
| VA NEAR G F P | ☐ CONSTANT | | | | |
| HEADACHES O F T | ☐ NEAR | ☐ DISTANCE | NVS sl blur. | | |
| ASTHENOPIA I B T | | | | | |

Form Op-8

NFBH / Ø other probs / MMSX / [illegible]



(96)

Morgansteın Norman

**PATIENT HISTORY & INFORMATION**
(Confidential information for our files)

(Please print clearly)

DATE 11/21/96

NAME Morgenstein (Last) Norman (First) Lee (Middle) AGE 52 BIRTH DATE 3/14/44

RES. ADDRESS 10427 Oak Hill Ct. (Street) Adelphi (City) MD (State) 20783 (Zip) RES. PHONE (301) 431-3679

BUSINESS ADDRESS 1830 K Street NW DC 20006 BUS. PHONE (202) 822-9054

EMPLOYED BY Dean Witter OCC. ______

SPOUSE'S NAME ______ OCC. ______ EMPLOYED BY ______

PHYSICIAN ______ ADDRESS ______

WHOM MAY WE THANK FOR REFERRING YOU? ______

DO YOU HAVE ANY HISTORY OF THE FOLLOWING (If Yes, Please Check) Bells Palsy 9/95 / nose runs / freq tearing
☐ High Blood Pressure ☐ Ear Trouble ☐ Diabetes ☐ Asthma ☐ Anemia ☐ Tuberculosis ☐ Kidney or Liver Involvement ☐ Blood Disease
☐ Cancer ☐ Arthritis ☐ Heart Trouble ☐ Rheumatic Fever ☐ Other (Please Specify) ______

HAS ANY ONE IN YOUR FAMILY HAD THE FOLLOWING? (If yes, Please Check)
☐ Diabetes ☐ Heart Disease ☐ High Blood Pressure ☐ Blindness ☐ Eye Disease ☐ Strabismus (turned eye) ☐ Amblyopia (lazy eye)

Are You Sensitive or Allergic to any Medications or anesthetic? ☐ Yes ☐ No
Are You Under a Doctor's Care? ☐ Yes ☐ No Why? ______
Are You Taking any Medications Now? ☐ Yes ☐ No For what Purpose? ______ Past yr. Accoustic neuroma removed
State Medications Names ______
Are you Taking any Hormones, Including Birth Control Pills? ☐ Yes ☐ No After surg. blinking of OS
Have You Ever Had Eye Surgery, Eye Disease, Eye or Head Injury? ☐ Yes ☐ No was affected
Have You Ever Worn Contact Lenses? ☐ Yes ☐ No Are You Interested in Wearing Contact Lenses? ☐ Yes ☐ No

DATE OF LAST VISUAL EXAM ______ BY WHOM ______ WERE GLASSES GIVEN? ☐ YES ☐ NO

| VA DIST. G F P ☐ NO RX ☐ DOES NOT WEAR | CHIEF COMPLAINT & HISTORY DVc clear |
|---|---|
| VA NEAR G F P ☐ CONSTANT | |
| HEADACHES O F T ☐ NEAR ☐ DISTANCE | NVs OK getting harder |
| ASTHENOPIA I B T | |

NFEH / Other probs \ harder to concentrate

Form Op-8

---

(95)

Morgansteın, Norman

**PATIENT HISTORY & INFORMATION**
(Confidential information for our files)

(Please print clearly)

DATE 12/19/95

NAME Morgenstein (Last) Norman (First) Lee (Middle) AGE 51 BIRTH DATE 3/14/44

RES. ADDRESS 10427 Oak Hill Ct. (Street) Adelphi (City) MD (State) 20783 (Zip) RES. PHONE (301) 431-3679

