| | |
|---|---|
| From: | Blackstone, Lilah (DISR) |
| Sent: | Friday, March 29, 2002 7:51 AM |
| To: | Miles, Theodore (DISR); Sheppard, Dana (DISR); Goff, Maurice (DISR) |
| Cc: | Blackstone, Lilah (DISR) |
| Subject: | FW: Norman Morgenstein |

-----Original Message-----
From: Robertson, Mary [mailto:Mary.Robertson@morganstanley.com]
Sent: Thursday, March 28, 2002 12:49 PM
To: 'lilah.blackstone@dc.gov'
Cc: Masci, Ron; Greenhalgh, Carolyn ; Dachtler, Helen
Subject: Norman Morgenstein


Hi Lilah,

Please be advised that Mr. Morgenstein's branch manager, Ron Masci, has been notified of the state's request.  It has been confirmed that Mr.
Morgenstein has been notified that he must take and pass the series 65 in order to become investment adviser rep registered in DC.

Should you have any questions, please feel free to contact me at 212-762-4862.  Thank you for your cooperation in this matter.

Sincerely,
Mary Robertson


**** Important Notice to Recipients **** It is important that you do not use e-mail to request, authorize or effect the purchase or sale of any security or commodity, to send fund transfer instructions, or to effect any other transactions.  Any such request, orders, or instructions that you send will not be accepted and will not be processed by Morgan Stanley.
*****************************************



Morgenstein 531