| | |
|---|---|
| **From:** | Rouse, Andrea [Andrea_Rouse@DWEXCHANGE.DEANWITTER.com] |
| **Sent:** | Friday, May 03, 2002 12:18 PM |
| **To:** | Robertson, Mary [Mary.Robertson@morganstanley.com]; Blicharz, Katharine [Katharine.Blicharz@morganstanley.com] |
| **Cc:** | Marks, Janice [Janice.Marks@morganstanley.com] |
| **Subject:** | Series 65 Registration |

Norman Morgenstein apparently was denied accommodations to take his Series 65. Can either of you please find the reason and/or documentation stating the reason for him?
642-023  Thanks!

-----Original Message-----
**From:** Morgenstein, Norman
**Sent:** Friday, May 03, 2002 12:14 PM
**To:** Rouse, Andrea
**Subject:** Series 65 Registration

Dear Andrea,

    On April 23rd, Carolyn Greenhalgh instructed me to go through you for all communications to NY Registration. Therefore, the following: I was told by Carolyn/Cathy that I was refused the exemption allowed under Regulation 1860, of taking the Series 65 exam. I have asked for the document from the DC Securities Department refusing me this exemption. To date, I have not received the document, and my last email was completely ignored.

    Therefore, would you please contact Mary Robertson in NY Registration, and request the denial document from her. Please tell her if she refuses to supply the document, I want permission to contact Lilah Blackstone directly, since I spent almost a year both conversing and meeting with over this matter.

    Sincerely,

    Norm

MSDW03669

1

**From:** Rouse, Andrea [Andrea_Rouse@DWEXCHANGE.DEANWITTER.com]
**Sent:** Friday, May 03, 2002 2:01 PM
**To:** Garipoli, Paul [Paul.Garipoli@morganstanley.com]
**Subject:** RE: Norman Morgenstein

Right. But what is the process for the accommodation?

The person is Norman Morgenstein, 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. You can go ahead and open the window.

-----Original Message-----
**From:** Garipoli, Paul
**Sent:** Friday, May 03, 2002 1:53 PM
**To:** Rouse, Andrea
**Subject:** RE: Norman Morgenstein

If someone wants to take the 65 exam -- you must e-mail me the ae's name and social security# asking me to open up a 65 window for that person.

-----Original Message-----
**From:** Rouse, Andrea
**Sent:** Friday, May 03, 2002 1:45 PM
**To:** Garipoli, Paul
**Subject:** Norman Morgenstein

Paul,

What is the process and where do I find the paperwork for an FA here to request accommodations to take his Series 65?

MorganStanley

Andrea Rouse
P: 202-862-9051
F: 202-862-9158

MSDW03670

7/12/2006

| | |
|---|---|
| **From:** | Morgenstein, Norman [Norman_Morgenstein@DWEXCHANGE.DEANWITTER.com] |
| **Sent:** | Friday, May 10, 2002 10:26 AM |
| **To:** | Rouse, Andrea [Andrea.Rouse@morganstanley.com] |
| **Subject:** | 65 Exam |

Dear Andrea,

What is the lead time for taking the exam? Is Ron in today?

Thanks,

Norm

**Tracking:** **Recipient**

Rouse, Andrea [Andrea.Rouse@morganstanley.com]

MSDW03671

| | |
|---|---|
| From: | Rouse, Andrea [Andrea_Rouse@DWEXCHANGE.DEANWITTER.com] |
| Sent: | Friday, May 10, 2002 10:29 AM |
| To: | Morgenstein, Norman [Norman.Morgenstein@morganstanley.com] |
| Subject: | RE: 65 Exam |

I'm not sure what you mean by lead time. No, Ron is not here today.

-----Original Message-----
| | |
|---|---|
| From: | Morgenstein, Norman |
| Sent: | Friday, May 10, 2002 10:26 AM |
| To: | Rouse, Andrea |
| Subject: | 65 Exam |

Dear Andrea,

What is the lead time for taking the exam? Is Ron in today?

Thanks,

Norm

MSDW03672

| | |
|---|---|
| **From:** | Morgenstein, Norman [Norman_Morgenstein@DWEXCHANGE.DEANWITTER.com] |
| **Sent:** | Friday, May 10, 2002 10:36 AM |
| **To:** | Rouse, Andrea [Andrea.Rouse@morganstanley.com] |
| **Subject:** | RE: 65 Exam |

Dear Andrea,

    Sorry, I should have been more explicit. When I let you know that I'm ready to take the exam, how long will it be before I am actually scheduled? i.e. 5 days etc.

        Thanks,
           Norm

-----Original Message-----
**From:** Rouse, Andrea
**Sent:** Friday, May 10, 2002 10:29 AM
**To:** Morgenstein, Norman
**Subject:** RE: 65 Exam

I'm not sure what you mean by lead time. No, Ron is not here today.

-----Original Message-----
**From:** Morgenstein, Norman
**Sent:** Friday, May 10, 2002 10:26 AM
**To:** Rouse, Andrea
**Subject:** 65 Exam

Dear Andrea,

    What is the lead time for taking the exam? Is Ron in today?

    Thanks,

        Norm

**Tracking:**     **Recipient**
                    Rouse, Andrea [Andrea.Rouse@morganstanley.com]

| | |
|---|---|
| **From:** | Rouse, Andrea [Andrea_Rouse@DWEXCHANGE.DEANWITTER.com] |
| **Sent:** | Friday, May 10, 2002 11:13 AM |
| **To:** | Morgenstein, Norman [Norman.Morgenstein@morganstanley.com] |
| **Subject:** | RE: 65 Exam |

You don't tell me that you want to take the exam. You call Sylvan Learning Center and schedule it yourself within that window of dates that I gave you.
Sylvan's number is 800- 578-6273

-----Original Message-----
| | |
|---|---|
| **From:** | Morgenstein, Norman |
| **Sent:** | Friday, May 10, 2002 10:36 AM |
| **To:** | Rouse, Andrea |
| **Subject:** | RE: 65 Exam |

Dear Andrea,

　　Sorry, I should have been more explicit. When I let you know that I'm ready to take the exam, how long will it be before I am actually scheduled? i.e. 5 days etc.

