UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| **NORMAN L. MORGENSTEIN** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**MORGAN STANLEY DW INC.** )<br>) | CA No. 05-2123 (JR)<br>PTC: Oct. 24, 2006 |

**PLAINTIFF'S NOTICE OF FILING**

Please take notice that Plaintiff is filing by hard copy Ex. 31- Series 65 Study Manual because of its length.

                                                                                                     Respectfully submitted,

                                                                                                      _____
                                                                                                       Michael G. Kane, Bar No. 435121
                                                                                                        David R. Cashdan
                                                                                                        CASHDAN & KANE, PLLC
                                                                                                        1150 Connecticut Avenue, N.W.
                                                                                                        Suite 900
                                                                                                        Washington, D.C. 20036-4104
                                                                                                        Tel. (202) 862-4330

                                                                                 *Attorneys for Plaintiff*

Dated:   September 18, 2006