UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| **NORMAN L. MORGENSTEIN**           ) | |
| )  | |
| Plaintiff,           ) | |
| )  | |
| v.           ) | CA No. 05-2123 (JR) |
| )  | PTC: Oct. 24, 2006 |
| **MORGAN STANLEY DW INC.**           ) | |
| )  | |

**PLAINTIFF'S NOTICE OF FILING**

Please take notice that Plaintiff is filing by hard copy Ex. 32A – Plaintiff's Signature Page to his declaration.

Respectfully submitted,

_____
Michael G. Kane, Bar No. 435121
David R. Cashdan
CASHDAN & KANE, PLLC
1150 Connecticut Avenue, N.W.
Suite 900
Washington, D.C. 20036-4104
Tel. (202) 862-4330

*Attorneys for Plaintiff*

Dated:   September 18, 2006