UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| NORMAN L. MORGENSTEIN )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MORGAN STANLEY DW INC. )<br>) | CA No. 05-2123 (JR) |

**AFFIDAVIT OF KATHERINE V. RUSSELL**

My name is Katherine V. Russell. I am over the age of 18 and I am competent to make this affidavit.

1. I am a legal intern for the firm of Cashdan & Kane, PLLC.

2. I reviewed pages MSDW 03469-03475 (filed under seal by the defendant), entitled "National Sales – Sales Population for Washington, DC Branch (branch 642) From January 1, 2001-December 31-2005" showing an employee listing, date(s) terminated if applicable, and whether or not each had passed the Series 65 or 66 examination and thus received a license, or not.

3. According to my calculations, for those individuals listed as employed on December 31, 2003:

   a. There were 90 total employees listed. Of these:

      i. 76 held either the Series 65 or 66 examinations – or **84.4%**

      ii. 14 did not hold either license – or **15.5%**

I certify that the foregoing is true and correct to the best of my knowledge under penalties of perjury.

*Katherine V. Russell*
Katherine V. Russell

9/15/2006
Date