**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **NORMAN L. MORGENSTEIN** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CA No. 05-2123 (JR) |
| | ) | PTC:  Oct. 24, 2006 |
| **MORGAN STANLEY DW INC.** | ) | |
| | ) | |

_____

**ORDER**

Considering Defendant's Motion for Summary Judgment, the Opposition and any reply, it is hereby

ORDERED, that the motion is DENIED.

_____
U.S.D.J.