UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NORMAN L. MORGENSTEIN,            :
                                  :
        Plaintiff,                :
                                  :
    v.                            :   Civil Action No. 05-2123 (JR)
                                  :
MORGAN STANLEY DW INC.,           :
                                  :
        Defendant.                :

### REFERRAL TO MEDIATION ORDER

At the joint request of the parties communicated by telephone conference on September 21, 2006 it is

**ORDERED** that this case is referred for mediation. It is

**FURTHER ORDERED** that counsel and the parties shall attend each mediation session. It is

**FURTHER ORDERED** that mediation efforts shall be concluded by November 22, 2006. It is

**FURTHER ORDERED** that if the case settles in whole or in part before such date, counsel shall advise the Court of the settlement by filing a stipulation. And it is

**FURTHER ORDERED** that if no settlement is reached, the final pretrial conference is set for **4:30 p.m. on February 8, 2007** and the trial will commence at **9:30 a.m. on February 20, 2007**.

```
                              JAMES ROBERTSON
                        United States District Judge
```