EXHIBIT 40

# UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

NORMAN L. MORGENSTEIN    )
                       )
Plaintiff,                )
                       )
v.                    )     Civil Action No. 05-2123 (JR)
                       )
MORGAN STANLEY DW, INC.    )
                       )
          Defendant.     )

## DECLARATION OF RAYMOND G. BROSIUS

I, Raymond G. Brosius declare that:

1.     I am over the age of eighteen and of sound mind. I have personal knowledge of the facts described below. I have been promised no benefit nor threatened with any harm to supply this declaration. I give this declaration voluntarily and in connection with the case mentioned above.

2.     I am employed by the National Association of Securities Dealers ("NASD"), and my job title is Testing & Continuing Education Customer Service Coordinator III. I began working for NASD in and around December 2000. My responsibilities include but are not limited to managing and responding to requests for special accommodations by individuals taking securities industry licensing examinations administered by NASD. In this capacity, I analyze requests for accommodations, determine whether NASD needs additional documentation to respond to these requests, and ultimately I respond to the requests for special accommodations. I also make arrangements for any special accommodations granted with the testing center at which the individual will take the examination.

3.  The NASD administers both the Series 65 and the Series 66 Investment Advisor licensing examinations, which are examinations required by state securities regulators.

4.  The NASD offers a number of special accommodations to individuals with disabilities that substantially limit them in one or more major life activities who have registered to take examinations administered by the NASD, including the Series 65 and the Series 66 examinations. These potential accommodations include, but are not limited to: allowing the individual to take the examination using paper and pencil; extra time; a reader, writer or recorder; and sign language interpreters. These potential accommodations are listed in the document entitled "Special Accommodations Verification Request Form," attached hereto as Exhibit ("Ex.") A. Each of the potential accommodations listed in Ex. A was available to disabled individuals taking the Series 65 or Series 66 examinations in the 2002-2003 time period, provided that these individuals submitted the necessary documentation to demonstrate that the accommodation(s) were necessary and appropriate in order for them to take the examination(s).

5.  The NASD does not have the authority to grant waivers of the licensing requirements of the various States, including waivers of the Series 65 and Series 66 exams

6.  NASD does have final decision-making authority with respect to any requests for special accommodations for the examinations it administers, including the Series 65 and Series 66 examinations.

7.  NASD retains records of individuals who requested and received accommodations to take licensing exams. NASD has no record that Norman L. Morgenstein ever received an accommodation to allow him to take the Series 65 or Series 66 examination. In 2002, NASD did not retain beyond six months records of individuals who requested, but did not receive,

2

accommodations, either because the requests were denied, or because the individuals failed to submit requested documentation.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this ___1___ day of August, 2006.

**Raymond G. Brosius**



# SPECIAL ACCOMMODATIONS
## VERIFICATION REQUEST FORM

A Licensed or Qualified Professional whose credentials are appropriate to diagnose and evaluate the candidate's physical or learning disability and make recommendations for appropriate testing or CE Session accommodations must complete this form. The professional must have treated, diagnosed, or had some other professional relationship with the candidate within the last five (5) years and have knowledge of the candidate's current level of function. Attach additional sheets as needed. A copy of the documentation (e.g., educational assessment, psychological report) that provides diagnostic/clinical data (e.g., scores from educational testing) confirming the diagnosis, and the need for the testing accommodation must be enclosed with this form.

## I: LICENSED/QUALIFIED PROFESSIONAL INFORMATION

Professional's Name:_____

Title: _____ License #: _____

Institution:_____

Address:_____

City: _____ State: _____ Zip Code: _____

Country: _____ Daytime Telephone: (     ) _____

## II: CANDIDATE DISABILITY STATUS (Check all that apply)

Physical _____ Learning _____ Hearing Impaired _____

Vision Impaired _____ Other (Specify): _____

## III: DIAGNOSIS AND TREATMENT INFORMATION
A.  Specified Diagnosis:_____

Please note: If this is a specific learning disability, learning-related or psychological disability, please provide identification of the DSM-III-R or DSM-IV diagnosis. **(Enclose copy of psychological or educational assessment report.)**

B.  Describe the manner in which this disability impairs major life activity/functioning:

C. Last date of your treatment or consultation with the candidate:

D. Identify the aspect(s) of the candidate's functioning which requires testing accommodations, and the effect of the disability on the candidate's functioning under standard testing conditions:

E. If the candidate has a specific learning or psychological disability, identify the specific assessments (e.g., standardized psychological/educational tests) used to identify and confirm the diagnosis. **(You must enclose copies of these test results/evaluations/educational or psychological reports with this form or the request will not be considered.)**

F. Based on your knowledge of this candidate's disability and current functioning, which of the following accommodations are recommended? (Check all that apply).

