**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NORMAN L. MORGENSTEIN, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Civil Action No. 05-2123 (JR) |
| : | |
| MORGAN STANLEY DW INC., : | |
| : | |
| Defendant. : | |

**ORDER**

Upon consideration of the pending motions of defendant to dismiss [8] and for summary judgment [15], it is **ORDERED** that the previously set pretrial and trial dates be taken **off the calendar**. A decision on defendant's dispositive motions will be rendered shortly.


                                JAMES ROBERTSON
                           United States District Judge