**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

```
NORMAN L. MORGENSTEIN,           :
                                 :
        Plaintiff,                :
                                 :
    v.                           :  Civil Action No. 05-2123 (JR)
                                 :
MORGAN STANLEY DW INC.,          :
                                 :
        Defendant.                :
```

## ORDER

For the reasons set forth in the accompanying memorandum, defendant's motion for summary judgment [15] is **granted**. It is **SO ORDERED**.


                                        JAMES ROBERTSON
                                   United States District Judge