# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

**BILL OF COSTS**

Case Number: 05-2123 (JR)

**Norman Morgenstein**

    **Plaintiff,**

        V.

**Morgan Stanley DW, Inc.**

    **Defendant.**

Judgment having been entered in the above entitled action on January 31, 2006 against Plaintiff Norman Morgenstein, the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk ........................................................................................................... | $ |
| Fees for service of summons and subpoena ................................................................... | |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | 4,596.45 |
| Fees and disbursements for printing ............................................................................... | |
| Fees for witnesses (itemize on reverse side) ................................................................. | |
| Fees for exemplification and copies of papers necessarily obtained for use in the case ........ | 78.92 |
| Docket fees under 28 U.S.C. 1923 ................................................................................ | |
| Costs as shown on Mandate of Court of Appeals .......................................................... | |
| Compensation of court-appointed experts .................................................................... | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 ......... | |
| Other costs (please itemize) ......................................................................................... | |
| **TOTAL $** | **4,675.37** |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

# DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill was mailed today with postage prepaid to: .

Signature of Attorney: _____

Name of Attorney: _____Matthew H. Sorensen_____

For: ___Defendant Morgan Stanley DW, Inc._____    Date: ___February 20, 2007___
        Name of Claiming Party

Costs are taxed in the amount of _____ and included in the judgment.

NANCY MAYER-WHITTINGTON, Clerk    By: _____    _____
                                             Deputy Clerk               Date