UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NORMAN L. MORGENSTEIN, )
)
Plaintiff, )
)
v. )  Civil Action No. 05-2123 (JR)
)
MORGAN STANLEY DW, INC., )
)
Defendant. )

## DEFENDANT MORGAN STANLEY DW, INC.'S BILL OF COSTS

Defendant Morgan Stanley DW, Inc., by and through counsel, submits its itemization and documentation for its requested costs in all categories.

**I.    Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case.**

| Description of Fees and Costs. | Amount of Fees and Costs. |
|---|---|
| Misty Klapper & Associates; Invoice #44745; July 6, 2006; Transcript of the deposition of Carolyn Greenhalgh. | $326.80 |
| Misty Klapper & Associates; Invoice #44830; August 7, 2006; Transcripts of the depositions of Matthew Ridnouer and Ronald Masci. | $469.40 |
| Gregory Edwards LLC; Invoice #60225; June 26, 2006; Transcript of the June 14, 2006 deposition of Theodore Miles. | $552.95 |
| Gregory Edwards LLC; Invoice #60256; July 17, 2006; Transcript of the June 19, 2006 deposition of Dr. Jeff Jacobson. | $257.00 |

1

| | |
|---|---|
| Gregory Edwards LLC; Invoice #60272; July 25, 2006; Transcript of the July 7, 2006 deposition of Dr. Dennis Fitzgerald. | $355.40 |
| Gregory Edwards LLC; Invoice #60246; July 13, 2006; Transcript of the June 22, 2006 deposition of Theodore A. Miles. | $507.95 |
| Gregory Edwards LLC; Invoice #60244; July 13, 2006; Transcript of the June 26, 2006 deposition of Dr. Harry Wachs. | $668.65 |
| Gregory Edwards LLC; Invoice #60242; July 12, 2006; Transcript of the June 15, 2006 deposition of Norman Morgenstein. | $1,458.30 |

Sub-Total:   $4,596.45

**II.   Fees for exemplification.**

| Description of Fees and Costs. | Amount of Fees and Costs. |
|---|---|
| ReadyCopies LLC; Invoice #1423; August 30, 2006; Scanning of original oversize documents 11x17 to searchable PDF (OCR); Create CD with PDF document. | $78.92 |

Sub-Total:   $78.92

Total Taxable Costs:   $4,675.37

Dated: February 20, 2007

                                                /s/
John F. Scalia (admitted *pro hac vice*)
Maria E. Hallas D.C. Bar 436529
Matthew H. Sorenson D.C. Bar 492130
Greenberg Traurig LLP
800 Connecticut Avenue, N.W.
Suite 500
Washington, D.C. 20006
(202) 533-2312 (office)
(202) 261-2668 (fax)

*Counsel for Defendant*
*Morgan Stanley DW Inc.*

| | | | |
|---|---|---|---|
| **GREENBERG TRAURIG** | | Vendor No: **10575**<br>Voucher Name: **Little Red Corporation dba Misty Klapper & Associa** | Check No.: 00227812<br>Check Date: 08/03/2006 |
| Invoice Date. | Invoice Number | Description | Net Amount |
| 07/06/2006 | 44745 | 1 Certified Copy of Transcript of :    Carolyn Greenhalgh  Job No. 01-9902 (JKS) | 326.80 |
| **TOTAL** | | | 326.80 |

PLEASE DETACH BEFORE DEPOSITING

**GREENBERG TRAURIG**
DISBURSEMENT ACCOUNT
1221 BRICKELL AVENUE MIAMI, FLORIDA 33131

Wachovia Bank National Association    63-643/670

**00227812**
08/03/2006
NOT NEGOTIABLE AFTER 90 DAYS FROM ISSUE

PAY:   THREE HUNDRED TWENTY-SIX AND 80/100 DOLLARS***********************************************
      *******************************

>>>>>>>>>$326.80

TWO SIGNATURES REQUIRED FOR AMOUNTS OVER $10,000.00
GREENBERG TRAURIG
DISBURSEMENT ACCOUNT

PAY TO THE ORDER OF:

Little Red Corporation dba Misty Klapper & Associa
7900 Andrus Road
Suite 11
Alexandria, VA 22306

