UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **NORMAN L. MORGENSTEIN** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CA No. 05-2123 (JR) |
| | ) | |
| **MORGAN STANLEY DW INC.** | ) | |
| | ) | |

**NOTICE OF APPEAL**

Notice is hereby given this 27th day of February, 2007, that Plaintiff Norman L. Morgenstein, hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the judgment of this Court entered on January 31, 2007 in favor of Defendant and against said Plaintiff.

Respectfully submitted,

_____
Michael G. Kane, Bar No. 435121
CASHDAN & KANE, PLLC
1150 Connecticut Avenue, N.W.
Suite 900
Washington, D.C. 20036-4104
Tel. (202) 862-4330

*Attorneys for Plaintiff*

Dated:   February 27, 2007

2

**CERTIFICATE OF SERVICE**

      I hereby certify that the attached Notice of Appeal will be served via regular mail on counsel for defendant Matthew Sorrenson, GREENBERG TRAUIG, LLP, 1750 Tysons Boulevard, McLean, VA 22102 on this 27th day of February 2007.

                                                _____
                                                Michael G. Kane