BUSINESS ADDRESS 1830 K St. NW DC BUS. PHONE (202) 822 9054

EMPLOYED BY Dean Witter OCC. ______

SPOUSE'S NAME — OCC. ______ EMPLOYED BY ______

PHYSICIAN Bernard Heckman ADDRESS 8830 Cameron St SS MD

WHOM MAY WE THANK FOR REFERRING YOU? Allen Levenstein

DO YOU HAVE ANY HISTORY OF THE FOLLOWING (If Yes, Please Check)
☐ High Blood Pressure ☑ Ear Trouble ☐ Diabetes ☐ Asthma ☐ Anemia ☐ Tuberculosis ☐ Kidney or Liver Involvement ☐ Blood Disease
☐ Cancer ☐ Arthritis ☐ Heart Trouble ☐ Rheumatic Fever ☐ Other (Please Specify) ______

HAS ANY ONE IN YOUR FAMILY HAD THE FOLLOWING? (If yes, Please Check)
☐ Diabetes ☐ Heart Disease ☐ High Blood Pressure ☐ Blindness ☐ Eye Disease ☐ Strabismus (turned eye) ☐ Amblyopia (lazy eye)

Are You Sensitive or Allergic to any Medications or anesthetic? ☑ Yes ☐ No Sulpha Bees Dairy
Are You Under a Doctor's Care? ☑ Yes ☐ No Why? Ears
Are You Taking any Medications Now? ☑ Yes ☐ No For what Purpose? Clean Ears
State Medications Names ______
Are you Taking any Hormones, Including Birth Control Pills? ☐ Yes ☑ No
Have You Ever Had Eye Surgery, Eye Disease, Eye or Head Injury? ☐ Yes ☑ No DV Rx
Have You Ever Worn Contact Lenses? ☐ Yes ☑ No Are You Interested in Wearing Contact Lenses? ☐ Yes ☑ No

DATE OF LAST VISUAL EXAM 2 years BY WHOM ______ WERE GLASSES GIVEN? ☐ YES ☐ NO

| VA DIST. G F P ☐ NO RX ☐ DOES NOT WEAR | CHIEF COMPLAINT & HISTORY DVc blur. |
|---|---|
| VA NEAR G F P ☐ CONSTANT | |
| HEADACHES O F T ☐ NEAR ☐ DISTANCE | NVs clear |
| ASTHENOPIA I B T | |

NFBH / NMEH / Other Probs \ Falls asleep w/ NV

Form Op-8





11/96
EXTERNAL EXAM
Cover Test
Dist.
16"
CNP
PD
PERRLA
DSVP
GFP
Stereopsis
Color Vis.
Slit Lamp & FL
O.D.
O.S.
Notes:
OPHTHALMOSCOPY: WNL NWNL
TORTUOSITY
NICKING
HEMORRHAGE
EXUDATE
ARTER. 1 2 3 4
HYPER. 1 2 3 4
DIAB. 1 2 3
CHOR OLD NEW
MACULAR DEG
C/D A/V HR AB LENS MAC PER
NOTES:
PRESENT RX.
V.A.
ADD
NEAR
KERATOMETRY
A.M.
N.R.A.
P.R.A.
STATIC
Dynamic Ret + Bell
SUBJ
Add + Range
PHORIAS
Dist
Near
E.X.
Hyp.
R.L.
AMPL.
FINAL RX
VA
TONOMETRY
P.M.
B.P.
FIELDS
PERIPH
WNL
NWNL
Central

12/95
EXTERNAL EXAM
Cover Test
Dist.
16"
CNP
PD
PERRLA
DSVP
GFP
Stereopsis
Color Vis.
Slit Lamp & FL
O.D.
O.S.
Notes:
OPHTHALMOSCOPY: WNL NWNL
TORTUOSITY
NICKING
HEMORRHAGE
EXUDATE
ARTER. 1 2 3 4
HYPER. 1 2 3 4
DIAB. 1 2 3
CHOR OLD NEW
MACULAR DEG
C/D A/V HR AB LENS MAC PER
NOTES:
PRESENT RX.
V.A.
ADD
NEAR
KERATOMETRY
A.M.
N.R.A.
P.R.A.
STATIC
Dynamic Ret + Bell
SUBJ
Add + Range
PHORIAS
Dist
Near
E.X.
Hyp.
R.L.
AMPL.
FINAL RX
VA
TONOMETRY
P.M.
B.P.
FIELDS
PERIPH
WNL
NWNL
Central

Morgenstein 444