　　　　Thanks,
　　　　　　Norm

-----Original Message-----
| | |
|---|---|
| **From:** | Rouse, Andrea |
| **Sent:** | Friday, May 10, 2002 10:29 AM |
| **To:** | Morgenstein, Norman |
| **Subject:** | RE: 65 Exam |

I'm not sure what you mean by lead time. No, Ron is not here today.

-----Original Message-----
| | |
|---|---|
| **From:** | Morgenstein, Norman |
| **Sent:** | Friday, May 10, 2002 10:26 AM |
| **To:** | Rouse, Andrea |
| **Subject:** | 65 Exam |

Dear Andrea,

　　What is the lead time for taking the exam? Is Ron in today?

　　　　Thanks,

　　　　　　Norm

MSDW03674

| | |
|---|---|
| **From:** | Morgenstein, Norman [Norman_Morgenstein@DWEXCHANGE.DEANWITTER.com] |
| **Sent:** | Friday, May 10, 2002 12:21 PM |
| **To:** | Rouse, Andrea [Andrea.Rouse@morganstanley.com] |
| **Subject:** | RE: 65 Exam |

Thank you

-----Original Message-----

| | |
|---|---|
| **From:** | Rouse, Andrea |
| **Sent:** | Friday, May 10, 2002 11:13 AM |
| **To:** | Morgenstein, Norman |
| **Subject:** | RE: 65 Exam |

You don't tell me that you want to take the exam. You call Sylvan Learning Center and schedule it yourself within that window of dates that I gave you.
Sylvan's number is 800- 578-6273

-----Original Message-----

| | |
|---|---|
| **From:** | Morgenstein, Norman |
| **Sent:** | Friday, May 10, 2002 10:36 AM |
| **To:** | Rouse, Andrea |
| **Subject:** | RE: 65 Exam |

Dear Andrea,

Sorry, I should have been more explicit. When I let you know that I'm ready to take the exam, how long will it be before I am actually scheduled? i.e. 5 days etc.

Thanks,
Norm

-----Original Message-----

| | |
|---|---|
| **From:** | Rouse, Andrea |
| **Sent:** | Friday, May 10, 2002 10:29 AM |
| **To:** | Morgenstein, Norman |
| **Subject:** | RE: 65 Exam |

I'm not sure what you mean by lead time. No, Ron is not here today.

-----Original Message-----

| | |
|---|---|
| **From:** | Morgenstein, Norman |
| **Sent:** | Friday, May 10, 2002 10:26 AM |
| **To:** | Rouse, Andrea |
| **Subject:** | 65 Exam |

Dear Andrea,

What is the lead time for taking the exam? Is Ron in today?

Thanks,

Norm

**Tracking:**       **Recipient**
                    Rouse, Andrea [Andrea.Rouse@morganstanley.com]

MSDW03675

1

MORGAN STANLEY DEAN WITTER

# Attention:

## CALIFORNIA, COLORADO, DC, IDAHO, KANSAS, KENTUCKY OHIO & MISSOURI FINANCIAL ADVISORS:

### ARE YOU PROPERLY REGISTERED TO SOLICIT MANAGED MONEY BUSINESS?

Beginning **March 1**, proper registration (i.e. Series 65 or 66) must be in place to solicit managed money business in the states listed below. If you are not registered by **March 1**, you will not be able to open any managed money (ICS, IMS, Custom Portfolio*) accounts, and subsequently will not be paid for any existing managed money accounts you have opened.

Once you have successfully completed the Series 65 or Series 66, you must contact Paul Garipoli in National Registration at 212-392-7307.

| State | Action Step | Fee and License Requirement |
|---|---|---|
| California | Page 1 of U-4 application | $25 / Series 65 |
| Colorado | Complete U-4 application | $10 / Series 65 |
| District of Columbia (DC) | Page 1 of U-4 application; affidavit | $35 / Series 65 |
| Idaho | Complete U-4 application | $20 / Series 65 |
| Kansas | Complete U-4 application | $35 / Series 65 or 66 |
| Kentucky | Complete U-4 application | $50 / Series 65 or 66 |
| Ohio | Complete U-4 & MCS Form / OH ADV | Series 65 |
| Missouri | | Series 65 |

The Investment Advisor registration is based on the Branch address and *not* the client's address.

### EXCEPTIONS

If you have been **"grand fathered"** the Investment Advisor registration, then you **DO NOT** have to take the Investment Advisor (Series 65 or 66) exam. You can check to see if you are registered by typing the following information into the MSDW Host (F7) screen:

Reg_Branch#_FA# → this screen will list all of your registrations, including whether or not you are registered as an Investment Advisor. If your registered, the screen will show your state abbreviation plus "IA".

**EXAMPLE**
California Financial Advisors, who are registered as an Investment Advisor, will have the following information on their screen: "CAIA" → otherwise known as California Investment Advisor.

**CONTACTS**
ICS Help Desk        (800) 280-4534
IMS Sales Desk       (212) 392-6116
Custom Portfolio*    (212) 761-7220

*Custom Portfolio is the firm's new fee-based, discretionary, FA-managed platform.

**For Internal Use Only**                                         MSDW03676