☐ Paper & Pencil Exam            ☐ Extra Time* _____ Minutes

☐ Reader/Writer/Recorder        ☐ Sign Language Interpreter

☐ Other; Please specify_____

**\*If extra time is selected, the specific amount of extra time requested is required. Please see the attachment for the examination and CE session lengths.**

G. Please describe your qualifications/credentials and professional relationship with this candidate which facilitates making these recommendations for the candidate:

I certify that the information provided by me on this form is true and correct to the best of my knowledge.

Professional's Signature: _____

License/Certification Number: _____

Date: _____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

I, _____, the candidate, certify that all the information on this form is true and correct.

Signature: _____ Date: _____

**NOTE: All forms and supporting documentation may be faxed to NASD at 1-240-386-4706 or emailed to fieldsupport@nasd.com.   Documentation should be sent to the following address:  NASD, 9509 Key West Avenue, 3rd Floor, Rockville, MD 20850, Attention: Field Support Services**

# EXAMINATION & CE SESSION LENGTHS

| Series/Session | Examination/Session | Minutes |
|---|---|---|
| 3 | National Commodity Futures | 150 |
| 4 | Registered Options Principal | 180 |
| 5 | Interest Rate Options | 90 |
| 6 | Investment Company Products/Variable Contracts Representative | 135 |
| 7 | General Securities Representative | 360 |
| 9 | General Securities Sales Supervisor Options Module | 90 |
| 10 | General Securities Sales Supervisor General Module | 240 |
| 11 | Assistant Representative-Order Processing | 60 |
| 12 | Branch Manager | 180 |
| 14 | Compliance Officer | 180 |
| 15 | Foreign Currency Options | 90 |
| 16 | Supervisory Analyst Part 1 | 90 |
| 16 | Supervisory Analyst Part 2 | 90 |
| 17 | Limited Registered Representative | 120 |
| 22 | Direct Participation Programs Representative | 135 |
| 23 | General Securities Principal Sales Supervisor Module | 150 |
| 24 | General Securities Principal | 210 |
| 26 | Investment Company Products/Variable Contracts | 150 |
| 27 | Financial and Operations Principal | 210 |
| 28 | Introducing Broker/Dealer Financial and Operations Principal | 120 |
| 30 | Branch Managers Examination - Futures | 60 |
| 31 | Futures Managed Funds Examination | 60 |
| 32 | Limited Futures Exam-Regulations | 45 |
| 33 | Financial Instruments Examination | 80 |
| 37 | Canada Module of S7 [Options Required] | 150 |
| 38 | Canada Module of S7 [No Options Required] | 75 |
| 39 | Direct Participation Programs Principal | 120 |
| 42 | Registered Options Representative | 90 |
| 51 | Municipal Fund Securities Limited Principal | 120 |
| 52 | Municipal Securities Representative | 180 |
| 53 | Municipal Securities Principal | 180 |
| 55 | Limited Representative-Equity Trader Examination | 180 |
| 62 | Corporate Securities Limited Representative | 150 |
| 63 | Uniform Securities Agent State Law Exam | 75 |
| 65 | NASAA-Investment Advisors Law Exam | 180 |
| 66 | NASAA-Uniform Combined State Law Exam | 150 |
| 72 | Government Securities Representative | 180 |
| 82 | Limited Representative-Private Securities Offerings | 150 |
| 86 | Research Analyst Part I Analysis Module | 240 |
| 87 | Research Analyst Part II Regulations Module | 90 |
| CE101 | Regulatory Element General Program | 210 |
| CE106 | Regulatory Element Investment Representative Program | 210 |
| CE201 | Regulatory Element Supervisor/Principal Program | 210 |