**NON NEGOTIABLE COPY**

**MISTY KLAPPER & ASSOCIATES**
7900 Andrus Road
Suite 11
Alexandria, VA 22306
(703) 780-9559   Fax (703) 780-9632

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 44745 | 07/06/2006 | 01-9902 |
| JOB DATE | REPORTER(S) | CASE NUMBER |
| 06/23/2006 | FRIECA | 05-2123 |

| CASE CAPTION |
|---|
| Morgenstein v. Morgan Stanley |

| TERMS |
|---|
| Due upon receipt |



RECEIVED
JUL 11 2006
By_____

John Scalia, Esq.
Greenberg Traurig
1750 Tysons Boulevard
Suite 1200
McLean, VA 22101

1 CERTIFIED COPY OF TRANSCRIPT OF:
   Carolyn Greenhalgh                                                                326.80

                          TOTAL DUE  >>>>                                            326.80

PAY INVOICE IN FULL
Acct No.: 39657-100990
Attorney: _____

**GT - TYSONS CORNER (12) - A/P**
Vendor # 10575
G/L# _____ DEPT# _____
C/M# 39657.100990
Approval: X Lisa A. Phillips
                Signature
Print Name: _____ TKPR# _____
Sales/Use Tax Copy Made: ☐ YES ☑ N/A
Capital Expense Copy Made: ☐ YES ☑ N/A

TAX ID NO.: 54-1740020                                    (703) 749-1300   Fax (703) 749-1340

*Please detach bottom portion and return with payment.*

John Scalia, Esq.
Greenberg Traurig
1750 Tysons Boulevard
Suite 1200
McLean, VA 22101

Invoice No.: 44745
Date       : 07/06/2006
**TOTAL DUE** :    326.80

Job No.  : 01-9902
Case No. : 05-2123
Morgenstein v. Morgan Stanley

Remit To:   **MISTY KLAPPER & ASSOCIATES**
            **7900 Andrus Road**
            **Suite 11**
            **Alexandria, VA 22306**

| GREENBERG TRAURIG | | Vendor No: **10575** Voucher Name: **Little Red Corporation dba Misty Klapper & Associa** | Check No.: **00234949** Check Date: **09/08/2006** |
|---|---|---|---|
| Invoice Date. | Invoice Number | Description | Net Amount |
| 08/07/2006 | 44816 | 1 Certified copy of transcript of: Rebecca Kersten | 329.45 |
| 08/07/2006 | 44830 | 1 Certified copy of transcript of: Matthew Ridnouer  1 Certified copy of transcript of: Ronal | 469.40 |
| TOTAL | | | 798.85 |

PLEASE DETACH BEFORE DEPOSITING

**GREENBERG TRAURIG**
DISBURSEMENT ACCOUNT
1221 BRICKELL AVENUE MIAMI, FLORIDA 33131

Wachovia Bank National Association          63-643/670

**00234949**
09/08/2006
NOT NEGOTIABLE AFTER 90 DAYS FROM ISSUE

PAY:   **SEVEN HUNDRED NINETY-EIGHT AND 85/100 DOLLARS**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

>>>>>>>>>$798.85
TWO SIGNATURES REQUIRED FOR AMOUNTS OVER $10,000.00
GREENBERG TRAURIG
DISBURSEMENT ACCOUNT

PAY TO THE ORDER OF:

Little Red Corporation dba Misty Klapper & Associa
7900 Andrus Road
Suite 11
Alexandria, VA 22306

**NON NEGOTIABLE COPY**

**MISTY KLAPPER & ASSOCIATES**
7900 Andrus Road
Suite 11
Alexandria, VA 22306
(703) 780-9559   Fax (703) 780-9632

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 44830 | 08/07/2006 | 01-9953 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 07/18/2006 | BENNMA | 05-2123 |

**CASE CAPTION**

Morgenstein v. Morgan Stanley

**TERMS**

Due upon receipt

John Scalia, Esq.
Greenberg Traurig
1750 Tysons Boulevard
Suite 1200
McLean, VA 22101


RECEIVED AUG 1 4 2006 By_____

1 CERTIFIED COPY OF TRANSCRIPT OF:
  Matthew Ridnouer                                         178.95

1 CERTIFIED COPY OF TRANSCRIPT OF:
  Ronald Masci                                             290.45

                        TOTAL   DUE  >>>>                  469.40

**GT - TYSONS CORNER (12) - A/P**
Vendor # 10575
G/L#_____ DEPT#_____
C/M# 39657.100990
Approval: X _[signature]_
Print Name:_____ TKPR#_____
Sales/Use Tax Copy Made: ☐ YES ☐ N/A
Capital Expense Copy Made: ☐ YES ☐ N/A

**PAY INVOICE IN FULL**
Acct No.: 39657.100990
Attorney: _[signature]_

TAX ID NO.: 54-1740020                       (703) 749-1300   Fax (703) 749-1340

*Please detach bottom portion and return with payment.*

John Scalia, Esq.
Greenberg Traurig
1750 Tysons Boulevard
Suite 1200
McLean, VA 22101

Invoice No.: 44830
Date       : 08/07/2006
**TOTAL DUE** :   469.40

Job No.  : 01-9953
Case No. : 05-2123
Morgenstein v. Morgan Stanley

Remit To:   **MISTY KLAPPER & ASSOCIATES**
            **7900 Andrus Road**
            **Suite 11**
            **Alexandria, VA 22306**

| | | Vendor No.: 35220 | Check No.: 00224763 |
|---|---|---|---|
| **GREENBERG TRAURIG** | | Voucher Name: **Gregory Edwards LLC** | Check Date: 07/18/2006 |
| Invoice Date. | Invoice Number | Description | Net Amount |
| 06/26/2006 | 60225 | Certified original transcript of Theodore A. Miles  (J. Hopkins) | 552.95 |
| TOTAL | | | 552.95 |

PLEASE DETACH BEFORE DEPOSITING

**GREENBERG TRAURIG**
DISBURSEMENT ACCOUNT
1221 BRICKELL AVENUE MIAMI, FLORIDA 33131

Wachovia Bank National Association      63-643/670

**00224763**
07/18/2006

NOT NEGOTIABLE AFTER 90 DAYS FROM ISSUE

PAY:   FIVE HUNDRED FIFTY-TWO AND 95/100 DOLLARS*********************************************
      *****************************

>>>>>>>>$552.95

TWO SIGNATURES REQUIRED FOR AMOUNTS OVER $10,000.00
GREENBERG TRAURIG
DISBURSEMENT ACCOUNT

PAY TO THE ORDER OF:

Gregory Edwards LLC
1100 H Street, NW
Suite 450
Washington, DC 20005

**NON NEGOTIABLE COPY**

# GREGORY EDWARDS LLC

1100 H Street, NW ~ Suite 450  Office: 202.347.9300
Washington, DC 20005           Fax:    202.347.9330
www.gregoryedwardsllc.com      Toll:   1.866 4 Team GE

# INVOICE

| Date | Invoice # |
|---|---|
| 6/26/2006 | 60225 |

EIN: 52-2360813

| Bill To |
|---|
| Greenberg Traurig<br>1750 Tysons Blvd.<br>Suite 1200<br>McLean, VA 22102<br>Attn: Ms. Judith Hopkins |

| Ship To |
|---|
| Greenberg Traurig<br>1750 Tysons Blvd.<br>Suite 1200<br>McLean, VA 22102<br>Attn: Ms. Judith Hopkins |

| GE Job No. | Project Date | Sales Rep | Account # | Ship Via | Client Project/Billing Information |
|---|---|---|---|---|---|
| 0606003 | June 14, 2006 | GE | GTVA | Federal Express | 39657.100990 |

June 14, 2006 Washington, DC

Certified original transcript of Theodore A. Miles
Electronic File
Minuscript

Delivery via Federal Express

PAY INVOICE IN FULL
Acct No.: 39657-100990
Attorney: _____



Thank you for your business!
We now accept VISA, MasterCard and American Express.

| | |
|---|---:|
| **Subtotal** | $552.95 |
| **Sales Tax (0.0%)** | $0.00 |
| **Total** | $552.95 |

Due Date:  6/26/2006

New York - Philadelphia - Washington DC
Court Reporting and Document Services
1.866 4 Team GE

**GREENBERG TRAURIG**

Vendor No: 85220
Voucher Name: **Gregory Edwards LLC**

Check No.: 00228386
Check Date: 08/07/2006

| Invoice Date. | Invoice Number | Description | Net Amount |
|---|---|---|---|
| 07/17/2006 | 60256 | Certified original transcript of Dr. Jeff Jacobson  Certified Deposition exhibits: 1 page  (J. | 257.00 |
| **TOTAL** | | | 257.00 |

PLEASE DETACH BEFORE DEPOSITING

**GREENBERG TRAURIG**
DISBURSEMENT ACCOUNT
1221 BRICKELL AVENUE MIAMI, FLORIDA 33131

Wachovia Bank National Association   63-643/670

00228386
08/07/2006
NOT NEGOTIABLE AFTER 90 DAYS FROM ISSUE

PAY: **TWO HUNDRED FIFTY-SEVEN AND 00/100 DOLLARS**********************************************
    ******************************

>>>>>>>>>$257.00

TWO SIGNATURES REQUIRED FOR AMOUNTS OVER $10,000.00
GREENBERG TRAURIG
DISBURSEMENT ACCOUNT

PAY TO THE ORDER OF:

Gregory Edwards LLC
1100 H Street, NW
Suite 450
Washington, DC 20005

**NON NEGOTIABLE COPY**

# GREGORY EDWARDS LLC

1100 H Street, NW ~ Suite 450  Office: 202.347.9300
Washington, DC 20005           Fax:    202.347.9330
www.gregoryedwardsllc.com      Toll:   1.866 4 Team GE

| Date | Invoice # |
|---|---|
| 7/17/2006 | 60256 |

EIN: 52-2360813

| Bill To | Ship To |
|---|---|
| Greenberg Traurig<br>1750 Tysons Blvd.<br>Suite 1200<br>McLean, VA 22102<br>Attn: Ms. Judith Hopkins | Greenberg Traurig<br>1750 Tysons Blvd.<br>Suite 1200<br>McLean, VA 22102<br>Attn: Ms. Judith Hopkins |

| GE Job No. | Project Date | Sales Rep | Account # | Ship Via | Client Project/Billing Information |
|---|---|---|---|---|---|
| 0606027 | June 19, 2006 | GE | GTVA | Federal Express | 39657.100990 |

June 19, 2006 - Washington, DC

Certified original transcript of Dr. Jeff Jacobson
Certified deposition exhibits: 1 pages

Electronic File
Minuscript

PAY INVOICE IN FULL
Acct No.: 39657-100990
Attorney: _____

Thank you for your business!
We now accept VISA, MasterCard and American Express.

| | |
|---|---|
| **Subtotal** | $257.00 |
| **Sales Tax (0.0%)** | $0.00 |
| **Total** | $257.00 ✓ |

Due Date: 7/17/2006

New York - Philadelphia - Washington DC
Court Reporting and Document Services
1.866 4 Team GE

**GREENBERG TRAURIG**

Vendor No: **35220**
Voucher Name: **Gregory Edwards LLC**

Check No.: **00230343**
Check Date: **08/15/2006**

| Invoice Date. | Invoice Number | Description | Net Amount |
|---|---|---|---|
| 07/25/2006 | 60266 | June 26-27, 2006 Arbitration Herrera Case The estimated transcript is 650 pages based on 13 h | 2,925.00 |
| 07/25/2006 | 60272 | Certified original transcript of Dr. Dennis fitzgerald Certified deposition exhibits (Judy) | 355.40 |
| 08/01/2006 | 60276 | Certified original transcript of Elliott Aleskow Certified deposition exhibits (Judy) | 293.75 |
| 08/01/2006 | 60278 | Certified original transcript of Lawrence Kleinberg Certified deposition exhibits (Judy) | 351.45 |

TOTAL  3,925.60

PLEASE DETACH BEFORE DEPOSITING

**GREENBERG TRAURIG**
DISBURSEMENT ACCOUNT
1221 BRICKELL AVENUE MIAMI, FLORIDA 33131

Wachovia Bank National Association   63-643/670

**00230343**
08/15/2006

NOT NEGOTIABLE AFTER 90 DAYS FROM ISSUE

PAY: **THREE THOUSAND NINE HUNDRED TWENTY-FIVE AND 60/100 DOLLARS****************************************
********************************

>>>>>>>$3,925.60

TWO SIGNATURES REQUIRED FOR AMOUNTS OVER $10,000.00
GREENBERG TRAURIG
DISBURSEMENT ACCOUNT

PAY TO THE ORDER OF:

Gregory Edwards LLC
1100 H Street, NW
Suite 450
Washington, DC 20005

**NON NEGOTIABLE COPY**

# GREGORY EDWARDS LLC

1100 H Street, NW ~ Suite 450  Office: 202.347.9300
Washington, DC 20005  Fax: 202.347.9330
www.gregoryedwardsllc.com  Toll: 1.866 4 Team GE

| Date | Invoice # |
|---|---|
| 7/25/2006 | 60272 |

EIN: 52-2360813

| Bill To |
|---|
| Greenberg Traurig |
| 1750 Tysons Blvd. |
| Suite 1200 |
| McLean, VA 22102 |
| Attn: Ms. Judith Hopkins |

| Ship To |
|---|
| Greenberg Traurig |
| 1750 Tysons Blvd. |
| Suite 1200 |
| McLean, VA 22102 |
| Attn: Ms. Judith Hopkins |

| GE Job No. | Project Date | Sales Rep | Account # | Ship Via | Client Project/Billing Information |
|---|---|---|---|---|---|
| 0607001 | July 7, 2006 | GE | GTVA | Federal Express | 39657.100990 |

July 7, 2006 Washington, DC

Certified original transcript of Dr. Dennis Fitzgerald
Certified deposition exhibits: 13 pages

Electronic File
Minuscript

Delivery via Federal Express

PAY INVOICE IN FULL
Acct No.: 39657-100990
Attorney: _____

Thank you for your business!
We now accept VISA, MasterCard and American Express.

| | |
|---|---|
| **Subtotal** | $355.40 |
| **Sales Tax (0.0%)** | $0.00 |
| **Total** | $355.40 |

Due Date: 7/25/2006

New York - Philadelphia - Washington DC
Court Reporting and Document Services

**GREENBERG TRAURIG**

Vendor No: 35225
Voucher Name: **Gregory Edwards LLC**

Check No.: 00244931
Check Date: 11/01/2006

| Invoice Date | Invoice Number | Description | Net Amount |
|---|---|---|---|
| 01/25/2006 | 60040 | Certified original transcript of Mr. Brian Sullivan (expedited)  Certified deposition exhibits | 1,748.40 |
| 07/12/2006 | 60242 | Certified original transcript of Norman Morgenstein  Certified deposition exhibits  (J. Hopkins | 1,458.30 |
| 07/13/2006 | 60244 | Certified original transcript of Dr. Harry Wachs  Certified deposition Exhibits  (J. Hopkins) | 668.65 |
| 07/13/2006 | 60246 | Certified original transcript of Theodore A. Miles  Certified deposition exhibits   (J. Hopkins | 507.95 |
| TOTAL | | | 4,383.30 |

PLEASE DETACH BEFORE DEPOSITING

**GREENBERG TRAURIG**
DISBURSEMENT ACCOUNT
1221 BRICKELL AVENUE MIAMI, FLORIDA 33131

Wachovia Bank National Association          63-643/670

**00244931**
11/01/2006
NOT NEGOTIABLE AFTER 90 DAYS FROM ISSUE

PAY:  FOUR THOUSAND THREE HUNDRED EIGHTY-THREE AND 30/100 DOLLARS********************************
*******************************

>>>>>>>**$4,383.30**

TWO SIGNATURES REQUIRED FOR AMOUNTS OVER $10,000.00
GREENBERG TRAURIG
DISBURSEMENT ACCOUNT

PAY TO THE ORDER OF:

Gregory Edwards LLC
1100 H Street, NW
Suite 450
Washington, DC 20005

**NON NEGOTIABLE COPY**



# GREGORY EDWARDS LLC

1100 H Street, NW ~ Suite 450  
Washington, DC 20005  
www.gregoryedwardsllc.com

Office: 202.347.9300  
Fax: 202.347.9330  
Toll: 1.866 4 Team GE

# INVOICE

| Date | Invoice # |
|---|---|
| 7/13/2006 | 60246 |

EIN: 52-2360813

| Bill To |
|---|
| Greenberg Traurig<br>1750 Tysons Blvd.<br>Suite 1200<br>McLean, VA 22102<br>Attn: Ms. Judith Hopkins |

| Ship To |
|---|
| Greenberg Traurig<br>1750 Tysons Blvd.<br>Suite 1200<br>McLean, VA 22102<br>Attn: Ms. Judith Hopkins |

| GE Job No. | Project Date | Sales Rep | Account # | Ship Via | Client Project/Billing Information |
|---|---|---|---|---|---|
| 0606034 | June 22, 2006 | GE | GTVA | Federal Express | 39657.100990 |

June 22, 2006 Washington, DC

Certified original transcript of Theodore A. Miles  
Certified deposition exhibits: 87 pages  
Delivery via Federal Express

Electronic File  
Minuscript

— Morgenstein

**PAY INVOICE IN FULL**  
Acct No.: 39657.100990  
Attorney: _____



RECEIVED  
OCT 11 2006  
A/P-TYSONS-GT

Thank you for your business!  
We now accept VISA, MasterCard and American Express.

| | |
|---|---|
| **Subtotal** | $507.95 |
| **Sales Tax (0.0%)** | $0.00 |
| **Total** | $507.95 |

Due Date: 7/13/2006



New York - Philadelphia - Washington DC  
Court Reporting and Document Services  
1 866 4 Team GE

# GREGORY EDWARDS LLC

1100 H Street, NW ~ Suite 450  Office: 202.347.9300
Washington, DC 20005            Fax:    202.347.9330
www.gregoryedwardsllc.com       Toll:   1.866 4 Team GE

# INVOICE

| Date | Invoice # |
|---|---|
| 7/13/2006 | 60244 |

EIN: 52-2360813

| Bill To |
|---|
| Greenberg Traurig<br>1750 Tysons Blvd.<br>Suite 1200<br>McLean, VA 22102<br>Attn: Ms. Judith Hopkins |

| Ship To |
|---|
| Greenberg Traurig<br>1750 Tysons Blvd.<br>Suite 1200<br>McLean, VA 22102<br>Attn: Ms. Judith Hopkins |

| GE Job No. | Project Date | Sales Rep | Account # | Ship Via | Client Project/Billing Information |
|---|---|---|---|---|---|
| 0606017 | June 26, 2006 | GE | GTVA | Hand Delivery | 39657.100990 |

June 26, 2006 Washington, DC

Certified original transcript of Dr. Harry Wachs
Certified deposition exhibits: 17 pages
Delivery via Federal Express

Electronic File
Minuscript

Morgenstern

**PAY INVOICE IN FULL**
Acct No.: 39657-100990
Attorney: _____



RECEIVED
OCT 11 2006
A/P-TYSONS-GT

Thank you for your business!
We now accept VISA, MasterCard and American Express.

| | |
|---|---|
| Subtotal | $668.65 |
| Sales Tax (0.0%) | $0.00 |
| **Total** | **$668.65** |

Due Date: 7/13/2006

New York - Philadelphia - Washington DC
Court Reporting and Document Services
1 866 4 Team GE



# GREGORY EDWARDS LLC

1100 H Street, NW ~ Suite 450  Office: 202.347.9300
Washington, DC 20005           Fax:    202.347.9330
www.gregoryedwardsllc.com      Toll:   1.866 4 Team GE

# INVOICE

| Date      | Invoice # |
|-----------|-----------|
| 7/12/2006 | 60242     |

EIN: 52-2360813

| Bill To | Ship To |
|---|---|
| Greenberg Traurig<br>1750 Tysons Blvd.<br>Suite 1200<br>McLean, VA 22102<br>Attn: Ms. Judith Hopkins | Greenberg Traurig<br>1750 Tysons Blvd.<br>Suite 1200<br>McLean, VA 22102<br>Attn: Ms. Judith Hopkins |

| GE Job No. | Project Date  | Sales Rep | Account # | Ship Via        | Client Project/Billing Information |
|------------|---------------|-----------|-----------|-----------------|------------------------------------|
| 0606012    | June 15, 2006 | GE        | GTVA      | Federal Express | 39657.100990                       |

June 15, 2006 - Washington, DC

Certified original transcript of Norman Morgenstein
Certified deposition exhibits: 108 pages
Delivery via Federal Express

Electronic File
Minuscript



PAY INVOICE IN FULL
Acct No.: 39657-100990
Attorney: _____

Thank you for your business!
We now accept VISA, MasterCard and American Express.

| Subtotal        | $1,458.30 |
|-----------------|-----------|
| Sales Tax (0.0%)| $0.00     |
| **Total**       | **$1,458.30** ✓ |

Due Date:  7/12/2006



New York - Philadelphia - Washington DC
Court Reporting and Document Services
1.866 4 Team GE

**GREENBERG TRAURIG**

Vendor No: **37102**
Voucher Name: **ReadyCopies, L.L.C.**
Check No.: **00235537**
Check Date: **09/12/2006**

| Invoice Date. | Invoice Number | Description | Net Amount |
|---|---|---|---|
| 08/22/2006 | 1408 | 18 Blank Tabs  584 B&W Copies  4 Spiral Binding | 189.11 |
| 08/30/2006 | 1423 | Scanning of 4 documents  Burn 2 CD's | 78.92 |
| **TOTAL** | | | **268.03** |

PLEASE DETACH BEFORE DEPOSITING

**GREENBERG TRAURIG**
DISBURSEMENT ACCOUNT
1221 BRICKELL AVENUE MIAMI, FLORIDA 33131

Wachovia Bank National Association       63-643/670

**00235537**
**09/12/2006**

NOT NEGOTIABLE AFTER 90 DAYS FROM ISSUE

PAY:  TWO HUNDRED SIXTY-EIGHT AND 03/100 DOLLARS************************************************
         ******************************

>>>>>>>>>$268.03

TWO SIGNATURES REQUIRED FOR AMOUNTS OVER $10,000.00
GREENBERG TRAURIG
DISBURSEMENT ACCOUNT

PAY TO THE ORDER OF:

ReadyCopies, L.L.C.
8450 - B Tyco Road
Vienna, VA 22182

**NON NEGOTIABLE COPY**

# ReadyCopies LLC

WWW.READYCOPIES.COM

8450 B TYCO ROAD
VIENNA, VA 22182-7516
PHONE: 703.748.0596
FAX: 703.564.4580

CUSTOMER:

GREENBERG TRAURIG
1750 TYSONS BLVD
12TH FLOOR
MCLEAN, VA 22102



RECEIVED SEP 01 2006
By _____

DATE: 8/30/2006

INVOICE #: 1423

TERMS: DUE ON RECEIPT

| ITEM/SERVICE | QUANTITY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|---|
| | | PROJECT MATTER # 39657-100990 | | |
| | | PROJECT CONTACT: MATT SORENSEN | | |
| | | PROJECT DATE: 8/24/06 | | |
| | | PROJECT OVERVIEW: Scanning of 4 oversize originals to searchable PDF. | | |
| SCANNING | 4 | Scanning of original oversize documents 11x17 to searchable PDF (OCR). | 1.29 | 5.16T |
| BURN CD | 2 | Create CD | 35.00 | 70.00T |
| DELIVERY/SHIPPI… | | Included at no additional cost | 0.00 | 0.00 |

PAY INVOICE IN FULL
Acct No.: 39657-100900
Attorney: Matt Sorensen

GT - TYSONS CORNER (12) - A/P
Vendor #: 37102
G/L#: _____  DEPT#: _____
C/M#: 39657.100900
Approval: X _____
Print Name: _____  TKPR#: _____
Sales/Use Tax Copy Made: ☐ YES ☐ N/A
Capital Expense Copy Made: ☐ YES ☐ N/A

| | |
|---|---|
| PLEASE REMIT PAYMENT TO: ReadyCopies, LLC, 8450 B TYCO ROAD, VIENNA, VA 22182 | SUBTOTAL: $75.16 |
| RECEIVED BY: NAME: _____  SIGNATURE: _____ | SALES TAX: (5.0%) $3.76 |
| | TOTAL: $78.92 |

THANK YOU. WE APPRECIATE YOUR BUSINESS AND LOOK FORWARD TO SERVING YOU AGAIN SOON.